| | | |
|---|---|---|
| RADHA BOLIVAR AND ANGELICA GOATACHE, | ) ) ) | |
| Plaintiffs, | ) ) | No.: |
| vs. | ) ) | JUDGE |
| HMD TRUCKING, INC. AND ANTONIO WORTHAM, | ) ) ) | MAGISTRATE JUDGE |
| Defendants. | ) ) | JURY DEMAND |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendant HMD Trucking, Inc. ("HMD") ("HMD" or "Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Marion County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1.      This action arises out of an automobile accident which occurred on March 1, 2023, in Marion County, Tennessee. This action was commenced on or about February 26, 2024, by Plaintiffs' filing of the Complaint in the Marion County Circuit Court in Marion County, Tennessee, case no. 23297 (the "Complaint"). True and accurate copies of the pleadings served upon HMD in this action are attached as Exhibit A.

2.      The Complaint was served on HMD on or about March 20, 2024. The Notice of Removal is being filed within thirty (30) days after service of the Complaint on HMD in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence against defendant Antonio Wortham in operating the vehicle without exercising ordinary and due care, thus leading to Plaintiffs' injuries. It contains allegations of vicarious liability against HMD for the actions of Mr. Wortham and for owing the equipment operated by Mr. Wortham at the time of the incident. Plaintiffs further assert claims of direct negligence against Mr. Wortham. Plaintiffs seek compensatory damages in amount not to exceed $2,000,000.00 and punitive damages in an amount not to exceed $4,000,000.00 in their Complaint. In total, Plaintiffs are seeking $6,000,000.00 in monetary damages. Accordingly, it is clear that the amount in controversy exceeds the $75,000 jurisdictional threshold.

4. According to the Complaint, Plaintiffs are citizens and residents of Kansas City, Missouri.

5. Defendant HMD is a foreign corporation organized under the laws of the State of Illinois with its principal place of business in Illinois.

6. Defendant Antonio Wortham is a citizen and resident of the State of Alabama. Mr. Wortham has not been served at this time.

7. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy clearly exceeds $75,000 exclusive of interest and costs.

8. A copy of this Notice of Removal is being served via email on counsel for Plaintiffs, and a Notice of Filing of Notice of Removal is being filed with the Marion County Circuit Court in Marion County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

9. Defendant demands a jury to try this case.

**WHEREFORE,** defendant HMD Trucking, Inc. prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Marion County Circuit Court to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/*Mary Beth White*
    Mary Beth White, BPR #24462
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN  37219
    (615) 259-1366
    mbwhite@lewisthomason.com

*Attorneys for defendant HMD Trucking, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via email:

Timothy O. Henshaw
Alexander Shunnarah Trial Attorneys
1604 Reggie White Blvd Suite 102
Chattanooga, TN 37402

This the 19th day of April 2024.

/s/ Mary Beth White