**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| RADHA BOLIVAR and ANGELICA GOATACHE,<br><br>Plaintiffs,<br><br>v.<br><br>HMD TRUCKING, INC. and ANTONIO WORTHAM<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 1:24-CV-00155<br><br>JURY DEMAND |

---

**DEFENDANTS HMD TRUCKING, INC. AND ANTIONO WORTHAM'S MOTION TO QUASH OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER**

---

Defendants HMD Trucking, Inc. ("HMD") and Antiono (misspelled in the Complaint) Wortham ("Mr. Wortham") (collectively "HMD Defendants"), by and through counsel, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure and Local Rule 7, hereby move this Court to Quash, or in the alternative for a protective order relating to, the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Subpoena") issued by Plaintiffs to nonparty Netradyne, Inc. on February 18, 2025, demanding production of information relating to Mr. Wortham in San Diego, CA on March 7, 2025. [A copy of the Subpoena issued by Plaintiffs' attorney on February 18, 2025, is attached as **Exhibit 1**.]

In support of their Motion, the HMD Defendants state as follows:

1. This matter relates to a motor vehicle incident occurring on March 1, 2023, on Interstate 24 in Kimball, Marion County, Tennessee (the "Accident"). Antiono D. Wortham was operating a 2022 Peterbilt Conventional tractor with an attached trailer under the motor carrier

authority of HMD. Mr. Wortham was traveling westbound on Interstate 24 and was occupying the left lane. At the same time, Radha Bolivar Angeles was operating a 2022 Toyota Camry and was also traveling westbound on Interstate 24. Mr. Bolivar was occupying the right lane. He had one passenger in his vehicle: Angelica M. Goatache Garcia. As Mr. Wortham changed lanes from the left lane to the right lane, he failed to see Mr. Bolivar to his right and struck the rear left bumper of Mr. Bolivar's vehicle. *See* Complaint (generally) (doc. 1-2); *see also* Tennessee Electronic Traffic Crash Report ("Accident Report") (attached hereto as **<u>Exhibit 2</u>**)[1].

2. Plaintiffs filed their Complaint in the Circuit Court of Marion County, Tennessee on February 26, 2024, and HMD timely removed the case to the United States District Court for the Eastern District of Tennessee at Chattanooga on April 19, 2024.

3. In their Answers filed on May 17, 2024 (doc. 10) and August 9, 2024 (doc. 13), respectively, HMD and Mr. Wortham admitted that Mr. Wortham's actions caused the subject incident. *See* HMD Answer and Mr. Wortham's Answer, multiple paragraphs.

4. The parties participated in mediation on February 18, 2025, but were not able to resolve the case at mediation.

5. After the unsuccessful mediation, Plaintiffs' counsel issued the Subpoena to Netradyne. Upon information and belief, Netradyne has been served with the Subpoena. The Subpoena provides as follows:

> ☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any records, documents, videos, or photographs in your possession related to Antonio Wortham, driver for HMD Trucking, Inc.

---

[1] Defendant recognizes that the Accident Report is not admissible at trial. *See* Tenn. Code Ann. 55-10-114(b). Defendant is not attempting to admit it as evidence at trial but has attached it to provide a general background on the subject incident details.

The Subpoena is broad with no restrictions in time or subject matter.

6. The Sixth Circuit has consistently held that a subpoena lacking specific time frames of requested information is unduly burdensome and should be quashed. *See Hogan v. Cleveland Ave Rest., Inc.*, No. 2:15-cv-2883, 2016 U.S. Dist. LEXIS 179160 (S.D. Ohio Dec. 28, 2016) (holding that the subpoena should be quashed because it lacks specific dates or time frame); *Lyons v. MY Pillow, Inc.*, No. 23-1308, 2023 U.S. App. LEXIS 32545 (6th Cir. Dec. 6, 2023) (holding that the district court did not abuse its discretion under FRCP 45 by quashing the subpoena because of the lack of particularity which the documents were described and the lengthy time period covered by the subpoena); *Sagebrush Sols., LLC v. Health Mgmt. Sys. (In re CareSource Mgmt. Grp. Co.)*, 289 F.R.D. 251 (S.D. Ohio 2013) (holding that the subpoena should be quashed because it is overbroad, covers long time periods, could have been described with more particularly, and it would impose a significate and undue burden on a non-party).

7. Because Plaintiff's Subpoena is not limited in time but instead seeks "any records, documents, videos, or photographs" "related to [Mr. Wortham]", the Subpoena should be quashed. Mr. Wortham has worked for HMD since November 8, 2021. As of the date of filing of this Motion, March 5, 2025, he still works for HMD as an independent contractor.

8. In the alternative, to the extent this Court does not quash the broad Subpoena, HMD moves this Court for a protective order limiting the Subpoena to a specific time before and up until the Accident pursuant to Federal Rules of Civil Procedure 26 and 45.

9. Prior to the filing of the subject Motion, and in compliance with local rules, undersigned counsel talked to Plaintiffs' counsel in hopes of reaching an agreement on the scope of the Subpoena. Undersigned counsel asked that the Subpoena be limited in time from the date of

the Accident and prior but Plaintiffs' counsel would not agree and the parties could not resolve the issue.

Based on the foregoing reasons, defendants HMD Trucking, Inc. and Antiono Wortham respectfully request that this Court enter an order quashing the Subpoena or, in the alternative, issue a protective order limiting the Subpoena in time to before and up until the Accident.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/ *Mary Beth White*

Mary Beth White, BPR #024462
Ally Bojczuk, BPR #42440
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
mbwhite@lewisthomason.com
abojczuk@lewisthomason.com

*Attorneys for defendants HMD Trucking, Inc. and Antiono Wortham*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing DEFENDANT HMD TRUCKING, INC. AND ANTIONO WORTHAM'S MOTION TO QUASH OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER has been delivered to all parties at interest in this cause via the Court's ECF system:

Timothy O. Henshaw
Alexander Shunnarah Trial Attorneys
1604 Reggie White Blvd Suite 102
Chattanooga, TN 37402

This the 5th day of March 2025

*/s/ Mary Beth White*
Mary Beth White