**THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TENNESSEE,**

**AT CHATTANOOGA**

| | |
|---|---|
| RADHA BOLIVAR and<br>ANGELICA GOATACHE,<br>Plaintiffs,<br>v.<br><br>HMD TRUCKING, INC., and<br>ANTONIO WORTHAM,<br>Defendants. | DOCKET NO. 1:24-cv-00155<br><br>JUDGE VARLAN<br><br>JURY DEMANDED |

NOTICE OF FILING

Plaintiffs hereby give notice of filing the following:

1. Exhibit A - the attached correspondence received on April 16, 2025 from Deval Zaveri, Senior Vice President of Legal for Netradyne, Inc., regarding Plaintiffs' recently filed Motion to Show Cause

2. Exhibit B - Netradyne's "Response" to the Motion to Show Cause emailed to Plaintiff's Counsel

3. Exhibit C – Netradyne's correspondence from Christina Hough, paralegal transmitting Exhibit B.

Respectfully submitted,

ALEXANDER SHUNNARAH
TRIAL ATTORNEYS.

By:
Tim O. Henshaw, BPR # 036043
Attorney for Plaintiffs
1604 Reggie White Blvd., Ste. 102

Chattanooga, TN 37402
Direct: (423) 417-9205
Fax: (423) 719-2005
THenshaw@asilpc.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing ***NOTICE OF FILING*** by mailing the same to the attorneys/parties listed via First Class U.S. Mail and/or via electronic mail:

Mary Beth White, Esq. (BPR # 24462)
Ally J. Bojczuk, Esq. (BPR # 42240)
424 Church Street, Suite 2500
P. O. Box 198615
Nashville, TN 37219
mbwhite@lewisthomason.com
abojczuk@lewisthomason.com
ATTORNEYS FOR HMD TRUCKING, INC. and ANTONIO WORTHAM

This the 18th day of April 2025.

Respectfully submitted,

ALEXANDER SHUNNARAH
TRIAL ATTORNEYS.

By:
Tim O. Henshaw, BPR # 036043
Attorney for Plaintiffs
1604 Reggie White Blvd., Ste. 102
Chattanooga, TN 37402
Direct: (423) 417-9205
Fax: (423) 719-2005
THenshaw@asilpc.com