Outlook

## Re: Meeting re Netradyne Document Production

**From** Dev Zaveri <dev.zaveri@netradyne.com>
**Date** Wed 4/16/2025 12:57 PM
**To** Tim Henshaw <thenshaw@asilpc.com>; Christina Hough <christina.hough@netradyne.com>

It is unfortunate that you responded to Netradyne's request to meet and confer about your unduly burdensome requests on third-party Netradyne by filing this motion and filing Netradyne Confidential information publicly. Please immediately move to lodge Netradyne's Confidential information under seal and retract or redact the Confidential information that you filed publicly. Netradyne reserves all rights.

I will have outside counsel reach out to you on the rest.

---

**From:** Tim Henshaw <THenshaw@asilpc.com>
**Sent:** Wednesday, April 16, 2025 8:34 AM
**To:** Christina Hough <christina.hough@netradyne.com>; Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** Re: Meeting re Netradyne Document Production

**[EXTERNAL] WARNING:** This email originated outside of the organization. Exercise caution while clicking links or opening attachments. Please report all suspicious emails by clicking the **Phish Alert Report** button.

Please open the attached.

**Tim Henshaw**
Attorney, Alexander Shunnarah Trial Attorneys

**Phone** (423) 417-9205 | **Fax** (423) 719-2005

**Address** 1604 Reggie White Blvd Suite 102 Chattanooga TN 37402

---

**From:** Christina Hough <christina.hough@netradyne.com>
**Sent:** Tuesday, April 15, 2025 4:44 PM
**To:** Dev Zaveri <dev.zaveri@netradyne.com>; Tim Henshaw <thenshaw@asilpc.com>
**Subject:** Meeting re Netradyne Document Production
**When:** Wednesday, April 16, 2025 11:30 AM-12:00 PM.
**Where:** Microsoft Teams Meeting

Mr. Henshaw, please let us know if this time works for you to discuss Netradyne's document production in the matter of Bolivar v. HMD Trucking. I left you a voicemail with your case manager to schedule same.

If this time does not work for you, please provide some alternative dates and times.

Thank you,

**Christina Hough**
Paralegal
Legal

netradyne

(858) 634-0226
christina.hough@netradyne.com
Schedule a meeting
www.netradyne.com

9171 Towne Centre Drive, Suite 110
San Diego, California 92122

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 418 125 745 839 6

Passcode: G7Qt6pr9

---

For organizers: Meeting options

---