Outlook

## Bolivar v. HMD Trucking - Netradyne's Responses and Objections to Subpoena

**From** Christina Hough <christina.hough@netradyne.com>
**Date** Thu 4/17/2025 12:36 AM
**To** Tim Henshaw <thenshaw@asilpc.com>; Mb White <mbwhite@lewisthomason.com>
**Cc** Dev Zaveri <dev.zaveri@netradyne.com>

1 attachment (145 KB)
Netradyne's Responses and Objections to Subpoena - Bolivar v. HMD Trucking.pdf;

Counsel:

Attached please find Netradyne's Responses and Objections.

**Christina Hough**
Paralegal
Legal

(858) 634-0226
christina.hough@netradyne.com
Schedule a meeting
www.netradyne.com

netradyne

9171 Towne Centre Drive, Suite 110
San Diego, California 92122