# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| RADHA BOLIVAR and ANGELICA GOATACHE,<br><br>Plaintiff,<br>v.<br><br>HMD TRUCKING, INC., and ANTONIO WORTHAM<br><br>Defendants. | ) | Case No. 1:24-cv-00155-TRM-MJD |

---

**DECLARATION OF DEVAL ZAVERI**

---

I, Deval Zaveri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Deval Zaveri. I am over the age of twenty-one years, I have personal knowledge of the contents herein, and I am competent to testify to the same.

2. I serve as the Senior Vice President of Legal for Netradyne, Inc. and serve as in-house counsel for Netradyne.

3. Netradyne specializes in providing data based technology to clients in the ground transportation industry which assists in improving driver performance and morale, increases driver safety scores, and reduces accidents.

4. Netradyne is a corporation organized under the laws of the State of Delaware. Its headquarters and principal place of business is in San Diego, California.

5. On March 5, 2025, Defendants' counsel notified Netradyne that it filed a motion to quash the subpoena in the Eastern District of Tennessee.

6. Netradyne was not served with the motion to quash, was not a party to it, and had not worked with Defendants' counsel in filing it.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on April 30, 2025.

Respectfully submitted,

DEVAL ZAVERI
Senior Vice President of Legal,
Netradyne, Inc.