

www.hmdtrucking.com
10031 Virginia Ave. Chicago Ridge, IL 60415  Phone:708-398-6237 Fax:708-398-6245

Jason L. Fulk
jason.fulk@hmdtrucking.com
(708) 398-6237 x402

March 21, 2023

**VIA E-MAIL**

Tim O. Henshaw
ALEXANDER SHUNNARAH
Email: thenshaw@asilpc.com

    RE:    Your Client(s): Angelica Goadoche and Radha Bolivar
              Date of Incident: 03/01/2023
              Location of Loss: Kimball, TN
              Our Driver: Antonio Wortham

Dear Mr. Henshaw:

I write on behalf of HMD Trucking, Inc. ("HMD") in response to your letter to Carolina Casualty Insurance Company dated March 17, 2023, relating to the above-referenced accident. As a preliminary matter, please note that Antonio Wortham ("Driver") was driving under the authority of HMD, not US Leasing LLC, at the time of the accident. US Leasing is a lessor of commercial motor vehicles, not a motor carrier.

## Demand to Preserve Evidence

HMD hereby demands that that your clients preserve the following items and documents for discovery and inspection:

1. Any and all cell phones owned and/or possessed by Angelica Goadoche at the time of the accident.

2. Any and all cell phones owned and/or possessed by Radha Bolivar at the time of the accident.

3. Any and all photographs and/or videos possessed by Angelica Goadoche depicting the vehicles involved in the accident, the scene of the accident, the persons involved in the accident or his/her alleged injuries.

4. Any and all photographs and/or videos possessed by Radha Bolivar depicting the vehicles involved in the accident, the scene of the accident, the persons involved in the accident or his/her alleged injuries.

**Response to Preservation Request**

This letter also responds to your requests for HMD to preserve evidence relating to the above-referenced accident. HMD acknowledges your requests and has collected and preserved evidence relating to the accident within its possession, custody, or control, to the extent such evidence presently exists and is not otherwise available to you through public sources. You are not entitled to the requested items and documents at this time as suit has not been filed. However, as noted above, HMD will maintain and preserve all relevant evidence.

Please note, however, that your letter requests the preservation of numerous categories of records and things that are not relevant to any party's claim or defense. Further, several requests are overbroad, unduly burdensome, not proportional to the needs of the case, and/or not reasonably calculated to lead to the discovery of admissible evidence, particularly in light of the nature of this accident. **To the extent you have requested to inspect a tangible item, such a vehicle or cell phone, if you do not contact me to arrange for an inspection within 7 days, I will assume you do not wish to make an inspection at this time and that you accept any consequences associated with that decision.**

HMD specifically objects to your clients' numbered preservation requests as follows:

1. *The tractor and each trailer involved in the subject collision must be preserved until further notice. DO NOT MOVE, TOW, REPAIR, MODIFY OR OPERATE ANY VEHICLE until that vehicle is inspected and released by my office. Please contact me at your earliest opportunity so that we can make arrangements to inspect these vehicles and download any onboard systems that may contain information helpful to our investigation. If any CMV has been put back into service since the crash, we request that each be immediately placed out of service until we have an opportunity to inspect and download.*

    **OBJECTION**: Your letter was not received until after business hours on March 20, 2023. Prior to that time, HMD had no indication that your clients intended to allege personal injury. Accordingly, HMD's truck has been in service from and after the time of the accident. In any event, in light of the facts and nature of the alleged injuries relating to this accident, HMD objects to this request because a physical inspection of the truck would not yield information relevant to any party's claim or defense and is not proportional to the needs of the case.

5. *All data and reports from the tractor engine control module (ECM), airbag control module, and any other equipment on the tractor that contains data relating to the operation of the tractor.*

    **OBJECTION**: Your letter was not received until after business hours on March 20, 2023. Prior to that time, HMD had no indication that your clients intended to allege personal injury. Accordingly, HMD's truck has been in service from and after the time of the accident. In any event, in light of the facts and nature of the alleged injuries relating to this accident, HMD objects to this request because data from the ECM or any other equipment on the truck would not yield information relevant to any party's claim or defense and is not proportional to the needs of the case.

