Outlook

## RE: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

**From** Christina Hough <christina.hough@netradyne.com>
**Date** Fri 3/28/2025 7:53 PM
**To** Tim Henshaw <THenshaw@asilpc.com>
**Cc** Dev Zaveri <dev.zaveri@netradyne.com>

Hi Tim, we previously asked if a protective order was in place for this matter. We understand there is not. Can you please provide one?

Thank you,

| Christina Hough | (858) 634-0226 |
| Paralegal | christina.hough@netradyne.com |
| Legal | Schedule a meeting |
| | www.netradyne.com |
|  | 9171 Towne Centre Drive, Suite 110<br>San Diego, California 92122 |

---

**From:** Dev Zaveri <dev.zaveri@netradyne.com>
**Sent:** Friday, March 28, 2025 3:44 PM
**To:** Tim Henshaw <THenshaw@asilpc.com>; Christina Hough <christina.hough@netradyne.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

I have directed my team to produce what they identified from March 1, 2023 under the P.O. next week. I also explained to you that my team has to search for footage minute-by-minute in cold storage (we normally only have 90 days of current footage accessible but found this in cold storage due to a data hold), hence it is cumbersome and expensive to search. Given those reasons, we began the search by looking for footage around the time of the incident. We are a third-party and were not a part of the recent motion practice. But were ND to appear before the court, I'm certain the court would agree that a narrowing of the subpoena is in order.

I will be back in the office the week of April 7. I do have two depositions/deposition prep sessions that week but I'm sure we can find time to talk then.

Have a good weekend.

Dev

---

**From:** Tim Henshaw <THenshaw@asilpc.com>
**Sent:** Friday, March 28, 2025 3:12 PM
**To:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

**[EXTERNAL] WARNING:** This email originated outside of the organization. Exercise caution while clicking links or opening attachments. Please report all suspicious emails by clicking the **Phish Alert Report** button.

Thank you for calling me. I am reiterating my request for a written explanation of burdens / costs associated with compliance to consider narrowing the subpoena which is now subject to a Court order for compliance.

**Tim Henshaw**

Attorney, Alexander Shunnarah Trial Attorneys

**Phone** (423) 417-9205 | **Fax** (423) 719-2005

**Address** 1604 Reggie White Blvd Suite 102 Chattanooga TN 37402

---

**From:** Tim Henshaw <THenshaw@asilpc.com>
**Sent:** Friday, March 28, 2025 5:39 PM
**To:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

Call my cell. We are closed but I will take your call 4234752700

**Tim Henshaw**

Attorney, Alexander Shunnarah Trial Attorneys

**Phone** (423) 417-9205 | **Fax (423) 719-2005**

**Address** 1604 Reggie White Blvd Suite 102 Chattanooga TN 37402

---

**From:** Dev Zaveri <dev.zaveri@netradyne.com>
**Sent:** Friday, March 28, 2025 5:14 PM
**To:** Tim Henshaw <THenshaw@asilpc.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

Hi Tim,

I'm going on vacation next week hence was hoping to speak to you today. I just called the number below and it went to your assistant's vm. Is there a number I can reach out at today? Should take less than 10 minutes.

Best,
Dev

---

**From:** Dev Zaveri <dev.zaveri@netradyne.com>
**Sent:** Friday, March 28, 2025 11:28 AM
**To:** Tim Henshaw <THenshaw@asilpc.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

Hi Tim - I've been on calls all morning and just now seeing this. I have another call in two minutes but can talk after 12:30 PT/3:30 ET. How about you?

---

**From:** Tim Henshaw <THenshaw@asilpc.com>
**Sent:** Friday, March 28, 2025 5:48 AM
**To:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

You don't often get email from thenshaw@asilpc.com. Learn why this is important

[EXTERNAL] WARNING: This email originated outside of the organization. Exercise caution while clicking links or opening attachments. Please report all suspicious emails by clicking the **Phish Alert Report** button.

