| Request No. | Type (Interrogatory / RFP) | Boilerplate Objection: Overbroad | Boilerplate Objection: Vague | Boilerplate Objection: Unduly Burdensome | Boilerplate Objection: Relevance | Other Boilerplate Objections |
|---|---|---|---|---|---|---|
| 1 | Interrogatory | | | | | X - Just mentioned Not Applicable |
| 3 | Interrogatory | X | | X | X | |
| 4 | Interrogatory | X | | X | X | |
| 5 | Interrogatory | X | X | X | X | |
| 6 | Interrogatory | X | X | X | X | |
| 7 | Interrogatory | X | X | X | X | |
| 8 | Interrogatory | X | X | X | X | X- Attorney Client Priviledge |
| 9 | Interrogatory | X | | | | |
| 12 | Interrogatory | X | X | X | | |
| 13 | Interrogatory | X | X | X | | |
| 14 | Interrogatory | X | X | X | | |
| 15 | Interrogatory | X | | | X | |
| 16 | Interrogatory | X | | X | X | |
| 17 | Interrogatory | X | | | X | |
| 18 | Interrogatory | X | | X | X | X- Attorney Client Priviledge |
| 19 | Interrogatory | | | | | X- Attorney Client Priviledge |
| 22 | Interrogatory | | | | | X- Attorney Client Priviledge |
| 24 | Interrogatory | | | | | X- Attorney Client Priviledge |
| 25 | Interrogatory | | | | | X- Attorney Client Priviledge |
| 26 | Interrogatory | | | | | X- Attorney Client Priviledge |
| 27 | Interrogatory | | | | | X- Attorney Client Priviledge |
| 1 | RFP | | | | | X- Attorney Client Priviledge |
| 2 | RFP | | | | X | |
| 3 | RFP | X | | | X | |
| 4 | RFP | X | X | | X | X- Attorney Client Priviledge |
| 5 | RFP | X | X | | | |
| 6 | RFP | X | | | X | |
| 7 | RFP | X | | | X | |
| 8 | RFP | X | | | X | |
| 9 | RFP | X | | | X | |
| 10 | RFP | X | | | X | |
| 11 | RFP | X | X | X | X | |
| 13 | RFP | X | | | X | |
| 14 | RFP | X | | | X | |
| 15 | RFP | X | X | | X | X- Attorney Client Priviledge |
| 16 | RFP | X | | | X | X- Attorney Client Priviledge |
| 17 | RFP | X | | | X | X- Attorney Client Priviledge |
| 18 | RFP | X | | | X | X- Attorney Client Priviledge |
| 19 | RFP | X | X | X | | |
| 20 | RFP | X | | X | | X- Attorney Client Priviledge |
| 21 | RFP | | | | | X- Attorney Client Priviledge |
| 22 | RFP | X | X | X | X | X- Attorney Client Priviledge |
| 23 | RFP | X | X | | | |
| 24 | RFP | X | X | | | |
| 25 | RFP | X | | | X | |
| 26 | RFP | X | X | | | |
| 27 | RFP | X | X | X | | |
| 29 | RFP | X | X | X | | |
| 30 | RFP | X | X | X | | |
| 32 | RFP | X | X | X | | |
| 33 | RFP | X | | X | | |
| 35 | RFP | | | | | X- 49 U.S.C § 396.11 |
| 36 | RFP | X | | | X | |
| 37 | RFP | X | X | X | X | |
| 38 | RFP | | X | | | X- Attorney Client Priviledge |
| 39 | RFP | X | X | | | X- Attorney Client Priviledge |
| 40 | RFP | X | | | X | X- Attorney Client Priviledge |
| 41 | RFP | | | | | X- Attorney Client Priviledge |
| 42 | RFP | | | | | X- Attorney Client Priviledge |
| 43 | RFP | | | | | X- Attorney Client Priviledge |

| # | Type | Col3 | Col4 | Col5 | Col6 | Notes |
|---|---|---|---|---|---|---|
| 44 | RFP | X | X | | | X- Attorney Client Priviledge |
| 46 | RFP | X | | | X | X- Attorney Client Priviledge |
| 47 | RFP | X | | | X | X- Attorney Client Priviledge |
| 48 | RFP | X | X | | X | |
| 49 | RFP | X | X | X | X | X- Attorney Client Priviledge |
| 50 | RFP | X | | X | | |
| 51 | RFP | | X | | | X- Attorney Client Priviledge |
| 52 | RFP | X | X | X | X | |
| 53 | RFP | X | | X | | |
| 54 | RFP | X | | X | | |
| 55 | RFP | X | X | X | X | X- protected by statutory priviledge, 49 U.S.C § 504(f) |
| 56 | RFP | X | | X | X | |
| 57 | RFP | X | | X | | X- Attorney Client Priviledge |
| 58 | RFP | X | X | X | X | X- Attorney Client Priviledge |
| 60 | RFP | | | | | X- Attorney Client Priviledge |
| 61 | RFP | | | | | X- Attorney Client Priviledge |
| 62 | RFP | | | | | X- Attorney Client Priviledge |
| 4 | Supplemental RFP | x | x | | | X- Attorney Client Priviledge |
| 5 | Supplemental RFP | x | x | | x | |
| 6 | Supplemental RFP | x | | | x | |
| 9 | Supplemental RFP | x | | | x | |
| 10 | Supplemental RFP | x | | | x | |
| 13 | Supplemental RFP | x | | | x | |
| 14 | Supplemental RFP | x | | | x | |
| 15 | Supplemental RFP | x | x | | x | X- Attorney Client Priviledge |
| 16 | Supplemental RFP | x | | | x | X- Attorney Client Priviledge |
| 17 | Supplemental RFP | x | | | x | X- Attorney Client Priviledge |
| 47 | Supplemental RFP | x | | | x | X- Attorney Client Priviledge |
| 48 | Supplemental RFP | x | x | | x | |
| 50 | Supplemental RFP | x | | x | | |