| Accepted Date | 3/11/2023 12:31 AM |
| --- | --- |
| Generated Date | 3/11/2023 12:31 AM |
| Report Form Level | 2 |



| Master Record Number | **103584572** |
| --- | --- |
| Type Of Crash | **Property Damage** |
| Approved By | **310** |

# Tennessee Electronic Traffic Crash Report

## Incident Information

| Date of Crash | Day Of Crash | Local Agency Number | Reporting Agency Name | Agency Tracking Number |
| --- | --- | --- | --- | --- |
| **3/1/2023** | **Wednesday** | **THP0200** | **THP District 2 - Chattanooga** | **223014445** |

| Time of Crash | County | | City |
| --- | --- | --- | --- |
| **19:13** | **Marion** | | **Kimball** |

| Hit and Run | Solved | Police Pursuit | School Bus Involved | Work Zone |
| --- | --- | --- | --- | --- |
| **No** | | **No** | **No** | **None** |

| Area | Intersection Type | Relation To Junction |
| --- | --- | --- |
| **Business** | **Not at Intersection** | **Non-Junction** |

| Block Number | Roadway Number | Roadway Name | Suffix | Mile Marker |
| --- | --- | --- | --- | --- |
| | | **I 24** | | **141.00** |

| Estimated Distance | Distance Type | Direction | From Highway/Intersection | Suffix | Intersect Number |
| --- | --- | --- | --- | --- | --- |
| **0.00** | | | | | |

| Roadway Local Id | Latitude | Longitude |
| --- | --- | --- |
| | **35.167860** | **-85.791340** |

| First Harmful Event | Trafficway Type |
| --- | --- |
| **Motor Vehicle-In-Transport On Same Roadway** | **Trafficway-OPEN** |

| Weather Conditions | Light conditions | Manner Of Collision |
| --- | --- | --- |
| **Cloudy** | **Dark-Not Lighted** | **Sideswipe, Same Direction** |

## Incident Management

| Secondary Crash | Secondary Crash Type | Blockage Occurred |
| --- | --- | --- |
| **No** | | **No** |

| Roadway / Lanes Blocked | Roadway Lanes/ Cleared |
| --- | --- |
| | |

| Lanes Blocked |
| --- |
| |

| Incident Started | Incident Cleared |
| --- | --- |
| | |

## Investigating Officer Details

| Investigation Complete | Rank | First Name | Middle Initial | Last Name | Suffix |
| --- | --- | --- | --- | --- | --- |
| **Yes** | **TROOPER** | **LARRY** | **W** | **ANDERSON JR.** | |

| Badge Number | District/Zone | Car Number | Report Date |
| --- | --- | --- | --- |
| **1** | **2** | **2275** | **03/02/2023** |

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| **1** | **2** | **Driver Operated** |

## Driver Information

| First Name | Middle Initial | Last Name | Date Of Birth | Age |
|---|---|---|---|---|
| **ANTONIO** | **D** | **WORTHAM** | **4/13/1982** | **40** |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| **450 BARN WOOD RD** | | **TUSCALOOSA** | **AL** | **35405** |

| Phone 1 | Phone 2 | Phone 3 | Gender | Race | Ethnicity |
|---|---|---|---|---|---|
| **7707317220** | | | **M** | **Black or African American** | **Non-Hispanic** |

| Drivers License Number | Drivers License State | Expiration Date | Drivers License Class | Drivers License Status |
|---|---|---|---|---|
| **9785360** | **AL** | **2026** | **A** | **Valid** |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| **Shoulder And Lap Belt Used** | **AirBag Available-No Deployment** | **Front Seat-Left Side** |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| **None** | | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| **None** | | | | | |

| Ejected | Trapped/Extricated | Injury Code | Medical Transport |
|---|---|---|---|
| **Not Ejected** | **Not Trapped** | **No Injury** | **Not Transported** |

| Incident Responder? | Incident Responder Type |
|---|---|
| **No** | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| **No Hit And Run** | **Changing Lanes Or Merging** | **None** |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| **Appeared Normal** | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| **None** | |

| Driver's 3rd Action | Driver's 4th Action | Drivers's 5th Action |
|---|---|---|
| | | |

