# In The Matter Of:

*Radha Bolivar and Angelica Goatache v.*
*HMD Trucking, Inc., and Antonio Wortham*

*Video Deposition of Radha Bolivar*
*February 4, 2025*

**nashvillecourtreporters**

Online Scheduling: ncrdepo.com | 615.885.5798

*Original File 2025-02-04 Radha Bolivar.txt*
*Min-U-Script® with Word Index*

1  vehicle accidents -- Florida, ours, 2024 -- have you
2  had any other motor vehicle accidents either before
3  ours or after?
4  A.          No.  Thank God.
5  Q.          In either the Florida student accident or
6  the 2024 accident in Kansas City, did you injure your
7  shoulder?
8  A.          No.
9  Q.          Okay.  Separate and apart from accidents
10 between vehicles, have you ever had an incident such as
11 falling down steps, slipping in water, slipping on ice;
12 anything like that in the past ten years, Mr. Bolivar?
13 A.          No.
14 Q.          Okay.  I want to move ahead to the actual
15 accident that we're here about today.  Okay.  It occurs
16 on March the 1st of 2023.  Would you agree with that?
17 That's what the police report says.
18 A.          That's correct.
19 Q.          Okay.  The police report says that was a
20 Wednesday.  Do you -- do you remember what day of the
21 week it was?
22 A.          Yes.  It was a Wednesday.  It's March 1st.
23 That's my birthday too.
24 Q.          Okay.  And tell me that day where had you
25 been and where were you going?

1  A.          We were moving from Florida to Kansas City.
2  Q.          Had you left earlier the day -- that day
3  from your apartment in Plantation, Florida?
4  A.          No.  No.  I left from Orlando because I was
5  visiting a relative in Orlando.  So we left from there.
6  Q.          Okay.  Were you planning to drive all the
7  way from Orlando to Kansas City, or did you have a
8  planned stop somewhere along the route?
9  A.          We were going to stop -- or we actually
10 stopped in Tennessee, and then we were going to drive
11 to Kansas City.
12 Q.          Where were you planning to stop?
13 A.          At a hotel that is near a Venezuelan
14 restaurant in Tennessee.
15 Q.          Was it close to where the accident occurred?
16 A.          Yes.  After where the accident happened.
17 Q.          Okay.  From the time that y'all left Orlando
18 up until the time that the incident occurred, had you
19 been the only one driving the vehicle?
20 A.          Yes.
21 Q.          Okay.  The vehicle that you were in when
22 this accident occurred, it was a 2022 Toyota Corolla?
23 A.          That's correct.
24 Q.          Okay.  The police report said that Joseph
25 Loaiza, L-O-A-I-Z-A, owned it.  Who is he?

BY MS. WHITE:

Q. Okay. Just one second. I thought I was. Okay. Does everyone now see a dash cam on their screen?

A. Yes.

Q. Okay. We'll walk through this. This is another minute clip.

(Video playing.)

BY MS. WHITE:

Q. As you're watching the video, Radha, at all times the tractor-trailer stays behind you in the right lane; correct?

A. Yes; that's correct.

Q. And at no time in this video clip that you're watching does the tractor-trailer move to the left lane in an attempt to pass you again, does it?

A. No.

Q. And as you pull over to the shoulder, the video depicts the tractor-trailer also pulling over to the shoulder; correct?

A. Yes.

Q. And as you keep watching it, this is you that gets out of the driver's side; correct?

A. That's correct.

Q. Okay. You don't have any problems getting

1  out of your driver's side door, do you?
2  A.        No.
3  Q.        Okay.  And it looks like Angelica also gets
4  out of the passenger side door; correct?
5  A.        That's correct.
6  Q.        And you walk to the rear of your vehicle;
7  correct?
8  A.        That's correct.
9  Q.        And is this -- is this where you are talking
10 to the driver of the other vehicle?
11              THE INTERPRETER:  Interpreter.  Would
12 you mind repeating that?
13 BY MS. WHITE:
14 Q.        And at this point in time in the video clip
15 where you're facing the screen, are you engaging in
16 conversation with the driver of the other vehicle?
17 A.        Yes.  That's exactly what happened.
18 Q.        And does this clip, at least from your
19 perspective, accurately show what occurred as you were
20 pulling over to the shoulder of the highway?
21 A.        Of course.
22              MS. WHITE:  I would like to mark this
23 one-minute clip the next-numbered exhibit which will be
24 Exhibit No. 2.
25              (Marked Exhibit 2.)

