# In The Matter Of:

*Radha Bolivar and Angelica Goatache v.*
*HMD Trucking, Inc., and Antonio Wortham*

*Video Deposition of Angelica Goatache*
*February 4, 2025*

**nashvillecourtreporters**

Online Scheduling: ncrdepo.com | 615.885.5798

*Original File 2025-02-04 Angelica Goatache.txt*
*Min-U-Script® with Word Index*

1  to explain what had happened, and I noticed that the
2  other person was upset.  But I didn't fully understand
3  everything that they were saying.
4  Q.        Did you call 911?
5  A.        Yes.  I called from my phone, but it was
6  Radha who talked to them because I don't -- I don't
7  speak English.
8  Q.        Did you make any phone calls yourself from
9  the scene?
10 A.        Yes.
11 Q.        Who did you call?
12 A.        911.
13 Q.        You called 911, and then Radha spoke with
14 them; correct?
15 A.        That's correct.
16 Q.        Did you call anyone else?
17 A.        No.
18 Q.        Did you send any text messages from the
19 scene?
20 A.        No.
21 Q.        After the impact occurred, you were able to
22 get out of the vehicle on the passenger-side door;
23 correct?
24 A.        That's correct.
25 Q.        And you didn't have any problems opening

1  that door or getting out of the vehicle and walking to
2  the back of your vehicle; correct?
3  A.         That's correct.
4  Q.         Okay.  I understand that the vehicle that
5  y'all were riding in belonged to Joseph E. Loiza,
6  L-O-I-Z-A.  Is he related to you?
7  A.         Yes.  He's my best friend.
8  Q.         Is he related to you, or just your best
9  friend?
10 A.         Yeah.  He's just my friend.
11 Q.         Okay.  Okay.  When we were looking at some
12 photographs with Radha earlier today, and I'm happy to
13 pull it back on the screen, there was a photograph --
14 let me put it on the screen real quick -- that we
15 looked at.
16            And this was marked as Exhibit 5 -- there we
17 go -- Exhibit 5 to Radha's deposition.  Am I correct
18 that the damage that I'm circling right here was damage
19 that preexisted our accident?
20 A.         That's correct.
21 Q.         Thank you.  Now, the police eventually came
22 to the scene; correct?
23 A.         That's correct.
24 Q.         And did you talk with the police at the
25 scene?

```
 1   A.         No.
 2   Q.         Did any officer ask you if you were injured?
 3   A.         Yes.  They asked me.
 4   Q.         Okay.  And you told the officer that you
 5   were not injured?
 6   A.         That's correct.
 7   Q.         And the officer also asked if you needed an
 8   ambulance to come to the scene; correct?
 9   A.         Yes, he asked.
10   Q.         And you didn't need an ambulance, did you?
11   A.         That's correct.
12   Q.         And then you and Radha left the scene and
13   went to the hotel that y'all had planned to stay in
14   that night; correct?
15   A.         That's correct.
16   Q.         And do you recall where y'all went?
17                   THE INTERPRETER:  Interpreter.  Would
18   you mind repeating that question?
19   BY MS. WHITE:
20   Q.         Do you recall what hotel you went to?
21   A.         No, I don't remember.
22   Q.         Okay.  Other than the officers at the scene
23   and then the -- Radha and the driver of the
24   tractor-trailer, do you recall anybody else coming to
25   the scene?
```

1  experiencing some pain here in the area of the neck.
2  (Indicating.)
3  Q.         So about four or five days after the
4  incident occurred, you started having some lower back,
5  back, and neck pain; is that right?
6  A.         Yes.
7  Q.         Were you hurt in any other way from this
8  incident other than the lower back, back, and neck?
9  A.         No.
10 Q.         Okay.  Prior to this incident, had you ever
11 had lower back pain?
12 A.         No.
13 Q.         Prior to the incident, had you ever treated
14 with a doctor or any other medical professional for
15 lower back problems?
16 A.         No.
17 Q.         Prior to our incident, had you ever been to
18 the doctor for any type of back-related problems?
19 A.         No.
20 Q.         And prior to the incident, had you ever
21 treated with a doctor or any other medical professional
22 for neck pain or problems?
23 A.         No.
24 Q.         As I understand it -- and I am going to be
25 really specific on this line of questioning.  But Radha

1  testified that -- that y'all got to Kansas City,
2  Missouri, and then retained legal counsel, an attorney,
3  before going to get medical treatment.  Is -- is that
4  also correct with respect to you?
5              MR. HENSHAW:  Well, I'll --
6              THE WITNESS:  Yes.
7              MR. HENSHAW:  -- I need to -- let me
8  put an objection on the record.  I am objecting that I
9  don't -- that we're not waiving attorney-client
10 privilege.  We're allowing some limited inspection of
11 the timing, and, like you said, with the similar
12 questions you had with Mr. Bolivar, we're not getting
13 into what you talked about or what was said or anything
14 like that.  But just to make -- just to get Ms. Mary
15 Beth White happy, and she can ask you some limited
16 questions about this, we're going to allow some limited
17 inspection without waiving attorney-client privilege.
18 So with that, you can answer.
19 BY MS. WHITE:
20 Q.         I understand that you first sought treatment
21 at Advanced Injury Care on March the 15th of 2023; is
22 that correct?
23             THE INTERPRETER:  What's the name of
24 it?  Advanced?
25             MS. WHITE:  Advanced Injury Care.

1               THE INTERPRETER:  Injury Care?
2               (Interpretation.)
3               THE WITNESS:  That's correct.
4    BY MS. WHITE:
5    Q.      Okay.  And you came to know of Advanced
6    Injury Care through your legal counsel; correct?
7               MR. HENSHAW:  Same objection, but you
8    can answer without discussing anything that we have
9    talked about.
10              THE WITNESS:  Yes.  He gave us some
11   support.
12   BY MS. WHITE:
13   Q.      Okay.  Now, your -- it looks like you
14   treated at Advanced Injury Care on four different days.
15   Is that -- is that correct?
16   A.      Could -- could you repeat the question,
17   please?
18   Q.      Sure.  According to the records that we have
19   been provided, you treated at Advanced Injury Care on
20   four occasions.  Is that your recollection as well?
21   A.      That's correct.  But the physical therapist
22   were a different time.
23   Q.      Sure.  I understand that.  But with respect
24   to all four of your visits, you went to Advanced Injury
25   Care on the same days that Radha went to Advanced