

Jason Fulk <jason.fulk@hmdtrucking.com>

## Re: [External] Angelica Goadoche and Radha Bolivar adv. HMD Trucking et al.
1 message

**Jason Fulk** <jason.fulk@hmdtrucking.com>                                                              Fri, Mar 24, 2023 at 10:10 AM
To: Tim Henshaw <THenshaw@asilpc.com>
Cc: Jean Singer <JSINGER@cbcsclaims.com>, Nadia Corsello <nadia@hmdtrucking.com>

Tim,

Per our discussion, here is a link to download dash cam video of the incident. Please let me know if you have trouble downloading. If you would still like to inspect the truck after viewing, we will coordinate a date and time to make it available.

Thanks,


**Jason Fulk | General Counsel**

o: (708) 398-6237 x402 | c: (317) 225-9480

