# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| RADHA BOLIVAR AND ANGELICA GOATACHE, | )<br>)<br>) |
| Plaintiffs, | )  No.: 1:24-CV-00155<br>) |
| vs. | )  JUDGE MCDONOUGH<br>) |
| HMD TRUCKING, INC. AND ANTONIO WORTHAM, | )  MAGISTRATE JUDGE LEE<br>)<br>)  JURY DEMAND |
| Defendants. | ) |

## DECLARATION

I, Fausta Mikniute, declare under penalty of perjury that the foregoing is true and correct.

1. I am a Safety Director at HMD Trucking, Inc. ("HMD")

2. I have held the position of Safety Director since 2022.

3. I served as the corporate representative for HMD at the deposition on March 10, 2025.

4. At the time HMD received Plaintiff's preservation letter during the second half of March 2023, it did not possess or have access to any Netradyne specific data regarding four property damage only incidents involving Mr. Wortham that occurred before the subject incident.

5. HMD is not aware of any Netradyne dash camera footage, data, or alerts related to the four property damage only incidents involving Mr. Wortham that occurred before the Incident. HMD is not aware of whether Netradyne created any alerts for the four property damage only incidents occurring before the subject one.

6. In downloading Netradyne videos, like HMD did after the subject incident, HMD can download two different types of videos from the outward facing camera, one with overlaid

data and one without it. HMD downloaded the outward facing dash camera videos that had overlaid data. The overlaid data shows speed, date and time, distance from vehicle one is trailing, and other data. The left and right facing cameras do not have overlaid data on them.

7. When HMD accesses the cloud based Netradyne system, it does not see data in a form as shown in ND_000001 and ND_000002.

8. HMD has no knowledge as to how Netradyne determines "Alert Severity" or "Alert Type", two columns show in ND_000001 and ND_000002.

9. The Netradyne data for which HMD had access to at the time of the subject incident is cloud based. It is not tangible documents. If HMD wants to keep information it sees in Netradyne, it has to download it.

10. Netradyne's data hold is unrelated to Plaintiff's litigation.

11. The data hold concerns a class action lawsuit in Illinois related to biometric data based on the Illinois Biometric Information Privacy Act.

12. The data hold does not relate in any way to incidents, accidents, or driver safety.

13. At the time of my deposition as the corporate representative for HMD, I was unaware of the data hold in place because the class action lawsuit in Illinois related to biometric data.

14. As the class action did not involve driving safety related issues at HMD, my involvement in the class action has not been needed.

15. After the deposition, I learned of the data hold and that HMD possessed Netradyne scorecards on Mr. Wortham.

16. The vast majority of HMD drivers cover the lens of their inward facing camera.

17. Even if the inward facing camera is covered, HMD has outward facing, left facing, and right facing cameras on its tractors that allow it to understand what is going on inside the tractor without invading their driver's privacy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/14/25___

Signature ___f. Vrikunite___