# White, Mary Beth Haltom

| | |
|---|---|
| **From:** | Tim Henshaw <THenshaw@asilpc.com> |
| **Sent:** | Wednesday, March 12, 2025 1:35 PM |
| **To:** | White, Mary Beth Haltom |
| **Cc:** | Trefilova-Martin, Sofia |
| **Subject:** | Re: Bolivar et al v. HMD Trucking et al 1:24-cv-00155 REQUEST TO MEET AND CONFER |
| **Attachments:** | |

Mary Beth:

After hearing HMD testify - I think I need to speak to Mr. Clary.   I apologize for not asking about this earlier however the extent of his role in post crash only really became apparent from the testimony.
I do see that he was listed as the compliance manager who signed the post crash safety audit but he was not listed in the ROGs or initial disclosures.   I need him for like 45 mins to an hour.   Do you think we can get this done?



**Tim Henshaw**
Attorney, Alexander Shunnarah Trial Attorneys

**Phone** (423) 417-9205 | **Fax** (423) 719-2005
**Address** 1604 Reggie White Blvd Suite 102 Chattanooga TN 37402