IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RADHA BOLIVAR AND ANGELICA GOATACHE, | )<br>)<br>) |
| Plaintiffs, | ) DOCKET NO. 1:24-cv-00155<br>) |
| v. | ) JUDGE VARLAN<br>) |
| HMD TRUCKING, INC., and ANTONIO WORTHAM, | ) MAGISTRATE JUDGE LEE<br>)<br>) JURY DEMAND |
| Defendants. | )<br>) |

## DEFENDANT HMD TRUCKING, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant HMD Trucking, Inc. ("Defendant" or "HMD"), by and through counsel, pursuant to Rules 26, 33, and 34 of the Tennessee Rules of Civil Procedure, hereby supplements its responses to the Requests for Production of Documents propounded by plaintiffs Radha Bolivar and Angelica Goatache (collectively "Plaintiffs") as follows:

### GENERAL OBJECTIONS

Defendant adopts by reference, pursuant to Rule 10 of the Tennessee Rules of Civil Procedure, the General Objections set forth in his original discovery responses provided on November 12, 2024.

### REQUESTS FOR PRODUCTION

**REQUEST NO. 4:** The contents of WORTHAM' driver qualification file, driver investigation file, driver history file and all documents that demonstrate compliance with federal and state driver qualification laws and regulations. The requested documents include, but are not limited

to all documents required by FMCSR, 49 CFR Part 391, and the state equivalent thereto. If any responsive documents have been removed from the driver qualification file, these should be produced nonetheless.

RESPONSE: HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, seeks information not relevant to any party's claim or defense or proportional to the needs of the case, and would require HMD Trucking to make a legal conclusion for it to accurately respond. HMD Trucking objects to this request because the terms "driver investigation file" and "driver history file" are vague and ambiguous.

Subject to and without waiving the foregoing objection(s), HMD Trucking will produce Mr. Wortham's driver qualification file and other records relating to his driving history with HMD Trucking prior to the date of the Subject Collision (3/1/2023) subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE: HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, seeks information not relevant to any party's claim or defense or proportional to the needs of the case, and would require HMD Trucking to make a legal conclusion for it to accurately respond. HMD Trucking objects to this request because the terms "driver investigation file" and "driver history file" are vague and ambiguous.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order* and to the extent responsive, Defendant refers to Mr. Wortham's personnel file and driver qualification file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367, and HMD TRUCKING 000423 – HMD TRUCKING 000428.**

REQUEST NO. 5: All documents of any kind that relate to any pre-employment background investigation of WORTHAM, including without limitation any investigation of WORTHAM's qualifications, character, driving history, training, criminal history, drug use, financial responsibility, medical conditions, health conditions, and/or any other matter relevant to employment with HMD TRUCKING. This specifically includes all data and information obtained through FMCSA's Pre-Employment Screening Program.

2

Case 1:24-cv-00155-TRM-MJD  Document 50-11  Filed 05/14/25  Page 2 of 11
PageID #: 565

RESPONSE: Objection. Defendant objects to this request to the extent it is overly broad, vague, and ambiguous, and seeks information that is not relevant to the subject matter involved in the pending action, nor proportional to the needs of the case. Subject to and without waiving these objections, and to the extent responsive, Defendant refers to Mr. Wortham's personnel file, which Defendant will agree to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE: Objection. Defendant objects to this request to the extent it is overly broad, vague, and ambiguous, and seeks information that is not relevant to the subject matter involved in the pending action, nor proportional to the needs of the case. Subject to and without waiving these objections, and to the extent responsive, Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367, and HMD TRUCKING 000423 – HMD TRUCKING 000428.**

**REQUEST NO. 6:** All documents that relate in any way to your recruiting of WORTHAM.

RESPONSE: HMD Trucking objects to this request because it is overly broad and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), Defendant refers to notes from its recruiting system related to its recruiting of Mr. Wortham subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE: HMD Trucking objects to this request because it is overly broad and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to application(s) in Mr. Wortham's DQ and personnel files, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367; and notes from its recruiting system related to its recruiting of Mr. Wortham, bates stamped HMD TRUCKING 000279 – HMD TRUCKING 000283.**

**REQUEST NO. 9:** All documents that relate in any way to the training HMD TRUCKING provided to WORTHAM, concerning driving instructions, vehicle inspection, Hours of Service, cell phone usage, fatigue, distracted driving, safe driving techniques and/or defensive driving techniques. Please include all documents that identify when, where and who provided the training and all materials used for training.

