**THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE,**
**AT CHATTANOOGA**

| | |
|---|---|
| RADHA BOLIVAR and ANGELICA GOATACHE, **Plaintiffs,** v. HMD TRUCKING, INC., and ANTONIO WORTHAM, **Defendants.** | **DOCKET NO. 1:24-cv-00155** **JUDGE MCDONOUGH** |

## PLAINTIFFS' NOTICE OF FILING EXHIBITS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Radha Bolivar and Angelica Goatache, by and through undersigned counsel, hereby file the following exhibits in support of their Response in Opposition to Defendants' Motion for Partial Summary Judgment:

- **Exhibit I: TMC Employment Documents (quit training reference)**

- **Exhibit K: Safety Measurement System Profile (89th-98th percentile data)**

- **Exhibit L:** *Glenn v. HMD Trucking, Inc.*, **2021 U.S. Dist. LEXIS 260661 (N.D. Ga. 2021)**

- **Jacob Clary Deposition (November 7, 2025)**

Plaintiffs have contemporaneously filed a Motion to File Exhibits Under Seal for Exhibits D through K, which contain confidential information produced under the parties' Protective Order.

Respectfully submitted,

ALEXANDER SHUNNARAH
TRIAL ATTORNEYS.

1

By:
Tim O. Henshaw, BPR # 036043
Attorney for Plaintiffs
1604 Reggie White Blvd., Ste. 102
Chattanooga, TN 37402
Direct: (423) 417-9205
Fax: (423) 719-2005
THenshaw@asilpc.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing PLAINTIFFS' NOTICE OF FILING EXHIBITS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT by mailing the same to the attorneys/parties listed via First Class U.S. Mail and/or via electronic mail:

Mary Beth White, Esq. (BPR # 24462)
Ally J. Bojczuk, Esq. (BPR # 42240)
424 Church Street, Suite 2500
P. O. Box 198615
Nashville, TN 37219
mbwhite@lewisthomason.com
abojczuk@lewisthomason.com
ATTORNEYS FOR HMD TRUCKING,
INC. and ANTONIO WORTHAM

This the 29th day of December 2025.

Respectfully submitted,

ALEXANDER SHUNNARAH
TRIAL ATTORNEYS.

By:
Tim O. Henshaw, BPR # 036043
Attorney for Plaintiffs
1604 Reggie White Blvd., Ste. 102
Chattanooga, TN 37402
Direct: (423) 417-9205
Fax: (423) 719-2005
THenshaw@asilpc.com

2