

An Employee-Owned Company

March 10, 2025

Tim Henshaw, Esq.
1604 Reggie White Blvd, Suite 102
Chattanooga, TN 37402

RE: Antonio Wortham

To whom it may concern:

Please find enclosed the copies of the documents requested per the Subpoena received for employment records for the above references. Please note our copy fees in duplicating these records:

56 pages at $0.25 per page = $14.00
Postage = $9.85

**Total = $23.85**

Our Federal tax ID number is 42-1292482.

Please do not hesitate to contact me at 515.256.3980 if you have any questions.

Sincerely,

Melissa Zollman
SVP-HR, TMC Transportation

P.O. Box 1774, Des Moines, Iowa 50306 • 1-800-247-2460 • 515-287-6380 • www.tmctrans.com

## Driver Application

### Personal Information

Select one; are you a Contractor or Company driver?        Company Driver ▼

| | |
|---|---|
| SSN: | 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 |
| Suffix: | ▼ |
| First Name: | Antiono |
| Middle Initial: | Daralle |
| Last Name: | Wortham |

**Current Physical Address**

| | |
|---|---|
| Address: | 450 BARN WOOD RD |
| City: | TUSCALOOSA |
| State: | Alabama ▼ |
| Zip: | 35405 |
| How Long (Months): | 8 |
| Is this address the same as your mailing address? | Yes |

**Previous Physical Addresses**

| | |
|---|---|
| Address: | 13026 Fisher Circle |
| City: | Mc Calla |
| State: | Alabama ▼ |
| Zip: | 35111 |
| How Long (Months): | 46 |

| | |
|---|---|
| Home Phone: | (770) 731-7220 |
| Cell Phone: | (770) 731-7220 |
| Email: | antonio_wortham@yahoo |
| Birth Date: | 4/13/1982 |

### Licenses

| | |
|---|---|
| License Number: | 9785360 |
| License State: | Alabama ▼ |
| License Expiration Date: | 10/19/2022 |
| License Class: | Class A ▼ |
| Metals Endorsement (New York Only): | No ▼ |
| Hazmat Endorsement: | No ▼ |

### Military ("Most Recent")

| | |
|---|---|
| Start Date: | |
| End Date: | |
| Rank: | |
| Branch: | NONE ▼ |
| Honorable Discharge: | ▼ |

### Company Questions

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 2 of 57
PageID #: 1940

| | | |
|---|---|---|
| I was referred by: | [ ▼] | |
| Specific Referral: | | |
| | (Newspaper Name, Web Site, Employee Name, Truck Numer, Etc.) | |
| Refused a security bond? | No ▼ | |
| School Name: | TROUP HIGH SCHOOL | |
| Highest grade completed: | Grade 12 ▼ | |
| Did you graduate? | Yes ▼ | |
| Pull 5th wheel pin with an average of 200 lbs force? | | Yes ▼ |
| Tarp loads at heights of 13'6"? | | Yes ▼ |
| Pull yourself into a tractor at 60% of your body weight? | | Yes ▼ |
| Lift 80 pound tarps over your head? | | Yes ▼ |
| Do you have the legal right to live and work in the United States? | | Yes ▼ |
| Have you worked here before? | | No ▼ |
| Height (Feet): | 6 | |
| Height (Inches): | 3 | |
| Weight (pounds): | 265 | |

## Physical History

Federal Motor Carrier Safety Regulations Section 391.41 provides that a person shall not drive a motor vehicle unless that person is physically qualified to do so. It is an essential function of an over-the-road driver/contrator to satisfy the DOT qualifications. Please answer Yes or No to the following questions. Below is a list of questions that will be asked on the mandatory Department of Transportation Physical Examination form.

| | |
|---|---|
| Cardiovascular Disease | No ▼ |
| Heart | No ▼ |
| Spinal injury/chronic low back pain | No ▼ |
| Physical Disorders | No ▼ |
| Seizures | No ▼ |
| Sleep Disorders | No ▼ |
| High Blood Pressure | No ▼ |
| Cardiovascular Disease | No ▼ |
| Diabetes | No ▼ |
| Any other Nervous Disorders | No ▼ |

## Trucking School

| | |
|---|---|
| School Graduation Date: | |
| School: | ▼ |

## Employment/Lease History Record

For the past 5 years (also all commercial motor vehicle driving jobs for the past 10 years) All time must be accounted for including military service, schooling and self employment.

| | |
|---|---|
| Start Date: | 1/1/2014 |
| End Date: | 8/1/2021 |
| Is this an unemployment period? | No ▼ |
| Company Name: | Publix |
| Address: | |
| City: | Mccalla |
| State: | Alabama ▼ |
| Zip: | |
| Phone Number: | (205) 477-4188 |
| Phone Ext.: | |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 3 of 57
PageID #: 1941

| | |
|---|---|
| **Position:** | Truck Driver |
| **Reason for Leaving:** | Want to be a owner operator |
| **Current Employer:** | No |
| **Contact Employer:** | No |
| **Manager Name:** | |
| **Fired:** | No |
| **Were you subject to the Federal Motor Carrier Safety Regulations while employed/leased by this employer/lessor?** | Yes |
| **Did you perform any safety sensitive functions in this job, regulated by DOT and subject to drug and alcohol testing requirements by Federal Regulations 49 CFR part 40?** | Yes |
| **Comments:** | |

| | |
|---|---|
| **Start Date:** | 10/1/2007 |
| **End Date:** | 2/1/2014 |
| **Is this an unemployment period?** | No |
| **Company Name:** | Wal Mart |
| **Address:** | |
| **City:** | Monroe |
| **State:** | Georgia |
| **Zip:** | |
| **Phone Number:** | (000) 000-0000 |
| **Phone Ext.:** | |
| **Position:** | Order filler |
| **Reason for Leaving:** | Went to Publix |
| **Current Employer:** | No |
| **Contact Employer:** | No |
| **Manager Name:** | |
| **Fired:** | No |
| **Were you subject to the Federal Motor Carrier Safety Regulations while employed/leased by this employer/lessor?** | No |
| **Did you perform any safety sensitive functions in this job, regulated by DOT and subject to drug and alcohol testing requirements by Federal Regulations 49 CFR part 40?** | No |
| **Comments:** | |

## Nature and Extent of Experience

| Type | Trailer Length | Start Date | End Date | Approx. Number of Miles | States Operated |
|---|---|---|---|---|---|
| ☐ Tractor with Flatbed Enter Type: | 0 | | | 0 | |
| ☑ Tractor with Van Enter Type: | 53 | 9/1/2018 | 8/1/2021 | 360000 | FL, TN, GA, AL |
| ☑ Tractor with Reefer Enter Type: | 53 | 9/1/2018 | 8/1/2021 | 500 | GA, AL |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 4 of 57
PageID #: 1942

| ☐ Tractor with Tank Enter Type: | 0 | | | 0 | ^v |
| ☐ Other Enter Type: | 0 | | | 0 | ^v |

## Motor Vehicle Record

List all car, truck , etc. moving traffic convictions, accidents, and suspensions for the past five (5) years (if none, write 'none')

| | |
|---|---|
| Offense Date: | 6/13/2019 |
| Chose only one: | |
| Accidents / Suspensions / Misc Offense: | ☐ ▼ |
| Moving Violations: | Improper backing ▼ |
| Vehicle: | Commercial ▼ |
| Was this a DOT reportable accident: | No ▼ |
| If accident, were you at fault: | No ▼ |
| Ticketed: | Yes ▼ |
| Description: | improper backing |
| State: | Florida ▼ |

## Criminal / Suspensions / DUI Record

| | |
|---|---|
| Have you ever pled "guilty" to, been convicted of or had prosecution deferred in connection with any criminal offenses? | No ▼ |
| Has any License/Permit or privilege ever been revoked or suspended? | No ▼ |
| Have you ever been arrested and/or convicted for driving under the influence of alcohol or drugs or have a current charge pending? | No ▼ |

## Previous Pre-Employment/Lease Alcohol and Drug Test Statement

Prospective Employee Name: Antiono Daralle Wortham  ID Number: 219696
The prospective employee is required by Sec 40.25(j) to respond to the following questions.
  1) Have you tested positive, or refused to test, on any pre-employment drug or alcohol test administered by an employer to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules during the past two years?

Check One:                          No

I certify that the information provided on this document is true and correct.
Prospective Employee Name: Antiono Daralle Wortham  Date: 8/30/2021

## Authorization

By completing and submitting this application, I: (print)    Antiono Daralle Wortham

*Agree and understand that the completion of this application does not constitute authorization for the applicant to drive, nor does it obligate in any way Annett Holdings, Inc. (dba TMC Transportation) to authorize the applicant to drive.

*Authorize Annett Holding, Inc.(dba TMC Transportation) and its subsidiaries, affiliates or its agents to request information which may contain but is not limited to the following information: names and dates of previous employers/lessors; reason for termination of employment/lease; work experience; accidents; etc.

*Authorize Annett Holdings, Inc. (dba TMC Transportation) and its subsidiaries, affiliates or its agent to request Driver Information Records from Transportation Information Services, Inc., d/b/a DAC Services ('DAC') relating to your previous driver employment/leases, including but not limited to, previous driver employment/lease history, Motor Vehicle Record requests, Alcohol and Drug Test results, Criminal History and Insurance Claim Reports. I further understand that such information will include information from various state agencies which maintain records concerning traffic offenses, accidents, etc., as well as other information on file with DAC.

*Understand that if I sustain any injury or illness arising from my employment/lease at Annett Holdings, Inc. (dba TMC Transportation), I agree that Annett Holdings, Inc. (dba TMC Transportation) shall be entitled to receive full and complete reports and records governing any medical or related examinations, and I authorize any and all such doctors, medical examiners, and hospitals to give to Annett Holdings, Inc. (dba TMC Transportation) full and complete

https://www2.tmctrans.com/FormsManager/DriverFormView.aspx?formId=29&Employee... 5/28/2025

reports and records covering such examinations, condition, care, and treatment related to or resulting from the alleged illness or injury. I further understand that if I sustain any injury or illness arising from my employment/lease at Annett Holdings, Inc. (dba TMC Transportation), any such proceeding, action, or investigation, shall be governed exclusively by and construed in according with the laws of the State of Iowa, to include the Iowa Workers' Compensation Act

*Understand and agree that I will be required to submit to and pass a drug test and various other tests as required as a conditional offer of pre-employment/lease, and thereafter in accordance with Annett Holdings, Inc. (dba TMC Transportation) policies and procedures and federal regulations.

*Understand that Annett Holdings, Inc. (dba TMC Transportation) uses an electronic filing system that includes the imaging and storing of employment/lease applications. This eliminates the retention of all original paper applications.

*Agree that providing false, misleading or incomplete statements in this application and/or supplemental documents in connection with employer's/lessor's evaluation of me as a candidate for employment is grounds for immediate termination of my employment/lease, regardless of when such information is discovered.

I understand that in order to investigate my safety employment/lease history, per FMCSA regulations, Annett holdings, Inc., must investigate the information I provided by contacting all previous DOT regulated employers/lessors under which I was employed/ leased in a safety-sensitive function within the previous three years from the date of this employment/lease application.

Applicants have the following rights regarding the investigative information that will be provided to Annett Holdings, Inc., pursuant FMCSA Reg 391.23 (i) (1):
1. The right to review investigative information provided by previous DOT employers/lessors for the preceding three years by submitting a written request to Annett Holdings, Inc., withing 30 days after being employed/leased or of being notified of denial of emplyment/lease.
2. The right to have errors in the information corrected by their previos employer/lessor and for that previous employer/lessor to re-send the corrected information to Annett Holdings, Inc. Applicants must send the request for the correction to the previous employer/lessor that provided the records to Annett Holdings, Inc.
3. The right to have a rebuttal statement attached to the alleged erroneous information, if the previous employer/lessor and the applicant cannot agree on the accuracy of the information. Applicant must send the rebuttal to the previous employer/lessor with instructions to include the rebuttal in that applicant's safety performance histroy.

*Certify that this application was completed by me and that all entries on it and information in it are true and complete to the best of my knowledge.

| | | | |
|---|---|---|---|
| Print Name | ANTIONO DARALLE WORTHAM | Date | 8/30/2021 2:12:06 PM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: 29 - Application | Origination date: |
| Version: 2 | Revision date: |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 6 of 57
PageID #: 1944



MAY NEED BACKING

# EXPERIENCED DRIVER
# ROAD TEST

version 2/18/08

| DATE | NAME (PRINT) | |
|---|---|---|
| 8/30/2021 | Antonno Deralle Wortham | |
| **TRUCK #** | **DRIVER ID #** | |
| 17491 | 2196916 | |
| **EXAMINER (PRINT)** | | **DIVISION** |
| John T Pigford | | TMC |

## INSTRUCTONS FOR EXAMINER

As a road test examiner you are in the truck to evaluate a driver and their performance, driving techniques and driving practices and warn of any impending dangers and hazards..

