

# DOCKET NO. 1:24-CV-00155

## RADHA BOLIVAR AND ANGELICA GOATACHE

## V.

## HMD TRUCKING, INC., ET AL.

## DEPONENT:

## JACOB CLARY

## DATE:

## November 07, 2025

www.tristardepos.com

THE UNITES STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

AT CHATTANOOGA

JUDGE MCDONOUGH

DOCKET NO. 1:24-CV-00155


RADHA BOLIVAR

AND ANGELICA GOATACHE,

Plaintiffs


v.


HMD TRUCKING, INC., AND

ANTONIO WORTHAM,

Defendants


DEPONENT:  JACOB CLARY

DATE:      NOVEMBER 7, 2025

REPORTER:  ALLIE PURVIS

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

APPEARANCES

ON BEHALF OF THE PLAINTIFFS, RADHA BOLIVAR AND ANGELICA
GOATACHE:

Tim O. Henshaw, Esquire

Alexander Shunnarah Trial Attorneys

1604 Reggie White Boulevard

Suite 102

Chattanooga, Tennessee 37402

Telephone No.: (423) 417-9205

E-mail: thenshaw@asilpc.com

(Appeared via videoconference)

ON BEHALF OF THE DEFENDANTS, HMD TRUCKING, INC., AND
ANTONIO WORTHAM:

Mary Beth White, Esquire

Lewis Thomason

424 Church Street

Suite 2500

Nashville, Tennessee 37219

Telephone No.: (615) 259-1366

E-mail: mbwhite@lewisthomason.com

(Appeared via videoconference)

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 3 of 94
PageID #: 2038

APPEARANCES (CONTINUED)

ON BEHALF OF THE DEFENDANT, HMD TRUCKING, INC.:

Tudor Taut, Esquire

Chepov & Scott, Attorneys at Law

1700 West Higgins Road

Suite 430

Des Plaines, Illinois

Telephone No.: (773) 714-1300

E-mail: ttaut@cs-attorneys.com

(Appeared via videoconference)

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 4 of 94
PageID #: 2039

INDEX

|  | Page |
|---|---|
| PROCEEDINGS | 6 |
| DIRECT EXAMINATION BY MR. HENSHAW | 7 |
| CROSS-EXAMINATION BY MS. WHITE | 70 |
| REDIRECT EXAMINATION BY MR. HENSHAW | 73 |

EXHIBITS

| Exhibit | Page |
|---|---|
| 1 - Safety Improvement Review | 29 |
| 2 - HMD 46 and 47 | 52 |
| 3 - Left Angle Camera Lens Video | 56 |
| 4 - Certificate of Completion | 72 |

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

STIPULATION

The deposition of JACOB CLARY was taken at TRISTAR COURT REPORTING, 3102 WEST END AVENUE, SUITE 400, NASHVILLE, TENNESSEE 37203 via videoconference in which all participants attended remotely, on FRIDAY the 7th day of NOVEMBER 2025 at 2:04 p.m. (CT); said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. As agreed by the parties hereto, this deposition was taken remotely by audio-visual means pursuant to TRCP 30.02(7).

It is agreed that ALLIE PURVIS, being a Certified Court Reporter for the State of TENNESSEE, may swear the witness.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 6 of 94
PageID #: 2041

PROCEEDINGS

THE REPORTER:  We are now on record.  The time is 3:04 p.m. -- or sorry, 2:04 p.m.  Will all parties, except for the witness, please state your appearance, how you're attending, and your location?

MR. HENSHAW:  Yes, my name is Tim Henshaw, and I represent the plaintiffs in this matter.  I'm attending remotely from Chattanooga, Tennessee.

MS. WHITE:  Mary Beth White, I represent HMD Trucking and Mr. Wortham.  I'm participating via Zoom in Nashville, Tennessee.

MR. TAUT:  Tudor Taut, house counsel for HMD Trucking.  And I'm participating via Zoom from Chicago Ridge, Illinois.

THE REPORTER:  And Mr. Clary, will you please state your full name for the record?

THE WITNESS:  Jacob Clary.

THE REPORTER:  This is where I would typically ID the witness.  Do all parties agree to stipulate that the witness is who they say they are?

MS. WHITE:  For the defendants, we stipulate.

MR. HENSHAW:  Same for the plaintiffs.

THE REPORTER:  All right, and Mr. Clary, will you please raise your right hand?  Do you solemnly

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS DOCUMENTS

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 7 of 94
PageID #: 2042

swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

THE REPORTER:  All right.  Counsel, you may begin.

MR. HENSHAW:  Thank you so much.

DIRECT EXAMINATION

BY MR. HENSHAW:

Q.   Mr. Clary, thank you for making yourself available today.  I understand that you have some trepidation about giving a deposition.  And you know, I get it, I understand that, but your time is important to us.  We'll get you out of here as quick as we can. I understand that you no longer work for HMD Trucking; is that correct?

A.   That's correct.

Q.   Okay.  Did you -- when did you leave HMD Trucking?

A.   January of --

Q.   January of?

A.   -- of 2025.

Q.   2025.  Okay, why did you leave HMD Trucking?

A.   I wanted to pursue a safety career outside of trucking.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 8 of 94
PageID #: 2043

Q. Okay, what -- did you leave for a specific other job?

A. Yes.

Q. What job did you go to?

A. Is that necessary?

Q. Yes, sir.

A. I'm a safety manager at MSI.

Q. What is MSI?

A. It's a warehousing and distribution company.

Q. Okay. How long were you at HMD?

A. About four years.

Q. So roughly January of 2021 until January of 2025, right?

A. March of 2021, but yes.

Q. Okay.

A. Pretty much.

Q. Okay. Did you have the same job the entire time you were at HMD?

A. Driver compliance manager, yes.

Q. Okay. What is a driver compliance manager and what did you do?

A. I basically had conversations with drivers after they would make a mistake of, you know, that -- that it was safety related, specifically when it comes to equipment damage and preventable incidents.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 9 of 94
PageID #: 2044

Q. Okay. In that role, did you ever have any contact with Antonio Wortham?

A. Yes.

Q. Okay. Tell me what you can recall about your contact or interactions with Mr. Wortham?

A. Well, the name rings a bell, but I spoke to hundreds of drivers during my time there. So exact details or specifics, I'm afraid I wouldn't be able to ring off, off the top of my head.

Q. Okay. Before you were served with a subpoena in this case, were you ever aware that this case was going on?

A. No.

Q. Okay. Nobody ever came to you at any point and said, hey, Jacob, Mr. Wortham has been sued, and we need to talk about -- anything?

A. No.

Q. All right. Mr. Wortham was involved in a crash with my clients on March 1st of 2023. Do you know anything about that?

A. Again, not specifically.

Q. Okay. When you say that you had interactions with hundreds of drivers, you mean --

A. Uh-huh.

Q. -- are all of these interactions after some

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 10 of 94
PageID #: 2045

sort of mistake or --

A.   Yes.

Q.   -- preventable incident?

A.   Yes.

Q.   And hundreds of different drivers?

A.   Yes.  Yes, hundreds of different drivers.

Q.   Okay.  Why were you, as a driver compliance manager, only talking to drivers after these incidents?

MS. WHITE:  Objection.

THE WITNESS:  I don't know.

BY MR. HENSHAW:

Q.   When you worked at HMD, did you ever ask them if you could take a more proactive role in preventing these things from happening?

A.   More proactive?  I don't understand how the question is phrased.

Q.   Okay.  Did you ever ask HMD if you could develop a plan to lower the number of mistakes and preventable incidents that the drivers were having?

A.   Not off the top of my head.

Q.   Did you care to do so?

A.   That's a fairly subjective and loaded question.  You know, I -- I cared about what I did.

Q.   Okay.  You mentioned before that you wanted to get involved in a safety career outside trucking.  What

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 11 of 94
PageID #: 2046

about outside trucking did you find appealing?

A.   Well, the rules and regulations that safety personnel outside of trucking are tasked with enforcing, and getting everybody on the same page with are much more broad based and wider scoped than trucking. Trucking is a very niche industry, insofar as safety is concerned.  It's very, very niche.  I wanted to expand my horizons, if you will.

Q.   How did you get involved in working in safety?

A.   I had another trucking company --

Q.   You said --

A.   -- where --

Q.   -- at another --

A.   Yeah.

Q.   -- trucking company?

A.   Before HMD?  Yeah.

Q.   Okay.  Was it kind of like -- did you go to college, and then you went, and it was kind of like the first job you got, or tell me, how did you get into --

A.   No, no.

Q.   -- that, exactly?

A.   It -- it kind of -- it kind of just happened.

Q.   Okay.  How long did you work at the first trucking company you worked at?  Well, let -- I've made an assumption there.  How -- in total, how many trucking

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 12 of 94
PageID #: 2047

companies have you worked for?

A.   Two.

Q.   In your opinion, did you think that HMD cared about safety while you worked there?

A.   Absolutely.

Q.   Tell me how they showed that to you and what steps were taken to demonstrate that?

A.   Well, there were -- I mean, I would say I -- you know, there was a concerted effort to make sure expectations were, you know, clear and set and enforced. And there was a structure in place, which, you know -- which I -- I -- I appreciated.  I -- I appreciate the fact that it's -- you know, they really focused on that.

Q.   How did they enforce those things?  How did they focus on those things?

MS. WHITE:  Objection.

THE WITNESS:  Yeah, I -- again, it's been a while since I worked there, getting into exact details and specifics, you know.

BY MR. HENSHAW:

Q.   Did they send e-mails?  Did they hold meetings?

A.   Well, yes.  Yes, if -- if the -- if that's, you know -- yeah, of course.

Q.   Okay.  Who did you report to at HMD Trucking?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 13 of 94
PageID #: 2048

A.    Nadia Corsello.

Q.    And who reported to you?

A.    Nobody.

Q.    Did you ever interact with Fausta Mikniute?

A.    Yes.

Q.    But you did not report to her?

A.    No.

Q.    Okay.  Do you know if you were involved in Antonio Wortham's hiring process in November of 2021?

A.    I do not recall, but I don't think so.  I wasn't involved in the hiring process of any driver.

Q.    Okay.  You weren't involved in hiring and onboarding then, correct?

A.    Correct.  Correct.

Q.    Okay.  So -- and then, if you did have any training with Mr. Wortham, it would've been after an incident; is that correct?

A.    Correct.

Q.    Okay.  I'm going to share a document with you, sir.  Well, let me ask you this, do you recall being involved in a writeup for Mr. Wortham in August of 2022?

A.    There may have been a writeup involved in -- you know, regarding him that -- that I was involved in. I -- the dates of which I would not remember off the top

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 14 of 94
PageID #: 2049

of my head.

Q.   Okay.  Do you remember anything about a writeup that involved some incidents of unreported crashes?

MS. WHITE:  Objection.

THE WITNESS:  I -- there are a lot of those. I mean, could be, but, you know, if -- if -- if there's a document you could show me, that might ring a bell. I would not remember off the top of my head.

BY MR. HENSHAW:

Q.   What do you mean by there are a lot of those?

MS. WHITE:  Objection.

THE WITNESS:  Well, I mean, over the course of four years and hundreds of drivers, there would be more cases of -- there would be enough cases of drivers having damage to their vehicles that may have not been reported.  There would most likely be a lot of those that -- that I would not be able to point out anyone individually off the top of my head.

BY MR. HENSHAW:

Q.   Okay.  Well, how many are we talking about?

A.   I don't have a number for you.

Q.   Okay.  Well --

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 15 of 94
PageID #: 2050

A.    Sorry.

Q.    -- is it more than ten?

A.    More than ten?  Sure.

Q.    More than 25?

A.    Again, I don't -- I don't recall exact numbers.

Q.    Okay.  Do you know whether it was more than 25?

MS. WHITE:  Objection.

THE WITNESS:  No.

BY MR. HENSHAW:

Q.    Okay.  How often was this coming up, that you can remember?

A.    Again, that's just rephrasing the same question.  I don't recall.

Q.    Okay.

A.    If -- if -- if it were ten, then you take four years, you know?  How many months is that, divide by -- you know?  I mean, it's the same question.  I -- again, I don't know.

Q.    Sure.  Well, I -- the way I take your testimony is there's so many, you can't remember any specific one; is that fair?

MS. WHITE:  Objection.

THE WITNESS:  Yeah, it --

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 16 of 94
PageID #: 2051

MS. WHITE:  Objection.

BY MR. HENSHAW:

Q.   Is that a fair --

A.   Sure.

Q.   -- characterization of your testimony?

MS. WHITE:  Objection.

THE WITNESS:  I don't -- I don't -- I don't -- I don't agree with the phrasing.

BY MR. HENSHAW:

Q.   Okay.

A.   I -- I just -- I -- I -- I just think that unreported equipment damage, if there was something like that, I would not be able to recall who was involved with a specific case because it wasn't the -- if that case would've not have -- have been specifically unique in and of itself.

Q.   Okay.

A.   That's what I'm trying to say.

Q.   Okay.  Would you say that it's a fair characterization to say that this occurring often enough that Mr. Wortham doing it doesn't stand out in your memory?

MS. WHITE:  Objection.

THE WITNESS:  No.  I -- I -- again, I don't agree with the phrasing.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 17 of 94
PageID #: 2052

BY MR. HENSHAW:

Q. Okay.

A. If -- if there was unreported equipment damage by Mr. Wortham, it -- it would've not -- but it wouldn't have been the only one. So that's why it wouldn't be sticking out long after I left the company.

Q. Okay. The times that you were able to figure out that drivers were having unreported damage, generally, how was that being determined or figured out?

A. Well, usually, the driver would be in the yard for PM service, preventative maintenance. The shop would bring their truck into one of the bays and they would notice damage and -- you know, and -- and they would let us know about it. And if it wasn't reported before, then it was a process like that.

Q. Okay. Did you ever have any incidents that came up where an equipment damage or a crash was brought up to a driver because it was caught on the Netradyne cameras, but not reported by the driver?

A. I -- I don't -- I don't recall. I wasn't involved with -- if -- if I did look at Netradyne footage, it would be after an accident. I wouldn't be looking at it and finding out that way.

Q. Can you recall any times when you were working at HMD that you were asked to review Netradyne camera

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 18 of 94
PageID #: 2053

footage, and you knew the driver had not reported the accident that the footage captured?

A. Yes.

Q. Do you recall whether any of those incidents involved Mr. Wortham specifically?

A. I do not recall.

Q. Okay, but you know that it happened with a driver sometime while you were working there?

A. Yeah. If it -- you know, it would be -- reviewing Netradyne footage would be part of, you know, a -- an investigation.