6. *All data and reports from each telematics system for the tractor and trailer for the six*

*months leading up to and including the day of the collision at issue.*

**OBJECTION**: This request is temporally overbroad, ambiguous, and seeks records not relevant to any claim or defense. Notwithstanding this objection(s), HMD will preserve data from the Netradyne dash camera software relating to the truck involved in the accident for the date of the accident and from the Motive ELD software relating to the truck involved in the accident for the date of the accident and one month prior.

7. *All data and reports from each telematics system for each tractor that Antonio Wortham operated in the six months leading up to and including the date of the collision at issue.*

    **OBJECTION**: See responses and objections to Requests 1, 5, and 6.

8. *To the degree not covered above, all data and reports that contain any information about the operation of any commercial motor vehicle by Antonio Wortham in the six months leading up to and including the date of the collision at issue.*

    **OBJECTION**: See responses and objections to Requests 1, 5, and 6.

9. *Other materials regarding driver, Antonio Wortham: a. Post-accident/ post-collision drug and alcohol testing; b. All other drug and alcohol testing; c. Complete driver qualification file (including, without limitation, everything required under 49 C.F.R. 391) and all other materials showing the driver's qualification to operate a commercial vehicle; d. All materials related to the medical and/or physical condition and qualifications of the driver; e. All documents relating to the hiring of this driver; f. Pre-Employment Screening Program (PSP) report; g. All other files and materials, physical and electronic, maintained regarding the driver (including, without limitation, payroll, human resources, personnel, training, discipline and all manager, supervisor and dispatcher files); h. All materials evidencing orientation and training of this driver; i. All materials evidencing supervision of this driver; j. All materials evidencing complaints about this driver; k. All materials evidencing whether the driver was using a cell phone or other electronic device in the 60 minutes leading up to the collision; l. All materials evidencing whether the driver was texting, tweeting, or using any other communications device in the 60 minutes leading up to the collision; m. All materials evidencing discipline of this driver; n. All Hours of Service logs, supporting documentation and log audits for this driver for six months leading up to and including the date of the crash at issue; o. All materials showing compliance and/or lack of compliance with any Federal or State Motor Carrier Safety Regulation; p. All materials showing compliance and/or lack of compliance with any company policy or procedure; q. All call-in records from this driver for 30 days preceding the crash; r. All dispatch records relating to this driver for 30 days preceding the crash s. All contracts and leases affecting this driver.*

    **OBJECTION**: This request is temporally overbroad, ambiguous, and seeks records not relevant to any claim or defense. Notwithstanding this objection(s), HMD will preserve all records that it is required to maintain by the FMCSRs and which relate to the hiring, training, and discipline of Driver. HMD will also preserve data from the Motive ELD software relating to the truck involved in the accident for the date of the accident and one month prior.

\* \* \* \*

With respect to all requests relating to cell phones in Driver's possession at the time of the subject accident or related cell phone records, please note that HMD does not provide cell phones to its employees or independent contractors. Driver's personal cell phone and cell phone records are not within HMD's possession, custody, or control.

To the extent any requests seeks records and information relating to vehicles not involved in the accident and/or time periods after the accident, such requests also are not relevant to any party's claim or defense, overbroad, unduly burdensome, not proportional to the needs of the case, and not reasonably calculated to lead to the discovery of admissible evidence.

HMD would be pleased to consider additional preservation efforts upon request if you establish they are legitimately warranted under the circumstances.

You should not construe HMD's compliance with or failure to object to any of your requests as an admission that such information is relevant, discoverable, or admissible at trial. Rather, HMD expressly reserves all objections to production or admissibility available under the applicable rules of civil procedure and evidence.

Thank you for your attention to this matter. Please contact me if you would like to discuss.

Sincerely,

*[signature]*

Jason L. Fulk
General Counsel

cc:    Jean Singer
        Nadia Corsello