Sure. How about today 2 pm EST



**Tim Henshaw**

Attorney, Alexander Shunnarah Trial Attorneys

**Phone** (423) 417-9205 | **Fax (423) 719-2005**

**Address** 1604 Reggie White Blvd Suite 102 Chattanooga TN 37402

---

**From:** Dev Zaveri <dev.zaveri@netradyne.com>
**Sent:** Wednesday, March 26, 2025 11:00 AM
**To:** Tim Henshaw <THenshaw@asilpc.com>; Christina Hough <christina.hough@netradyne.com>
**Cc:** White, Mary Beth Haltom <mbwhite@lewisthomason.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

Hi Tim,

I was hoping to speak with you regarding plaintiff's subpoena. Please let me know good times to discuss.

Regards,

Dev

Deval "Dev" Zaveri, Esq.

SVP, Legal



**From:** Tim Henshaw <THenshaw@asilpc.com>
**Sent:** Friday, March 21, 2025 2:15 PM
**To:** Christina Hough <christina.hough@netradyne.com>
**Cc:** Dev Zaveri <dev.zaveri@netradyne.com>; White, Mary Beth Haltom <mbwhite@lewisthomason.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

[EXTERNAL] **WARNING:** This email originated outside of the organization. Exercise caution while clicking links or opening attachments. Please report all suspicious emails by clicking the **Phish Alert Report** button.

See attached.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RADHA BOLIVAR and <br> ANGELICA GOATACHE <br><br> Plaintiffs, <br><br> v. <br><br> HMD TRUCKING, INC. and <br> ANTONIO WORTHAM <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No. 1:24-cv-00155-TRM-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Before the Court is Defendants HMD Trucking, Inc., and Antonio Wortham's ("Defendants") motion to quash, or in the alternative, for a protective order [Doc. 26].[1] The subject matter of the motion is a subpoena issued by Plaintiffs Radha Bolivar and Angelica Goatache ("Plaintiffs") on February 18, 2025 (the "Subpoena"), directed to an entity called Netradyne, Inc., ("Netradyne") [Doc. 26-1]. Plaintiffs filed their response on March 10, 2025 [Doc. 28]. Defendants did not file a reply and the time for so doing has passed. *See* E.D. Tenn. L.R. 7.1. The motion is now ripe for the Court's review.

The Subpoena commands Netradyne to produce "[a]ny records, documents, videos, or photographs in your possession related to Antonio Wortham, driver for HMD Trucking, Inc." [Doc. 26-1]. Defendants do not explain what Netradyne is[2] or argue that the information sought in

---

[1] According to the motion, Mr. Wortham's first name is actually spelled "Antiono." The Court uses the spelling from the pleadings.

[2] Nor do Plaintiffs provide any clarity in their response. In short, the Court has no way to determine—and neither side makes issue of—whether the requested information is relevant.

the Subpoena is irrelevant or disproportionate to the needs of the case. Rather, Defendants' motion is premised exclusively on their argument that the Subpoena is overbroad because it does not contain any temporal restrictions [Doc. 26 at Page ID # 117]. Plaintiffs oppose the motion on the sole basis that Defendants lack standing to quash the Subpoena [Doc. 28].

"Ordinarily a party has no standing to seek to quash a subpoena issued to someone who is not a party to the action, unless the objecting party claims some personal right or privilege with regard to the documents sought." *Focus Health Group, Inc. v. Stamps*, No. 3:19-CV-452-TRM-HBG, 2020 WL 7774906, at *2 (E.D. Tenn. Dec. 30, 2020) (quoting *Diamond Resorts Int'l, Inc. v. Phillips*, No. 3:17-CV-01124, 2018 WL 4328257, at *2 (M.D. Tenn. July 16, 2018)). Defendants do not assert *any* personal right or privilege regarding the documents sought, and therefore lack standing to quash the Subpoena.