## Alcohol and Drugs

| Presence of Alcohol | Alcohol Test Status |
|---|---|
| **No** | **Test Not Given** |
| Presence of Drugs | Drug Test Status |
| **No** | **Test Not Given** |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |

## Vehicle Information

| Owner Same as Driver | Owner First Name | Owner Middle Name | Owner Last Name | | | |
|---|---|---|---|---|---|---|
| No | LLC | | US LEASING | | | |

| Address Line 1 | Address Line 2 | City | State | Zip Code | Phone 1 |
|---|---|---|---|---|---|
| 1350 TEXAS ST | | GARY | IN | 46402 | 7083986237 |

| Vehicle Year | Vehicle Make | Vehicle Model | Color | Body Style |
|---|---|---|---|---|
| 2022 | PTRB | CON | White | Truck-Tractor (Cab only or any number of trailing units) |

| VIN | License Plate Number | State | Plate Expiration | Unit Type |
|---|---|---|---|---|
| 1XPBD49X9ND785086 | 3098991 | Indiana | 012024 | Motor Vehicle In-Transport |

| 1st Trailer | 1st Trailer License Plate Information | Towed |
|---|---|---|
| Semi Trailer All Types | IL 592380ST 2024 | Driven From Scene |

| 2nd Trailer | 2nd Trailer License Plate Information |
|---|---|
| | |

| Insurance 1 | Insurance 1 Type | Insurance 1 Carrier | Insurance 1 Start Date | Insurance 1 End Date |
|---|---|---|---|---|
| KCA2600002-2 | Carrier-Cargo | CAROLINA CASUALITY INSURANCE | 12/1/2022 | 12/1/2023 |
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| | | | | |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |
| | | | | |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | Point of First Impact |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | Right Side-Far Front |

| Extent of Damage | Officer Damage Estimate |
|---|---|
| Minor Damage | Greater Than Threshold |

| Travel Direction | Traveling On |
|---|---|
| West | |

| Traffic Control Devices | Traffic Control Device Functioning | Speed Limit |
|---|---|---|
| No Control | No Controls | 70 |

| Roadway Surface Conditions | Roadway Character Alignment | Number of Travel Lanes |
|---|---|---|
| Dry | Straight | Two Lanes |

## Occupants

| Person Type | | | | | | |
|---|---|---|---|---|---|---|
| **Passenger** | | | | | | |

| First Name | Middle Name | Last Name | Suffix | Date Of Birth | Age |
|---|---|---|---|---|---|
| **SUMMER** | **S** | **ELZY** | | **8/27/1978** | **44** |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| **450 BARN WOOD RD** | | **TUSCALOOSA** | **AL** | **35405** |

| Phone 1 | Phone 2 | Phone 3 | Gender | Seating Position |
|---|---|---|---|---|
| **7707317220** | | | **F** | **Front Seat-Right Side** |

| Airbag | Safety Equipment |
|---|---|
| **AirBag Available-No Deployment** | **Shoulder And Lap Belt Used** |

| Ejected | Ejection Path | Trapped/Extricated |
|---|---|---|
| **Not Ejected** | | **Not Trapped** |

| Injury Code | Medical Transport | Ambulance/Hospital |
|---|---|---|
| **No Injury** | **Not Transported** | |

| Incident Responder? | Incident Responder Type |
|---|---|
| **No** | |

## Alcohol and Drugs

| Officer Suspect Alcohol Use | Determination Method | Alcohol Test Status |
|---|---|---|
| **No** | | **Test Not Given** |

| 1st Alcohol Test Type | 1st Alcohol Test Result | 2nd Alcohol Test Type | 2nd Alcohol Test Result |
|---|---|---|---|
| | | | |

| Officer Suspect Drug Use | Determination Method | Drug Test Status |
|---|---|---|
| **No** | | **Test Not Given** |

| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
|---|---|---|---|---|---|
| | | | | | |

## Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |

| Vehicle Number | Number of Occupants | Driver Presence |
|---|---|---|
| **2** | **2** | **Driver Operated** |

## Driver Information

| First Name | Middle Initial | Last Name | Date Of Birth | Age |
|---|---|---|---|---|
| **RADHA** | **J** | **BOLIVAR ANGELES** | **3/1/1990** | **33** |

| Address Line 1 | Address Line 2 | City | State | Zip Code |
|---|---|---|---|---|
| **286 NW 69TH AVE** | **APT 174** | **PLANTATION** | **FL** | **33317** |

| Phone 1 | Phone 2 | Phone 3 | Gender | Race | Ethnicity |
|---|---|---|---|---|---|
| **7867796188** | | | **M** | **Caucasian|Mexican|Puerto Rican|Other White** | **Hispanic** |

| Drivers License Number | Drivers License State | Expiration Date | Drivers License Class | Drivers License Status |
|---|---|---|---|---|
| **B416730900811** | **FL** | **2023** | **E** | **Valid** |

| Safety Equipment | Airbag | Seat Position |
|---|---|---|
| **Shoulder And Lap Belt Used** | **AirBag Available-No Deployment** | **Front Seat-Left Side** |

| Endorsement 1 | Complied With | Endorsement 2 | Complied With | Endorsement 3 | Complied With |
|---|---|---|---|---|---|
| **None** | | | | | |

| Restriction 1 | Complied With | Restriction 2 | Complied With | Restriction 3 | Complied With |
|---|---|---|---|---|---|
| **None** | | | | | |

| Ejected | Trapped/Extricated | Injury Code | Medical Transport |
|---|---|---|---|
| **Not Ejected** | **Not Trapped** | **No Injury** | **Not Transported** |

| Incident Responder? | Incident Responder Type |
|---|---|
| **No** | |

## Driver Conditions and Actions

| Hit and Run | Driver/Vehicle Maneuver | Distraction |
|---|---|---|
| **No Hit And Run** | **Changing Lanes Or Merging** | **None** |

| Driver's 1st Condition | Driver's 2nd Condition | Driver's 3rd Condition |
|---|---|---|
| **Appeared Normal** | | |

| Driver's 1st Action | Drivers 2nd Action |
|---|---|
| **None** | |

| Driver's 3rd Action | Driver's 4th Action | Drivers's 5th Action |
|---|---|---|
| | | |

## Alcohol and Drugs

| Presence of Alcohol | Alcohol Test Status |
|---|---|
| **No** | **Test Not Given** |
| Presence of Drugs | Drug Test Status |
| **No** | **Test Not Given** |

## Driver Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th ViolationStatute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th ViolationStatute |

## Vehicle Information

| Owner Same as Driver | Owner First Name | Owner Middle Name | Owner Last Name | | | |
|---|---|---|---|---|---|---|
| No | JOSEPH | E | LOAIZA | | | |

| Address Line 1 | Address Line 2 | City | State | Zip Code | Phone 1 |
|---|---|---|---|---|---|
| 729 NW 2ND ST | APT 1122 | MIAMI | FL | 33128 | 7867796188 |

| Vehicle Year | Vehicle Make | Vehicle Model | Color | Body Style |
|---|---|---|---|---|
| 2022 | TOYT | COA | Black | Four-Door Sedan Hardtop |

| VIN | License Plate Number | State | Plate Expiration | Unit Type |
|---|---|---|---|---|
| JTDEPMAE4NJ214378 | 42AZZA | Florida | 012024 | Motor Vehicle In-Transport |

| 1st Trailer | 1st Trailer License Plate Information | Towed |
|---|---|---|
| | | Driven From Scene |