1                (Marked Exhibit 3.)
2    BY MS. WHITE:
3    Q.        Okay.  How did you -- so the police
4    eventually arrived at the scene; is that right?
5    A.        Yes.
6    Q.        Okay.  Other than the police arriving at the
7    scene, did anybody else come to the scene, Radha?
8    A.        No.
9    Q.        Okay.  Did you get any type of a written or
10   recorded statement to the officer?
11   A.        I just told him what had happened, and he
12   got my -- my -- the information and my driver's license
13   number, and he created a report.
14   Q.        Okay.  And the officer as part of his coming
15   to the scene, he asked -- he asked you if you were
16   hurt?
17   A.        Yes.
18   Q.        And you told him that you were not hurt; is
19   that correct?
20   A.        That's correct.
21   Q.        And the officer asked if you wanted an
22   ambulance to come to the scene, didn't he?
23   A.        That's correct.
24   Q.        And you refused an ambulance; correct?
25   A.        Correct.  That's correct.

1  Q.          You drove away from the scene after the
2  officer allowed you to go; correct?
3  A.          That's correct.
4  Q.          And where did you go when you left the
5  scene?
6  A.          To the hotel where we were planning to stop?
7  Q.          Okay.  So you went to the same place where
8  you were planning to go before this incident occurred;
9  correct?
10 A.          That's correct.
11 Q.          How far was that from where this incident
12 occurred, Radha?
13 A.          I don't remember, but it was less than an
14 hour because I think we were arriving to Tennessee and
15 that was in Chattanooga.  I don't remember exactly.
16 Q.          You were staying in Chattanooga that night?
17 A.          In Tennessee.  Near a Venezuelan restaurant.
18 Q.          Did you exchange information with the driver
19 of the other vehicle at the scene?
20 A.          No.
21 Q.          Okay.  Other than talking with the driver at
22 the scene in that conversation that we saw on the
23 video, did you have any other conversations with him?
24 A.          No.
25 Q.          He was driving for a company called "HMD

BY MS. WHITE:

Q. I know that Radha didn't own this vehicle. And despite that, Radha, did you have any involvement in taking the vehicle in for repairs or for an estimate of repairs once you got back to Kansas City?

A. No. We were waiting for the adjuster, the insurance adjuster.

Q. Okay. Did you and Angelica arrive back -- or arrive in Kansas City on March the 2nd of 2023?

A. That's correct.

Q. And my understanding is you first went to the doctor for injuries you're relating to this accident on March the 15th of 2023; is that -- is that correct?

A. That's correct.

Q. Why did you -- why did you wait almost two weeks after -- after this accident to go to the doctor?

A. Because I -- I started experiencing the symptoms. After that, I realized that I was not able to lift heavier things, and then I was also feeling like this kind of pain that was like -- like -- yeah, like that, like throbbing pain, and that was what I was feeling. So then we decided to try to find -- to get an attorney so it would try to get us help and find, so that we don't have to -- we didn't have to pay for

1  the -- for the medical consultation.
2  Q.          Okay.  So is -- am I accurate that you --
3  you retained an attorney and -- before you began having
4  any medical care?
5  A.          Yes.  And they helped us to get the help.
6  Q.          You said you started experiencing symptoms;
7  you could not lift heavier things; and started feeling
8  throbbing pain.  Where were you feeling this throbbing
9  pain?
10 A.          In my shoulder.  In my left shoulder.
11 Q.          Other than the left shoulder, were you
12 feeling this throbbing pain anywhere else?
13 A.          This area.  I don't know how to describe it.
14 And my shoulder in here.  (Indicating.)
15 Q.          Okay.  You're kind of sideways, Radha.  So
16 I'm trying to --
17 A.          Yeah.  Sorry.
18 Q.          That's okay.  Yeah, there you go.
19 A.          My battery is dying.
20 Q.          Okay.
21 A.          This part and in here.  (Indicating.)
22 Q.          So I want you to tell me, are you rubbing
23 your left shoulder and then underneath your left
24 shoulder?  Like your armpit?
25 A.          Yes.  All of this area because it's like a