RESPONSE: HMD Trucking objects to this request because it is overly broad, is not

3

appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), Defendant refers to Mr. Wortham's personnel file, which Defendant will agree to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE:** **HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367, and HMD TRUCKING 000423 – HMD TRUCKING 000428.**

**REQUEST NO. 10:** All quizzes, tests and/or other assessments (questions and answers) ever given by or on behalf of HMD TRUCKING to WORTHAM at any time. An answer key should also be provided.

RESPONSE: HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), Defendant refers to Mr. Wortham's personnel file, which Defendant will agree to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE:** **HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367, and HMD TRUCKING 000423 – HMD TRUCKING 000428.**

**REQUEST NO. 13:** All documents placing you on notice of any violation by WORTHAM of any law, ordinance or regulation. This includes, but is not limited to, reports of violations pursuant to Section 391.27(a) of the Federal Motor Carrier Safety Regulations, as well as copies of

4

citations, warnings and inspection reports.

RESPONSE: HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), HMD Trucking states that Mr. Wortham did not receive a citation in connection with the Subject Collision. That said, any documents related to Defendant's notice of Mr. Wortham's violations, if any, would be in his personnel file, which Defendant agrees to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE: HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: HMD Trucking states that Mr. Wortham did not receive a citation in connection with the Subject Collision. That said, any documents related to Defendant's notice of Mr. Wortham's violations, if any, would be in his personnel file. As such, in light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367.**

**REQUEST NO. 14:** All documents relating to any and all blood, urine, hair or other type of drug or alcohol testing of WORTHAM in your possession, custody and/or control.

RESPONSE: HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), Defendant refers to Mr. Wortham's personnel file, which Defendant will agree to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE: HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367.**

**REQUEST NO. 15:** All documents relating to any violation of any safety rule or principle by

5

WORTHAM at any time while working at HMD TRUCKING.

RESPONSE: HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case. HMD Trucking objects to this request because the phrase "safety rule or principle" is vague and ambiguous.

Subject to and without waiving the foregoing objection(s), HMD Trucking will produce documents responsive to Request No. 13 and all other documents within its possession, custody or control relating to Mr. Wortham's violation of any statute, regulation, or ordinance prior to the date of the Subject Collision. Such documents, if any, will be in Mr. Wortham's personnel file, which Defendant agrees to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE: HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case. HMD Trucking objects to this request because the phrase "safety rule or principle" is vague and ambiguous.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order*, and to the extent responsive documents exist, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367.**

REQUEST NO. 16: All documents of any kind that relate to any action (formal or informal) by any supervisor or manager or anyone working by or on behalf of HMD TRUCKING directed to WORTHAM for the purpose of teaching, counseling, disciplining, correcting or otherwise managing WORTHAM in any way relating to the safe operation of a commercial vehicle. This includes but is not limited to all disciplinary actions and the contents of all disciplinary folders or files of any kind by whatever name called.

RESPONSE: HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

6

Subject to and without waiving the foregoing objection(s), HMD Trucking will produce all non-privileged, responsive documents within its possession, custody or control relating to the Subject Collision or the time period prior thereto. Such documents, if any, will be in Mr. Wortham's personnel file, which Defendant agrees to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE** **HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: HMD Trucking will produce all non-privileged, responsive documents within its possession, custody or control relating to the Subject Collision or the time period prior thereto. Such documents, if any, will be in Mr. Wortham's personnel file. As such, in light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367 and HMD TRUCKING 000423 – HMD TRUCKING 000428.**

**REQUEST NO. 17:** All documents in your possession relating in any way to any motor vehicle collision and/or accident of any kind in which WORTHAM has been involved.

**RESPONSE:** HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), HMD Trucking will produce all non-privileged, responsive documents within its possession, custody or control relating to the Subject Collision or the time period prior thereto. Such documents, if any, will be in Mr. Wortham's personnel file, which Defendant agrees to produce subject to the entry of a protective order. Defendant also refers to the Tennessee Electronic Crash Report for the subject incident, bates stamped HMD TRUCKING 000034 – HMD TRUCKING 000042.

**SUPPLEMENTAL RESPONSE:** **HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows:** HMD Trucking will produce all non-privileged, responsive documents within its possession, custody or control relating to the Subject Collision or the time period prior thereto. Such documents, if any, will be in Mr. Wortham's personnel file. As such, in light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367 and HMD TRUCKING 000423 – HMD TRUCKING 000428. Defendant also refers to the Tennessee Electronic Crash Report for the subject incident, bates stamped HMD TRUCKING 000034 – HMD TRUCKING 000042.