The driver will be judged on driving performance only and is to have no help from the examiner.

The test will consist of driving a designated route which will start and end at the terminal.

Turns are to be evaluated as they are made. All other categories will be graded on overall performance.

The backing portion of this test will consist of a 45 degree back and also pulling out of the parking spot.

There are 100 pts possible. A score of at least 80 points is needed to pass.

| DEDUCTIONS | FINAL SCORE |
|---|---|
| -9 | 91 |

Driver's signature _Antonio Deralle Wortham_ Date _8/30/2021_

Examiner's signature _____ Date _____

# Experienced Driver Road Test

## TURNS- deductions allowed 9pts

| From TMC Yard | Pts. | Code(s) | Comments: |
|---|---|---|---|
| R   on Shop Road to the Stop light | 3 | | |
| R   Pineview Road to Bluff Rd | 3 | | |
| R   on Atlas Road | 3 | | |
| L   on Shop Road | 3 | | |
| R   Take I-77 South to Bluff Road  Exit 5 | 3 | | |
| L   At the Stop sign on to Bluff Road | 3 | | |
| L   on Pineview Road to the Stop light | 3 | | |
| L   on Shop Road and back to TMC Yard | 3 | | |
| | | | |
| | | | |
| | | | |

**Deduction codes**     **pts missed**    0

| | | | |
|---|---|---|---|
| I-Safe speed (proper gear) | 3-Proper use of dump valve | 5-Turn right on red | 8-Signals/canels turn |
| for approach & turn | 4-Watches trailer all the way | 6-Squares off turn | signals/dump valve |
| !-Set up properly for turn | thru the turn | 7-Yields the "Right of way" | |

9-Turns on the correct street
(able to read street signs)

## BACKING- deductions allowed 10pts

| | Pts. | Comments: |
|---|---|---|
| G.O.A.L. before going in reverse | 3 | |
| G.O.A.L. as needed | (3) | |
| Set up | (3) | |
| Mirror use | (3) | |
| Turn at proper time when pulling out of parking spot | 3 | |
| Pulls ups effective & made when needed | 4 | |
| Centered unit in parking spot | 2 | |
| Used flashers before backing | 2 | |
| **pts missed** | 9 | |

## ACCELERATING & BRAKING

| | Pts. | Comments: |
|---|---|---|
| Starts off in proper gear | 3 | |
| Shifts at appropriate RPM's(approx. 1100-1400) | 3 | |
| Doesn't jam into gear | 2 | |
| Doesn't ride / slips the clutch | 1 | |
| Able to perform gear recovery | 2 | |
| Doesn't roll to a stop in neutral | 1 | |
| Applies steady brake pressure | 1 | |
| Doesn't over brake to a rough stop | 1 | |
| Stops clear of stop line | 1 | |
| Stops 15-20 feet behind vehicle in front | 3 | |
| **pts missed** | 0 | |

## LANE CONTROL- deductions allowed  2pts

| Maintains lane control in the following areas: | Pts. | Comments: |
|---|---|---|
| Curves | 2 | |
| y streets | 2 | |
| erstate | 2 | |

## INTERSTATE DRIVING- deductions allowed 3pts

| | Pts. |
|---|---|
| Turn signal on prior to merging | 1 |
| Checks mirrors before merging | 1 |
| Accels to appropriate speed (as poss.) before merging | 1 |
| Cancels signal within seconds after merging | 1 |
| Turn signal on prior to exiting | 1 |
| Exits in proper lane | 1 |
| Uses deceleration lane whenever possible | 1 |
| Decelerates to proper speed for ramp conditions | 1 |
| Turn signal on prior to starting lane change | 1 |
| Checks mirrors at least twice before lane change | 1 |
| Cancels signal after completing lane change | 1 |
| Notices exit & "EXIT ONLY" signs, takes appropriate actions and doesn't make last second lane change | 1 |
| **pts missed** | 0 |

Comments:

## INTERSECTION & RAILROAD CROSSINGS- deductions allowed 4pts

| | Pts. |
|---|---|
| Looks L-R-L before going over RR crossing | 2 |
| Doesn't shift going over RR crossing | 2 |
| Anticipates hazards & light changes | 2 |
| Enters intersections at appropriate speed for conditions | 2 |
| Doesn't change lanes while going thru intersections | 2 |
| **pts missed** | 0 |

Comments:

## SAFETY HABITS

| | Pts. |
|---|---|
| Scans mirrors every 5 to 8 seconds | 1 |
| 3 point entry & exit from truck | 1 |
| Both hands on steering wheel except when shifting | 1 |
| Vehicle speed is proper for conditions and doesn't exceed speed limits | 1 |
| Looks as far as possible for changing traffic conditions and potential hazards | 1 |
| **pts missed** | 0 |

Comments:

## ACCIDENT PROCEDURES

| | Pts. |
|---|---|
| Secures the scene: Sets emergency flashers on, laces triangles on roadway | 1 |
| Notifies authorities and company | 1 |
| Secures proper information:gets witness statements, takes pictures & gets non-injury statements | 1 |
| **pts missed** | 0 |

Comments:

**TOTAL MISSED**

 # Violation and Review Record

I certify that the following is a true and complete list of traffic violations (other than parking violations) for which I have been convicted or forfeited bond or collateral during the past 12 months. If none please choose 'NONE'.

Violations: | None ∨ |

| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:17:58 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| Action Taken: | |
| Motor Carrier's Name: | Annett Holdings, Inc. |
| Reviewed by: | diannal |
| Date: | 8/30/2021 9:49:53 AM |
| Title: | Federal Compliance Dept |

| Document: 16 - Violation and Review Record | Origination date: 02/01/2008 |
| Version: 1 | Revision date: |

Case 1:24-cv-00155-TRM-MJD   Document 90-1   Filed 12/30/25   Page 10 of 57
PageID #: 1948

# MVR Express

Date MVR Request Submitted: Aug 24, 2021 7:07 AM PDT
MVR Request Completion Date: Aug 24, 2021 7:07 AM PDT

## Driver Personal Information

State: Alabama

License: 9785360

WORTHAM, ANTIONO DERALLE

450 BARN WOOD RD

TUSCALOOSA, AL 35405-6634

DOB: 04/13/1982

Requested As: 9785360, 041382, ANTONIO WORTHAM

## Driver License Information

| Class | Issued | Expires | Status | Restrictions |
|-------|--------|---------|--------|--------------|
| CDL-A | 05/05/2021 | 10/19/2022 | Licensed | Corrective Lenses<br>No Manual Transmission CMV |

## Miscellaneous / State Specific Information

| Type | Description |
|------|-------------|
| LICTYPE | CDL |
| CLASS | A - COMB VEH>26,000 GVWR, TOWED UNIT>10,001 GVWR |
| ORIGISSUE | 2017-10-20 |
| CDLORIGISSUE | 2018-10-19 |
| MISC | Regular License Status: Current |
| MISC | Mailing Address: 450 BARN WOOD RD, TUSCALOOSA AL 35405-6634 |

## Medical Certificate Information

| Type | Description |
|------|-------------|
| CDL Medical Self Certification | NI Non-Excepted Interstate |
| Status | C Certified - Driver presented DOT medical card due to NI status |
| Entry Date | 2020-07-16 |
| Issue Date | 2020-07-15 |
| Expiration Date | 2022-07-15 |

| Medical Restriction | Wearing corrective lenses |
| Medical Examiner Name | KEVIN STAUDINGER, |
| Speciality | MD Medical Doctor |
| Licensing Jurisdiction | AL ALABAMA |
| Phone Number | (205) 969-8818 |
| Registry Number | 6086784448 |
| License Number | 18848 |

## Driving Record Information

| Type | V/S Date | C/R Date | Description | Violation Code | | | Pts |
| | | | | State | ACD | HR | |
| VIOL | 06/13/2019 | 07/10/2019 | IMPROPER BACKING 0/0 LOCATION: 000000 FL COM VEH: Y | 016 | | | |

This report's inclusion of accident information (if any) does not mean that the subject of this report was at fault unless the accident explicitly says so.

Information reported may be limited in accordance with the Fair Credit Reporting Act and applicable state law.

V/S Date - Violation/Suspension date
C/R Date - Conviction/Reinstatement date

**Activity Log**

| Activity | Date/Time | Performed By | Recipient | Result |
|---|---|---|---|---|
| Report Submitted | Aug 24, 2021 7:07 AM PDT | TMC Transportation | | |

[1] "Complete" indicates that this request has been processed to conclusion. Please review the report details in their entirety to evaluate any potential discrepancies or records related to this request.

All times listed in America/Los_Angeles timezone

The Activity Log above may reflect activity for this screening report. E-mail notifications, if configured by the company that requested the report, may have been sent by or through HireRight to an authorized company-user (shown as the "Recipient"). Some adjudication history entries and related e-mail notifications, if any, indicate whether an initial determination was made regarding whether the report satisfied the company's hiring criteria (shown in the "Result" column), including any preliminary status Result of "Meets" or "Does Not Meet" company standards. Sometimes a company's final adjudication determination may change from its initial determination. Questions about the company's hiring decisions should be directed to the company.

**LEGAL NOTES:**
This report contains personal information, and should be handled at all times in accordance with your Service Agreement with HireRight

**Public Burden Statement**
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 25 minutes per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

# Medical Examination Report Form
(for Commercial Driver Medical Certification)

**MEDICAL RECORD #**
TMC
(or sticker)

## SECTION 1. Driver Information *(to be filled out by the driver)*

### PERSONAL INFORMATION

Last Name: Wortham   First Name: Antiono   Middle Initial: D   Date of Birth: 4/13/1982   Age: 39

Street Address: 450 Barn Wood Road   City: Tuscaloosa   State/Province: AL   Zip Code: 35405

Driver's License Number: 9785360   Issuing State/Province: AL   Phone: 770 731 7220   Gender: ● M ○ F

E-mail (optional): Antonio____wortham@yahoo.com   CLP/CDL Applicant/Holder*: ● Yes  ○ No

Driver ID Verified By**: CDL

Has your USDOT/FMCSA medical certificate ever been denied or issued for less than 2 years? ○ Yes ● No ○ Not Sure

*CLP/CDL Applicant/Holder: See instructions for definitions

**Driver ID Verified By: Record what type of photo ID was used to verify the identity of the driver, e.g., CDL, driver's license, passport.

### DRIVER HEALTH HISTORY

Have you ever had surgery? If "yes," please list and explain below.   ● Yes ○ No ○ Not Sure

Broke my finger when I was in the 9th grade playing football.

Are you currently taking medications *(prescription, over-the-counter, herbal remedies, diet supplements)*? If "yes," please describe below.   ○ Yes ● No ○ Not Sure

*(Attach additional sheets if necessary)*

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

Last Name: Antiono Wortham First Name: Antiono   DOB: 4|12|1982   Exam Date: 8|30|2021

## DRIVER HEALTH HISTORY (continued)

**Do you have or have you ever had:**

| | Yes | No | Not Sure |
|---|---|---|---|
| 1. Head/brain injuries or illnesses (e.g., concussion) | ○ | ● | ○ |
| 2. Seizures, epilepsy | ○ | ● | ○ |
| 3. Eye problems (except glasses or contacts) | ○ | ● | ○ |
| 4. Ear and/or hearing problems | ○ | ● | ○ |
| 5. Heart disease, heart attack, bypass, or other heart problems | ○ | ● | ○ |
| 6. Pacemaker, stents, implantable devices, or other heart procedures | ○ | ● | ○ |
| 7. High blood pressure | ○ | ● | ○ |
| 8. High cholesterol | ○ | ● | ○ |
| 9. Chronic (long-term) cough, shortness of breath, or other breathing problems | ○ | ● | ○ |
| 10. Lung disease (e.g., asthma) | ○ | ● | ○ |
| 11. Kidney problems, kidney stones, or pain/problems with urination | ○ | ● | ○ |
| 12. Stomach, liver, or digestive problems | ○ | ● | ○ |
| 13. Diabetes or blood sugar problems | ○ | ● | ○ |
| Insulin used | ○ | ● | ○ |
| 14. Anxiety, depression, nervousness, other mental health problems | ○ | ● | ○ |
| 15. Fainting or passing out | ○ | ● | ○ |

| | Yes | No | Not Sure |
|---|---|---|---|
| 16. Dizziness, headaches, numbness, tingling, or memory loss | ○ | ● | ○ |
| 17. Unexplained weight loss | ○ | ● | ○ |
| 18. Stroke, mini-stroke (TIA), paralysis, or weakness | ○ | ● | ○ |
| 19. Missing or limited use of arm, hand, finger, leg, foot, toe | ○ | ● | ○ |
| 20. Neck or back problems | ○ | ● | ○ |
| 21. Bone, muscle, joint, or nerve problems | ○ | ● | ○ |
| 22. Blood clots or bleeding problems | ○ | ● | ○ |
| 23. Cancer | ○ | ● | ○ |
| 24. Chronic (long-term) infection or other chronic diseases | ○ | ● | ○ |
| 25. Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring | ○ | ● | ○ |
| 26. Have you ever had a sleep test (e.g., sleep apnea)? | ○ | ● | ○ |
| 27. Have you ever spent a night in the hospital? | ○ | ● | ○ |
| 28. Have you ever had a broken bone? | ● | ○ | ○ |
| 29. Have you ever used or do you now use tobacco? | ● | ○ | ○ |
| 30. Do you currently drink alcohol? | ○ | ● | ○ |
| 31. Have you used an illegal substance within the past two years? | ○ | ● | ○ |
| 32. Have you ever failed a drug test or been dependent on an illegal substance? | ○ | ● | ○ |

Other health condition(s) not described above:    ○ Yes ● No ○ Not Sure

Did you answer "yes" to any of questions 1-32? If so, please comment further on those health conditions below.   ● Yes ○ No ○ Not Sure

Broke my finger in the 9th grade playing football.