Q. Okay. Let's talk about one other thing before we kind of get into some other areas. When you worked for HMD, were you ever involved in coaching a driver for compliance on covering up their camera?

A. I -- I don't think so. I -- but again, I -- I don't recall.

Q. Okay. Do you recall whether HMD had any policy while you worked there about whether or not drivers were allowed to cover up the camera?

A. No.

Q. Was it known to you when you worked at HMD that drivers were allowed to cover up the camera?

A. I believe -- now that we're talking about it, I believe there was a policy where they could opt into

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 19 of 94
PageID #: 2054

having the inward-facing camera on, but some drivers opted out.  But you could still see the driver in the -- on the -- on the side view.  A lot of drivers, I -- if -- if I recall, didn't -- didn't want the camera facing into the -- their bunk, you know, where they're sleeping.

Q.   Okay.  When you worked there, did you agree with what you described as the opt in, opt out option for drivers?

A.   Did I agree with that?

Q.   Uh-huh.  Did you think --

A.   Was it --

Q.   -- that was a reasonable practice?

A.   Define reasonable?

Q.   Okay.  Something that an ordinary person would do if they were trying to be ordinarily careful?

A.   Well, like I said, you could still see the driver at the side view.  So for privacy's sake, no, I didn't -- I didn't make it a point to object to that.

Q.   Okay.  I guess my -- but my actual question was, did you agree that it was a reasonable practice to let drivers opt in or opt out of covering up their camera?

MS. WHITE:  Objection.

THE WITNESS:  Well, the -- the -- the phrase -

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS + TENNESSEE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 20 of 94
PageID #: 2055

- the -- I -- I -- I don't agree with the phrasing because the camera has four lenses, and we're --

BY MR. HENSHAW:

Q.   Okay.

A.   -- only talking about the one that faces into where they sleep.  That's the one we're talking about, right?  We're not talking about the side-facing or forward-facing?

Q.   **We're talking about the driver-facing camera.**

A.   The inward-facing camera, I -- opting out of having the inward-facing camera on, I believe that that was reasonable.  Not being able to opt out of the side view and forward-facing side view would also have the driver's behavior recorded.  Not being able to opt out of those, I also agree.

Q.   **Okay.  Before we move on, I want to make sure. So do you agree that HMD could have made it optional to have the camera covered when you were not driving, but mandatory to have it uncovered when you were driving?**

MS. WHITE:  Objection.

THE WITNESS:  I -- I -- I -- I don't want to speculate.  That's -- that's -- that's up for them to decide.

BY MR. HENSHAW:

Q.   **Well, I'm really not asking you to speculate.**

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS OFFICE LOCATION

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 21 of 94
PageID #: 2056

I'm asking you whether they could have gone with that option.

A. I -- I am --

MS. WHITE: Objection.

THE WITNESS: I do not know if Netradyne had that capability.

BY MR. HENSHAW:

Q. Okay. Do you know how the cameras were covered up?

A. I don't recall.

Q. My understanding is that there was a cap that was put over the camera or not. Does that match with your understanding?

MS. WHITE: Objection.

THE WITNESS: Again, I -- I don't recall, but I mean, you know, I -- I -- I don't -- I don't have firsthand knowledge of that, so I wouldn't be in a position to say yes or no to that question.

BY MR. HENSHAW:

Q. Okay. I'll share with you a document that I previously marked in this case. Do you recognize this, sir?

A. The type of form looks familiar.

Q. Okay.

A. Can you -- can you zoom in just a little bit?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 22 of 94
PageID #: 2057

Q.   Sure.

MS. WHITE:  Tim, do you mind scrolling all the way to the bottom?

MR. HENSHAW:  Yeah.

MS. WHITE:  There we go.

THE WITNESS:  Okay.

BY MR. HENSHAW:

Q.   Do you recognize this document, sir?

A.   I -- I recognize the form, but there were -- there were many of these that, you know, crossed my desk.

Q.   Okay.

A.   So I don't remember this specific case, but if you give me a minute, I can read up on it.

Q.   Okay.

A.   Can you scroll to the top?

Q.   Sure.

A.   Okay, all right.  What's your question?

Q.   My question is, do you recall -- well, my first question is, do you know whose signature is at the bottom of this document?

A.   Well, that would be mine on the right.

Q.   Okay.  On -- right here on the --

A.   Yeah.

Q.   -- on the bottom right-hand side, that's your

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 23 of 94
PageID #: 2058

signature?

A.   Uh-huh.

Q.   Okay, and we're looking at HMD Trucking 123 here.  Do you recall this incident, having reviewed this form, with respect to Mr. Wortham?

A.   I don't recall this incident, but by looking at this form, I can -- you know, I can provide some explanation.

Q.   Okay.  Tell me what happened here?

A.   Well, it looks like we received an invoice from the shop to repair a bunch of damage --

Q.   Okay.

A.   -- that was unreported.  And all of that damage that was unreported he was written up and, at the bottom, he explained what the damage is from.

Q.   Okay.

A.   Yeah.

Q.   I want to ask you about some of the things in here.  Do you agree that, in this form, you documented this as a major preventable incident?

A.   Yes.

Q.   Okay, what is the distinction there?  Why did you mark it major?

A.   Well, it was over -- I believe the threshold was around $1,500, so that would put it in that

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS OF ASHEVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 24 of 94
PageID #: 2059

category.

Q.   So when you worked there, any incident that involved more than $1,500 in damage was a major incident?

A.   There may have been some exceptions but, in general, that sounds about right.

Q.   Okay.  It says here that you provided training and coaching to Mr. Wortham.  Is that something you recall doing?

A.   I did not provide -- well, I don't -- I don't think I provided.  I just said that safety training was completed on that -- that day.  It looks like that was the same day that it was -- he was written up on.

Q.   Okay.  Is that -- tell me what that would've consisted of?

A.   ORT, that would've been in the orientation room.  Most likely a PowerPoint presentation.

Q.   Okay, and then what were the improvements that you noted for Mr. Wortham in this writeup?

A.   Well, all -- it looks like it was, "Always report damage immediately to safety regardless of severity or faults.  Always double check clearances on all sides when maneuvering at low speeds around fixed objects and curbs."

Q.   Do you recall, at the time this incident

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 25 of 94
PageID #: 2060

occurred, what HMD's policy was about reporting damage or accidents?

A.   Well, it was unreported damage, and I don't recall at the time, but at the time, it may have been considered a preventable incident in and of itself, you know, regardless of fault.

Q.   So --

A.   There was a -- I -- I remember there, at some point, being a policy of reporting damage.

Q.   Okay, and is it a fair characterization to say that the policy was, if you did not report damage, it was going to be deemed preventable because you did not report it?

A.   That sounds -- that sounds about right.

Q.   And is it fair to say that the policy was written that way to discourage people from ever failing to report damage to their truck in any type of incident?

MS. WHITE:  Objection.

THE WITNESS:  I -- I didn't write the policy, you know, myself, so I --

BY MR. HENSHAW:

Q.   Well, how would you have characterized the purpose of the policy if you were coaching a driver?

MS. WHITE:  Objection.

THE WITNESS:  You mean you -- you -- would I -

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 26 of 94
PageID #: 2061

- would I agree that a -- that it serves a purpose of being a deterrent to make sure damage is reported? Sure.

BY MR. HENSHAW:

Q. Okay. Would each of these four unreported incidents have been a policy violation at the time they occurred?

MS. WHITE: Objection. Can you ask that again, Tim?

THE WITNESS: Yeah, I -- not -- yes, can you rephrase the question please?

BY MR. HENSHAW:

Q. Is it -- is it true that Mr. Wortham, in this statement, agreed that he did not report four separate incidents?

A. Well, it -- in this statement, he is explaining what four -- what four things would've caused that -- all the damage that was invoiced at the time.

Q. Okay, but does this statement indicate that he failed to report four separate incidents?

MS. WHITE: Objection.

THE WITNESS: He failed to report -- it -- it says he failed to report damage, and this is being treated as a major preventable incident, all of the damage --

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 27 of 94
PageID #: 2062

BY MR. HENSHAW:

Q.   Okay.

A.   -- that's in -- in aggregate.

Q.   I guess I don't -- this report shows that he failed to report four separate incidents, doesn't it?

MS. WHITE:  Objection.

THE WITNESS:  Air deflector, rim curb, air fairing.  I mean, he -- yeah, he failed to report the equipment damage, yeah.  And I mean, it's -- and this document is basically saying that it is being treated as one major preventable incident, as opposed --

BY MR. HENSHAW:

Q.   I --

A.   -- to -- as opposed to -- as opposed to smaller, minor incidents.

Q.   I understand that it's being treated as one major incident instead of four separate incidents.  My question is whether Mr. Wortham conceded that there were four separate times that he failed to report damage to his truck?

A.   It -- yes, it looks like that, yeah.

Q.   Okay, and my follow-up question is, is that each time that that occurred, he was violating company policy, correct?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 28 of 94
PageID #: 2063

A. I mean, you could see -- you -- an argument could be made for that, sure.

Q. Okay. Well, I'm not asking for the argument. I'm asking what --

A. He should have reported those -- he should have reported that equipment damage and you should have reported -- looks like there was an accident that he was not at fault at. He should have reported that, too.

Q. Okay.

A. And that's what this document is about, that he should have reported it.

Q. After this incident occurred, was there any discussion, that you can recall, about taking away Mr. Wortham's ability to opt out of being supervised with a driver-facing camera while he was driving?

A. I do not recall.

Q. You don't recall it happening?

A. I don't recall if there was such a conversation.

Q. Okay, I'm -- just because it's a little nuanced there, I want to make sure. You don't recall that conversation happening or any discussion about that occurring, correct?

A. Correct.

Q. All right. And then from there, Mr. Wortham

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · CHATTANOOGA · KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 29 of 94
PageID #: 2064

continued to drive for the company, correct?

A. If you -- you want to scroll up to the center of the document.

Q. Sure.

MS. WHITE: Will you ask your question again, Tim?

THE WITNESS: Yeah.

BY MR. HENSHAW:

Q. I said, from there, Mr. Wortham continued to drive for the company, correct?

A. According to this document, it looks like that would be the case., yep. He's -- he's --

Q. Okay.

A. -- receiving a written warning. He's not being terminated.

Q. Okay, I'm going to mark this document Exhibit 1 to the deposition. Give me just a moment.

(Exhibit 1 was marked for identification.)

MR. HENSHAW: Off the record real quick.

(A recess was taken.)

THE REPORTER: We are back on record.

BY MR. HENSHAW:

Q. Do you recall anything specifically about the March 1st, 2023 crash with Mr. Wortham?

A. Not off the top of my head. Like I said,

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMBER OWNED LITIGATION

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 30 of 94
PageID #: 2065

dates -- well, yeah.  I -- I -- I -- I would not memorize dates.  What did it involve?

Q.   Well, I'm just -- we'll get there.  One of the questions that I've got for you is, there are some Viber messages that have been produced to me where Mr. Wortham was texting with somebody who identifies themself as HMD Safety.  Would that have been you?

A.   I don't think so.

Q.   Is that something --

A.   Is --

Q.   -- that you normally did?

A.   I remember communicating with drivers through Viber, but I don't think it would -- it -- it wasn't often, and it would -- would've been -- I don't -- I don't think my name in Viber would've been HMD Safety.

Q.   Okay.  Do you recall who that person would've been?

A.   No.

Q.   Do you recall, when you worked at HMD, how many preventable incidents was acceptable?

A.   No.

Q.   Was there a number?

A.   Not that I recall, no.

Q.   Do you recall terminating any drivers for having too many preventable incidents?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 31 of 94
PageID #: 2066

A. Yes, but again, there being a specific threshold, I -- I would not have an answer to that.

Q. In the instances you can recall of terminating a driver for too many preventable incidents, do you recall what the number of preventable incidents was?

A. It may have varied depending on the circumstances.

Q. So --

A. You know, how -- how -- how bad they were, you know, if there were, you know, a few minor, you know, versus major, you know, is -- that -- that would make a difference. You know, there -- I don't remember a -- there being a specific threshold in which, you know, if they met that threshold, we needed to terminate them, during my entire time at HMD.

Q. Okay. I'm going to share another document with you, sir. Do you recognize this?

A. Again, the form looks familiar.

Q. Okay. I see another signature here, the bottom right-hand corner. This is HMD 46.

A. Yeah, that's mine at the bottom right.

Q. Okay. So this first page here, HMD 46, it looks essentially like this is just an agreement that you-all were going to repair damage to the truck from an accident on March 1st, 2023, and I guess basically, make

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 32 of 94
PageID #: 2067

him a loan he would pay you back out of his earnings; is that right?

A. Sounds --

MS. WHITE: Objection.

THE WITNESS: -- about right.

BY MR. HENSHAW:

Q. Okay, and then if we scroll down to the Safety and Compliance Review on HMD 47, is this your signature at the bottom right-hand corner here?

A. Yep.

Q. Okay. Now, the driver's statement here, what did he tell you happened in this incident?

A. Do you want me to read the driver's statement for you? Or -- if so, you would have to zoom in. I can't --

Q. Okay.

A. -- see that -- okay. "So around 18:45, I was passing a black Toyota Corolla. And after I passed them, I'm guessing they turned they lights off, because I turned my right signal to get back in right lane. Look in my rear view mirror twice. Didn't see anything, merge over, and that's when I saw the car swerve in and out of my lane and accused me of hitting them." Okay.

Q. All right. So my question is, Mr. Wortham here, what did you take it as he describing -- him

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 33 of 94
PageID #: 2068

describing to have occurred?

A.    That he was passing a car and then was getting in the -- in the right lane, looks like changing lanes, and from what he's saying, they're accusing him of hitting them.

Q.    Uh-huh, and what -- and what did you take his statement to be that it happened?

MS. WHITE:  Objection.

THE WITNESS:  Again, I mean, it's -- you know, I -- I'm not going to be able to remember that conversation off the top of my head.  I mean, I can look at these documents and tell you that they look familiar and interpret them for you.  But again, exact specifics of the conversations I had with drivers, I -- I'm afraid I'm -- I'm just not going to be able to remember off the top of my head.

BY MR. HENSHAW:

Q.    Okay.  Do you see here where it says, "That's when I seen the car swerve in and out of my lane" -- or, "in and out my lane."  Do you see that?

A.    I see that.

Q.    Okay.  Does that indicate to you that Mr. Wortham's statement was that Mr. Bolivar, or the car involved in this March 1st, 2023 incident, came into his lane, and he was being wrongly accused of him hitting

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 34 of 94
PageID #: 2069

them in their lane?