That does not end the inquiry, however, because Defendants seek, in the alternative, "a protective order limiting the Subpoena to a specific time before and up until the Accident pursuant to Federal Rules of Civil Procedure 26 and 45." [Doc. 26, ¶ 8]. "[W]here a party's standing may fall short to quash a subpoena under Rule 45, Rule 26(c) affords parties the ability to move for a protective order on a third party's behalf." *Focus*, 2020 WL 7774906, at *2 (quoting *Diamond Resorts,,* 2018 WL 4328257, at *2). That rule provides, in pertinent part:

> A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending . . . . The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense.

"The burden of establishing good cause for a protective order rests with the movant[,]" who "must articulate specific facts showing 'clearly defined and serious injury' resulting from the discovery sought and cannot rely on mere conclusory statements." *Nix v. Sword*, 11 Fed. App'x 498, 500

2

(6th Cir. 2001); *see also In re Ohio Execution Protocol Litig.*, 845 F.3d 231, 236 (6th Cir. 2016) (party moving for a protective order must show good cause, "with a particular and specific demonstration of fact, as distinguished from stereotyped and conclusory statement."). "A movant can satisfy Rule 26(c)'s 'good cause' requirement by showing that the proposed discovery is irrelevant." *Robinson ex rel. T.R. v. Eli Lilly & Co.*, No. 5:17-388-KKC, 2019 WL 4803224, at *1 (E.D. Ky. Oct. 1, 2019) (citing *Anwar v. Dow Chem. Co.* 876 F.3d 841, 854 (6th Cir. 2017)).

As noted above, Defendants argue only that "[t]he Subpoena is broad with no restrictions in time or subject matter." [Doc. 26 at Page ID # 117]. This conclusory statement is not supported by any articulable or specific facts showing a clearly defined and serious injury resulting from the requested information. Nor is it accompanied by an argument that the requested information is irrelevant. Thus, the Court finds Defendants have failed to show good cause sufficient to issue the requested protective order.

Accordingly, the Court **DENIES** Defendants' motion to quash [Doc. 26]. The Court further **ORDERS** that, if properly served[3] with the Subpoena, Netradyne **SHALL** produce the documents requested in the Subpoena [Doc. 26-1] on or before **April 4, 2025**.[4] The Clerk is respectfully **DIRECTED** to mail a copy of this order to Netradyne, Inc., 9171 Towne Centre Dr. Ste. 110, San Diego, CA 92122.

SO ORDERED.

ENTER:

---

[3] Defendants note in their motion that "[u]pon information and belief, Netradyne has been served with the Subpoena." [Doc. 26, ¶ 5].

[4] The Subpoena originally commanded compliance by March 7, 2025 [Doc. 26-1].

3

/s/ [signature]
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE

| | **Tim Henshaw** |
|---|---|
| | Attorney, Alexander Shunnarah Trial Attorneys |
| | **Phone** (423) 417-9205    \| **Fax** (423) 719-2005 |
| | **Address**    Chattanooga TN 37402 <br> 1604 Reggie White Blvd Suite 102 |

**From:** Christina Hough <christina.hough@netradyne.com>
**Sent:** Friday, February 28, 2025 3:33 PM
**To:** Tim Henshaw <THenshaw@asilpc.com>
**Cc:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** RE: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

Thank you. This information has been provided to our Data team.

| **Christina Hough** | (858) 634-0226 |
|---|---|
| Paralegal | christina.hough@netradyne.com |
| Legal | www.netradyne.com |
| netradyne | 9171 Towne Centre Drive, Suite 110 <br> San Diego, California 92122 |

**From:** Tim Henshaw <THenshaw@asilpc.com>
**Sent:** Friday, February 28, 2025 11:01 AM
**To:** Christina Hough <christina.hough@netradyne.com>
**Cc:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

> **[EXTERNAL] WARNING:** This email originated outside of the organization. Exercise caution while clicking links or opening attachments. Please report all suspicious emails by clicking the **Phish Alert Report** button.