| 2nd Trailer | 2nd Trailer License Plate Information |
|---|---|
| | |

| Insurance 1 | Insurance 1 Type | Insurance 1 Carrier | Insurance 1 Start Date | Insurance 1 End Date |
|---|---|---|---|---|
| 964844828 | Vehicle | PROGRESSIVE | 1/9/2023 | 7/9/2023 |
| Insurance 2 | Insurance 2 Type | Insurance 2 Carrier | Insurance 2 Start Date | Insurance 2 End Date |
| | | | | |
| Insurance 3 | Insurance 3 Type | Insurance 3 Carrier | Insurance 3 Start Date | Insurance 3 End Date |
| | | | | |

## Vehicle Damage and Roadway Characteristics

| Most Harmful Event | Point of First Impact |
|---|---|
| Motor Vehicle-In-Transport On Same Roadway | Left Side-Far Rear |

| Extent of Damage | Officer Damage Estimate |
|---|---|
| Minor Damage | Greater Than Threshold |

| Travel Direction | Traveling On |
|---|---|
| West | |

| Traffic Control Devices | Traffic Control Device Functioning | Speed Limit |
|---|---|---|
| No Control | No Controls | 70 |

| Roadway Surface Conditions | Roadway Character Alignment | Number of Travel Lanes |
|---|---|---|
| Dry | Straight | Two Lanes |

## Occupants

| Person Type | | | | | | |
|---|---|---|---|---|---|---|
| Passenger | | | | | | |
| First Name | Middle Name | Last Name | Suffix | Date Of Birth | Age | |
| ANGELICA | M | GOATACHE GARCIA | | 9/30/1981 | 41 | |
| Address Line 1 | Address Line 2 | | City | State | Zip Code | |
| 7901 NW 7 AVE | APT 209 | | MIAMI | FL | 33150 | |
| Phone 1 | Phone 2 | Phone 3 | Gender | Seating Position | | |
| 7867796188 | | | F | Front Seat-Right Side | | |
| Airbag | Safety Equipment | | | | | |
| AirBag Available-No Deployment | Shoulder And Lap Belt Used | | | | | |
| Ejected | Ejection Path | | Trapped/Extricated | | | |
| Not Ejected | | | Not Trapped | | | |
| Injury Code | Medical Transport | | Ambulance/Hospital | | | |
| No Injury | Not Transported | | | | | |
| Incident Responder? | Incident Responder Type | | | | | |
| No | | | | | | |

## Alcohol and Drugs

| Officer Suspect Alcohol Use | | Determination Method | | Alcohol Test Status | |
|---|---|---|---|---|---|
| No | | | | Test Not Given | |
| 1st Alcohol Test Type | 1st Alcohol Test Result | | 2nd Alcohol Test Type | 2nd Alcohol Test Result | |
| | | | | | |
| Officer Suspect Drug Use | | Determination Method | | Drug Test Status | |
| No | | | | Test Not Given | |
| 1st Drug Test Type | 1st Drug Test Result | 2nd Drug Test Type | 2nd Drug Test Result | 3rd Drug Test Type | 3rd Drug Test Result |
| | | | | | |

## Violations

| 1st Violation | 1st Violation Category | 1st Violation Description | 1st Violation Statute |
|---|---|---|---|
| 2nd Violation | 2nd Violation Category | 2nd Violation Description | 2nd Violation Statute |
| 3rd Violation | 3rd Violation Category | 3rd Violation Description | 3rd Violation Statute |
| 4th Violation | 4th Violation Category | 4th Violation Description | 4th Violation Statute |
| 5th Violation | 5th Violation Category | 5th Violation Description | 5th Violation Statute |

**Narrative**

Vehicle 1 and vehicle 2 were traveling West on Interstate 24 near the 141 mile marker when they crashed in a side swipe manner. There was conflicting statements from the drivers and no evidence in the roadway to support either driver's claims. Both vehicle 1 and vehicle 2 came to a controlled stop on the shoulder of Interstate 24 West.