<u>REQUEST NO. 47:</u> All HMD TRUCKING policies, procedures, rules, guidelines, directives, manuals, handbooks and instructions that were in effect at the time of the Subject Collision, relating to:

a. Working for or with trucking company generally (e.g., employee manual or handbook);

b. Operation of any motor vehicle (e.g., driving manuals or handbooks, and the like);

c. Operation of a commercial vehicle;

d. Driving safety;

e. Defensive driving;

f. Compliance with federal and state laws and regulations;

g. Accident investigation;

h. Accident review boards;

1. Determination of preventability of accidents;

J. Hiring, training and supervising drivers; and

k. Disciplinary actions.

<u>RESPONSE:</u> HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), HMD Trucking will produce a copy of its Driver Policy Manual in effect at the time of the Subject Collision and documents relating to other policies located in Mr. Wortham's driver file subject to the entry of a protective order. HMD Trucking has no other responsive documents within its possession, custody or control.

**SUPPLEMENTAL RESPONSE: HMD Trucking objects to this request to the extent it seeks documents protected by the attorney-client privilege or the work product doctrine or seeks to invade the mental impressions of counsel. HMD Trucking objects to this request because it is overly broad and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to HMD Trucking's Driver Policy Manual in effect at the time of the Subject Collision, bates stamped HMD TRUCKING 000368 – HMD TRUCKING 000407; Employee Handbook in effect at the time of the Subject Collision, bates stamped HMD TRUCKING 000408 – HMD TRUCKING 000422; and documents relating to other policies located in Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367.**

REQUEST NO. 48: Copies of each document that WORTHAM signed to prove that WORTHAM received and/or agreed to be bound by any policies, procedures, rules, guidelines and/or standards of HMD TRUCKING.

RESPONSE: HMD Trucking objects to this request to the extent it is overly broad, vague, and ambiguous, and seeks information that is not relevant to the subject matter involved in the pending action, nor proportional to the needs of the case.

Subject to and without waiving these objections, and to the extent responsive, Defendant refers to Mr. Wortham's personnel file, which Defendant will agree to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE: HMD Trucking objects to this request to the extent it is overly broad, vague, and ambiguous, and seeks information that is not relevant to the subject matter involved in the pending action, nor proportional to the needs of the case.**

**Subject to and without waiving these objections, Defendant responds as follows: In light of the entry of the *Stipulated Joint Protective Order* and to the extent responsive, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367.**

REQUEST NO. 50: A complete copy of, or in the alternative, access to, each driver safety training film, video, videotape, videocassette, audio cassette, computer program, simulator, driver

diagnostic record or test, maintained by your company, or used by HMD TRUCKING, its personnel, agents, or employees during the year of the Subject Collision and three years prior.

RESPONSE: HMD Trucking objects to this request because it is overly broad, would subject HMD to undue burden were HMD to fully respond, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.

Subject to and without waiving the foregoing objection(s), HMD Trucking believes records reflecting safety training Mr. Wortham completed prior to the date of the Subject Collision will be contained in Mr. Wortham's personnel file, which Defendant will agree to produce subject to the entry of a protective order.

**SUPPLEMENTAL RESPONSE HMD Trucking objects to this request because it is overly broad, would subject HMD to undue burden were HMD to fully respond, is not appropriately limited in temporal scope, and seeks information not relevant to any party's claim or defense or proportional to the needs of the case.**

**Subject to and without waiving the foregoing objection(s), Defendant responds as follows: HMD Trucking believes records reflecting safety training Mr. Wortham completed prior to the date of the Subject Collision will be contained in Mr. Wortham's personnel file. As such, in light of the entry of the *Stipulated Joint Protective Order*, Defendant refers to Mr. Wortham's personnel file, bates stamped HMD TRUCKING 000116 – HMD TRUCKING 000278, HMD TRUCKING 000284 – HMD TRUCKING 000367, and HMD TRUCKING 000423 – HMD TRUCKING 000428.**

Respectfully submitted,

LEWIS THOMASON, P.C.

By: */s/Mary Beth White*
    Mary Beth White, BPR No. 24462
    Mia K. Lazarini, BPR No. 41158
    424 Church Street, Suite 2500
    P. O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    mbwhite@lewisthomason.com
    mlazarini@lewisthomason.com

*Attorneys for defendant HMD Trucking, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT HMD TRUCKING, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS was served via email only to the following:

Tim O. Henshaw, Esq.
Alexander Shunnarah Trial Attorneys
1604 Reggie White Blvd., Suite 102
Chattanooga, TN 37402
thenshaw@asilpc.com

This the 14th day of January 2025.

/s/*Mary Beth White*