I smoke every now and then but don't have to have it.

(Attach additional sheets if necessary)

## CMV DRIVER'S SIGNATURE

I certify that the above information is accurate and complete. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate, that submission of fraudulent or intentionally false information is a violation of 49 CFR 390.35, and that submission of fraudulent or intentionally false information may subject me to civil or criminal penalties under 49 CFR 390.37 and 49 CFR 386 Appendices A and B.

Driver's Signature: Anfuno Deralle Wortland   Date: August 30, 2021

## SECTION 2. Examination Report (to be filled out by the medical examiner)

### DRIVER HEALTH HISTORY REVIEW

Review and discuss pertinent driver answers and any available medical records. Comment on the driver's responses to the "health history" questions that may affect the driver's safe operation of a commercial motor vehicle (CMV).

No hospital. sleeps 5 4/1. ⑨ Tobacco, No we EDS, U=A, abnormal physical condition. No ref med res

(Attach additional sheets if necessary)

Form MCSA-5875

OMB No. 2126-0006   Expiration Date: 11/30/2021

Last Name: __Wertham__   First Name: __Antionn__   DOB: __4/13/1982__   Exam Date: __8/30/2021__

## TESTING

Pulse rate: __60__   Pulse rhythm regular: ☒ Yes ○ No     Height: __6__ feet __3__ inches   Weight: __206__ pounds

| Blood Pressure | Systolic __128__ | Diastolic __84__ | Urinalysis | Sp. Gr. | Protein | Blood | Sugar |
|---|---|---|---|---|---|---|---|
| Sitting | | | Urinalysis is required. Numerical readings must be recorded. | __1.030__ | __neg__ | __neg__ | __neg__ |
| Second reading (optional) | | | | | | | |

Other testing if indicated

Protein, blood, or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

### Vision

Standard is at least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° field of vision in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

| Acuity | Uncorrected | Corrected | Horizontal Field of Vision |
|---|---|---|---|
| Right Eye: | 20/__50__ | 20/__20__ | Right Eye: __90__ degrees |
| Left Eye: | 20/__50__ | 20/__20__ | Left Eye: __90__ degrees |
| Both Eyes: | 20/__50__ | 20/__20__ | |

|  | Yes | No |
|---|---|---|
| Applicant can recognize and distinguish among traffic control signals and devices showing red, green, and amber colors | ☒ | ○ |
| Monocular vision | ○ | ☒ |
| Referred to ophthalmologist or optometrist? | ○ | ☒ |
| Received documentation from ophthalmologist or optometrist? | ○ | ☒ |

### Hearing

Standard: Must first perceive whispered voice at not less than 5 feet OR average hearing loss of less than or equal to 40 dB, in better ear (with or without hearing aid).

Check if hearing aid used for test: ☐ Right Ear ☐ Left Ear ☒ Neither

**Whisper Test Results**                                   Right Ear   Left Ear

Record distance (in feet) from driver at which a forced whispered voice can first be heard     __5ft__    __5ft__

OR

**Audiometric Test Results**

| Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|
| 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| | | | | | |

Average (right): _____   Average (left): _____

## PHYSICAL EXAMINATION

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen, or is readily amenable to treatment. Even if a condition does not disqualify a driver, the Medical Examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible, particularly if neglecting the condition could result in a more serious illness that might affect driving.

Check the body systems for abnormalities.

| Body System | Normal | Abnormal | Body System | Normal | Abnormal |
|---|---|---|---|---|---|
| 1. General | ○ | ○ | 8. Abdomen | ○ | ○ |
| 2. Skin | ○ | ○ | 9. Genito-urinary system including hernias | ○ | ○ |
| 3. Eyes | ○ | ○ | 10. Back/Spine | ○ | ○ |
| 4. Ears | ○ | ○ | 11. Extremities/joints | ○ | ○ |
| 5. Mouth/throat | ○ | ○ | 12. Neurological system including reflexes | ○ | ○ |
| 6. Cardiovascular | ○ | ○ | 13. Gait | ○ | ○ |
| 7. Lungs/chest | ○ | ○ | 14. Vascular system | ○ | ○ |

Discuss any abnormal answers in detail in the space below and indicate whether it would affect the driver's ability to operate a CMV. Enter applicable item number before each comment.

Normal exam

(Attach additional sheets if necessary)

Form MCSA-5875

OMB No. 2126-0006    Expiration Date: 11/30/2021

Last Name: Wortham    First Name: Antiond    DOB: 4|13|1982    Exam Date: 8|30|2021

*Please complete only one of the following (Federal or State) Medical Examiner Determination sections:*

## MEDICAL EXAMINER DETERMINATION (Federal)

*Use this section for examinations performed in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49):*

○ Does not meet standards *(specify reason):* _____

⦿ Meets standards in 49 CFR 391.41; qualifies for 2-year certificate

○ Meets standards, but periodic monitoring required *(specify reason):* _____

Driver qualified for:    ○ 3 months    ○ 6 months    ○ 1 year    ○ other *(specify):* _____

☒ Wearing corrective lenses    ☐ Wearing hearing aid    ☐ Accompanied by a waiver/exemption *(specify type):* _____

☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate    ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*

☐ Driving within an exempt intracity zone *(see 49 CFR 391.62) (Federal)*

☐ Determination pending *(specify reason):* _____

☐ Return to medical exam office for follow-up on *(must be 45 days or less):* _____

☐ Medical Examination Report amended *(specify reason):* _____

*(if amended)* Medical Examiner's Signature: _____    Date: _____

☐ Incomplete examination *(specify reason):* _____

| If the driver meets the standards outlined in 49 CFR 391.41, then complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h), as appropriate. |
| --- |

I have performed this evaluation for certification. I have personally reviewed all available records and recorded information pertaining to this evaluation, and attest that to the best of my knowledge, I believe it to be true and correct.

Medical Examiner's Signature: _____

Medical Examiner's Name *(please print or type):* Linda Stevenson

Medical Examiner's Address: 3020 Sunset Boulevard Suite 103    City: West Columbia    State: SC    Zip Code: 29169

Medical Examiner's Telephone Number: 803-939-8422    Date Certificate Signed: 8-30-2021

Medical Examiner's State License, Certificate, or Registration Number: 18534    Issuing State: SC

☐ MD  ☐ DO  ☐ Physician Assistant  ☐ Chiropractor  ☒ Advanced Practice Nurse

☐ Other Practitioner *(specify):* _____

National Registry Number: 5678763713    Medical Examiner's Certificate Expiration Date: 08/31/2013



I understand as required by the Federal Motor Carrier Safety Regulations, 49 C.F.R. Section 382.307 Reasonable Cause, 382.301 Pre-Employment, 382.305 Random, 382.303 Post-Accident and company policy. I will be notified in writing or verbally to submit to an alcohol breath test and/or a controlled substance test involving collection of a urine sample which will be tested for the following controlled substances:

Marijuana, cocaine, opiates, amphetamines and phencyclidine (PCP)

I understand if I test positive for use of controlled substances or an alcohol concentration of 0.02 or greater, I am not medically qualified to operate a commercial motor vehicle in interstate commerce. I also understand I will be given a reasonable opportunity to confer with the company's Medical Review Officer before any positive test result is reported to the company.

The results of the drug test will be maintained by the Medical Review Officer for the company who will report whether the test results were negative or positive to the motor carrier. Alcohol test results will be maintained by AHI. The results will not be released to any additional parties without my written authorization.

I understand and agree that if I have a positive drug test and elect to have a split specimen done that the cost of $150.00 for the split test will be deducted from my paycheck in accordance with Federal and State wage payment laws.

I hereby agree to submit to a urine drug test and/or alcohol breath test for the term of my employment or lease agreement with AHI.

I agree that TMC Transportation shall be entitled to receive full and complete records and reports governing any medical or related examination, and I authorize any and all such doctors, medical examiners, and hospitals to give to TMC Transportation, full and complete reports and records covering such examinations, condition, care, and treatment.

Print name: Antiaga Wortham

Signature: Antiag Wortham

Date: 8-30-2021   Time of collection: 8:45

| Employee I.D. # | 219696 | Document: Alcohol/Drug/Medical Employee Authorization and Release | Page: 1 of 1 |
| --- | --- | --- | --- |

 # Certificate of Drug and Alcohol Abuse Awareness Training

I attended a course of instruction addressing the harmful effects of drug and alcohol abuse on personal health, safety and
the work environment, with specific emphasis on the hazards created by driver drug and alcohol abuse for themselves, motor carries and the traveling public.  This drug and alcohol abuse awareness instruction consisted of 60 minutes or more of training as follows:

(a)    Audio/visual presentation (videotapes, slide programs, etc.)
(b)    Distribution of drug and alcohol abuse materials.
(c)    Attendance at live presentation during orietation.

Print Name    ANTONIO WORTHAM    Date    8/30/2021 8:23:26 AM

Employee Id    219696    Password    **Certified TMC digital signature**

| Document: 73 - Certificate of Drug and Alcohol Abuse Awareness Training | Origination date: 03/22/2018 |
|---|---|
| Version: 2 | Revision date: |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 18 of 57
PageID #: 1956



# Driver Qualification File Form

**Name of driver** ___Antiono Wortham___ **ID#** ___219696___

**Type of Test:** (A) Drug ___8-30-21___ (B) Alcohol _____

**(A) Type of controlled substance test:**

☒ pre-employment ☐ return-to-duty ☐ random

☐ reasonable suspicion ☐ post-accident/non-fatal

☐ follow-up-testing ☐ post-accident/fatal

**Name and location of collector / collection site:** _____

___TMC  2716 Shop Rd  Columbia, SC 29209___

**Name of laboratory analyzing the specimen:** ___Lab Corp___

**Name of Medical Review Officer:** ___Dr. David Nahin___

**Test result was:** ☒ negative ☐ positive for

☐ Marijuana (THC) ☐ Cocaine ☐ Amphetamines ☐ PCP (phencyclidine) ☐ Opiates

**(B) Type of Alcohol Breath Test:** ☐ pre-employment ☐ return-to-duty ☐ random

☐ reasonable suspicion ☐ post-accident/fatal ☐ post-accident/non fatal

☐ follow-up-testing

**Location of Breath Test:** _____

**Name of Breath Alcohol Technician:** _____

**Test result was:** _____ Less than 0.02 _____ Greater than 0.02





0000000000306728560 1

**ANTIONO DERALLE WORTHAM**
*CLASS:* A-Comb Veh GVWR>26,000#, W/Veh in Tow>10,000

*ENDORSEMENTS:*
*RESTRICTIONS:* A-Corrective Lenses, E-No manual transmission CMV

Rev 11-01-2014
9785360 - 1

Form MCSA-5876

OMB No. 2126-0006    Expiration Date: 11/30/2021

**Public Burden Statement**
A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 1 minute per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

# Medical Examiner's Certificate
### (for Commercial Driver Medical Certification)

I certify that I have examined **Last Name:** Wortham    **First Name:** Antiono    in accordance with *(please check only one)*:

- ⦿ the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)* OR
- ◯ the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) with any applicable State variances (which will only be valid for intrastate operations), and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)*:

☑ Wearing corrective lenses      ☐ Accompanied by a _____ waiver/exemption      ☐ Driving within an exempt intracity zone (49 CFR 391.62) *(Federal)*
☐ Wearing hearing aid      ☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate      ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*
☐ Grandfathered from State requirements *(State)*

The information I have provided regarding this physical examination is true and complete. A complete Medical Examination Report Form, MCSA-5875, with any attachments embodies my findings completely and correctly, and is on file in my office.