MS. WHITE:  Objection.

THE WITNESS:  I -- I -- I don't know.  I mean --

BY MR. HENSHAW:

Q.  Okay.

A.  -- the -- the driver's statement -- I remember, you know, it's -- it -- it matters to get the driver's statement.  They -- they need to let us know what happened from their perspective.  But, you know, we would also look at Netradyne footage and, you know - - you know, conducting an investigation.  You know, we -- I don't remember, at any time during HMD, that we would just go off of the driver's statement alone, without conducting an investigation.

BY MR. HENSHAW:

Q.  Okay.  Well, what I'm asking really is, does this statement indicate to you that Mr. Wortham was claiming that the other car involved in this March 1st, 2023 incident came into his lane and hit him in his lane?

MS. WHITE:  Objection.

THE WITNESS:  I mean, you -- you could read it like that, sure.  I mean, again, it -- I -- I -- I don't -- I don't see how this has to do with -- I

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 35 of 94
PageID #: 2070

mean, so what -- what -- what are you getting at here?

BY MR. HENSHAW:

Q.   I'm just asking the question right now.  Is that what it looks like to you that he's saying?

        MS. WHITE:  Objection.

        THE WITNESS:  "That's when I seen the car swerve in and out my lane."  I believe that that's what he may have thought happened from his perspective.

BY MR. HENSHAW:

Q.   Okay, and then -- and the reason I'm asking this is because, if a car came into his lane and hit him in his lane, that would be a non-preventable incident, correct?

A.   Yeah, I mean, if he's -- yeah.  Yeah.

Q.   Okay.  So the -- if I scroll up here, it looks like you then -- at some point during this incident, you determined that this was a major preventable incident, correct?

A.   That's what it looks like, yep.

Q.   If you determined it was a major preventable incident, then how did you make that determination, given what Mr. Wortham said happened?

A.   Well, going back to what I just said about

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 36 of 94
PageID #: 2071

conducting an investigation, I don't recall there ever being a time at HMD where we would just take the driver's word for it as to what may have happened. We always want to make sure we gather all the facts. That's -- I mean, that's the way I remember it there. So it looks like there was other information that suggested that it was preventable -- you know, information in addition to his statement.

Q. Okay. Do you know what that information is from reviewing this form? Is there any way to tell?

A. Well, I don't want to speculate, but my first guess would be Netradyne footage.

Q. Okay, but you don't -- you don't specifically recall, correct?

A. Correct.

Q. Okay, and I think here, we talked about before, you designated this incident major because you expected the total cost of the incident to be over $1,500, correct?

A. Correct.

Q. Now, you noted here that this was Mr. Wortham's second preventable incident, correct?

A. Correct.

Q. And my question to you is, based on the policy, wasn't it actually his fifth preventable

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 37 of 94
PageID #: 2072

incident?

MS. WHITE:  Objection.

THE WITNESS:  No.

BY MR. HENSHAW:

Q.  Sorry?

A.  No, it was not.  It -- if -- you know, the -- the -- the last document that you showed me, all of that damage was being treated as -- technically, as one major preventable incident.  So this is technically his second preventable incident.

Q.  Why would you have treated five different accidents as two incidents?

A.  I don't have an answer for you.

Q.  Would it be to --

A.  And the --

Q.  Sorry?

A.  Go ahead.

Q.  Would it be because that's the way HMD wanted you to document the files?

A.  Well -- so there were damages that occurred that were being treated as one preventable incident. And then this is technically his second.  I mean, the - - again, it goes back to, like, the beginning of our conversation here where, you know, like, there was structure at HMD, and -- you know, and -- and that's

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 38 of 94
PageID #: 2073

what I -- one of the things I appreciate about them. Now, the fact that this is technically his second, that goes along with that structure that's -- that -- that's in place. What -- there -- there was unreported damage. Why it was considered one major, I don't know. I -- I don't recall, but here we are. This -- it looks like this is his second.

Q. Okay. Was this normal for you to take, you know, five accidents and treat them like they were really two accidents?

MS. WHITE: Objection.

THE WITNESS: I don't really recall.

BY MR. HENSHAW:

Q. Okay. Was this something that you would be doing, you know, when we're, for example, looking at trying to keep the file from showing too many preventable incidents?

MS. WHITE: Objection.

THE WITNESS: No, absolutely not.

BY MR. HENSHAW:

Q. Okay, why do it that way? It was clearly not two incidents.

A. So you're asking if -- you're asking why bending the rim on a truck that much on a curb, if you do that three times, why that doesn't count as hitting

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 39 of 94
PageID #: 2074

another car three times? I mean, that's -- that's basically what you're asking. So I mean, any company would want to use their discretion. I don't see anything wrong with that.

Q. Yeah, but the company policy is to -- that if you don't report it, it's a preventable incident, right?

MS. WHITE: Objection.

THE WITNESS: Again, I -- like I said before, I don't remember if that was a specific -- you know, at the time, but could be. I mean, again, like, I -- I -- I -- I don't really remember a lot about all of the details there, and it's been almost a year since I worked there, so...

BY MR. HENSHAW:

Q. Could you see how a driver might feel emboldened to make claims that are false about how an incident occurs if this is the way that his file is going to be treated and documented?

MS. WHITE: Objection.

THE WITNESS: Well, give an example.

BY MR. HENSHAW:

Q. If drivers know that they can hit something four different times, and then if I get caught, it'll be documented as one incident, doesn't that embolden them to just see what they can get away with?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS NASHVILLE KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 40 of 94
PageID #: 2075

A.    No.

MS. WHITE:  Objection.

BY MR. HENSHAW:

Q.    **How does it not?**

A.    Well, I mean, not quite sure how to answer that question.  I mean, it's -- it's -- it -- I mean, emboldening means -- it means what, exactly?  They're going to be going around hitting stuff and not reporting it?  I mean, because the more they do that, the more at risk they are of disciplinary action and termination, so why would they want to do that?

Q.    **Are they at risk, though, if it's going to be massaged to make five incidents turn into two?**

MS. WHITE:  Objection.

THE WITNESS:  I wouldn't call it massaged.  I mean, if they were involving a third party, they would -- I -- I -- I -- I -- they would not be, you know, grouped together like that.  You know, it -- it -- just a -- a bent air deflector and bent rim.  You know, I -- I don't -- I don't see what's unreasonable about putting that unexpected invoice and considering it technically one preventable incident.

BY MR. HENSHAW:

Q.    **Here's my question.  If you reviewed Netradyne**

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 41 of 94
PageID #: 2076

footage and saw that it was inconsistent with Mr. Wortham's claim that this was a non-preventable incident, why is it Mr. Wortham needs to tell the truth as part of the improvement section on this write-up?

MS. WHITE: Objection.

THE WITNESS: Tell the truth? Where do you see --

BY MR. HENSHAW:

Q. I'm asking why it's not there.

MS. WHITE: Objection.

THE WITNESS: Well, then it seems like you're speculating that he was purposely either withholding or telling a different account.

BY MR. HENSHAW:

Q. Well, it's clear from this --

A. I -- well, I mean, eyewitness statements all the time can be mistaken. He -- that -- that may have been what he thought he saw.

Q. Okay.

A. But we -- when we conducted the investigation, it -- you know, obviously, you know, since we're looking at this document, obviously, it was considered preventable.

Q. I can see that it was considered preventable. My question is why there's nothing in here about the

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · CHATTANOOGA · KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 42 of 94
PageID #: 2077

fact that Mr. Wortham clearly gave you a statement supporting a non-preventable incident, and there's no comment in this form anywhere about the fact that what the video showed was totally different from what he said happened.

MS. WHITE:  Is there a question?  Or just --

BY MR. HENSHAW:

Q.  My question --

MS. WHITE:  What's your question, Mr. Henshaw?

BY MR. HENSHAW:

Q.  My question is, why does this form not document anything about the fact that Mr. Wortham reported a different series of events than what the video evidence showed?

MS. WHITE:  Okay, objection.

THE WITNESS:  I -- I don't have an answer for you.  It -- it objectively states what happened at the top, lane change accident involving a passenger car, and what needs to be improved, always, you know, lean over, look over the hood as much as possible when changing lanes to help eliminate as much of a blind spot as possible.  So just by deduction, it looks like the -- that's -- that's what the camera footage saw. He didn't check his blind spot as much as possible. And that's why it

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 43 of 94
PageID #: 2078

was considered a preventable incident.  So I mean, it -- you're -- and you -- the question is, you -- you're asking why doesn't it spell out the fact that what he said --

BY MR. HENSHAW:

Q.   I'm asking why --

A.   -- sounds different?

Q.   -- it didn't -- I'm asking why it didn't matter to you as his compliance manager?

MS. WHITE:  Objection.

THE WITNESS:  Yeah, I would kind of agree with that objection.  I -- I -- you're -- you're saying that I didn't care?

BY MR. HENSHAW:

Q.   Tell me how -- tell me what about this document indicates that you cared.

MS. WHITE:  Objection.  This is harassing to a fact witness.

BY MR. HENSHAW:

Q.   Mr. Clary, tell me what I'm missing.  Tell me where this report documents anything about the fact that Mr. Wortham misrepresented what happened in this crash?

MS. WHITE:  Objection.

THE WITNESS:  There's a driver's statement, and there's a description of what needs to be improved.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 44 of 94
PageID #: 2079

You -- if -- if you read the entire document, then the -- the -- I mean, I -- I don't -- I don't know why it needs to be spelled out.  I mean, that -- that was his account.  That's our account.  Well, ours, as in the company's, when -- when I was working with them.

BY MR. HENSHAW:

Q.    Why would you not spell it out?

MS. WHITE:  Objection.

THE WITNESS:  So you're -- I -- I -- I -- I'm just trying to see where -- where are you going with this question, because this was the incident in question, right?  And you're concerned with what -- not what led up to it, but what happened after?

BY MR. HENSHAW:

Q.    That's part of the issue.  Part of the concern that we have is why there was four separate times that he didn't even tell the company he was involved in an accident when he was supposed to, and then there's a fifth time where he just misrepresented what happened. And where does it -- where does --

A.    Yeah, I --

Q.    -- this show that that's important to the company?

A.    -- I -- I don't think that's accurate.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 45 of 94
PageID #: 2080

MS. WHITE: Objection.

THE WITNESS: There -- there were not four separate times previously that he was involved in an accident. There was one accident that was not preventable, and the other three occurrences were equipment damage. That's not -- it -- it -- it did not involve a third party. It was just a -- a dent to --

BY MR. HENSHAW:

Q. That's the way the file looks, because that's the way that you made it look, but that's not consistent with company policy, correct?

MS. WHITE: Objection.

THE WITNESS: That's incorrect.

BY MR. HENSHAW:

Q. How is it consistent with company policy to say that four unreported accidents are somehow three, and one that's not preventable, when company policy is if you don't report it, it's preventable?

MS. WHITE: Objection.

THE WITNESS: Well, we're not going to see every single unreported incident as they occurred, because they're not reported. So when they come in the yard, that's when we see it, if it wasn't reported.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 46 of 94
PageID #: 2081

BY MR. HENSHAW:

Q. And that's the whole point of why the policy is that if you don't report it, it's preventable, right?

A. Okay.

MS. WHITE: Objection.

BY MR. HENSHAW:

Q. Am I wrong about that?

MS. WHITE: Objection.

THE WITNESS: Are -- are you wrong about what?

BY MR. HENSHAW:

Q. Am I wrong about the whole point of the policy to say that unreported accidents are preventable -- deemed preventable by us, because you didn't report it and you were supposed to.

MS. WHITE: Objection.

BY MR. HENSHAW:

Q. Isn't that the whole point of the policy?

MS. WHITE: Objection.

THE WITNESS: The whole point of the policy, I think we said before, was that -- to discourage drivers from -- be a deterrent to -- so that they would report every incident.

BY MR. HENSHAW:

Q. Yeah, but when things actually happen and you don't stick to the policy, doesn't that affect your

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 47 of 94
PageID #: 2082

ability to deter drivers from driving improperly, driving unsafely?

MS. WHITE: Objection.

THE WITNESS: So you're -- so you're asking if getting too close to a curb would -- like, and -- and bending the rim, like maybe about that much, that is an indicator that they would present a danger to the public?

BY MR. HENSHAW:

Q. Would -- do you know that that happened?

A. If it's a bent rim? (Inaudible) --

Q. Do you know that that's how the rim got bent?

A. Okay, 95 percent sure.

Q. Based on what?

A. Usually when there's a bent rim, they got too close to something when they're turning, they didn't turn wide enough.

Q. Based on --

A. And that's just a -- a -- a low speed, fixed object, it would, you know, usually occur. Happens in trucking, a lot of facilities are very tight to maneuver in, you know, that -- that -- that again, that -- that's not an indicator that -- you know, they're -- that they're unsafe.

Q. Then why does your policy say if you fail to

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 48 of 94
PageID #: 2083

report it, we don't want that, and it needs --

A.    I --

Q.    -- (Inaudible).

A.    I don't know, and it's not my policy.  It's not my policy.  I don't -- I -- it's not my company.  I don't work there anymore.  That question would not be directed towards me.

Q.    Did you disagree with that policy and write up the reports differently because you disagreed with it?

MS. WHITE:  Objection.

THE WITNESS:  I'm not saying whether or not I agree or disagree.  I'm saying why the policy existed in the first place, I don't have an answer for it.

BY MR. HENSHAW:

Q.    Well, my question to you is if you disagreed with the policy to treat unreported incidents as preventable, and is that why your previous incident report was written the way that it was?

A.    When did I say I disagree with a policy --

Q.    I'm asking you if you do.

A.    -- or agree with a policy?

Q.    I'm asking you if you do.

MS. WHITE:  Objection.

THE WITNESS:  You're asking me if I agree with

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING
MEMPHIS | NASHVILLE

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 49 of 94
PageID #: 2084

it being considered a preventable incident?

BY MR. HENSHAW:

Q. I'm asking you if you agree or disagree with the policy to treat unreported accidents as preventable?

A. It's not my place to agree or disagree. It's my place to enforce compliance of what the policy is --

Q. Okay.

A. -- or what it was at the time. Like I said --

Q. My question is, did you --

A. -- I don't work there anymore.

Q. Did you agree with the policy or not?

MS. WHITE: Objection.

THE WITNESS: Did I agree with -- again, it's -- it -- it's -- it's not my place to agree or disagree. It's my place to enforce compliance. Again, it was.

BY MR. HENSHAW:

Q. If it was your role to -- if it was your place to enforce compliance, then why didn't you follow the policy in writing up Mr. Wortham?