The device ID/serial number is 3633015303.

| | **Tim Henshaw** |
|---|---|
| | Attorney, Alexander Shunnarah Trial Attorneys |
| | **Phone** (423) 417-9205    \| **Fax** (423) 719-2005 |
| | **Address**    Chattanooga TN 37402 <br> 1604 Reggie White Blvd Suite 102 |

**From:** Christina Hough <christina.hough@netradyne.com>
**Sent:** Monday, February 24, 2025 3:36 PM
**To:** Tim Henshaw <THenshaw@asilpc.com>
**Cc:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** RE: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

Hi Tim, usually the parties to the case negotiate a protective order governing document production.

I will provide the information below to our data team, but the device serial number is how we usually identify data.

| | | |
|---|---|---|
| **Christina Hough** | (858) 634-0226 | |
| Paralegal | christina.hough@netradyne.com | |
| Legal | www.netradyne.com | |
|  | 9171 Towne Centre Drive, Suite 110 | |
| | San Diego, California 92122 | |

**From:** Tim Henshaw <THenshaw@asilpc.com>
**Sent:** Monday, February 24, 2025 12:20 PM
**To:** Christina Hough <christina.hough@netradyne.com>
**Cc:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** Re: Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

> **[EXTERNAL] WARNING:** This email originated outside of the organization. Exercise caution while clicking links or opening attachments. Please report all suspicious emails by clicking the **Phish Alert Report** button.

Hello and thank you for the response.

Do you have a protective order form in mind?

I don't think we have received a serial number in discovery but I'm going to double check.

Some documents indicate he is using "Truck 1323"

I can see anything from the outward facing video that indicates a serial number.

The police report provides a VIN for his vehicle as follows: "1XPBD49X9ND785086"

Does any of that help?

**Tim Henshaw**

Attorney, Alexander Shunnarah Trial Attorneys

| **Phone** (423) 417-9205 | **Fax** (423) 719-2005 |

**Address** 1604 Reggie White Blvd Suite 102      Chattanooga TN 37402

---

**From:** Christina Hough <christina.hough@netradyne.com>
**Sent:** Friday, February 21, 2025 7:26 PM
**To:** Tim Henshaw <thenshaw@asilpc.com>
**Cc:** Dev Zaveri <dev.zaveri@netradyne.com>
**Subject:** Bolivar, Radha, et al. v. HMD Trucking, Inc., et al. - Records Subpoena

**Beyond Computers**

**Warning:** Sender christina.hough@netradyne.com has never sent any emails to your organization.
Please be careful before replying or clicking on the URLs.

Report Phishing    Remove Banner

powered by Graphus®

Attorney Henshaw:

We are in receipt of your clients' subpoena dated February 18, 2025. We understand the subpoena was served on Netradyne's agent for service of process today, February 21, 2025.

We note the subpoena references a driver name but otherwise provides no identifying information. Because data is generally identified by device serial number, which is mounted in a vehicle, we need additional information to conduct a search for the requested records. Please provide the device serial number and any other information that may assist us in our search.

Further, our data retention policy is typically the current month plus 90 days for video data and 12 months for non-video data. Thus, depending on the subject date, it is likely that we do not have any responsive information.

In the event data is found, Netradyne requires a protective order before producing any such information. Thus, please provide a copy of a protective order governing document production. This is necessary to preserve confidential, proprietary, and other important business and personal information.

Thank you for your anticipated courtesy and cooperation.

| Christina Hough | (858) 634-0226 |
| Paralegal | christina.hough@netradyne.com |
| Legal | www.netradyne.com |
| netradyne | 9171 Towne Centre Drive, Suite 110 |
| | San Diego, California 92122 |

Case 1:24-cv-00155-TRM-MJD     Document 43-2     Filed 04/30/25     Page 11 of 11
                                    PageID #: 261