**Medical Examiner's Certificate Expiration Date**
08/30/2023

**Medical Examiner's Signature**
Linda Stevenson APRN

**Medical Examiner's Name** *(please print or type)*
Linda Stevenson

**Medical Examiner's Telephone Number**
(803) 939-8422

◯ MD      ◯ Physician Assistant      ⦿ Advanced Practice Nurse
◯ DO      ◯ Chiropractor      ◯ Other Practitioner *(specify)* _____

**Date Certificate Signed**
8-30-2021

**Medical Examiner's State License, Certificate, or Registration Number**
18634

**Issuing State**
South Carolina

**National Registry Number**
5678763713

**Driver's Signature**
Antiono Deralle Wortham

**Driver's License Number**
9785360

**Issuing State/Province**
AL

**Driver's Address**
Street Address: 450 Barn Wood Road      City: Tuscaloosa      State/Province: AL      Zip Code: 35405      **CLP/CDL Applicant/Holder** ⦿ Yes ◯ No

**This document contains sensitive information and is for official use only.** Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 22 of 57    PageID #: 1960

**TMC Transportation, Inc.**
P.O. Box 1774 / Des Moines, IA 50306

Antiono Wortham
(Driver's Name)

219696
(Employee ID Number)

I certify that the above driver, as defined in 391.11 is regularly driving a vehicle operated by TMC Transportation, Inc. and is fully qualified under part 391, Federal Motor Carrier Safety Regulations and Section 106(b) of the Hazmat Transportation Act. His/Her current medical examiner's certificate and hazmat training requirement expires on

08/30/2023
(Date)

(Carrier Company Official)

**Safety Department**
(Title)

08/30/2021
(Date Issued)

Aturo Wortham
(Signature of Driver)



**An Employee-Owned Company**

## DRUG & ALCOHOL CLEARINGHOUSE

## LIMITED QUERY CONSENT INSTRUCTIONS

The CDL Drug & Alcohol Clearinghouse is a federal database containing CMV driver information of past drug or alcohol violations. TMC is required to inquire with the Clearinghouse at the time of hire and annually for every driver. The annual inquiry can request a "limited" report that only indicates whether the Clearinghouse has any drug or alcohol violation information; it does not release specific information. TMC must have your written authorization to conduct the limited inquiry.

*If a limited query ever reveals that the Clearinghouse has information about you, you will be required to log onto the Clearinghouse website within 24 hours and grant electronic consent for TMC to obtain that information. If you refuse to provide consent, TMC is required to remove you from all safety sensitive duties, including driving a commercial motor vehicle.

## AUTHORIZATION

I _Antiono Deralle Wortham_ hereby provide consent for TMC Transportation to conduct limited annual queries of me with the FMCSA's Drug & Alcohol Clearinghouse. This consent is valid from the date signed below through the end of my employment with TMC Transportation.

Driver's Name (printed): _Antiono Deralle Wortham_

Driver's Signature: _Antiono Deralle Wortham_

Date: _August 30, 2021_      Driver ID Number: _219696_

Original Document      December 2016      Safety Template



## An Employee-Owned Company

I acknowledge, by signing this form, that my full compliance with the Drug and Alcohol Plan (the "Plan") and DOT drug and alcohol regulation requirements is a condition of my initial and continued employment with TMC. I understand and agree that I may be discharged or otherwise disciplined for any drug and/or alcohol violation, committed by me, as cited in the Plan and/or in the DOT drug and alcohol regulatory requirements.

I also acknowledge, by signing this form, that a copy of the Plan has been made available to me and that I have read and understand the requirements of the TMC company and DOT drug and alcohol program. I have also been provided with informational material on the dangers and problems of drug abuse and alcohol misuse.

Signed this __30__ day of __August__, 20 __21__

__Antiono Deralle Wortham__
Employee Name (Please Print)

__Antiono Deralle Wortham.__
Employee Signature

Revised 03/11/2020 jmk



# Receipt for Alcohol and Drug Testing Handbook

I acknowledge that I was provided access to J.J. Keller's Alcohol & Drug Testing: Driver Awareness Training Driver Handbook containing the following topics:

- Introduction
- Abbreviations
- Definitions
- Who is Covered by the Alcohol and Drug Regulations?
- What is a Safety-sensitive Function?
- What are the Alcohol and Drug Prohibitions?
- What tests are Required and When Will I Be Tested?
  - Pre-employment
  - Post-accident
  - Random
  - Reasonable Suspicion
  - Return-to-duty and Follow-up
- What Happens if I Refuse to Be Tested?
- How is Drug and Alcohol Testing Performed?
- What are the Consequences of Violating the Drug and Alcohol Prohibitions?
- Where Can I Go for Help?
  - Self-admission of Alcohol and Drug Use
- What are the Effects of Drugs and Alcohol on the Body?

| | | | |
|---|---|---|---|
| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:16:53 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: **INACTIVE**Receipt for Alcohol and Drug Testing Handbook | Origination date: 11/09/2006 |
| Version: 1 | Revision date: 03/09/2009 |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 26 of 57
PageID #: 1964



# Defensive Driving Class

I have completed TMC's required, Defensive Driving Class. This class included instruction using visual aids and lecture material in the following areas to include, but not limited to;

- maintaining proper following distance
- how to negotiate in heavy traffic
- speed control
- wearing of protective safety equipment
- safety of working on high, or difficult loads
- workplace safety during loading and unloading
- recognizing fatigue
- proper speed and vehicle management during turning, braking, accelerating, etc
- what to do to prevent rollovers
- identifying road hazards including, animals, adverse weather, etc, and how to safely handle these
- proper load securement and most importantly, the overall concept of defensive driving and what it requires to become a safe and conscientious driver.
- how to make a proper lane change
- how to make a proper turn (left and right)

| | | | |
|---|---|---|---|
| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:19:16 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: 30 - Defensive Driving Class | Origination date: 05/10/2021 |
| Version: 2 | Revision date: |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 27 of 57
PageID #: 1965

 **Employee Policy Agreement**

I, the undersigned, an employee of one of Annett Holdings, Inc., DBA's do hereby agree to be bound by this Employee Policy Agreement and the provisions contained herein and initialed below:

I will protect and safeguard the truck, trailer and equipment assigned and entrusted to my care as a professional driver and agree return same to company of origin, or a designated company terminal, prior to my voluntary termination. I further agree to hold myself financially liable for costs stemming from preventable accidents/incidents. I agree to be responsible for the first $300 for each separate accident/incident. This includes charges for damages to property, loss occurring to another party, or damage to the truck/trailer or equipment assigned and entrusted to my care due to my willful disregard of company policy, or failure to properly carry out my duties as a professional driver. Wrecker/towing charges will result in an additional liability in an amount not to exceed the actual charges of the wrecker/towing charges should such services be required stemming from each accident/incident.

I will be responsible for any and all fines levied against me as a result of convictions for violations of Federal, State, or Local laws, or regulations. This includes gross vehicle and axle weight restrictions, except instances wherein my company of origin has specifically claimed sole responsibility for such violation.

I will at no time use the truck, trailer, or equipment assigned and entrusted to my care for personal use outside the normal course of my duties as a professional driver.

I will at no time remove, disable or otherwise intentionally damage any company equipment on the truck/trailer to include but not limited to, the satellite, Vorad, mirrors, securement or other company equipment. I understand that the first offense will result in a mandatory three day suspension and the second offense will result in termination of employment. I may also be held responsible for the costs incurred to repair/replace such equipment.

I will protect and safeguard the cargo assigned and transported on my truck and trailer against damage, loss due to theft, pilferage and shortages as a result of my willful disregard of my obligation to carry out my assigned duties as a professional driver. I understand and agree that should damage occur to assigned cargo due to my willful and intentional disregard of company policy, or failure to properly carry out my duties as a professional driver, I will be responsible for the $300, or actual amount of cargo damage, whichever is less. This is in addition to any other charges I may responsible for (e.g. accident/incident charges, wrecker/towing charges).

I understand that in addition to company policies regarding personal protective equipment and work safety rules, I am also subject to the safety policies of any customer and that I am to abide by those requirements. I further understand that it is my responsibility to ask the customer before the loading/unloading process if I do not know what these safety policies are. Failure to comply with either the company or customer's safety policies can result in disciplinary action to include, termination of employment.

I agree to hold myself financially liable for 100% of the cost incurred to my company of origin for the recovery and safeguarding of my abandoned truck, trailer and equipment. I understand that in accordance with applicable State and Federal laws governing the payment of wages, including Iowa Code Chapter 91A Wage Payment Collection, Section 91A.5, the costs of recovery and safeguarding will be deducted from my final wage settlements.

I agree to hold myself financially liable for 100% of the cost incurred to my company of origin for the medical examination and drug screen mandated by law, if I voluntarily terminate my employment with my company of origin within my probationary period of ninety days.

I authorize my company of origin to deduct all amounts determined by actual costs incurred to be my financial responsibilities at the time of my termination of employment, including my apprentice driver training expenses. This authorization is in accordance with Iowa Code 91A and other applicable laws governing the payment of wages.

I agree that my employment will be subject to termination immediately if issued a citation for a DUI, DWI and/or refusal to submit to Breath/Alcohol Test in my personal vehicle, or in a commercial vehicle owned by Annett Holdings, Inc.

I, WORTHAM, ANTONIO , hereby state that I have read and understand this Employee Policy Agreement in its entirety and, thereby affirming my assent to each and all of them.

| | | | |
|---|---|---|---|
| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:15:48 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: **INACTIVE** Employee Policy Agreement | Origination date: 06/20/2005 |
| Version: 1 | Revision date: 11/08/2009 |

Case 1:24-cv-00155-TRM-MJD   Document 90-1   Filed 12/30/25   Page 28 of 57
PageID #: 1966

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 29 of 57
PageID #: 1967

 **Hazmat and Air Brakes Knowledge Certifications**

**HAZMAT CERTIFICATION**

I have completed AHI Inc's., Hazard Materials Training Session. This certification will expire on

**AIR BRAKES KNOWLEDGE CERTIFICATION**

In addition to the knowledge of air brakes as a requirement for the Commercial Driver's License examination, I have received additional instruction as part of AHI Inc's., new driver orientation on the proper methods of brake inspection and adjustment as defined in Section 396.25 of the FMCSR.

**INSTRUCTOR ACKNOWLEDGEMENT**

This driver has participated in AHI Inc's., new driver orientation and has received additional instruction on the proper methods of brake inspection and adjustment as defined in Section 396.25 of the FMCSR.

Print Name    ANTONIO WORTHAM    Date    8/30/2021 8:19:51 AM

Employee Id    219696    Password    **Certified TMC digital signature**

| Document: 31 - Hazmat and Air Brakes Knowledge Certifications | Origination date: |
|---|---|
| Version: 1 | Revision date: |



# Receipt for FMCSR and Hazardous Materials Pocketbooks

This issue of the FMCSR Pocketbook includes all revisions issued on or before July 12, 2006 .

I acknowledge that I was provided access to the FEDERAL MOTOR CARRIER SAFETY REGULATIONS POCKETBOOK (7-ORS-A). In addition,
I agree to familiarize myself with the Federal Motor Carrier Safety Regulation (FMCSR) of the U.S. Department of Transportation,
Parts 40, 380, 382, 383, 387, 390-397, 399 Subchapter B, Chapter 3, Title 49 of the Code of Federal Regulation, as contain therein.