A. That invoice was a -- the -- the -- all the damage that we saw on that invoice was -- I mean, that -- that invoice was preventable. It was being -- that invoice was being treated as the preventable incident. And that -- his explanation after the fact, you know, in

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 50 of 94
PageID #: 2085

-- in writing down at the bottom, he was trying to explain what it was.

Q.   Why didn't you follow the policy and write it up as four preventable incidents?

A.   It was already written up as one.  We had an invoice for preventable -- well, invoice for unreported damage, and that's what it was being written up for.

Q.   Would it have been hard for you to change the way it was written up from the shop and separate it into four separate incidents?

A.   I mean, I -- I -- you're asking the level of difficulty?

Q.   Yes.

A.   You know, it would -- would not be -- first of all, it -- it wouldn't have been my decision.  And second of all, I -- you know, define difficult.  You know, in terms of what?

Q.   I don't know.  Does the word difficult have a meaning to you?

        MS. WHITE:  Objection.

BY MR. HENSHAW:

Q.   I don't think the word difficult of -- as being something that we all --

A.   Like --

Q.   -- don't understand.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 51 of 94
PageID #: 2086

A. -- what -- so what is it -- if it's over ten minutes, is it difficult? Or is it over 20 minutes of work, is -- is it difficult? Is it over one minute of work, is it difficult? What's your definition of difficult, is what I'm asking?

Q. **Why does my definition of difficult matter? Whatever --**

A. Because you're asking me --

Q. **-- definition you want to use.**

A. -- what's difficult -- if it was difficult.

MS. WHITE: Hey, gentlemen, gentlemen, we're going to -- we're going to take a break. Everybody get some water and let's come back in five minutes.

MR. HENSHAW: Okay.

MS. WHITE: There's no question pending right now. We'll be back in five minutes. Everybody --

MR. HENSHAW: That's fine.

MS. WHITE: -- stand up and get some water.

MR. HENSHAW: That's fine.

THE REPORTER: We are now off record. The time is 3:10 p.m.

(A recess was taken.)

THE REPORTER: We are now on record. The time is 3:17 p.m.

BY MR. HENSHAW:

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Q. All right, we took a breath. Take a deep breath, Mr. Clary, I know you don't want to be here.

And I get it, but some things, you know -- I don't -- it's hard for me to accept that, you know, when I say the word difficult, I don't -- I don't think we're, like, in some stratosphere of where we're debating basic meanings of words, you know? But the larger point is -- is: are you telling me that, basically, once you get the invoice from the shop the way that it is, that it can't be changed by you?

A. Correct.

Q. Okay. Who has the authority to change that?

A. I don't remember who it would've been at the time.

Q. Okay, some -- like, someone like Nadia?

MS. WHITE: Objection.

THE WITNESS: I don't know.

BY MR. HENSHAW:

Q. Okay. If you needed to change one of those forms, or thought they ought to be changed, who would you have gone to?

A. At the time, I don't remember.

Q. Okay. Let's mark this HMD 46 and 47 Exhibit 2 real quick. Did you ever review any safety scores for Mr. Wortham?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 53 of 94
PageID #: 2088

(Exhibit 2 was marked for identification.)

A.   Safety scores?

BY MR. HENSHAW:

Q.   **Yes.**

A.   Like, from -- assuming you're talking about camera footage, like the Netradyne?  No.

Q.   **Did --**

A.   I was not involved with that.

Q.   **Yeah, from the -- from the Netradyne system?**

A.   I was not involved with that.

Q.   **Okay.  Who did that?**

A.   I do not remember.

Q.   **Do you know if they existed?**

A.   There were people looking at that, yes.  Who I -- you know -- yeah, I just don't remember who that would've been.

Q.   **When you reviewed the March 1st, 2023, incident with Mr. Wortham, do you remember if there was a camera angle that was driver-facing, but was blank because it was covered up?**

A.   I don't remember.

Q.   **In your time at HMD, have you reviewed Netradyne camera footage where the camera was blank because it was covered up?**

A.   Would -- so respectfully, I would want to have

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 54 of 94
PageID #: 2089

the question rephrased.

Q. Okay.

A. Because the -- the camera consists of four lenses.

Q. Okay.

A. And only one of those four is the -- what -- is -- is what is in question right now, right? So the camera itself, as a whole, would never be covered up.

Q. Okay.

A. Just the ones -- that's just the one facing inward towards the bunk. That's the one in question. The ones on the side, the ones facing forward, those would never be covered up.

Q. Okay.

A. And -- and yeah, they -- they -- they just never, ever would be.

Q. **Would you agree that with the driver-facing camera covered up, you cannot review the footage to determine whether a driver was on their phone at the time of the incident?**

A. I would not agree with that.

Q. **Tell me how or why you don't agree with that?**

A. No -- well, the left-facing camera will also show if the driver was on their phone or not.

Q. Okay.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 55 of 94
PageID #: 2090

A. The left-facing lens, sorry.

Q. The left-facing lens?

A. Of the four-lens camera. Correct.

Q. So when you're talking about the left-facing lens, let me show you -- let me show you something. Are you able to see the video?

A. Uh-huh.

(Video recording played.)

BY MR. HENSHAW:

Q. Because I'm playing this video, which was produced to me as HMD Trucking 5. Is this the video that you're talking about in terms of the left-facing lens?

A. That looks like a left-facing camera angle, yeah.

Q. Okay. So is this all one unit that's in the middle of the truck?

A. Correct.

Q. And it has a camera that faces forward, a camera that faces to the right, camera that faces to the left, and a camera that points to the driver, correct?

A. Well, it -- it points towards the bunk. The driver's more in the corner. You can see that some of the -- it -- the driver would be on the right side of the frame in the in -- inward-facing. It'll be on the

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 56 of 94
PageID #: 2091

left side of the frame here in the left-facing.

Q. Okay. So this angle we're looking at is the left-facing, right?

A. Yeah. Uh-huh.

(Video recording stopped.)

BY MR. HENSHAW:

Q. Okay. When you were reviewing this, did you take note of this screen that's down here on the left-hand side -- or down here in the left side of the truck?

A. What for?

Q. I was just asking you if you did.

A. Well, I -- I see it, yeah.

Q. Do you know what it is?

A. It would be either -- yeah. I -- I don't remember exactly from the time, but probably GPS.

Q. Okay.

A. That'd be my first guess.

Q. But do you know?

A. Do -- do I know what that was?

Q. Uh-huh.

A. As of right now, no.

Q. Okay, I'm just going to take a screenshot of it, and we'll mark that Exhibit 3.

(Exhibit 3 was marked for identification.)

A. And that would be legal and compliant by FMCSA

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 57 of 94
PageID #: 2092

standards.

BY MR. HENSHAW:

Q.    How do you know that if you don't know what it is?

A.    Well, any handheld device, including a phone, needs to be mounted at a distance that a driver can answer a call with one touch without having to remove their seatbelt.  That's -- I mean, and it's mounted. It's not in their hand or next to their ear.  It -- it's not a handheld device.  It's compliant with the law.

Q.    Okay.  Do you -- I mean, do you know that, like, he wasn't watching movies or something on it?

MS. WHITE:  Objection.

THE WITNESS:  Yeah, if -- if -- like, right now -- as of right now, I don't have an answer for it, but I -- I doubt it.  I -- I really doubt it.  For the record, I doubt it.  Something would've been said in that write-up.

BY MR. HENSHAW:

Q.    Okay.  All right, so one of the things -- and I get that this is dark and that's what we've got. It's dark -- hold on.  But this is the video -- I think the video we saw before was him pulled over.

A.    Okay.

(Video recording played.)

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 58 of 94
PageID #: 2093

BY MR. HENSHAW:

Q.    This video was produced to me, HMD Trucking 03.  So I think this is another example of the left-facing camera you talked about, where you can see the driver; is that right?

A.    Yeah.  When it's -- when it's daytime, you can see the driver, but if you're holding a phone in your -- in -- in his hand, right now, you'd be able to see that, too.

Q.    Okay.  Are you able to see Mr. Wortham in this video?

A.    No.

Q.    There are some flashes where we get some light over from the other side.  Are you able to see him when you see the flashes?

A.    Yeah, I see there's somebody there.  I -- I don't know if I'd be able to identify a specific person for you.  Yeah, yeah, there -- there's -- yeah. There's a driver.  Yep.

        (Video recording stopped.)

BY MR. HENSHAW:

Q.    All right.  So this is what I was asking you about.

A.    Uh-huh.

Q.    So you -- this is the angle that you use to

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

see what's going on with the driver, correct?

MS. WHITE:  Objection.

THE WITNESS:  Yeah, you can see what's going on with the driver in most cases.  I mean, it -- like, you know, if it's really dark, you can't see their face, but in the daytime, from what I remember, you can usually see what the driver's up to, yeah.

BY MR. HENSHAW:

Q.  Okay.  As part of your compliance review, did you attempt to pull Netradyne data and review it with Mr. Wortham?

A.  That's usually what happens.

Q.  Okay.  I'm going to share with you a document that's been produced to me by Netradyne.  Are you able to see this, sir?

A.  Yeah.

Q.  Okay.  Have you ever seen a document like this before for a driver?

A.  Can you zoom in a little bit?

Q.  Sure.

A.  Maybe close the -- all tools on the left so we can get a little -- little -- there we go.  Yeah, okay. This does not -- this does not look familiar.

Q.  Okay.  Do you know why or how these alert severities were established, or what they have to do

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 60 of 94
PageID #: 2095

with anything?

A. No clue.

Q. You never went over any of that with any of the drivers while you were working there?

A. No.

Q. Why would you not have the benefit of this information when you were charged with making sure drivers were in compliance and coaching them?

MS. WHITE: Objection.

THE WITNESS: I don't know.

BY MR. HENSHAW:

Q. Would knowing the information in these alerts have enabled you to do your job better?

MS. WHITE: Objection.

THE WITNESS: My job was to investigate incidents and talk to drivers about what they could've done to prevent those incidents.

BY MR. HENSHAW:

Q. Okay.

A. And as far as I recall, there were other people at HMD that would talk to drivers about this.

Q. Do you remember who those people were?

A. No, I do not.

Q. All right. Do you remember in your compliance review anything coming up about Mr. Wortham and his

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 61 of 94
PageID #: 2096

hours of service?

A.   No.

Q.   Hang on one second.  All right.  This is -- well, let me show you this video, Mr. Clary.

(Video recording played.)

BY MR. HENSHAW:

Q.   And we've all watched this video a whole bunch.  Have you ever seen this video before?

A.   Yeah.  It looks -- it looks familiar.  I mean, I -- yeah.

Q.   Okay.

A.   I mean, that's what the second preventable incident write-up is about, right?

(Video recording stopped.)

BY MR. HENSHAW:

Q.   Yep.  My question to you is, is it -- do -- would you typically also review the time that was on the incident to verify if it was accurate when you pulled it to check and do your compliance review?

A.   The time?

Q.   Yeah.

A.   Sure.

Q.   Okay.  What time does this video indicate that this incident occurred?

A.   I can't see it.  There's, like, a -- looks

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 62 of 94
PageID #: 2097

like a -- something along the top there.

Q.    Let me try to see if I can -- is that better for you?

A.    Yes, 7:04.  Yeah, right?

Q.    I think that's correct, Yeah.

A.    Yeah, okay.

Q.    If that's what it looks like to you.  Did --

A.    That's what it looks like to me.

Q.    Did it ever come up, during your compliance review, whether this occurred outside Mr. Bolivar -- I mean, Mr. Wortham's hours of service that he had left for the day?

A.    I don't recall.

Q.    You don't remember that coming up?

A.    I do not remember that coming up.

Q.    It was not part of your review, and you didn't give him any write-ups for driving outside his hours of service, correct?

A.    I didn't give any drivers write-ups for driving outside of their hours of service.  Somebody else was doing that.

Q.    Not even if it was associated with an incident?

A.    Again, somebody else would be doing that. That would be a separate process.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 63 of 94
PageID #: 2098

Q.   So there would be two separate write-ups?

A.   If -- if they violated their hours of service, there would be a disciplinary process that the driver would be involved with someone else.  If it was a preventable incident, equipment damage, accident involving a third party, that -- that would -- you know, it was very specialized.

Q.   All right.  Do you know who the people were that would give the write-ups for the hours of service violations?

A.   I do not recall.

Q.   Do you know if hours of service violations were considered, you know, a fireable offense?

MS. WHITE:  Objection.

THE WITNESS:  I -- I don't recall, but I don't see why not.

BY MR. HENSHAW:

Q.   Okay.  Would you have been concerned if an hours of service violation occurred in the context of a preventable incident?

MS. WHITE:  Objection.

THE WITNESS:  Sure.

BY MR. HENSHAW:

Q.   Is that normally something you would've escalated?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 64 of 94
PageID #: 2099

A.   Escalated?

Q.   Uh-huh, to Safety.  Someone up that you reported to at Safety?

A.   Well, I doubt I would've been the first one to know.  You know, if -- if -- if I knew, it was probably already escalated.  You know, not up to me, but -- I mean, I -- like I said, I wasn't in charge of enforcing hours of service compliance.  If there was an hours of service issue to enforce, that would be -- there would be somebody else following up with the driver about that.

Q.   How did you first learn about the March 1st, 2023 crash?

A.   I don't recall.  Most likely an e-mail.

Q.   So let me share with you this document.  Do you see this?

MS. WHITE:  What's the Bates on that, Tim?

MR. HENSHAW:  49.

MS. WHITE:  Thank you.

BY MR. HENSHAW:

Q.   Have you seen this before, sir?

A.   I do not recall.

Q.   It -- it's got your name here at the top.  Do you know why that would be there?

A.   No.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING
MEMBER OF THE CONSORTIUM

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 65 of 94
PageID #: 2100

Q. Was this like a form e-mail someone would've sent to you?

A. I don't recall.

Q. Okay. Did -- who is Marija Stanojkovsa?

A. I don't recall.

Q. Who is Rick Steinbarger?

A. I don't recall.

Q. Okay. Do you know who Elias Lacusius (phonetic) is?

A. No.

Q. Did you -- do you recall if you reviewed the video of the incident with Mr. Wortham?

A. I don't recall, but like I said before, it -- you know, it -- it -- it was a usual process of that, so wouldn't be surprised.

Q. Do you remember anything about his reaction, if you -- to watching the video at all?

A. I -- I do not remember.

Q. Do you know if Mr. Wortham ever acknowledged he had been dishonest about what happened in the crash?

MS. WHITE: Objection.

THE WITNESS: It's a little bit of a loaded question, but like I said before, I don't remember any details of the review conversation.