I acknowledge that I was provided access to the Hazardous Materials Compliance Pocketbook (120-ORS) which details driver responsibilities and
duties in the transportation of hazardous materials, as prescribed by the U.S. Department of Transportation in Title 49 CFR Parts
107, 171-180 and 390-397. August 2006

| | | | |
|---|---|---|---|
| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:17:30 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: **INACTIVE** Receipt for FMCSR and Hazardous Materials Pocketbooks | Origination date: |
| Version: 1 | Revision date: |

 Lo go. jpg

**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

▶START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information Attestation** (Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)

| Last Name (Family Name) WORTHAM | First Name (Given Name) ANTIONO DARALLE | | Middle Initial | Other Names Used (if any) | | |
|---|---|---|---|---|---|---|
| Address (Street Number and Name) 450 BARN WOOD ROAD | Apt. Number | City or Town TUSCALOOSA | | | State AL | Zip Code 35401 |
| Date of Birth (mm/dd/yyyy) 4/13/1982 | U.S. Social Security Number 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 | E-mail Address antonio_wortham@yahoo.com | | | Telephone Number 7707317220 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form

I attest, under penalty of perjury, that I am (check one of the following):

☑ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States (See instructions)

☐ 3. A Lawful Permanent Resident (Alien Registration Number/USCIS Number):

☐ 4. An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy):
Some aliens may write "N/A" in this field. (See instructions)
Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.
1. Alien Registration Number/USCIS Number:

**OR**
2. Form I-94 Admission Number:

**OR**
3. Foreign Passport Number:

Country of Issuance:

QR Code - Section 1
Do Not Write In This Space

| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:23:57 AM |
|---|---|---|---|
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

**Preparer and/or Translator Certification (check one):**

☒ I did not use a preparer or translator          ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct

| Signature of Preparer or Translator: | | Date (mm/dd/yyyy) | |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | | |
| Address (Street Number and Name) | City or Town | State | Zip Code |

**Employer Completes Next Page**

**Section 2. Employer or Authorized Representative Review and Verification**
(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")

| Employee Info from Section 1 | Last Name (Family Name) | First Name (Given Name) | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Identity and Employment Authorization | | Identity | | Employment Authorization |
| Document Title | | Document Title | | Document Title |

| | Drivers License | Birth Certificate |
|---|---|---|
| Issuing Authority | Issuing Authority | Issuing Authority |
| | State of AL | State of GA |
| Document Number | Document Number | Document Number |
| | 9785360 | 110-82-025040 |
| Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* | Expiration Date *(if any) (mm/dd/yyyy)* |
| | 10/19/2022 | |

Document Title

Issuing Authority

Document Number

Expiration Date *(if any) (mm/dd/yyyy)*

Document Title

Issuing Authority

Document Number

Expiration Date *(if any) (mm/dd/yyyy)*

Additional Information

QR Code - Sections 2 & 3
Do Not Write In This Space

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment *(mm/dd/yyyy)*: 9/3/2021            *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative: LEINEN, DIANNA L. | Date *(mm/dd/yyyy)* 8/30/2021 | Title of Employer or Authorized Representative Human Resources (TMCF32) |
|---|---|---|
| Last Name of Employer or Authorized Representative LEINEN | First Name of Employer or Authorized Representative DIANNA L. | Employer's Business or Organization Name ANNETT HOLDINGS, INC. |
| Employer's Business or Organization Address (Street Number and Name) 6115 SW LELAND | City or Town DES MOINES | State IA / Zip Code 50321 |

**Section 3. Reverification and Rehires** *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative LEINEN, DIANNA L. | Date *(mm/dd/yyyy)* 8/30/2021 | Name of Employer or Authorized Representative LEINEN, DIANNA L. |
|---|---|---|

**LISTS OF ACCEPTABLE DOCUMENTS**

**All documents must be UNEXPIRED**

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A Documents that Establish Both Identity and Employment Eligibility | OR | LIST B Documents that Establish Identity | AND | LIST C Documents that Establish Employment Eligibility |
|---|---|---|---|---|
| 1. U.S. Passport or U.S. Passport Card<br>2.<br>   Permanent Resident Card or Alien Registration | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information | | 1. A Social Security Account Number card, unless the card includes one of the following restrictions: |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 33 of 57    PageID #: 1971

Receipt Card (Form I-551)

3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machinereadable immigrant visa

4. Employment Authorization Document that contains a photograph (Form I-766)

5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status:
   a. Foreign passport; and
   b. Form I-94 or Form I-94A that has the following:

   (1) The same name as the passport; and

   (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form.

6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI

such as name, date of birth, gender, height, eye color and address

2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address

3. School ID card with a photograph
4. Voter's registration card
5. U.S. Military card or draft record
6. Military dependent's ID card
7. U.S. Coast Guard Merchant Mariner Card
8. Native American tribal document
9. Driver's license issued by a Canadian government authority

**For persons under age 18 who are unable to present a document listed above:**

10. School record or report card
11. Clinic, doctor, or hospital record
12. Day-care or nursery school record

(1) NOT VALID FOR EMPLOYMENT

(2) VALID FOR WORK ONLY WITH INS AUTHORIZATION

(3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION

2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240)

3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal

4. Native American tribal document
5. U.S. Citizen ID Card (Form I-197)
6. Identification Card for Use of Resident Citizen in the United States (Form I-179)
7. Employment authorization document issued by the Department of Homeland Security

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**

| Document: 82 - I-9 | Origination date: 01/01/2005 |
|---|---|
| Version: 5 | Revision date: 02/26/2020 |



# Training Expense Agreement - E2

I understand that I am receiving a conditional advance of $1,000 for orientation and then $1,000 per week for the subsequent weeks of training under TMC's Experienced Driver Program.

It is further understood that should I resign my employment within 3 months from the beginning of my training period with a Driver Trainer, fifty percent of the advance pay I received during the TMC Experienced Driver Program will be deducted from my final settlement.*

*The wages received after the conditional advance deduction from my final settlement will be in compliance with the minimum wage laws based on hours in training .

| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:16:11 AM |
|---|---|---|---|
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: 8 - Training Expense Agreement - E2 | Origination date: 01/12/2009 |
| Version: 3 | Revision date: 04/29/2021 |

 **Iowa Workers' Compensation**

## MEMORANDUM OF UNDERSTANDING AND CONSENT

### APPLICABILITY OF THE IOWA WORKERS' COMPENSATION ACT

The Employer and the Employee hereby agree that the Employee's employment shall be principally localized in the State of Iowa. Employer's regular place of business is located in Iowa, the Employee's truck operates out of the Employer's Iowa location, and the terms and conditions of employment are established from the Employer's regular place of business in Iowa.

Accordingly, Employee agrees that should Employee sustain any injury or illness arising from his/her employment with Employer, any such proceeding, action, or investigation, shall be governed exclusively by and in accordance with the laws of the State of Iowa, to include the Iowa Workers' Compensation Act, as amended.

Consistent with the Iowa Supreme Court's decision in Neal v. AHI, as a condition of your employment with the Company, you acknowledge and agree that the Company may require you to temporarily relocate to Des Moines, Iowa for modified duty work in the event you suffer a work injury. Iowa Law allows Annett Holdings to suspend workers' compensation benefits to an injured worker if an injured worker fails to accept and work in the modified duty position offered by Annett Holdings, Inc. Iowa Code, 85.33.

The modified duty work will be within any temporary restrictions placed on the injured worker by an authorized treating physician of Annett Holdings. Any questions regarding the work and medical restrictions should be asked of Annett Holdings workers' compensation modified duty coordinator, whose name and telephone extension will be provided to you at the commencement of your modified duty work.

Because drivers agree to be away from home as an essential function and an agreed upon term of their employment with Annett Holdings, injured workers are expected to temporarily relocate and perform their modified duty work in Des Moines, Iowa, irrespective of your state of residence. The temporary relocation will include staying away from your home for up to two weeks at a time. By accepting employment with the Company, you acknowledge there is nothing you are aware of which would prevent you from temporarily relocating to Des Moines, Iowa for up to two weeks at a time to perform modified duty work assignments in the event you suffer a work injury.

Annett Holdings' policy is to provide the modified duty work to employees who experience a work-related injury for a period not to exceed four months from being released to modified duty work by the authorized physician, or until the worker has reached maximum medical improvement or can return to full duty, whichever occurs first.

Annett Holdings will provide temporary housing for the modified duty employee at no expense to the employee and will provide any necessary transportation to and from the temporary housing and work, if necessary. If ongoing medical care is required by the medical condition of the injured worker, Annett Holdings will coordinate the modified duty work schedule with medical appointments to ensure the least amount of disruption between the two. Des Moines, Iowa has world-class facilities and medical professionals available, and is an ideal location for ongoing medical care.

Annett Holdings' modified duty program is an important part of the workers' compensation benefits provided to an injured employee. If an employee believes that returning to Des Moines, Iowa for modified duty would impose an undue inconvenience and is not reasonable, given his or her individual circumstances, this needs to be communicated to the employer, or if an employee is already driving for the company, as soon a practical.

By signing below, I agree with the above terms and conditions

| | | | |
|---|---|---|---|
| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:18:59 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: **INACTIVE** Iowa Workers' Compensation | Origination date: 06/20/2005 |
| Version: 2 | Revision date: 03/29/2012 |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 36 of 57
PageID #: 1974

 **Responsibility for Personal Property**

I understand and agree that Annett Holdings, Inc. shall not be responsible for lost or stolen items of personal property I leave at any AHI facility or in/on the tractor/trailer. Nor shall AHI be responsible for any damage that may result to such personal property. It is understood that my personal property is my responsibility and AHI cannot be liable for any article that may be lost, stolen, or damaged.

Further, I understand the procedures governing the return of such property. AHI will hold all items of personal property left in/on the tractor/trailer or AHI facility for a period of two (2) weeks from the time I leave the tractor/trailer. Within this two (2) week period I must pick-up such property or send written direction to AHI as to how I would like the property returned to my attention at my expense. Should I not pick-up such property within two (2) weeks or should AHI not receive written direction from me within two (2) weeks, I understand and agree that all such property will be disposed of and destroyed. By agreeing to hold my personal property for a two (2) week period, AHI does not agree to be responsible for the loss or damage to such property.

Print Name     ANTONIO WORTHAM        Date        8/30/2021 8:21:08 AM

Employee Id    219696                 Password    **Certified TMC digital signature**

| Document: 46 - Responsibility For Personal Property | Origination date: |
|---|---|
| Version: 1 | Revision date: |



# Notice to Driver/Contractor and Certificate of Compliance

## 1. NOTICE TO DRIVER/CONTRACTOR

The Commercial Motor Vehicle Safety Act of 1986 provides for a new set of controls over the drivers of commercial vehicles. The new law applies to all drivers operating vehicles and combinations with a Gross Vehicle Weight Rating over 26,000 pounds, and to any vehicle, regardless of weight, transporting hazardous materials.

**The following provisions of this legislation become effective July 1, 1987:**

1. No driver may possess more than one, license, and no motor carrier may use a driver having more than one license.

2. A driver convicted of a traffic violation (other than parking) must notify the motor carrier AND the state which issued the license to that driver of such conviction within 30 days.

3. Any person applying for a job as a commercial vehicle driver must inform the prospective employer of all previous employment as the driver of a commercial vehicle for the past 10 years, in addition to any other required information about the applicant's employment history.

4. Any violation is punishable by fine not to exceed $2,500.00. In addition, the Federal Motor Carrier Safety Regulations now require that a driver who loses any privilege to operate a commercial vehicle or who is disqualified from operating a commercial vehicle must advise the motor carrier the next business day after receiving notification of such action.

### CERTIFICATION BY DRIVER

I hereby certify that I have read and understand the driver provisions of the Commercial Motor Vehicle Safety Act of 1986 which became effective on July 1, 1987.

I further certify that the above commercial vehicle license is the only one held.

| Driver Name: | WORTHAM, ANTONIO | Driver SSN: | 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 |
|---|---|---|---|
| Physical Address Line: | 450 BARN WOOD ROAD | | |
| City, State | TUSCALOOSA, AL | | |
| Zip | 35405 | | |
| License State: | AL | License Number: | 9785360 |

Print Name    ANTONIO WORTHAM    Date    8/30/2021 8:20:19 AM

Employee Id    219696    Password    **Certified TMC digital signature**

| Document: 35 - Driver/Contractor Certificate of Compliance | Origination date: |
|---|---|
| Version: 1 | Revision date: |

TYPE OR PRINT IN PERMANENT BLACK OR BLUE-BLACK INK

**STATE OF GEORGIA – CERTIFICATE OF LIVE BIRTH**

Local File Number: 00938    110-

82-025040

| | | | | |
|---|---|---|---|---|
| CHILD'S NAME FIRST: Antiono | MIDDLE: Deralle | LAST: WORTHAM | SEX: Male | DATE OF BIRTH: April 13, 1982 — TIME OF BIRTH: 9:22 A. M. |

**CHILD**

THIS BIRTH: Single    IF NOT SINGLE BIRTH SPECIFY BIRTH ORDER    CITY, TOWN, OR LOCATION OF BIRTH: Columbus   130

HOSPITAL NAME: The Medical Center   1704    COUNTY OF BIRTH: Muscogee 106

MAY 08 1982

**MOTHER**

MOTHER (MAIDEN NAME) FIRST: Lyra   MIDDLE: Mae   LAST: Durham   AGE (At time of this birth): 21   DATE OF BIRTH: July 31, 1960   STATE OF BIRTH: Georgia 11

RESIDENCE – STATE: Georgia   COUNTY: Harris 072   CITY, TOWN, OR LOCATION: Cataula   STREET AND NUMBER OF RESIDENCE: P.O. Box 84   INSIDE CITY LIMITS: NO

MOTHER'S MAILING ADDRESS – IF SAME AS ABOVE, ENTER ZIP CODE: 31804

**FATHER**

FATHER'S NAME FIRST: Michael   MIDDLE: Jerome   LAST: Wortham   AGE (At time of this birth): 21   DATE OF BIRTH: April 7, 1961   STATE OF BIRTH: Georgia 11

I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF (Signature of Parent or other informant): *Michael J. Wortham*   *Lyra Durham*   RELATION TO CHILD: Parents

**CERTIFIER**

I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE (Signature): *Sebastian Hubbuch*   DATE SIGNED: 4-27-82   ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER:

CERTIFIER – NAME AND TITLE: Sebastian O. Hubbuch, III M.D.   CERTIFIER – MAILING ADDRESS: The Medical Center, Columbus, Georgia 31995

**REGISTRAR**

REGISTRAR (Signature): *Mildred R. Phillips*   DATE RECEIVED BY LOCAL REGISTRAR: APR 28 1982

STATE COPY

Form 3901 (Rev. 7-81) DEPARTMENT OF HUMAN RESOURCES, VITAL RECORDS SERVICE

This is to certify that this is a true reproduction of the original record on file with the State Office of Vital Records, Georgia Department of Human Resources. This certified copy is issued under the authority of Chapter 31-10, Code of Georgia, and 290-1-3 DHR Rules and Regulations.