BY MR. HENSHAW:

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 66 of 94
PageID #: 2101

Q. Okay. Do you know why the company doesn't receive camera obstruction alerts?

MS. WHITE: Objection.

THE WITNESS: I don't have an answer for you.

BY MR. HENSHAW:

Q. Did you recommend any heightened scrutiny of Mr. Wortham after the March 2023 incident?

A. No --

MS. WHITE: Objection.

THE WITNESS: -- I don't recall.

BY MR. HENSHAW:

Q. Sorry?

A. I don't recall.

Q. Okay. Do you recall anyone asking for you to look for or preserve Netradyne data after the March 2023 crash?

A. I -- I'm sorry, can you say that again?

Q. Sure. Do you recall anyone asking you to preserve Netradyne data after the March 2023 crash?

A. I do not recall.

Q. Okay. Describe to me what you can remember about the Netradyne system. My first question is, did you have, like, a website you would go to download videos?

A. Yeah, I believe you would log in.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 67 of 94
PageID #: 2102

Q. After an incident, which you normally ask Netradyne to preserve data as well?

MS. WHITE: Objection.

THE WITNESS: I -- I don't --

MS. WHITE: You asking Mr. Clary --

THE WITNESS: -- recall.

MS. WHITE: -- or HMD, Tim?

MR. HENSHAW: Mr. Clary.

MS. WHITE: Okay, thank you.

THE WITNESS: I -- I don't recall what that process --

BY MR. HENSHAW:

Q. Okay.

A. -- involved -- involved exactly. All I can tell you is that Netradyne footage was reviewed as of a standard incident investigation.

Q. Do you recall the names of any people that you worked with at HMD, besides Nadia?

A. Sure.

Q. Tell me?

A. Just names of people that I worked with?

Q. Uh-huh. Yes.

A. Fausta, Jurga, Michael Mahler. I mean, I -- I -- like I -- I'm not sure what -- what -- what -- what you're looking for here. Is there a -- is -- is -- is

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 68 of 94
PageID #: 2103

there a quota I should meet?  Like, how many are you looking for here?

Q.    I'm just asking.

A.    Rita, Katherine, Robert, Katrina (phonetic).

Q.    Are all these people in the safety department?

A.    No.

Q.    Okay, I think I'm getting close to the end.  I appreciate your time.  Did you change your phone number after you quit working for HMD?

A.    No.  Just out of all due respect, can I ask why that's relevant?

Q.    Well, it was hard to find you for a while, so that's why I was asking.

A.    It's hard to find me via phone?

Q.    I apparent -- well, apparently, we had some trouble locating you until I subpoenaed you.  That's why I was asking.  I didn't know --

A.    Okay.

Q.    -- if you changed your phone, you know, dropped off face of the earth.

A.    Well, I have the automatic spam block, so most numbers that I don't recognize don't go through.

Q.    Right.  Do you recall any other drivers having four or more reported -- unreported incidents during your time at HMD?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 69 of 94
PageID #: 2104

A.   I don't recall.

MS. WHITE:  Hey, Tim, or the court reporter, can you-all read that back?  My computer muffled during the question.

MR. HENSHAW:  The court -- the question was, do you recall any other drivers having four or more unreported incidents during your time at HMD?

MS. WHITE:  Objection.  Mr. Clary.

BY MR. HENSHAW:

Q.   I think you can answer.

MR. HENSHAW:  Can he answer?

MS. WHITE:  Yeah, he can answer it.  Just I noted --

THE WITNESS:  Yeah.

MS. WHITE:  -- objection on the phrasing of the question.

THE WITNESS:  Yeah, I thought I did.  I said, I -- I don't recall.

BY MR. HENSHAW:

Q.   Okay.  Do you know anything about any biometric data lawsuits?  Did any of that ever come up during your time at HMD?

A.   No.

MR. HENSHAW:  Okay, All right.  I got nothing else.  Thank you, sir.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 70 of 94
PageID #: 2105

CROSS-EXAMINATION

BY MS. WHITE:

Q. Mr. Clary, let me ask a few questions, please?

A. Sure.

Q. I'm going to pull back up on the screen, and I believe it was marked as Exhibit 1, the safety improvement review of -- dated August 10th, 2023 [sic]. Okay, are you able to see this?

A. Yep.

Q. Okay, and looking at this August 10th of 2022 safety improvement review, do you believe that Mr. Wortham was an unsafe driver?

A. No.

Q. I'm looking at this August 10th, 2022 safety improvement review. Do you believe Mr. Wortham presented a hazard on the roadway?

A. No.

Q. Do you believe that Mr. Wortham should have been terminated by HMD in light of the events contained in this August 10th, 2022 safety improvement review?

A. No.

Q. And did HMD discipline Mr. Wortham for the events outlined in this August 10th, 2022 safety improvement review?

A. Yeah. You're looking at it. This is the --

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 71 of 94
PageID #: 2106

Q. How did they -- is it this -- I'm not as good as Mr. Henshaw. Wasit -- was it -- you've marked written warning and training and coaching?

A. Yep, that -- that's -- those are the disciplinary actions. He was written up, and he had to do that safety training, which at the time this was printed out, it looked like the same day he had already completed --

Q. Okay.

A. -- on that date.

Q. Would this certificate of completion that I've just put onto the screen, Bates stamp HMD 122, be the evidence of the training that HMD provided to Mr. Wortham?

A. Can you scroll down?

Q. Yes, or -- scroll up or down?

A. Down. That's -- yeah, that -- that would be ongoing training.

Q. Okay. So on -- according to the record in front of you, on August 11th of 2023, following the document that we -- that's been marked as Exhibit 1, Mr. Wortham had space management training?

A. Yes. Can you scroll up to the --

Q. Yes, sir.

A. There's like a -- was there a page in front of

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 72 of 94
PageID #: 2107

that?

Q.    Not relevant to this, but --

A.    Okay, okay.

Q.    Is that it?

A.    Yeah.

Q.    Okay.

A.    Yeah.

Q.    I like to make that, HMD 122, the next numbered exhibit, and I believe that'll be Exhibit 4.

(Exhibit 4 was marked for identification.)

MR. HENSHAW:  No objection.

BY MS. WHITE:

Q.    And in your personal opinion, Mr. Clary, did HMD appropriately address the events outlined in the August 10th, 2022 safety improvement review?

A.    To my personal opinion, yes.

Q.    Okay, in your personal opinion, did HMD violate its company policy in retaining Mr. Wortham?

A.    No.

Q.    Okay.  During the approximate four years that you were with HMD, did HMD have mandatory, in-person retraining for its drivers?

A.    Depending on the circumstances, but yes.

Q.    Did that occur on the yard in Chicago Ridge?

A.    Yeah.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 73 of 94
PageID #: 2108

Q. Okay. During the time that you were at HMD, did HMD have a camera system in place?

A. Yep.

Q. Did HMD use artificial intelligence during your time at HMD?

A. Yep.

Q. Did HMD do coaching with events seen on the cameras?

A. Uh-huh.

Q. Is that a yes?

A. Yes.

Q. Do you believe HMD took a proactive approach to safety during your tenure at HMD?

A. Absolutely. That's why I liked working for them.

Q. And are the examples that we just talked about with the retraining in person, and the camera system, and the coaching, and the use of AI, examples of how HMD took a proactive approach to safety?

A. Yeah, it was -- it was good to be part of the team.

MS. WHITE: That's all I have.

REDIRECT EXAMINATION

BY MR. HENSHAW:

Q. You do agree that after the August 10th, 2022

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 74 of 94
PageID #: 2109

writeup, that Mr. Wortham completing that training that he was assigned would've been critical to him being able to be considered a safe, qualified driver working for HMD, correct?

MS. WHITE: Objection.

THE WITNESS: I -- the -- the training was assigned, he completed it, and I believe that the disciplinary action, including the training that followed from that, sufficiently addressed the issues that were raised by that invoice in question --

BY MR. HENSHAW:

Q. And the --

A. -- for the --

Q. -- evidence that he completed that training, according to you, is what we just reviewed is HMD 122, correct?

A. The -- the evidence that he completed the training was in that document.

Q. Yeah, Exhibit 4 that we just looked at?

A. I believe it was Exhibit 1, where it specifically stated that it -- the training was completed in the orientation room that day.

Q. Okay. I thought we just looked at Exhibit 4 and it -- we were talking about Exhibit 4 was the proof

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 75 of 94
PageID #: 2110

that he had completed training after the August 10th, 2022 incident.

MR. HENSHAW:  Can we throw back up Exhibit 4?

MS. WHITE:  You talking to me?

MR. HENSHAW:  Yeah, I don't have it marked, but I can get it back up if I need to.

MS. WHITE:  I can get it.  Hold on, and I -- okay.  That does say it, August 11th.  There you go. Is that on there?  It's on the screen, isn't it?

MR. HENSHAW:  Yeah.

MS. WHITE:  Okay.

BY MR. HENSHAW:

Q.  My issue -- my issue, Mr. Clary, is you said this was the proof that Mr. Wortham completed the training that you assigned him in August of 2022?

A.  Okay, so I -- I see that's 2023.  Can you go to the writeup for the accident in question?

Q.  Sure.

MS. WHITE:  There you go.  It's there.

THE WITNESS:  No, the -- the second preventable incident.

MS. WHITE:  I don't --

BY MR. HENSHAW:

Q.  It may be in a different document, Mister --

A.  Okay.  Do you -- do you have that other

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 76 of 94
PageID #: 2111

writeup?

Q.   You want to -- you want to look at the March 1st, 2023 incident, right?

A.   Sure.

Q.   Okay, I got it here.  Wait, all right, here we go.  We're looking at HMD 47.  I presume you want me to scroll down, correct?

A.   Yeah, no, I mean, I just -- just wanted to take a look.  I don't know why it would say 2023 on it, but that -- that would be considered ongoing training.

Q.   Well, that's -- I mean, the kind of the elephant in the room there, Mr. Clary, is that surely, Mr. Wortham was not allowed to finish training he was assigned in August 2022, over a year later, in August of 2023, five months after the incident we're talking about today?

A.   Okay.  That's --

Q.   Right?

A.   No, the -- go -- can you go back to the certificate that was shown a minute ago?

Q.   Yeah, I'll stop sharing.  You want to look at Exhibit 4 again?

A.   Sure.

Q.   I've got HMD -- I can pull it up myself.  I have HMD 122 here, right?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD     Document 90-4     Filed 12/30/25     Page 77 of 94
PageID #: 2112

MS. WHITE: I got it. I just pulled it up. Hold on. Oh, you got it --

BY MR. HENSHAW:

Q. This is what (Inaudible) --

MS. WHITE: -- there, sorry. And I asked the question, so I -- well, go ahead, Tim.

BY MR. HENSHAW:

Q. This is HMD 122. This is what we -- what we've been talking about. This is evidence from August that he completed space management training on August 11th, 2023, right?

A. That -- that's what the document shows here.

Q. Uh-huh.

A. Uh-huh.

Q. And then this is the August 2022 writeup, is right here, HMD 123?

A. Yeah. So that -- let's -- so go back to the certificate. It is -- it -- it says Infinit-I, right, somewhere on it? Tenstreet, oh, Tenstreet. In the -- in -- on the -- on the little thing at the top. Yeah, that's -- that's additional ongoing training.

Q. Yeah.

A. Yeah, additional, yeah. So that -- that -- that's not included in the August 10th document.

Q. But the point is, is that if he was -- if he

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 78 of 94
PageID #: 2113

completed this training he was assigned in August 2022, there should be a certificate sometime in August 2022, somewhere, right?

A.   No.

Q.   Okay.  What -- where would it be -- tell me why not?

A.   This -- the orientation would be what it says right there, the orientation room.  Like, the -- the safety training in the orientation room.

Q.   Okay.

A.   That would not be -- that would not be assigned e-learning, like Tenstreet.

Q.   Okay.  So the training that he got in August 2022, there would be no certificate for that, right?

A.   The record of it -- correct.  There would be -- the record of it would be in the -- in that document.

Q.   Well, since we're doing this sort of exercise here, you know, we can look here at HMD -- what was produced to me is HMD 423.  We can see here he got a Certificate of Infinit-I, driver orientation training, right, right?  Do you see that?

A.   oh, that -- yeah, I see that.

Q.   Okay, and then he got a Certificate of Infinit-I, post-accident training in March of 2023. That's HMD 424, right?

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING
MEMPHIS · NASHVILLE

Case 1:24-cv-00155-TRM-MJD   Document 90-4   Filed 12/30/25   Page 79 of 94
PageID #: 2114

A. Right.

Q. Right, and he got here a certificate of defensive driving, HMD 425, that's through Tenstreet, correct?

A. Correct.

Q. And he got here, it's proper weight distribution. That's another training in July of 2023, right?

A. Yep.

Q. Okay, and then there's also a July 2023 requirements for drivers doing operate -- motor equipment, whatever that is. HMD 427, that's another training he did in Tenstreet, right?

A. Yep. Yep, lots of training.

Q. And then we -- and then here we're talking about -- this actually looks to be like another copy of the same document we just looked at, HMD 122, which is space management in August of 2023, right?

A. Right.

Q. And we just went through all those and we don't see an Infinit-I completion certificate from 2022, do we?

A. Because that was not Infinit-I -- the -- the training that was assigned was not through Infinit-I or Tenstreet.

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE • KNOXVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 80 of 94
PageID #: 2115

Q. Okay.

A. Infinit-I and Tenstreet generate certificates when the -- when the training is completed. Arguably the training that he received, in my opinion, is even better than these. It's -- it -- it's more hands-on and in person if they go to the orientation room.

Q. The undocumented, non-certified training is better?

MS. WHITE: Objection.

BY MR. HENSHAW:

Q. Is that what you're telling me?

MS. WHITE: Objection.

THE WITNESS: Undocumented --

MS. WHITE: Misstatement of testimony.

THE WITNESS: It's documented.

BY MR. HENSHAW:

Q. How is it documented?

A. I -- I keep having to repeat -- repeat myself. It's in that document, the August 10th writeup.

Q. Okay, it's documented here in that it was a -- that it occurred in the orientation room, right?

A. The -- that it -- that it was completed.

MR. HENSHAW: Okay, all right. I don't have any further questions. I'm done.

MS. WHITE: I don't have anything else. Thank

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

TriStar
COURT REPORTING

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 81 of 94
PageID #: 2116

you for your time, Mr. Clary.

THE WITNESS:  All right.  Thank you.

THE REPORTER:  All right.

MR. HENSHAW:  Appreciate you-all.  Have a good weekend.