State Registrar and Custodian
GA State Office of Vital Records

County Custodian
Issued By
Date 5/28/08

Any reproduction of this document is prohibited by statute. Do not accept unless on engraved border with raised seal.



# Receipt for Driver Handbook and Employee Training Manual

I acknowledge that I have received an electronic copy of AHI's Driver Handbook and Training Manual via the Company's intranet site Driver Connection.

I understand that hard copies are only provided upon request. I agree to read it thoroughly as part of the orientation process, including the statements
in the foreword describing the purpose and effect of the Handbook. I agree that if there is any policy or provision in the Handbook that I do not understand,
I will seek clarification from the Human Resources Department. I understand that AHI is an "at will" employer and as such employment with
AHI is not for a fixed term or definite period and may be terminated at will of either party, with or without cause, and without prior notice.
No supervisor or other representative (except the President) has the authority to enter into any agreement for employment for any specified period of time,
or to make any agreement contrary to the above. In addition, I understand that this Handbook states AHI's policies and practices in effect on the date of
publication. I understand that nothing in the Handbook may be construed as creating a promise of future benefits or a binding contract with
AHI for benefits or for any other purpose. I also understand that these policies and procedures are continually evaluated and may be amended,
modified or terminated at any time.

Please sign and date this receipt and return it to the Human Resources Department.

Print Name    ANTONIO WORTHAM    Date    8/30/2021 8:17:18 AM

Employee Id    219696      Password    **Certified TMC digital signature**

| Document: **INACTIVE** Receipt for Driver Handbook and Employee Training Manual | Origination date: |
|---|---|
| Version: 1 | Revision date: |

 # Employee Certification for Security Awareness Training

This is to certify that the below named individual has completed the required security awareness training.

Print Name    ANTONIO WORTHAM    Date    8/30/2021 8:12:27 AM

Employee Id    219696    Password    **Certified TMC digital signature**

| Document: 4 - Employee Certification for Security Awareness Training | Origination date: |
|---|---|
| Version: 1 | Revision date: |

**Kohler, Pamela**

From: Jeff Geist <jeffge@tmctrans.com>
Sent: Tuesday, September 21, 2021 1:57 PM
To: DL_QVT_TRM_TMCDRV

### *** TERMINATION NOTIFICATION ***

NAME :WORTHAM, ANTIONO DARALLE
SSN# : *******1630
EMPLOYEE ID :219696
CD1
TMC TMC TRANSPORTATION

CASUAL DATE:  8/30/21

EMPLOYED FROM  9/03/21 THRU  9/20/21

LAST DATE WORKED:  9/03/21

TERMIN CODE:T

  TMC CODE:APP2

DEPARTMENT : 98      COMPANY DRIVER

POSITION :EXPERIENCED DRI

PRE PASS +:

RECRUITER :Lori Lee

COMMENTS :QUIT DURING TRAINING. E2 WENT MIA AFTER 1 WEEK
    WITH TRAINER.

**Kohler, Pamela**

| | |
|---|---|
| **From:** | noreply@tmctrans.com |
| **Sent:** | Tuesday, September 21, 2021 1:54 PM |
| **To:** | Nextweek |
| **Subject:** | Driver Went Home From Training |

Trainee WORTHAM, ANTIONO DARALLE went home from training (Week 2).

School :
Reason : MIA/No Contact

Went home to get issues with license resolved and never returned. No response to messages.



**An Employee-Owned Company**

# Driver authorization for release of post accident documents

By reason of my inability to provide a urine sample and a breath alcohol test after a reportable accident as defined by FHWA for which I received a citation for a moving violation, I:

Antiono DerAllE Wortham
_____
Driver

Hereby authorize the release to:

ANNETT HOLDINGS, INC., OR ANNETT HOLDINGS, INC. II

all hospital reports and other documents which would indicate whether there were any controlled substances, or an alcohol concentration level of 0.02, or greater in my system following a motor vehicle accident I was involved in on:

Date:_____, 20_____

in, or near_____, _____
City                                State

Signature of driver: _____

Witness: _____

(This authorization is valid until withdrawn in writing by driver)

| Employee I.D. # 219696 | Document: Driver authorization for release of post accident documents | Page: 1 of 1 |
|---|---|---|
| | Origination date: Existing document | Revision date: 1/20/16 |

Case 1:24-cv-00155-TRM-MJD   Document 90-1   Filed 12/30/25   Page 44 of 57
PageID #: 1982



# Load Securement Class

I have completed TMC's required, Load Securement Class. This class included instruction using visual aids, lecture materials and/or hands-on instruction in the following areas to include, but not limited to;

- how to calculate the required number of tiedown devices
- understanding indirect and direct tiedowns
- understanding how to prevent forward, side-to-side, up/down and rearward movements of freight
- how to place and secure coils in eye to the side, eye to the sky and shotgun configurations
- how to place and secure steel sheets
- how to place and secure lumber, sheetrock, insulation, pipe and other various building materials
- workplace safety during loading and unloading
- how to place and secure multiple tier loads
- how to place and secure various bar loads
- how to place and secure palletized loads
- when and how to use X-straps
- when and how to use X-chains
- when and how to build a bulkhead

and most importantly, the overall concept of proper load securement and what it requires to become a safe and conscientious flatbed driver.

| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:18:32 AM |
|---|---|---|---|
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| Document: 20 - Load Securement Class | Origination date: 09/21/2007 |
|---|---|
| Version: 1 | Revision date: 03/09/2009 |



# Media Consent Release

I understand that during my employment with TMC Transportation there is always the possibility of photography and/or video being
conducted, which may include the individuals therein.

The undersigned authorizes TMC Transportation to permit the use and display of said photographs and/or video in any publication,
multimedia production, display, advertisement, or World-Wide Web Publication for the Driver Education and Training Department
or other TMC departments.

The undersigned agrees that TMC Transportation may use name, likeness, or biographical information supplied by the undersigned.

The undersigned releases and forever discharges TMC Transportation, its agents, officers and employees from any and all claims and
demands arising out of or in connection with the use of said photographs and/or video, including but not limited to, any claims for
invasion of privacy or defamation.

| | | | |
|---|---|---|---|
| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:22:32 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: 56 - Media Consent Release | Origination date: |
| Version: 2 | Revision date: |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 46 of 57



**An Employee-Owned Company**

I acknowledge that I have utilized TMC's electronic paperwork system to complete the documents noted below. I also acknowledge that each document was signed electronically by me, using my personal password in place of a physical signature.

| Initial | Document Name |
|---|---|
| Aw | 2 – Training Expense Agreement A5's/E3's/E4's |
| Aw | 4 – Employee Certification for Security Awareness Training |
| Aw | 6 – Employee Policy Agreement |
| Aw | 7 – Training Expense Agreement E0's |
| Aw | 8 – Training Expense Agreement E1's/E2's |
| Aw | 12 – Receipt for Alcohol and Drug Testing Handbook |
| Aw | 13 – Receipt for Driver Handbook and Employee Training Manual |
| Aw | 14 – Receipt for FMCSR and Hazardous Materials Pocketbooks |
| Aw | 16 – Violation and Review Record |
| Aw | 20 – Load Securement Class |
| Aw | 21 or 22 – Iowa Workers' Compensation or Iowa Workers' Compensation for Pennsylvania Residents |
|  | 25 – State of Indiana, County Tax Form |
| Aw | 29 – Application |
| Aw | 30 – Defensive Driving Class |
| Aw | 31 – Hazmat and Air Brakes Knowledge Certifications |
| Aw | 35 – Driver/Contractor Certificate of Compliance |
| Aw | 44 – Confidentiality Agreement |
| Aw | 46 – Responsibility for Personal Property |
| Aw | 50 – W-2 Electronic Option |
| Aw | 56 – Media Consent Release |
| Aw | 61 – Family Focus |
| Aw | 64 – Benefit Express |
| Aw | 68 – Per Diem Authorization |
|  | 70 – Bonus Pay for Sales Leads |
| Aw | 73 – Certificate of Drug and Alcohol Abuse Awareness Training |
| Aw | 81 – W-4, 2020 |
| Aw | 82 – I-9 |

Print name: Antiono Deralle Wortham

Signature: Antino Donalle Wortham

Date: 8 / 30 / 2021

| Employee I.D. # 219696 | Document: Driver electronic signature verification - Experienced | Page: 1 of 1 |
|---|---|---|
| | Origination date: 3/09/08 | Revision date: 3/12/2020 |

Case 1:24-cv-00155-TRM-MJD Document 90-1 Filed 12/30/25 Page 47 of 57 PageID #: 1985

 **Confidentiality Agreement**

I understand and agree that in the course of employment with AHI/TMC I will receive and become aware of information, projects, practices, customer contacts, potential customers, methodologies and management philosophy relating to AHI/TMC business.

I hereby acknowledge the sensitivity and nature of such information and agree to keep this information strictly confidential. In this regard I shall not at any time or in any manner, either directly or indirectly, divulge, disclose, communicate, or use the information I obtain or am otherwise exposed to while employed by AHI/TMC. This includes, but is not limited to disclosing such information on the C.B. radio, at truck stops, customer locations, internet, etc.

I further understand and agree that this obligation regarding the confidentiality of information obtained while employed by AHI/TMC shall continue beyond the expiration of this agreement. I specifically agree that my obligation shall extend for a period of one year following the termination of this agreement and further agree that such time period is reasonable and justified.

I also understand that I may not take photographs of customer's locations/cargo, other AHI/TMC employees, or post such pictures on the internet or other media without the written consent of AHI/TMC.

| | | | |
|---|---|---|---|
| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:20:39 AM |
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

| | |
|---|---|
| Document: 44 - Confidentiality Agreement | Origination date: |
| Version: 1 | Revision date: |



Form **W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.

▶ Give Form W-4 to your employer.

▶ Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2021**

| Step 1: Enter Personal Information | (a) First name and middle initial. ANTONIO Daralle | Last name WORTHAM | (b) Social security number 252411630 |
|---|---|---|---|

Address
450 BARN WOOD ROAD

City or town, state, and ZIP code
TUSCALOOSA AL, 35405

▶ **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c) ☑ Single or Married filing separately

☐ Married filing jointly or Qualifying widow(er)

☐ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at www.irs.gov/W4App, and privacy.

**Step 2: Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); **or**

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld ..... ▶ ☑

**TIP:** To be accurate, submit a 2021 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3: Claim Dependents**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ 4 - $8,000

Multiply the number of other dependents by $500 ▶ 0

Total of dependant allowances

| | 3 | $8000 |
|---|---|---|

**Step 4 (optional): Other Adjustments**

(a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income | 4(a) | $ 0

(b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here | 4(b) | $ 0

(c) **Extra withholding.** Enter any additional tax you want withheld each **pay period** | 4(c) | $ 0

**Step 5: Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

| Print Name | ANTONIO WORTHAM | Date | 8/30/2021 8:24:54 AM |
|---|---|---|---|
| Employee Id | 219696 | Password | **Certified TMC digital signature** |

**Employers Only**

Employer's name and address

ANNETT HOLDINGS, INC. P.O. BOX 1774, DES MOINES, IA 50306

| First date of employment | Employer identification number (EIN) 1292482 |
|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 3.