MR. TAUT:  Tim, if you want to hang back two seconds, I can shed some light on that Estrid (phonetic) litigation.

MR. HENSHAW:  Sure.

THE REPORTER:  And --

MS. WHITE:  I'm out of here.

THE REPORTER:  Before we --

MR. TAUT:  (Inaudible) --

THE REPORTER:  Before we go --

MS. WHITE:  Oh, Allie's still here.  Sorry, sorry.  Go ahead, Allie.

THE REPORTER:  Sorry, before we go off record, I do need to get my transcript orders.  Mr. Henshaw, did you want to a copy of the transcript?

MR. HENSHAW:  Yes, please.  I'll need it.

THE REPORTER:  Did you want PDF or hard copy?

MR. HENSHAW:  PDF.

THE REPORTER:  Okay, and Ms. White?

MS. WHITE:  Same.

THE REPORTER:  All right.  And Mr. Taut, did

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 82 of 94
PageID #: 2117

you need a copy?

MR. TAUT:  No.

THE REPORTER:  All right.  Thank you so much. We are now off record.  The time is 4:07 p.m.

(Deposition concluded at 4:07 p.m. CT)

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

CERTIFICATE OF REPORTER

STATE OF TENNESSEE

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Stipulation page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skills and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

ALLIE PURVIS,

CERTIFIED COURT REPORTER

LICENSE EXPIRATION DATE: 06/30/2026

SUBMITTED ON: 11/18/2025

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

**Exhibits**

**Exhibit 1_ Clary** 29:16,17, 18 70:6 71:21 74:21

**Exhibit 2_ Clary** 52:23 53:1

**Exhibit 3_ Clary** 56:23,24

**Exhibit 4_ Clary** 72:9,10 74:20,24,25 75:3 76:22

**$**

**$1,500** 23:25 24:3 36:19

**0**

**03** 58:3

**1**

**1** 29:17,18 70:6 71:21 74:21

**10th** 70:7,10, 14,20,23 72:15 73:25 75:1 77:24 80:19

**11th** 71:20 75:8 77:11

**122** 71:12 72:8 74:16 76:25 77:8 79:17

**123** 23:3 77:16

**18:45** 32:17

**1st** 9:19 29:24 31:25 33:24 34:19 53:17 64:12 76:3

**2**

**2** 52:23 53:1

**20** 51:2

**2021** 8:12,14 13:9

**2022** 13:22 70:10,14,20,23 72:15 73:25 75:2,15 76:14 77:15 78:1,2,14 79:21

**2023** 9:19 29:24 31:25 33:24 34:20 53:17 64:13 66:7,15,19 70:7 71:20 75:16 76:3,9,15 77:11 78:24 79:7,10, 18

**2025** 7:22,23 8:13

**25** 15:4,8

**2:04** 6:4

**3**

**3** 56:23,24

**3:04** 6:4

**3:10** 51:21

**3:17** 51:24

**4**

**4** 72:9,10 74:20, 24,25 75:3 76:22

**423** 78:19

**424** 78:25

**425** 79:3

**427** 79:12

**46** 31:20,22 52:23

**47** 32:8 52:23 76:6

**49** 64:18

**4:07** 82:4,5

**5**

**5** 55:11

**7**

**7:04** 62:4

**9**

**95** 47:13

**A**

**ability** 28:14 47:1

**absolutely** 12:5 38:19 73:14

**accept** 52:4

**acceptable** 30:20

**accident** 17:22 18:2 28:7 31:25 42:18 44:19 45:4 63:5 75:17

**accidents** 25:2 37:12 38:9,10 45:17 46:12 49:4

**account** 41:13 44:4

**accurate** 44:25 61:18

**accused** 32:23 33:25

**accusing** 33:4

**acknowledged** 65:19

**action** 40:10 74:8

**actions** 71:5

**actual** 19:20

**addition** 36:8

**additional** 77:21,23

**address** 72:14

**addressed** 74:9

**affect** 46:25

**affirm** 7:1

**afraid** 9:8 33:15

**aggregate** 27:3

**agree** 6:20 16:8,25 19:7, 10,21 20:1,15, 17 23:19 26:1 43:11 48:12,22, 25 49:3,5,11, 13,14 54:17,21, 22 73:25

**agreed** 26:14

**agreement** 31:23

**ahead** 37:17 77:6 81:16

**AI** 73:18

**air** 27:7 40:19

**alert** 59:24

**alerts** 60:12 66:2

**Allie** 81:16

**Allie's** 81:15

**allowed** 18:20, 23 76:13

**angle** 53:19 55:14 56:2 58:25

**Antonio** 9:2 13:9

**anymore** 48:6 49:10

**apparent** 68:15

**apparently** 68:15

**appealing** 11:1

**appearance** 6:6

**appreciated** 12:12

**approach** 73:12,19

**appropriately** 72:14

**approximate** 72:20

**areas** 18:13

**Arguably** 80:3

**argument** 28:1,3

**artificial** 73:4

**assigned** 74:2, 7 75:15 76:14 78:1,12 79:24

**assuming** 53:5

**assumption** 11:25

**attempt** 59:10

**attending** 6:6, 9

**August** 13:21 70:7,10,14,20, 23 71:20 72:15 73:25 75:1,8,15 76:14 77:9,10, 15,24 78:1,2,13 79:18 80:19

**authority** 52:12

**automatic** 68:21

**aware** 9:11

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMBER OF THE NETWORK

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 85 of 94
PageID #: 2120

**B**

**back** 29:21 32:1,20 35:25 37:23 51:13,16 69:3 70:5 75:3, 6 76:19 77:17 81:6

**bad** 31:9

**based** 11:5 36:24 47:14,18

**basic** 52:7

**basically** 8:22 27:10 31:25 39:2 52:9

**Bates** 64:17 71:12

**bays** 17:12

**begin** 7:6

**beginning** 37:23

**behavior** 20:14

**bell** 9:6 14:9

**bending** 38:24 47:6

**benefit** 60:6

**bent** 40:19 47:11,12,15

**Beth** 6:10

**biometric** 69:21

**bit** 21:25 59:19 65:22

**black** 32:18

**blank** 53:19,23

**blind** 42:22,25

**block** 68:21

**Bolivar** 33:23 62:10

**bottom** 22:3, 21,25 23:15 31:20,21 32:9

50:1

**break** 51:12

**breath** 52:1,2

**bring** 17:12

**broad** 11:5

**brought** 17:17

**bunch** 23:11 61:8

**bunk** 19:5 54:11 55:22

**C**

**call** 40:15 57:7

**camera** 17:25 18:15,20,23 19:1,4,23 20:2, 9,10,11,18 21:12 28:15 42:24 53:6,19, 23 54:3,8,18,23 55:3,14,19,20, 21 58:4 66:2 73:2,17

**cameras** 17:19 21:8 73:8

**cap** 21:11

**capability** 21:6

**captured** 18:2

**car** 32:22 33:2, 19,23 34:19 35:7,13 39:1 42:19

**care** 10:21 43:13

**cared** 10:23 12:3 43:16

**career** 7:24 10:25

**careful** 19:16

**case** 9:11 16:14,15 21:21 22:13 29:12

**cases** 14:16 59:4

**category** 24:1

**caught** 17:18 39:23

**caused** 26:17

**center** 29:2

**certificate** 71:11 76:20 77:18 78:2,14, 20,23 79:2,21

**certificates** 80:2

**change** 42:18 50:8 52:12,19 68:8

**changed** 52:10,20 68:19

**changing** 33:3 42:21

**characterizati on** 16:5,20 25:10

**characterized** 25:22

**charge** 64:7

**charged** 60:7

**Chattanooga** 6:9

**check** 24:22 42:24 61:19

**Chicago** 6:15 72:24

**circumstance s** 31:7 72:23

**claim** 41:2

**claiming** 34:19

**claims** 39:16

**Clary** 6:16,18, 24 7:10 43:20 52:2 61:4 67:5, 8 69:8 70:3 72:13 75:13 76:12 81:1

**clear** 12:10 41:15

**clearances** 24:22

**clients** 9:19

**close** 47:5,16 59:21 68:7

**clue** 60:2

**coaching** 18:14 24:8 25:23 60:8 71:3 73:7,18

**college** 11:18

**comment** 42:3

**communicatin g** 30:12

**companies** 12:1

**company** 8:9 11:10,15,24 17:6 27:24 29:1,10 39:2,5 44:18,24 45:12, 16,18 48:5 66:1 72:18

**company's** 44:5

**completed** 24:12 71:8 74:7,15,18,23 75:1,14 77:10 78:1 80:3,22

**completing** 74:1

**completion** 71:11 79:21

**compliance** 8:19,20 10:7 18:15 32:8 43:9 49:6,15,19 59:9 60:8,24 61:19 62:9 64:8

**compliant** 56:25 57:10

**computer** 69:3

**conceded** 27:19

**concern** 44:16

**concerned** 11:7 44:13 63:18

**concerted** 12:9

**concluded** 82:5

**conducted** 41:20

**conducting** 34:12,15 36:1

**considered** 25:5 38:5 41:22,24 43:1 49:1 63:13 74:3 76:10

**consisted** 24:15

**consistent** 45:11,16

**consists** 54:3

**contact** 9:2,5

**contained** 70:19

**context** 63:19

**continued** 29:1,9

**conversation** 28:19,22 33:11 37:24 65:24

**conversations** 8:22 33:14

**copy** 79:16 81:19,21 82:1

**corner** 31:20 32:9 55:23

**Corolla** 32:18

**correct** 7:16,17 13:13,14,17,18 27:25 28:23,24 29:1,10 35:15, 20 36:14,15,19, 20,22,23 45:12 52:11 55:3,18, 21 59:1 62:5,18 74:4,17 76:7

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 86 of 94
PageID #: 2121

78:15 79:4,5

**Corsello** 13:1

**cost** 36:18

**could've** 60:17

**counsel** 6:13 7:5

**count** 38:25

**court** 69:2,5

**cover** 18:20,23

**covered** 20:18 21:9 53:20,24 54:8,13,18

**covering** 18:15 19:22

**crash** 9:19 17:17 29:24 43:22 64:13 65:20 66:16,19

**crashes** 14:4

**critical** 74:2

**CROSS-EXAMINATION** 70:1

**crossed** 22:10

**CT** 82:5

**curb** 27:7 38:24 47:5

**curbs** 24:24

**D**

**damage** 8:25 14:17 16:12 17:3,8,13,17 23:11,14,15 24:3,21 25:1,3, 9,11,17 26:2, 18,23,25 27:9, 20 28:6 31:24 37:8 38:4 45:6 49:22 50:7 63:5

**damages** 37:20

**danger** 47:8

**dark** 57:21,22 59:5

**data** 59:10 66:15,19 67:2 69:21

**date** 71:10

**dated** 70:7

**dates** 13:25 30:1,2

**day** 24:12,13 62:12 71:7 74:23

**daytime** 58:6 59:6

**debating** 52:7

**decide** 20:23

**decision** 50:15

**deduction** 42:23

**deemed** 25:12 46:13

**deep** 52:1

**defendants** 6:22

**defensive** 79:3

**define** 19:14 50:16

**definition** 51:4,6,9

**deflector** 27:7 40:19

**demonstrate** 12:7

**dent** 45:7

**department** 68:5

**depending** 31:6 72:23

**deposition** 7:12 29:17 82:5

**Describe** 66:21

**describing**

32:25 33:1

**description** 43:25

**designated** 36:17

**desk** 22:11

**details** 9:8 12:19 39:12 65:24

**deter** 47:1

**determination** 35:23

**determine** 54:19

**determined** 17:9 35:19,22

**deterrent** 26:2 46:21

**develop** 10:18

**device** 57:5,10

**difference** 31:12

**differently** 48:9

**difficult** 50:16, 18,22 51:2,3,4, 5,6,10 52:5

**difficulty** 50:12

**DIRECT** 7:8

**directed** 48:7

**disagree** 48:8, 12,20 49:3,5,15

**disagreed** 48:9,16

**disciplinary** 40:10 63:3 71:5 74:8

**discipline** 70:22

**discourage** 25:16 46:20

**discretion** 39:3

**discussion** 28:13,22

**dishonest** 65:20

**distance** 57:6

**distinction** 23:22

**distribution** 8:9 79:7

**divide** 15:18

**document** 13:19 14:8 21:20 22:8,21 27:10 28:10 29:3,11,16 31:16 37:7,19 41:22 42:12 43:16 44:1 59:13,17 64:15 71:21 74:19 75:24 77:12,24 78:16 79:17 80:19

**documented** 23:19 39:18,24 80:15,17,20

**documents** 33:12 43:21

**double** 24:22

**doubt** 57:16,17 64:4

**download** 66:23

**drive** 29:1,10

**driver** 8:19,20 10:7 13:11 17:10,18,19 18:1,8,14 19:2, 18 25:23 31:4 39:15 54:19,24 55:21,24 57:6 58:5,7,19 59:1, 4,18 63:3 64:10 70:12 74:3 78:20

**driver's** 20:14 32:11,13 34:7, 9,14 36:3 43:24

55:23 59:7

**driver-facing** 20:9 28:15 53:19 54:17

**drivers** 8:22 9:7,23 10:5,6,8, 19 14:15,17 17:8 18:20,23 19:1,3,9,22 30:12,24 33:15 39:22 46:21 47:1 60:4,8,16, 21 62:19 68:23 69:6 72:22 79:11

**driving** 20:18, 19 28:15 47:1,2 62:17,20 79:3

**dropped** 68:20

**due** 68:10

**E**

**e-learning** 78:12

**e-mail** 64:14 65:1

**e-mails** 12:21

**ear** 57:9

**earnings** 32:1

**earth** 68:20

**effort** 12:9

**elephant** 76:12

**Elias** 65:8

**eliminate** 42:21

**embolden** 39:24

**emboldened** 39:16

**emboldening** 40:7

**enabled** 60:13

**end** 68:7

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD Document 90-4 Filed 12/30/25 Page 87 of 94 PageID #: 2122