Cat. No. 10220Q

Form W-4 (2021)

Form W-4 (2021)

Page 2

# General Instructions

## Future Developments

For the latest information about developments related to Form W-4, such as legislation enacted after it was published, go to www.irs.gov/FormW4.

## Purpose of Form

Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. If too little is withheld, you will generally owe tax when you file your tax return and may owe a penalty. If too much is withheld, you will generally be due a refund. Complete a new Form W-4 when

# Specific Instructions

**Step 1(c).** Check your anticipated filing status. This will determine the standard deduction and tax rates used to compute your withholding.

**Step 2.** Use this step if you (1) have more than one job at the same time, or (2) are married filing jointly and you and your spouse both work.

Option (a) most accurately calculates the additional tax you need to have withheld, while option (b) does so with a little less accuracy.

If you (and your spouse) have a total of only two jobs, you may instead check the box in option (c). The box must also be

changes to your personal or financial situation would change the entries on the form. For more information on withholding and when you must furnish a new Form W-4, see Pub. 505, Tax Withholding and Estimated Tax.

**Exemption from withholding.** You may claim exemption from withholding for 2021 if you meet both of the following conditions: you had no federal income tax liability in 2020 and you expect to have no federal income tax liability in 2021. You had no federal income tax liability in 2020 if (1) your total tax on line 24 on your 2020 Form 1040 or 1040-SR is zero (or less than the sum of lines 27, 28,29 and 30), or (2) you were not required to file a return because your income was below the filing threshold for your correct filing status. If you claim exemption, you will have no income tax withheld from your paycheck and may owe taxes and penalties when you file your 2021 tax return. To claim exemption from withholding, certify that you meet both of the conditions above by writing "Exempt" on Form W-4 in the space below Step 4(c). Then, complete Steps 1(a), 1(b), and 5. Do not complete any other steps. You will need to submit a new Form W-4 by February 15, 2022.

**Your privacy.** If you prefer to limit information provided in Steps 2 through 4, use the online estimator, which will also increase accuracy.

As an alternative to the estimator: if you have concerns with Step 2(c), you may choose Step 2(b); if you have concerns with Step 4(a), you may enter an additional amount you want withheld per pay period in Step 4(c). If this is the only job in your household, you may instead check the box in Step 2(c), which will increase your withholding and significantly reduce your paycheck (often by thousands of dollars over the year).

**When to use the estimator.** Consider using the estimator at www.irs.gov/W4App if you:
1. Expect to work only part of the year;
2. Have dividend or capital gain income, or are subject to additional taxes, such as Additional Medicare Tax;
3. Have self-employment income (see below); or
4. Prefer the most accurate withholding for multiple job situations.

**Self-employment.** Generally, you will owe both income and self-employment taxes on any self-employment income you receive separate from the wages you receive as an employee. If you want to pay these taxes through withholding from your wages, use the estimator at www.irs.gov/W4App to figure the amount to have withheld.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

Form W-4 (2021)

checked on the Form W-4 for the other job. If the box is checked, the standard deduction and tax brackets will be cut in half for each job to calculate withholding. This option is roughly accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld, and this extra amount will be larger the greater the difference in pay is between the two jobs.

**Multiple jobs.** *Complete Steps 3 through 4(b) on only one Form W-4. Withholding will be most accurate if you do this on the Form W-4 for the highest paying job.*

**Step 3.** Step 3 of Form W-4 provides instructions for determining the amount of the child tax credit and the credit for other dependents that you may be able to claim when you file your tax return. To qualify for the child tax credit, the child must be under age 17 as of December 31, must be your dependent who generally lives with you for more than half the year, and must have the required social security number. You may be able to claim a credit for other dependents for whom a child tax credit can't be claimed, such as an older child or a qualifying relative. For additional eligibility requirements for these credits, see Pub. 972, Child Tax Credit and Credit for Other Dependents. You can also include **other tax credits** in this step, such as education tax credits and the foreign tax credit. To do so, add an estimate of the amount for the year to your credits for dependents and enter the total amount in Step 3. Including these credits will increase your paycheck and reduce the amount of any refund you may receive when you file your tax return

**Step 4 (optional).**

**Step 4(a).** Enter in this step the total of your other estimated income for the year, if any. You shouldn't include income from any jobs or self-employment. If you complete Step 4(a), you likely won't have to make estimated tax payments for that income. If you prefer to pay estimated tax rather than having tax on other income withheld from your paycheck, see Form 1040-ES, Estimated Tax for Individuals.

**Step 4(b).** Enter in this step the amount from the Deductions Worksheet, line 5, if you expect to claim deductions other than the basic standard deduction on your 2021 tax return and want to reduce your withholding to account for these deductions. This includes both itemized deductions an

**Step 4(c).** Enter in this step any additional tax you want withheld from your pay **each pay period**, including any amounts from the Multiple Jobs Worksheet, line 4. Entering an amount here will reduce your paycheck and will either increase your refund or reduce any amount of tax that you owe.

Page 3

### Step 2(b)—Multiple Jobs Worksheet *(Keep for your records.)*

If you choose the option in Step 2(b) on Form W-4, complete this worksheet (which calculates the total extra tax for all jobs) on **only ONE** Form W-4. Withholding will be most accurate if you complete the worksheet and enter the result on the Form W-4 for the highest paying job.

**Note:** If more than one job has annual wages of more than $120,000 or there are more than three jobs, see Pub. 505 for additional tables; or, you can use the online withholding estimator at www.irs.gov/W4App.

1 **Two jobs.** If you have two jobs or you're married filing jointly and you and your spouse each have one job, find the amount from the appropriate table on page 4. Using the "Higher Paying Job" row and the "Lower Paying Job" column, find the value at the intersection of the two household salaries and enter that value on line 1. Then, **skip** to line 3 . . . . . . . . . . . . . . . . **1** _____

2 **Three jobs.** If you and/or your spouse have three jobs at the same time, complete lines 2a, 2b, and 2c below. Otherwise, skip to line 3.

   a Find the amount from the appropriate table on page 4 using the annual wages from the highest paying job in the "Higher Paying Job" row and the annual wages for your next highest paying job in the "Lower Paying Job" column. Find the value at the intersection of the two household salaries and enter that value on line 2a . . . . . . . . . . . . . . . . **2a** _____

   b Add the annual wages of the two highest paying jobs from line 2a together and use the total as the wages in the "Higher Paying Job" row and use the annual wages for your third job in the "Lower Paying Job" column to find the amount from the appropriate table on page 4 and enter this amount on line 2b . . . . . . . . . . . . . . . . **2b** _____

   c Add the amounts from lines 2a and 2b and enter the result on line 2c . . . . . **2c** _____

3 Enter the number of pay periods per year for the highest paying job. For example, if that job pays

weekly, enter 52; if it pays every other week, enter 26; if it pays monthly, enter 12, etc. **3** _____

4 **Divide** the annual amount on line 1 or line 2c by the number of pay periods on line 3. Enter this amount here and in Step 4(c) of Form W-4 for the highest paying job (along with any other additional amount you want withheld) **4** _____

### Step 4(b)—Deductions Worksheet  (Keep for your records.)

1 Enter an estimate of your 2021 itemized deductions (from Schedule A (Form 1040). Such deductions may include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your income **1** _____

2 Enter: { • $25,100 if you're married filing jointly or qualifying widow(er) <br> • $18,800 if you're head of household <br> • $12,550 if you're single or married filing separately } **2**

3 If line 1 is greater than line 2, subtract line 2 from line 1 and enter the result here. If line 2 is greater than line 1, enter "-0-" **3** _____

4 Enter an estimate of your student loan interest, deductible IRA contributions, and certain other adjustments (from Part II of Schedule 1 (Form 1040)). See Pub. 505 for more information **4** _____

5 **Add** lines 3 and 4. Enter the result here and in **Step 4(b)** of Form W-4 **5** _____

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person with no other entries on the form; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Form W-4 (2021)  Page 4

### Married Filing Jointly or Qualifying Widow(er)

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $190 | $850 | $890 | $1,020 | $1,020 | $1,020 | $1,020 | $1,020 | $1,110 | $1,870 | $1,870 |
| $10,000 - 19,999 | 190 | 1,190 | 1,890 | 2,090 | 2,220 | 2,220 | 2,220 | 2,220 | 2,300 | 3,300 | 4,070 | 4,070 |
| $20,000 - 29,999 | 850 | 1,890 | 2,750 | 2,950 | 3,080 | 3,080 | 3,080 | 3,160 | 4,160 | 5,160 | 5,930 | 5,930 |
| $30,000 - 39,999 | 890 | 2,090 | 2,950 | 3,150 | 3,280 | 3,280 | 3,360 | 4,360 | 5,360 | 6,360 | 7,130 | 7,130 |
| $40,000 - 49,999 | 1,020 | 2,220 | 3,080 | 3,280 | 3,410 | 3,490 | 4,490 | 5,490 | 6,490 | 7,490 | 8,260 | 8,260 |
| $50,000 - 59,999 | 1,020 | 2,220 | 3,080 | 3,280 | 3,490 | 4,490 | 5,490 | 6,490 | 7,490 | 8,490 | 9,260 | 9,260 |
| $60,000 - 69,999 | 1,020 | 2,220 | 3,080 | 3,360 | 4,490 | 5,490 | 6,490 | 7,490 | 8,490 | 9,490 | 10,260 | 10,260 |
| $70,000 - 79,999 | 1,020 | 2,220 | 3,160 | 4,360 | 5,490 | 6,490 | 7,490 | 8,490 | 9,490 | 10,490 | 11,260 | 11,260 |
| $80,000 - 99,999 | 1,020 | 3,150 | 5,010 | 6,210 | 7,340 | 8,340 | 9,340 | 10,340 | 11,340 | 12,340 | 13,260 | 13,460 |
| $100,000 - 149,999 | 1,870 | 4,070 | 5,930 | 7,130 | 8,260 | 9,320 | 10,520 | 11,720 | 12,920 | 14,120 | 15,090 | 15,290 |
| $150,000 - 239,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,830 | 14,030 | 15,230 | 16,190 | 16,400 |
| $240,000 - 259,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,830 | 14,030 | 15,270 | 17,040 | 18,040 |
| $260,000 - 279,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,430 | 11,630 | 12,870 | 14,870 | 16,870 | 18,640 | 19,640 |
| $280,000 - 299,999 | 2,040 | 4,440 | 6,500 | 7,900 | 9,230 | 10,470 | 12,470 | 14,470 | 16,470 | 18,470 | 20,240 | 21,240 |
| $300,000 - 319,999 | 2,040 | 4,440 | 6,500 | 7,940 | 10,070 | 12,070 | 14,070 | 16,070 | 18,070 | 20,070 | 21,840 | 22,840 |
| $320,000 - 364,999 | 2,720 | 5,920 | 8,780 | 10,980 | 13,110 | 15,110 | 17,110 | 19,110 | 21,190 | 23,490 | 25,560 | 26,860 |
| $365,000 - 524,999 | 2,970 | 6,470 | 9,630 | 12,130 | <14,560 | 16,860 | 19,160 | 21,460 | 23,760 | 26,060 | 28,130 | 29,430 |
| $525,000 and over | 3,140 | 6,840 | 10,200 | 12,900 | 15,530 | 18,030 | 20,530 | 23,030 | 25,530 | 28,030 | 30,300 | 31,800 |