**enforce** 12:14 49:6,15,19 64:9

**enforced** 12:10

**enforcing** 11:3 64:7

**entire** 8:17 31:15 44:1

**equipment** 8:25 16:12 17:3,17 27:9 28:6 45:6 63:5 79:12

**escalated** 63:25 64:1,6

**essentially** 31:23

**established** 59:25

**Estrid** 81:7

**events** 42:13 70:19,23 72:14 73:7

**evidence** 42:14 71:13 74:15,18 77:9

**exact** 9:7 12:18 15:5 33:14

**EXAMINATION** 7:8 73:23

**examples** 73:16,18

**exceptions** 24:5

**exercise** 78:17

**exhibit** 29:16, 18 52:23 53:1 56:23,24 70:6 71:21 72:9,10 74:20,21,24,25 75:3 76:22

**existed** 48:13 53:13

**expand** 11:7

**expectations** 12:10

**expected** 36:18

**explain** 50:2

**explained** 23:15

**explaining** 26:17

**explanation** 23:8 49:25

**eyewitness** 41:16

---
**F**
---

**face** 59:6 68:20

**faces** 20:5 55:19,20

**facilities** 47:21

**facing** 19:4 54:10,12 58:4

**fact** 12:13 38:2 42:1,3,12 43:3, 18,21 49:25

**facts** 36:4

**fail** 47:25

**failed** 26:20,22, 23 27:5,8,20

**failing** 25:16

**fair** 15:23 16:3, 19 25:10,15

**fairing** 27:8

**fairly** 10:22

**false** 39:16

**familiar** 21:23 31:18 33:13 59:23 61:9

**fault** 25:6 28:8

**faults** 24:22

**Fausta** 13:4 67:23

**feel** 39:15

**figure** 17:7

**figured** 17:9

**file** 38:16 39:17 45:10

**files** 37:19

**find** 11:1 68:12, 14

**finding** 17:23

**fine** 51:17,19

**finish** 76:13

**fireable** 63:13

**firsthand** 21:17

**fixed** 24:23 47:19

**flashes** 58:13, 15

**FMCSA** 56:25

**focus** 12:15

**focused** 12:13

**follow** 49:19 50:3

**follow-up** 27:23

**footage** 17:22 18:1,2,10 34:11 36:12 41:1 42:24 53:6,23 54:18 67:15

**form** 21:23 22:9 23:5,7,19 31:18 36:10 42:3,11 65:1

**forms** 52:20

**forward** 54:12 55:19

**forward-facing** 20:8,13

**four-lens** 55:3

**frame** 55:25 56:1

**front** 71:20,25

**full** 6:17

---
**G**
---

**gather** 36:4

**gave** 42:1

**general** 24:6

**generally** 17:9

**generate** 80:2

**gentlemen** 51:11

**give** 7:2 22:14 29:17 39:20 62:17,19 63:9

**giving** 7:12

**good** 71:1 73:20 81:4

**GPS** 56:15

**grouped** 40:18

**guess** 19:20 27:4 31:25 36:12 56:17

**guessing** 32:19

---
**H**
---

**hand** 6:25 56:9 57:9 58:8

**handheld** 57:5,10

**hands-on** 80:5

**hang** 61:3 81:6

**happen** 46:24

**happened** 11:22 18:7 23:9 32:12 33:7 34:10 35:9,24 36:3 42:5,17 43:22 44:14,20 47:10 65:20

**happening** 10:14 28:17,22

**harassing** 43:17

**hard** 50:8 52:4 68:12,14 81:21

**hazard** 70:16

**head** 9:9 10:20 14:1,10,21 29:25 33:11,16

**heightened** 66:6

**Henshaw** 6:7, 23 7:7,9 10:11 12:20 14:11,22 15:11 16:2,9 17:1 20:3,24 21:7,19 22:4,7 25:21 26:4,12 27:1,13 29:8, 19,22 32:6 33:17 34:5,16 35:3,11 37:4 38:13,20 39:14, 21 40:3,24 41:8,14 42:7,9, 10 43:5,14,19 44:7,15 45:9,15 46:1,6,10,16,23 47:9 48:15 49:2,17 50:21 51:14,17,19,25 52:18 53:3 55:9 56:6 57:2,19 58:1,21 59:8 60:11,18 61:6, 15 63:17,23 64:18,20 65:25 66:5,11 67:8,12 69:5,9,11,19,24 71:2 72:11 73:24 74:12 75:3,5,10,12,23 77:3,7 80:10, 16,23 81:4,9, 18,20,22

**hey** 9:15 51:11 69:2

**hiring** 13:9,11, 12

**hit** 34:20 35:13 39:22

**hitting** 32:23 33:5,25 38:25 40:8

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 88 of 94
PageID #: 2123

**HMD** 6:10,13 7:15,18,23 8:10,18 10:12, 17 11:16 12:3, 25 17:25 18:14, 18,22 20:17 23:3 30:6,15,19 31:15,20,22 32:8 34:13 36:2 37:18,25 52:23 53:22 55:11 58:2 60:21 67:7,18 68:9,25 69:7,22 70:19, 22 71:12,13 72:8,14,17,21 73:1,2,4,5,7,12, 13,18 74:4,16 76:6,24,25 77:8,16 78:18, 19,25 79:3,12, 17

**HMD's** 25:1

**hold** 12:21 57:22 75:7 77:2

**holding** 58:7

**hood** 42:20

**horizons** 11:8

**hours** 61:1 62:11,17,20 63:2,9,12,19 64:8

**house** 6:13

**hundreds** 9:7, 23 10:5,6 14:15

**I**

**ID** 6:20

**identification** 29:18 53:1 56:24 72:10

**identifies** 30:6

**identify** 58:17

**Illinois** 6:15

**immediately** 24:21

**important** 7:13 44:23

**improperly** 47:1

**improved** 42:19 43:25

**improvement** 41:4 70:7,11, 15,20,24 72:15

**improvements** 24:18

**in-person** 72:21

**Inaudible** 47:11 48:3 77:4 81:13

**incident** 10:3 13:17 23:4,6,20 24:2,4,25 25:5, 17 26:24 27:11, 18 28:12 32:12 33:24 34:20 35:14,18,19,23 36:17,18,22 37:1,9,10,21 39:6,17,24 40:23 41:3 42:2 43:1 44:12 45:22 46:22 48:18 49:1,24 53:18 54:20 61:13,18,24 62:23 63:5,20 65:12 66:7 67:1,16 75:2,21 76:3,15

**incidents** 8:25 10:8,19 14:3 17:16 18:4 26:6,15,20 27:5,16,18 30:20,25 31:4,5 37:12 38:17,22 40:13 48:17 50:4,10 60:16, 17 68:24 69:7

**included** 77:24

**including** 57:5 74:8

**inconsistent** 41:1

**incorrect** 45:14

**indicator** 47:7, 23

**individually** 14:20

**industry** 11:6

**Infinit-i** 77:18 78:20,24 79:21, 23,24 80:2

**information** 36:6,7,9 60:7, 12

**instances** 31:3

**intelligence** 73:4

**interact** 13:4

**interactions** 9:5,22,25

**interpret** 33:13

**investigate** 60:15

**investigation** 18:11 34:12,15 36:1 41:20 67:16

**invoice** 23:10 40:21 49:21,22, 23,24 50:6 52:9 74:10

**invoiced** 26:18

**involve** 30:2 45:7

**involved** 9:18 10:25 11:9 13:8,11,12,21, 23,24 14:3 16:13 17:21 18:5,14 24:3 33:24 34:19 44:18 45:3 53:8,10 63:4 67:14

**involving**

40:16 42:18 63:6

**inward-facing** 19:1 20:10,11 55:25

**issue** 44:16 64:9 75:13

**issues** 74:10

**J**

**Jacob** 6:18 9:15

**January** 7:20, 21 8:12

**job** 8:2,4,17 11:19 60:13,15

**July** 79:7,10

**Jurga** 67:23

**K**

**Katherine** 68:4

**Katrina** 68:4

**kind** 11:17,18, 22 18:13 43:11 76:11

**knew** 18:1 64:5

**knowing** 60:12

**knowledge** 21:17

**L**

**Lacusius** 65:8

**lane** 32:20,23 33:3,19,20,25 34:1,20,21 35:8,13,14 42:18

**lanes** 33:3 42:21

**larger** 52:8

**law** 57:10

**lawsuits** 69:21

**lean** 42:20

**learn** 64:12

**leave** 7:18,23 8:1

**led** 44:14

**left** 17:6 55:21 56:1,9 59:21 62:11

**left-** 56:8 58:3

**left-facing** 54:23 55:1,2,4, 12,14 56:1,3

**legal** 56:25

**lens** 55:1,2,5, 13

**lenses** 20:2 54:4

**level** 50:11

**light** 58:13 70:19 81:7

**lights** 32:19

**litigation** 81:8

**loaded** 10:22 65:22

**loan** 32:1

**locating** 68:16

**location** 6:6

**log** 66:25

**long** 8:10 11:23 17:6

**longer** 7:15

**looked** 71:7 74:20,24 79:17

**lot** 14:6,12,19 19:3 39:11 47:21

**lots** 79:14

**low** 24:23 47:19

**lower** 10:18

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 89 of 94
PageID #: 2124

**M**

made 11:24 20:17 28:2 45:11

Mahler 67:23

maintenance 17:11

major 23:20,23 24:3 26:24 27:11,18 31:11 35:19,22 36:17 37:8 38:5

make 8:23 12:9 19:19 20:16 26:2 28:21 31:11,25 35:23 36:4 39:16 40:13 72:8

making 7:10 60:7

management 71:22 77:10 79:18

manager 8:7, 19,20 10:8 43:9

mandatory 20:19 72:21

maneuver 47:21

maneuvering 24:23

March 8:14 9:19 29:24 31:25 33:24 34:19 53:17 64:12 66:7,15, 19 76:2 78:24

Marija 65:4

mark 23:23 29:16 52:23 56:23

marked 21:21 29:18 53:1 56:24 70:6 71:2,21 72:10 75:5

Mary 6:10

massaged 40:13,15

match 21:12

matter 6:8 43:9 51:6

matters 34:8

meaning 50:19

meanings 52:7

means 40:7

meet 68:1

meetings 12:22

memorize 30:2

memory 16:22

mentioned 10:24

merge 32:22

messages 30:5

met 31:14

Michael 67:23

middle 55:17

Mikniute 13:4

mind 22:2

mine 22:22 31:21

minor 27:16 31:10

minute 22:14 51:3 76:20

minutes 51:2, 13,16

mirror 32:21

misrepresented 43:22 44:20

missing 43:20

Misstatement 80:14

mistake 8:23 10:1

mistaken 41:17

mistakes 10:18

Mister 75:24

moment 29:17

months 15:18 76:15

motor 79:11

mounted 57:6, 8

move 20:16

movies 57:12

MSI 8:7,8

muffled 69:3

**N**

Nadia 13:1 52:15 67:18

names 67:17, 21

Nashville 6:12

needed 31:14 52:19

Netradyne 17:18,21,25 18:10 21:5 34:11 36:12 40:25 53:6,9,23 59:10,14 66:15, 19,22 67:2,15

niche 11:6,7

non-certified 80:7

non-preventable 35:14 41:2 42:2

normal 38:8

note 56:8

noted 24:19 36:21 69:13

notice 17:13

November 13:9

nuanced 28:21

number 10:18 14:24 30:22 31:5 68:8

numbered 72:9

numbers 15:6 68:22

**O**

object 19:19 47:20

objection 10:9 12:16 14:5,13 15:9,24 16:1,6, 23 19:24 20:20 21:4,14 25:18, 24 26:8,21 27:6 32:4 33:8 34:2, 22 35:6 37:2 38:11,18 39:7, 19 40:2,14 41:5,10 42:15 43:10,12,17,23 44:9 45:1,13,20 46:5,8,15,18 47:3 48:10,24 49:12 50:20 52:16 57:13 59:2 60:9,14 63:14,21 65:21 66:3,9 67:3 69:8,15 72:11 74:5 80:9,12

objectively 42:17

objects 24:24

obstruction 66:2

occur 47:20 72:24

occurred 25:1 26:7 27:24 28:12 33:1 37:20 45:22 61:24 62:10 63:19 80:21

occurrences 45:5

occurring 16:20 28:23

occurs 39:17

offense 63:13

onboarding 13:13

ongoing 71:18 76:10 77:21

operate 79:11

opinion 12:3 72:13,16,17 80:4

opposed 27:12,15

opt 18:25 19:8, 22 20:12,14 28:14

opted 19:2

opting 20:10

option 19:8 21:2

optional 20:17

orders 81:18

ordinarily 19:16

ordinary 19:15

orientation 24:16 74:23 78:7,8,9,20 80:6,21

ORT 24:16

outlined 70:23 72:14

**P**

p.m. 6:4 51:21, 24 82:4,5

part 18:10 41:4 44:16 59:9 62:16 73:20

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 90 of 94
PageID #: 2125

**participating** 6:11,14

**parties** 6:5,20

**party** 40:16 45:7 63:6

**passed** 32:18

**passenger** 42:18

**passing** 32:18 33:2

**pay** 32:1

**PDF** 81:21,22

**pending** 51:15

**people** 25:16 53:14 60:21,22 63:8 67:17,21 68:5

**percent** 47:13

**person** 19:15 30:16 58:17 73:17 80:6

**personal** 72:13,16,17

**personnel** 11:3

**perspective** 34:10 35:10

**phone** 54:19, 24 57:5 58:7 68:8,14,19

**phonetic** 65:9 68:4 81:8

**phrase** 19:25

**phrased** 10:16

**phrasing** 16:8, 25 20:1 69:15

**place** 12:11 38:4 48:13 49:5,6,14,15,18 73:2

**plaintiffs** 6:8, 23

**plan** 10:18

**played** 55:8 57:25 61:5

**playing** 55:10

**PM** 17:11

**point** 9:14 14:20 19:19 25:9 35:18 46:2,11,17,19 52:8 77:25

**points** 55:21, 22

**policy** 18:19,25 25:1,9,11,15, 19,23 26:6 27:25 36:25 39:5 45:12,16, 18 46:2,11,17, 19,25 47:25 48:4,5,8,12,17, 20,22 49:4,6, 11,20 50:3 72:18

**position** 21:18

**post-accident** 78:24

**Powerpoint** 24:17

**practice** 19:13, 21

**present** 47:7

**presentation** 24:17

**presented** 70:16

**preserve** 66:15,19 67:2

**presume** 76:6

**Pretty** 8:16

**prevent** 60:17

**preventable** 8:25 10:3,19 23:20 25:5,12 26:24 27:11 30:20,25 31:4,5 35:19,22 36:7, 22,25 37:9,10, 21 38:17 39:6

40:22 41:23,24 43:1 45:5,18,19 46:3,12,13 48:18 49:1,4, 23,24 50:4,6 61:12 63:5,20 75:20