### Single or Married Filing Separately

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $440 | $940 | $1,020 | $1,020 | $1,410 | $1,870 | $1,870 | $1,870 | $1,870 | $2,030 | $2,040 | $2,040 |
| $10,000 - 19,999 | 940 | 1,540 | 1,620 | 2,020 | 3,020 | 3,470 | 3,470 | 3,470 | 3,640 | 3,840 | 3,840 | 3,840 |
| $20,000 - 29,999 | 1,020 | 1,620 | 2,100 | 3,100 | 4,100 | 4,550 | 4,550 | 4,720 | 4,920 | 5,120 | 5,120 | 5,120 |

| Higher Paying Job Annual Taxable Wage & Salary | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $30,000 - 39,999 | 1,020 | 2,020 | 3,100 | 4,100 | 5,100 | 5,550 | 5,720 | 5,920 | 6,120 | 6,320 | 6,320 | 6,320 |
| $40,000 - 59,999 | 1,870 | 3,470 | 4,550 | 5,550 | 6,690 | 7,340 | 7,540 | 7,740 | 7,940 | 8,140 | 8,150 | 8,150 |
| $60,000 - 79,999 | 1,870 | 3,470 | 4,690 | 5,890 | 7,090 | 7,740 | 7,940 | 8,140 | 8,340 | 8,540 | 9,190 | 9,990 |
| $80,000 - 99,999 | 2,000 | 3,810 | 5,090 | 6,290 | 7,490 | 8,140 | 8,340 | 8,540 | 9,390 | 10,390 | 11,190 | 11,990 |
| $100,000 - 124,999 | 2,040 | 3,840 | 5,120 | 6,320 | 7,520 | 8,360 | 9,360 | 10,360 | 11,360 | 12,360 | 13,410 | 14,510 |
| $125,000 - 149,999 | 2,040 | 3,840 | 5,120 | 6,910 | 8,910 | 10,360 | 11,360 | 12,450 | 13,750 | 15,050 | 16,160 | 17,260 |
| $150,000 - 174,999 | 2,220 | 4,830 | 6,910 | 8,910 | 10,910 | 12,600 | 13,900 | 15,200 | 16,500 | 17,800 | 18,910 | 20,010 |
| $175,000 - 199,999 | 2,720 | 5,320 | 7,490 | 9,790 | 12,090 | 13,850 | 15,150 | 16,450 | 17,750 | 19,050 | 20,150 | 21,250 |
| $200,000 - 249,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,820 | 20,930 | 22,030 |
| $250,000 - 399,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,820 | 20,930 | 22,030 |
| $400,000 - 449,999 | 2,970 | 5,880 | 8,260 | 10,560 | 12,860 | 14,620 | 15,920 | 17,220 | 18,520 | 19,910 | 21,220 | 22,520 |
| $450,000 and over | 3,140 | 6,250 | 8,830 | 11,330 | 13,830 | 15,790 | 17,290 | 18,790 | 20,290 | 21,790 | 23,100 | 24,400 |

## Head of Household

| Higher Paying Job Annual Taxable Wage & Salary | Lower Paying Job Annual Taxable Wage & Salary | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $0 - 9,999 | $10,000 - 19,999 | $20,000 - 29,999 | $30,000 - 39,999 | $40,000 - 49,999 | $50,000 - 59,999 | $60,000 - 69,999 | $70,000 - 79,999 | $80,000 - 89,999 | $90,000 - 99,999 | $100,000 - 109,999 | $110,000 - 120,000 |
| $0 - 9,999 | $0 | $820 | $930 | $1,020 | $1,020 | $1,020 | $1,420 | $1,870 | $1,870 | $1,910 | $2,040 | $2,040 |
| $10,000 - 19,999 | 820 | 1,900 | 2,130 | 2,220 | 2,220 | 2,620 | 3,620 | 4,070 | 4,110 | 4,310 | 4,440 | 4,440 |
| $20,000 - 29,999 | 930 | 2,130 | 2,360 | 2,450 | 2,850 | 3,850 | 4,850 | 5,340 | 5,540 | 5,740 | 5,870 | 5,870 |
| $30,000 - 39,999 | 1,020 | 2,220 | 2,450 | 2,940 | 3,940 | 4,940 | 5,980 | 6,630 | 6,830 | 7,030 | 7,160 | 7,160 |
| $40,000 - 59,999 | 1,020 | 2,470 | 3,700 | 4,790 | 5,800 | 7,000 | 8,200 | 8,850 | 9,050 | 9,250 | 9,380 | 9,380 |
| $60,000 - 79,999 | 1,870 | 4,070 | 5,310 | 6,600 | 7,800 | 9,000 | 10,200 | 10,850 | 11,050 | 11,250 | 11,520 | 12,320 |
| $80,000 - 99,999 | 1,880 | 4,280 | 5,710 | 7,000 | 8,200 | 9,400 | 10,600 | 11,250 | 11,590 | 12,590 | 13,520 | 14,320 |
| $100,000 - 124,999 | 2,040 | 4,440 | 5,870 | 7,160 | 8,360 | 9,560 | 11,240 | 12,690 | 13,690 | 14,690 | 15,670 | 16,770 |
| $125,000 - 149,999 | 2,040 | 4,440 | 5,870 | 7,240 | 9,240 | 11,240 | 13,240 | 14,690 | 15,890 | 17,190 | 18,420 | 19,520 |
| $150,000 - 174,999 | 2,040 | 4,920 | 7,150 | 9,240 | 11,240 | 13,290 | 15,590 | 17,340 | 18,640 | 19,940 | 21,170 | 22,270 |
| $175,000 - 199,999 | 2,720 | 5,920 | 8,150 | 10,440 | 12,740 | 15,040 | 17,340 | 19,090 | 20,390 | 21,690 | 22,920 | 24,020 |
| $200,000 - 249,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,880 | 24,980 |
| $250,000 - 349,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,880 | 24,980 |
| $350,000 - 449,999 | 2,970 | 6,470 | 9,000 | 11,390 | 13,690 | 15,990 | 18,290 | 20,040 | 21,340 | 22,640 | 23,900 | 25,200 |
| $450,000 and over | 3,140 | 6,840 | 9,570 | 12,160 | 14,660 | 17,160 | 19,660 | 21,610 | 23,110 | 24,610 | 26,050 | 27,350 |

| Document: **INACTIVE** 83 - W-4, 2021 | Origination date: 01/01/2008 |
|---|---|
| Version: 11 | Revision date: 01/01/2021 |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 52 of 57
PageID #: 1990

# Leinen, Dianna

| | |
|---|---|
| **From:** | DPS CDL Medical Merger <Cdlmedical.Merger@alea.gov> |
| **Sent:** | Friday, September 03, 2021 12:20 PM |
| **To:** | Leinen, Dianna |
| **Subject:** | Re: CDL Self Cert - Wortham, Antiono |

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

(PLEASE ALLOW AT LEAST 10 DAYS FOR US TO PROCESS YOUR PAPERWORK.)

We have received your self-certification and/or medical certification and sent it to be processed. To check if it has been processed, please go to: https://app.alea.gov/CDL/wfDataView.aspx

CDL Unit
State of Alabama
Phone: 334-242-4239 Option 1
Fax: 334-353-1980

From: Dianna.Leinen@tmctrans.com <Dianna.Leinen@tmctrans.com>
Sent: Friday, September 3, 2021 11:42 AM
To: DPS CDL Medical Merger <Cdlmedical.Merger@alea.gov>
Subject: CDL Self Cert - Wortham, Antiono

### ***Warning EXTERNAL EMAIL***
This message has originated from outside ALEA.gov. Do not click links or open attachments unless you recognize the sender and never give out your password.

# Leinen, Dianna

| | |
|---|---|
| **From:** | Leinen, Dianna |
| **Sent:** | Friday, September 03, 2021 11:43 AM |
| **To:** | 'cdlmedicalmerger@alea.gov' |
| **Subject:** | CDL Self Cert - Wortham, Antiono |
| **Attachments:** | Wortham, Antiono.pdf |

Case 1:24-cv-00155-TRM-MJD    Document 90-1    Filed 12/30/25    Page 54 of 57
PageID #: 1992

Failure to return this form to the Alabama Law Enforcement Agency will result in the cancellation of your commercial driver license.

Self-Certification Affidavit (please print)

Name of Driver: Antiono Deralle Wortham          Alabama License No.:  9785360

IMPORTANT: Recent changes in federal regulations 49 CFR 383, 384, 390 and 391 require drivers of commercial motor vehicles to certify the type of operation they're engaged in. Effective January 30, 2012, all Class A, B, or C drivers must submit this affidavit. *If you check the first self-certification box below, you must also submit a copy of your current medical card/certificate and always maintain a current medical card/ certificate on file with ALEA.*

Are you submitting a copy of your medical card/certificate?  (YES)      NO      (Please circle yes or no)

Please check only one of the following Self-Certification categories that apply to you.

I certify my commercial transportation is:

☑ Non-excepted Interstate and subject to 49 CFR part 391. *I am required to carry a DOT Medical Card/Certificate* (medical card/certificate and this affidavit must be submitted)

☐ Excepted Interstate, but operating exclusively in transportation or operations excepted under 49 CFR 390.3 (f), 391.2, 391.68, or 398.3 *I am NOT required to carry a DOT Medical Card/Certificate* (only this affidavit must be submitted) Examples of excepted categories: Transportation performed by Federal and State Government and Churches. For a complete list of excepted categories, please refer to the 49 CFR codes above.

☐ Non-excepted Intrastate and subject to Alabama driver qualification requirements. *My CDL has a W-Restriction due to an Alabama issued Medical Waiver* (only this affidavit must be submitted)

☐ Excepted Intrastate, but operating exclusively in transportation or operations excepted from all or part of the State driver qualification requirements. (only this affidavit must be submitted)

Antoine Donald Wortham.                          8/30/2021
Driver's Signature                               Date

Please mail or fax the medical card/certificate (if applicable) and this Self-Certification affidavit no later than 10 days prior to renewing your commercial driver license. Mail or fax to

Alabama Law Enforcement Agency         For questions, please e-mail:
Driver License Division                e-mail: cdlmedicalmerger@dps.alabama.gov
CDL Unit P.O. Box 1471                 334-353-1980 – fax number
Montgomery, Al 36102-1471

# DRIVER/VEHICLE EXAMINATION REPORT

Aspen 3.0.0.17

**Tennessee Department of Safety**
Commercial Vehicle Division
1150 Foster Avenue
Nashville, TN 37243
Phone: (615)743-4990  Fax: (615)253-2278

Report Number: TNTBDY001882
Inspection Date: 09/09/2021
Start: 12:24 PM CT   End: 12:31:45 PM CT
Inspection Level: I - Full
HM Inspection Type: None

ANNETT HOLDINGS INC
PO BOX 1774
DES MOINES, IA 50306
USDOT#: 00087409
MC/MX#: 115730
State#:

Phone#: (515)974-3585
Fax#:

Driver: WORTHAM, ANTONIO D
License#: 9785360
Date of Birth: 04/13/1982          State: AL
CoDriver:
License#:                          State:
Date of Birth:

Location: ROADSIDE
Highway: I-40
County: CUMBERLAND, TN

MilePost: 307 WB       Shipper: HUBER ENGINEERED WOODS
Origin: SPRING CITY, TN   Bill of Lading: BRN0906-2
Destination: BROWNSVILLE, TN   Cargo: BUILDING MATERIALS

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | CVSA Issued # | COS Sticker |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | PTRB | 2020 | IA | FA9434 | 12756 | 1XPBD49X3LD231734 | 51,200 | | 30368795 | |
| 2 | ST | FONA | 2015 | IA | DB7098 | 33237 | 13N148206F1589390 | 60,000 | | | |

## BRAKE ADJUSTMENTS

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | N/A | N/A | N/A | 1 1/4 | 1 3/4 |
| Left | N/A | N/A | N/A | 1 1/2 | 1 3/4 |
| Chamber | DISC | DISC | DISC | L-30 | L-30 |

**VIOLATIONS:** No Violations Were Discovered.

**HazMat:** No HM Transported.                    Placard: No      Cargo Tank:

**Special Checks:** No Data for Special Checks.

CERTIFICATION of REPARMAN:
I certify that the violations marked above have been satisfactorily repaired.

Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Repairer X: _____    Facility: _____    Date: _____

** NOTE TO DRIVER: This report must be furnished to the motor carrier whose name is listed above.

CARRIER CERTIFICATION: The undersigned certifies that all driver and vehicle violations on this report have been corrected and are in compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the Motor Carrier and RETURNED WITHIN 15 Days to the address at the top of this form.

Signature Of Motor Carrier X: _____    Title: _____    Date: _____

Report Prepared By:
MYRON (KENT) NORRIS

Badge #
105268

Copy Received By:
ANTONIO WORTHAM

Page 1 of 1

X _____          X _____

00087409  TN   TNTBDY001882

| Employee ID | SSN | Pay End Date | Check Date | Total Gross | Total Taxes | Total Deductions | Net Pay | Taxable Earnings | Taxable Gross |
|---|---|---|---|---|---|---|---|---|---|
| 219696 | 252411630 | 9/3/2021 | 9/10/2021 | 1044.09 | 120.92 | 0 | 923.17 | 1000 | 1000 |
| 219696 | 252411630 | 9/10/2021 | 9/17/2021 | 1025 | 129.5 | 0 | 895.5 | 1025 | 1025 |
| 219696 | 252411630 | 9/17/2021 | 9/24/2021 | 0 | 0 | 0 | 0 | 0 | 0 |
| 219696 | 252411630 | 9/24/2021 | 10/1/2021 | 0 | 0 | 0 | 0 | 0 | 0 |
| 219696 | 252411630 | 10/15/2021 | 10/22/2021 | 1068 | 0 | 1068 | 0 | 0 | 0 |