**preventative** 17:11

**preventing** 10:13

**previous** 48:18

**previously** 21:21 45:3

**printed** 71:7

**privacy's** 19:18

**proactive** 10:13,15 73:12, 19

**PROCEEDING S** 6:1

**process** 13:9, 11 17:15 62:25 63:3 65:14 67:11

**produced** 30:5 55:11 58:2 59:14 78:19

**proof** 74:25 75:14

**proper** 79:6

**provide** 23:7 24:10

**provided** 24:7, 11 71:13

**public** 47:8

**pull** 59:10 70:5 76:24

**pulled** 57:23 61:18 77:1

**purpose** 25:23 26:1

**purposely** 41:12

**pursue** 7:24

**put** 21:12 23:25 71:12

**putting** 40:21

---

### Q

**qualified** 74:3

**question** 10:16,23 15:15, 19 19:20 21:18 22:18,19,20 26:11 27:19,23 29:5 32:24 35:4 36:24 40:6,25 41:25 42:6,8,9, 11 43:2 44:12, 13 48:6,16 49:9 51:15 54:1,7,11 61:16 65:23 66:22 69:4,5,16 74:10 75:17 77:6

**questions** 30:4 70:3 80:24

**quick** 7:14 29:19 52:24

**quit** 68:9

**quota** 68:1

---

### R

**raise** 6:25

**raised** 74:10

**reaction** 65:16

**read** 22:14 32:13 34:23 44:1 69:3

**real** 29:19 52:24

**rear** 32:21

**reason** 35:12

**reasonable** 19:13,14,21 20:12

**recall** 9:4

13:10,20 15:5, 15 16:13 17:20, 24 18:4,6,17,18 19:4 21:10,15 22:19 23:4,6 24:9,25 25:4 28:13,16,17,18, 21 29:23 30:16, 19,23,24 31:3,5 36:1,14 38:6,12 60:20 62:13 63:11,15 64:14, 22 65:3,5,7,11, 13 66:10,13,14, 18,20 67:6,10, 17 68:23 69:1, 6,18

**receive** 66:2

**received** 23:10 80:4

**receiving** 29:14

**recess** 29:20 51:22

**recognize** 21:21 22:8,9 31:17 68:22

**recommend** 66:6

**record** 6:3,17 29:19,21 51:20, 23 57:17 71:19 78:15,16 81:17 82:4

**recorded** 20:14

**recording** 55:8 56:5 57:25 58:20 61:5,14

**REDIRECT** 73:23

**regulations** 11:2

**related** 8:24

**relevant** 68:11 72:2

**remember** 13:25 14:2,9

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203


TriStar
COURT REPORTING
MEMPHIS • CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 91 of 94
PageID #: 2126

15:13,22 22:13 25:8 30:12 31:12 33:10,16 34:8,13 36:5 39:9,11 52:13, 22 53:12,15,18, 21 56:15 59:6 60:22,24 62:14, 15 65:16,18,23 66:21

**remotely** 6:9

**remove** 57:7

**repair** 23:11 31:24

**repeat** 80:18

**rephrase** 26:11

**rephrased** 54:1

**rephrasing** 15:14

**report** 12:25 13:6 24:21 25:11,13,17 26:14,20,22,23 27:4,5,8,20 39:6 43:21 45:19 46:3,13, 22 48:1,19

**reported** 13:2 14:18 17:14,19 18:1 26:3 28:5, 6,7,8,11 42:13 45:23,25 64:3 68:24

**reporter** 6:3, 16,19,24 7:5 29:21 51:20,23 69:2 81:3,10, 12,14,17,21,23, 25 82:3

**reporting** 25:1, 9 40:8

**reports** 48:9

**represent** 6:8, 10

**requirements** 79:11

**respect** 23:5 68:10

**respectfully** 53:25

**retaining** 72:18

**retraining** 72:22 73:17

**review** 17:25 32:8 52:24 54:18 59:9,10 60:25 61:17,19 62:10,16 65:24 70:7,11,15,20, 24 72:15

**reviewed** 23:4 40:25 53:17,22 65:11 67:15 74:16

**reviewing** 18:10 36:10 56:7

**Rick** 65:6

**Ridge** 6:15 72:24

**right-hand** 22:25 31:20 32:9

**rim** 27:7 38:24 40:19 47:6,11, 12,15

**ring** 9:9 14:9

**rings** 9:6

**risk** 40:10,12

**Rita** 68:4

**roadway** 70:16

**Robert** 68:4

**role** 9:1 10:13 49:18

**room** 24:17 74:23 76:12 78:8,9 80:6,21

**roughly** 8:12

**rules** 11:2

**S**

**safe** 74:3

**safety** 7:24 8:7, 24 10:25 11:2, 6,9 12:4 24:11, 21 30:7,15 32:7 52:24 53:2 64:2,3 68:5 70:6,11,14,20, 23 71:6 72:15 73:13,19 78:9

**sake** 19:18

**scoped** 11:5

**scores** 52:24 53:2

**screen** 56:8 70:5 71:12 75:9

**screenshot** 56:22

**scroll** 22:16 29:2 32:7 35:17 71:15,16,23 76:7

**scrolling** 22:2

**scrutiny** 66:6

**seatbelt** 57:8

**seconds** 81:7

**section** 41:4

**send** 12:21

**separate** 26:14,20 27:5, 18,20 44:17 45:3 50:9,10 62:25 63:1

**series** 42:13

**served** 9:10

**serves** 26:1

**service** 17:11 61:1 62:11,18, 20 63:2,9,12,19 64:8,9

**set** 12:10

**severities**

59:25

**severity** 24:22

**share** 13:19 21:20 31:16 59:13 64:15

**sharing** 76:21

**shed** 81:7

**shop** 17:11 23:11 50:9 52:9

**show** 14:8 44:23 54:24 55:5 61:4

**showed** 12:6 37:7 42:4,14

**showing** 38:16

**shown** 76:20

**shows** 27:4 77:12

**sic** 70:7

**side** 19:3,18 20:12,13 22:25 54:12 55:24 56:1,9 58:14

**side-facing** 20:7

**sides** 24:23

**signal** 32:20

**signature** 22:20 23:1 31:19 32:8

**single** 45:22

**sir** 8:6 13:20 21:22 22:8 31:17 59:15 64:21 69:25 71:24

**sleep** 20:6

**sleeping** 19:6

**smaller** 27:16

**solemnly** 6:25

**sort** 10:1 78:17

**sounds** 24:6 25:14 32:3 43:7

**space** 71:22 77:10 79:18

**spam** 68:21

**specialized** 63:7

**specific** 8:1 15:23 16:14 22:13 31:1,13 39:9 58:17

**specifically** 8:24 9:21 16:15 18:5 29:23 36:13 74:22

**specifics** 9:8 12:19 33:14

**speculate** 20:22,25 36:11

**speculating** 41:12

**speed** 47:19

**speeds** 24:23

**spell** 43:3 44:8

**spelled** 44:3

**spoke** 9:6

**spot** 42:22,25

**stamp** 71:12

**stand** 16:21 51:18

**standard** 67:16

**standards** 57:1

**Stanojkovsa** 65:4

**state** 6:5,17

**stated** 74:22

**statement** 26:14,16,19 32:11,13 33:7, 23 34:7,9,14,18 36:8 42:1 43:24

**statements** 41:16

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · CHATTANOOGA

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 92 of 94
PageID #: 2127

states 42:17

Steinbarger 65:6

steps 12:7

stick 46:25

sticking 17:6

stipulate 6:20, 22

stop 76:21

stopped 56:5 58:20 61:14

stratosphere 52:6

structure 12:11 37:25 38:3

stuff 40:8

subjective 10:22

subpoena 9:10

subpoenaed 68:16

sued 9:15

sufficiently 74:9

suggested 36:6

supervised 28:14

supporting 42:2

supposed 44:19 46:14

surely 76:12

surprised 65:15

swear 7:1

swerve 32:22 33:19 35:8

system 53:9 66:22 73:2,17

**T**

taking 28:13

talk 9:16 18:12 60:16,21

talked 36:16 58:4 73:16

talking 10:8 14:23 18:24 20:5,6,7,9 53:5 55:4,12 74:25 75:4 76:15 77:9 79:15

tasked 11:3

Taut 6:13 81:6, 13,25 82:2

team 73:21

technically 37:8,9,22 38:2 40:22

telling 41:13 52:8 80:11

ten 15:2,3,17 51:1

Tennessee 6:9,12

Tenstreet 77:19 78:12 79:3,13,25 80:2

tenure 73:13

terminate 31:14

terminated 29:15 70:19

terminating 30:24 31:3

termination 40:10

terms 50:17 55:12

testimony 7:1 15:22 16:5 80:14

texting 30:6

That'd 56:17

that'll 72:9

themself 30:6

thing 18:12 77:20

things 10:14 12:14,15 23:18 26:17 38:1 46:24 52:3 57:20

thought 35:9 41:18 52:20 69:17 74:24

threshold 23:24 31:2,13, 14

throw 75:3

tight 47:21

Tim 6:7 22:2 26:9 29:6 64:17 67:7 69:2 77:6 81:6

time 6:3 7:13 8:18 9:7 24:25 25:4 26:6,18 27:24 31:15 34:13 36:2 39:10 41:17 44:20 49:8 51:20,23 52:14, 22 53:22 54:20 56:15 61:17,20, 23 68:8,25 69:7,22 71:6 73:1,5 81:1 82:4

times 17:7,24 27:20 38:25 39:1,23 44:17 45:3

today 7:11 76:16

tools 59:21

top 9:9 10:20 13:25 14:9,20 22:16 29:25 33:11,16 42:18 62:1 64:23

77:20

total 11:25 36:18

totally 42:4

touch 57:7

Toyota 32:18

training 13:16 24:7,11 71:3,6, 13,18,22 74:1, 6,8,15,19,22 75:1,15 76:10, 13 77:10,21 78:1,9,13,20,24 79:7,13,14,24 80:3,4,7

transcript 81:18,19

treat 38:9 48:17 49:4

treated 26:24 27:11,17 37:8, 11,21 39:18 49:24

trepidation 7:12

trouble 68:16

truck 17:12 25:17 27:21 31:24 38:24 55:17 56:9

trucking 6:11, 14 7:15,19,23, 25 10:25 11:1, 3,5,6,10,15,24, 25 12:25 23:3 47:21 55:11 58:2

true 26:13

truth 7:2,3 41:3,6

Tudor 6:13

turn 40:13 47:17

turned 32:19, 20

turning 47:16

type 21:23 25:17

typically 6:19 61:17

**U**

Uh-huh 9:24 19:11 23:2 33:6 55:7 56:4,20 58:24 64:2 67:22 73:9 77:13,14

uncovered 20:19

understand 7:11,13,15 10:15 27:17 50:25

understanding 21:11,13

undocumented 80:7,13

unexpected 40:21

unique 16:15

unit 55:16

unreasonable 40:21

unreported 14:3 16:12 17:3,8 23:13,14 25:3 26:5 38:4 45:17,22 46:12 48:17 49:4 50:6 68:24 69:7

unsafe 47:24 70:12

unsafely 47:2

usual 65:14

**V**

varied 31:6

vehicles 14:17

verify 61:18

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS • NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com

Case 1:24-cv-00155-TRM-MJD    Document 90-4    Filed 12/30/25    Page 93 of 94
PageID #: 2128

**versus** 31:11

**Viber** 30:4,13, 15

**video** 42:4,14 55:6,8,10,11 56:5 57:22,23, 25 58:2,11,20 61:4,5,7,8,14, 23 65:12,17

**videos** 66:24

**view** 19:3,18 20:13 32:21

**violate** 72:18

**violated** 63:2

**violating** 27:24

**violation** 26:6 63:19

**violations** 63:10,12

---

**W**

---

**Wait** 76:5

**wanted** 7:24 10:24 11:7 37:18 76:8

**warehousing** 8:9

**warning** 29:14 71:3

**Wasit** 71:2

**watched** 61:7

**watching** 57:12 65:17

**water** 51:13,18

**website** 66:23

**weekend** 81:5

**weight** 79:6

**White** 6:10,22 10:9 12:16 14:5,13 15:9,24 16:1,6,23 19:24 20:20 21:4,14 22:2,5 25:18,24

26:8,21 27:6 29:5 32:4 33:8 34:2,22 35:6 37:2 38:11,18 39:7,19 40:2,14 41:5,10 42:6,9, 15 43:10,17,23 44:9 45:1,13,20 46:5,8,15,18 47:3 48:10,24 49:12 50:20 51:11,15,18 52:16 57:13 59:2 60:9,14 63:14,21 64:17, 19 65:21 66:3,9 67:3,5,7,9 69:2, 8,12,15 70:2 72:12 73:22 74:5 75:4,7,11, 19,22 77:1,5 80:9,12,14,25 81:11,15,23,24

**wide** 47:17

**wider** 11:5

**withholding** 41:12

**word** 36:3 50:18,22 52:5

**words** 52:7

**work** 7:15 11:23 48:6 49:10 51:3,4

**worked** 10:12 11:24 12:1,4,18 18:13,19,22 19:7 24:2 30:19 39:13 67:18,21

**working** 11:9 17:24 18:8 44:6 60:4 68:9 73:14 74:3

**Wortham** 6:11 9:2,5,15,18 13:16,21 16:21 17:4 18:5 23:5 24:8,19 26:13 27:19 28:25 29:9,24 30:5 32:24 34:18 35:24 41:3

42:1,12 43:22 49:20 52:25 53:18 58:10 59:11 60:25 65:12,19 66:7 70:12,15,18,22 71:14,22 72:18 74:1 75:14 76:13

**Wortham's** 13:9 28:14 33:23 36:22 41:2 62:11

**would've** 13:16 16:15 17:4 24:14,16 26:17 30:14,15, 16 52:13 53:16 57:17 63:24 64:4 65:1 74:2

**write** 25:19 48:8 50:3

**write-up** 41:4 57:18 61:13

**write-ups** 62:17,19 63:1,9

**writeup** 13:21, 23 14:3 24:19 74:1 75:17 76:1 77:15 80:19

**writing** 49:20 50:1

**written** 23:14 24:13 25:16 29:14 48:19 50:5,7,9 71:3,5

**wrong** 39:4 46:7,9,11

**wrongly** 33:25

---

**Y**

---

**yard** 17:10 45:24 72:24

**year** 39:12 76:14

**years** 8:11 14:15 15:18 72:20

**you-all** 31:24 69:3 81:4

---

**Z**

---

**zoom** 6:12,14 21:25 32:14 59:19

Tristar Court Reporting
3102 West End Ave
Suite 400
Nashville, TN 37203

TriStar
COURT REPORTING
MEMPHIS · NASHVILLE

(615)616-8065
schedule@tristardepos.com
www.tristardepos.com