

**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)**
**Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.

_____

Antonio Wortham

10-14-2021

Date

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000188

# Background Check Report



...has not been finalized. ...has not been finalized. This ...

800.906.1674
support@asurint.com

## Search Information

| | | | |
|---|---|---|---|
| **Candidate:** | WORTHAM, ANTONIO | **Order ID:** | 43696380 |
| **SSN:** | XXX-XX-XXXX | **Customer:** | HMD Trucking, Inc |
| **DOB:** | XX/XX/XXXX | **Order Date:** | 10/15/2021 11:17:25 AM |
| **Reference 1:** | | **Completion Date:** | |
| **Reference 2:** | Victoria Sabotkoska | **Package:** | Standard Criminal Screening Package with MVR, CDLIS |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Processing | 10/21/2021 | | | View |
| **Georgia County Court Criminal** | TROUP | Processing | 10/19/2021 | | | View |
| **Alabama CrimeSearch** | Tuscaloosa | Processing | 10/19/2021 | | | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Processing | 10/15/2021 | | | |
| **CDLIS Report** | | Processing | 10/15/2021 | | | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

## WORTHAM, ANTONIO

### VeriFynd



**ANTONIO WORTHAM**

#### Search Criteria

| | | |
|---|---|---|
| **Search Name:** | ANTONIO WORTHAM | - **VERIFIED** |
| **Date of Birth:** | XX/XX/XXXX | - **VERIFIED** |

#### VeriFynd Option

| | |
|---|---|
| **Setting:** | Modified Alias |
| **Searched By:** | SSN |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000189

| | |
|---|---|
| **SSN:** | **VALID (ISSUED)** |
| **Issue State:** | GA |
| **Issue Dates:** | ██ - 1983 |
| **Note:** | A validated SSN only indicates that the number is a valid SSN issued by the Social Security Administration. It does not verify that the SSN belongs to the candidate of the search. |

## USER SUBMITTED ADDRESSES FOR ANTONIO WORTHAM

| Name | Address |
|---|---|
| ANTONIO WORTHAM<br>XX/XX/XXXX | 450 Barn Wood Road<br>Tuscaloosa, AL 35405 |

End of Section

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000190

# Background Check Report



ASURINT
VERIFY EVERY HIRE

800.906.1674
support@asurint.com

## Search Information

| | |
|---|---|
| **Candidate:** WORTHAM, ANTONIO | **Order ID:** 43696380 |
| **SSN:** XXX-XX-XXXX | **Customer:** HMD Trucking, Inc |
| **DOB:** XX/XX/XXXX | **Order Date:** 10/15/2021 11:17:25 AM |
| **Reference 1:** | **Completion Date:** |
| **Reference 2:** Victoria Sabotkoska | **Package:** Standard Criminal Screening Package with MVR, CDLIS |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Processing | 10/21/2021 | | | View |
| **Georgia County Court Criminal** | TROUP | Processing | 10/19/2021 | | | View |
| **Alabama CrimeSearch** | Tuscaloosa | Processing | 10/19/2021 | | | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Processing | 10/15/2021 | | | |
| **CDLIS Report** | | Processing | 10/15/2021 | | | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

### WORTHAM, ANTONIO

**National Criminal Information Bureau  (Nationwide)**
**Search Candidate: WORTHAM, ANTONIO**

NCIB: Asurint's primary source data solution includes criminal information from the following: Felony and Misdemeanor courts, State Administrative Office of the Courts, State Department of Corrections, 50 State Sex Offender Registries and the District of Columbia, and criminal records from targeted single county search results. Criminal records are updated daily.

*No Reportable Records Found*

End of Section

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000191

# Background Check Report



ASURINT
VERIFY EVERY HIRE

800.906.1674
support@asurint.com

## Search Information

| | | | |
|---|---|---|---|
| **Candidate:** | WORTHAM, ANTONIO | **Order ID:** | 43696380 |
| **SSN:** | XXX-XX-XXXX | **Customer:** | HMD Trucking, Inc |
| **DOB:** | XX/XX/XXXX | **Order Date:** | 10/15/2021 11:17:25 AM |
| **Reference 1:** | | **Completion Date:** | |
| **Reference 2:** | Victoria Sabotkoska | **Package:** | Standard Criminal Screening Package with MVR, CDLIS |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Processing | 10/21/2021 | | | View |
| **Georgia County Court Criminal** | TROUP | Processing | 10/19/2021 | | | View |
| **Alabama CrimeSearch** | Tuscaloosa | Processing | 10/19/2021 | | | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Processing | 10/15/2021 | | | |
| **CDLIS Report** | | Completed | 10/15/2021 | 10/15/2021 | Record(s) Found | |

* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

---

### WORTHAM, ANTONIO

**CDLIS Report**
Search Candidate: **WORTHAM, ANTONIO**

#### COMMERCIAL DRIVERS LICENSE INFORMATION SYSTEM

Date of Request: 10/15/2021

**What is the Commercial Driver's License Information System?**

The Commercial Driver's License Information System (CDLIS) product provides information on which states a driver has held a commercial driver license, including up to three different license numbers, any AKA information, and the name, date of birth, and social security number match. Customers can obtain definitive information about any additional licenses a driver may have as well as insure that the information received matches that of the CDL holder. Note: Commercial Motor Vehicle Safety Act of 1986 made it illegal to hold more than one commercial license.

**ANTIONO DERALLE WORTHAM**      **DOB: XX/XX/XXXX**

| Driver's License State: | AL | Driver's License #: | 9785360 |
|---|---|---|---|

End of Section

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 5 of 91   PageID #: 2215
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000192

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000193
PageID #: 2216

**ANTIONO WORTHAM - MVR Abstract (page 1 of 1)**



| | |
|---|---|
| **Report Date:** | 10/15/2021 2:25 PM |
| **State:** | AL |
| **License:** | 9785360 |
| **Requested By:** | Nikolovska, Kate |
| **Driver Ref #:** | N/A |
| **Division Name:** | HMD Trucking Inc. |

WORTHAM, ANTIONO DERALLE
450 BARN WOOD RD
TUSCALOOSA, AL 354056634

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **County:** | N/A | **Date of Birth:** | 0▮▮▮ | **Sex:** M | **Points:** | 0.00 | |
| **Height:** | N/A | **Weight:** | N/A | **Eyes:** N/A | **CDL Status:** | LICENSED | |

| Class | Type | Issue | Expiration | Status |
|---|---|---|---|---|
| CLASS A COMMERCIAL VEH ANY WEIGHT MAY TOW ANOTHER VEH > 10K LBS. | COMMERCIAL | 05/05/2021 | 10/19/2022 | CURRENT |
| | Original Issue Date: | 10/20/2017 | | |
| | Restrictions: | Corrective Lenses;No Manual Transmission CMV | | |

**Medical certificate**

| Issued | Expires | Status | Self Certificate | Description | Source |
|---|---|---|---|---|---|
| 08/30/2021 | 08/30/2023 | Certified | Non-Excepted Interstate | MEDICAL CERTIFICATE | MVR |

**Examiner**

| Name | Phone# | MDLicenseNo | MDLicJurisd | Specialty | MDRegistryNo | Source |
|---|---|---|---|---|---|---|
| LINDA STEVENSON | (803)939-8422 | 18634 | SOUTH CAROLINA | Advance Practice Nurse | 5678763713 | MVR |

**Other info**

Restrictions: Wearing corrective lenses
Date On Record: 09/08/2021

**Miscellaneous Driver Info**

Additional Address:: 450 BARN WOOD RD , TUSCALOOSA, AL 354056634

CDL Original Issue Date: 10/19/2018

| Viol/Sus Date | Conv/Reins Date | Viol Type | PT | Description | Code | CML |
|---|---|---|---|---|---|---|
| 06/13/2019 | 07/10/2019 | ViolationOutofState | | IMPROPER BACKING | 016 | True |
| | | ACD CODE = N82 | | | | |
| | | ACD Description = Improper backing | | | | |
| | | State: FL | | | | |

**** END OF DRIVING RECORD ****

© 2021, Explore Information Services, LLC. All Rights Reserved.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER HMD TRUCKING 000194
LOCATOR#7828455

# Background Check Report



**ASURINT**
VERIFY EVERY HIRE

800.906.1674
support@asurint.com

## Search Information

| | |
|---|---|
| **Candidate:** WORTHAM, ANTONIO | **Order ID:** 43701847 |
| **SSN:** XXX-XX-XXXX | **Customer:** HMD Trucking, Inc |
| **DOB:** XX/XX/XXXX | **Order Date:** 10/15/2021 3:33:56 PM |
| **Reference 1:** | **Completion Date:** 10/15/2021 3:34:01 PM |
| **Reference 2:** Victoria Sabotkoska | **Package:** PSP Only Package |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| PSP Report - US DOT FMCSA | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| VeriFynd | | Completed | 10/15/2021 | 10/15/2021 | Completed | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| Summary of Rights | Completed | View |

## WORTHAM, ANTONIO

### VeriFynd



**ANTONIO WORTHAM**

*Search Criteria*

| | | |
|---|---|---|
| **Search Name:** | ANTONIO WORTHAM | - **VERIFIED** |
| **Date of Birth:** | XX/XX/XXXX | - **VERIFIED** |

*VeriFynd Option*

| | |
|---|---|
| **Setting:** | Modified Alias |
| **Searched By:** | SSN |

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 8 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000195
PageID #: 2218

*Social Security Administration SSN Verification*

| | |
|---|---|
| **SSN:** | **VALID (ISSUED)** |
| **Issue State:** | GA |
| **Issue Dates:** | ▮ - 1983 |
| **Note:** | A validated SSN only indicates that the number is a valid SSN issued by the Social Security Administration. It does not verify that the SSN belongs to the candidate of the search. |

### USER SUBMITTED ADDRESSES FOR ANTONIO WORTHAM

| Name | Address |
|---|---|
| ANTONIO WORTHAM<br>XX/XX/XXXX | 450 Barn Wood Road<br>Tuscaloosa, AL 35405 |

End of Section

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000196

# Background Check Report



## Search Information

| | |
|---|---|
| **Candidate:** WORTHAM, ANTONIO | **Order ID:** 43701847 |
| **SSN:** XXX-XX-XXXX | **Customer:** HMD Trucking, Inc |
| **DOB:** XX/XX/XXXX | **Order Date:** 10/15/2021 3:33:56 PM |
| **Reference 1:** | **Completion Date:** 10/15/2021 3:34:01 PM |
| **Reference 2:** Victoria Sabotkoska | **Package:** PSP Only Package |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **PSP Report - US DOT FMCSA** | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

### WORTHAM, ANTONIO

**PSP Report - US DOT FMCSA**
**Search Candidate: WORTHAM, ANTONIO**

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000197
PageID #: 2220

# PSP Detailed Report

Federal Motor Carrier Safety Administration

## Driver Information

| Last Name | First Name | License # | State |
|---|---|---|---|
| WORTHAM | ANTIONO | 9785360 | AL |

## Crash Activity

### Crash Summary (Crashes listed represent a driver's involvement in FMCSA-reportable crashes, without any determination as to responsibility.)

| # of Crashes: | 1 | # of Crashes with Fatalities: | 0 | # of Crashes with Injuries: | 1 | # of Towaways: | 1 |
|---|---|---|---|---|---|---|---|
| | | # of Fatalities: | 0 | # Injuries: | 2 | # of Hazmat Releases: | 0 |

### Crash Details (Crashes listed represent a driver's involvement in FMCSA-reportable crashes, without any determination as to responsibility.)

| | Date | DOT # | Carrier Name | Driver Name | Driver Lic | State | Driver DOB | Rpt St | Report Number | Location | # Fatalities | # Injuries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/08/2020 | 439262 | PUBLIX SUPER MARKETS INC | WORTHAM, ANTIONO | 9785360 | AL | XX/XX/XXXX | AL | AL0000700459 | I-65 | 0 | 2 |

## Inspection Activity

### Inspection Summary

| Driver Summary | | Vehicle Summary | | Hazmat Summary | |
|---|---|---|---|---|---|
| Driver Inspections: | 1 | Vehicle Inspections: | 1 | Hazmat Inspections: | 0 |
| Driver Out-of-service Inspections: | 0 | Vehicle Out-of-service Inspections: | 0 | Hazmat Out-of-service Inspections: | 0 |
| Driver Out-of-service Rate: | 0% | Vehicle Out-of-service Rate: | 0% | Hazmat Out-of-service Rate: | 0% |

### Inspection Details

| | Carrier Info | | | Driver Info | | | | Inspection Info | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | DOT # | Carrier Name | Driver Name | Driver Lic | State | Driver DOB | Rpt St | Report Number | Hazmat Insp | Insp Level | # of Viol |
| 1 | 09/09/2021 | 87409 | ANNETT HOLDINGS INC | WORTHAM, ANTONIO | 9785360 | AL | XX/XX/XXXX | TN | TBDY001882 | N | 1 | 0 |

### Violation Summary

| Violation # | Description | # of Violations | # of Out-of-service Violations |
|---|---|---|---|

The summary counts and rates only include violations that were attributable to WORTHAM, ANTIONO.

Report executed at: 10/15/2021 3:34:01 PM
MCMIS snapshot date: 9/24/21

For an explanation of FMCSA-reportable crashes see https://www.psp.fmcsa.dot.gov/psp/FAQ.aspx.

End of Section

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 11 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000198
PageID #: 2221

# Background Check Report

This report has not been finalized. This report has not been finalized. This report



**ASURINT**
VERIFY EVERY HIRE

800.906.1674
support@asurint.com

## Search Information

| | |
|---|---|
| **Candidate:** WORTHAM, ANTONIO | **Order ID:** 43696380 |
| **SSN:** XXX-XX-XXXX | **Customer:** HMD Trucking, Inc |
| **DOB:** XX/XX/XXXX | **Order Date:** 10/15/2021 11:17:25 AM |
| **Reference 1:** | **Completion Date:** |
| **Reference 2:** Victoria Sabotkoska | **Package:** Standard Criminal Screening Package with MVR, CDLIS |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Processing | 10/21/2021 | | | View |
| **Georgia County Court Criminal** | TROUP | Processing | 10/19/2021 | | | View |
| **Alabama CrimeSearch** | Tuscaloosa | Processing | 10/19/2021 | | | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| **CDLIS Report** | | Completed | 10/15/2021 | 10/15/2021 | Record(s) Found | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

## WORTHAM, ANTONIO

### Alabama Driving Record - 3 Yr.  (STATEWIDE)
### Search Candidate: WORTHAM, ANTONIO

### Driver's Report Summary

**License #9785360: VALID**

**Class:** A
**Class Description:** A - COMBINATION VEHICLE WITH GVWR OVER 26,001 LBS WITH VEHICLE IN TOW OVER 10K GVWR.

**Expires on:** 10/19/2022

**Submitted DL Number:** 9785360

**Medical Cert: CERTIFIED**

**State Issued:** n/a
**Expires on:** 08/30/2023

**Self Cert Status:**

- NON-EXCEPTED INTERSTATE

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000199

**Offenses and State Messaging:**  Violations (1)  |  Accidents (0)  |  Driver Actions (0)  |  State Messages (2)

## Driver's Full Details

### License #9785360 - **VALID**

**Issued:** 05/05/2021

**Expires On:** 10/19/2022

**Originally Issued:** 10/20/2017

**Description:** A - COMBINATION VEHICLE WITH GVWR OVER 26,001 LBS WITH VEHICLE IN TOW OVER 10K GVWR.

**Class:** A

**DMV Location:** AL

**Restrictions:** CORRECTIVE LENSES, NO MANUAL TRANSMISSION CMV

**Restriction Description:** CORRECTIVE LENSES, NO MANUAL TRANSMISSION CMV

**Driver Info w/State:**

ANTIONO DERALLE WORTHAM
450 BARN WOOD RD
TUSCALOOSA, AL
35405

Driver is OVER 21

### Offenses and State Messaging

### Violations (1)

Record 1 of 1

**Offense:** IMPROPER BACKING

**Event Type:** VIOLATION

**City:** FLORIDA

**Conviction Date:** 07/10/2019

**ACD:** N82

**Points:** 0.0

**Issue Date:** 06/13/2019

**Commercial Vehicle:** Y

**AVD:** ML03

**City Location:** FLORIDA

**State Code:** 016

### State Specific Message

Previous Address: 450 BARN WOOD RD TUSCALOOSA AL 35405

EXPIRATION DATES IN THIS DOCUMENT MAY HAVE BEEN EXTENDED PURSUANT TO EXECUTIVE, OR LEGISLATIVE ACTION OF THE ISSUING JURISDICTION RELATED TO COVID-19., PLEASE CONSULT WITH THE JURISDICTION FOR FURTHER DETAILS.

### Medical Certification - **CERTIFIED**

**Self Cert Status:** CERTIFIED

**Expires on:** 08/30/2023

### Examiner Information

**Description:** MEDICAL EXAMINER INFORMATION

**MD License#:** 18634

**Phone No:** 8039398422

**First Name:** LINDA

**MD Registry#:** 5678763713

**Type:** MEDICAL EXAMINER

**MD License Jurisdiction:** SC

**Speciality:** ADVANCE PRACTICE NURSE

**Last Name:** STEVENSON,

**Examiner Name:** LINDA STEVENSON,

### Medical Certification Restriction

**Text:** CORRECTIVE LENSES

End of Section

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000200



**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)
Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.

Antonio Wortham

10-15-2021

Date

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000201



**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)
Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.

| | |
|---|---|
| Antonio Wortham | 10-15-2021 |
| | Date |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000202

**HMD Trucking, Inc.**
10031 Virginia ave
Chicago Ridge, IL 60415
888-215-8523

| Personal Information | |
|---|---|
| Name | Antonio Wortham |
| Residence 1 years or longer (If No, previous addresses shown below) | Yes |
| Current Address | 450 Barn Wood Road |
| City, State/Province Zip/Postal | Tuscaloosa, AL 35405 |
| Country | United States |
| Residence 3 years or longer (If No, previous addresses shown below) | Yes |
| SSN/SIN | ███████ |
| Date of Birth | 0███-███ |
| Primary Phone | 770-731-7220 |
| Cell Phone | 770-731-7220 |
| Email | antonio_wortham@yahoo.com |
| Yes, I agree to receive information concerning future opportunities or promotions from HMD Trucking, Inc. by email or other commercial electronic communications. | Yes |
| Would you like to receive communication from HMD Trucking, Inc. via text message? By participating, you consent to receive text messages sent by an automatic telephone dialing system, which may contain recruiting/advertising messages. Consent to these terms is not a condition of being hired, contracted, or leased. You may opt out at any time by texting STOP to unsubscribe. You also agree that HMD Trucking, Inc.'s service provider receives in real time and logs your text messages with HMD Trucking, Inc.. | Yes |

| Company Questions | |
|---|---|
| GENERAL INFORMATION | |
| What position are you applying for? | Lease Operator |
| What fleet are you applying to? | Not Sure |
| If you answered "Owner Operator" or "Fleet Owner", select yes. | No |
| EQUIPMENT (OWNER/OPERATORS ONLY) | |

Case 1:24-cv-00155-TRM-MJD Document 102-1 Filed 01/19/26 Page 16 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000203
PageID #: 2226

1

| | |
|---|---|
| Equipment Description (Tractor): | |
| Type: | |
| Year: | |
| Make: | |
| Model: | |
| Color: | |
| VIN: | |
| Weight | |
| Mileage | |
| Fifth Wheel Height | |
| How much Class A driving experience do you have? | 3 years |
| What will be your preferred Driving Status? | Solo |
| If you have spoken with a recruiter, please select: | Victoria Sabotkoska |
| Are you legally eligible for employment in the United States? | Yes |
| Are you currently employed? | No |
| What date did your last employment end? | 09-11-2021 |
| Do you read, write, and speak English? | Yes |
| Have you ever worked for this company before? | No |
| Enter start and end dates, location, position, and reason for leaving: | |
| Do you have a current TWIC card? | No |
| Expiration date: | |
| Please enter the names of any relatives employed here: | |
| Have you ever been known by any other name? | No |
| Enter name: | |
| How did you hear about us? | Driver Referral |
| If "Driver Referral", please enter the driver's name | Tyree Threadcraft |
| If "Other", please explain | |
| In case of Emergency, notify (list name, address, and phone): | Lyra Kissun<br>809 Juniper Street<br>LaGrange Ga 30240<br>7063330324 |

### DRIVING EXPERIENCE

For each class of equipment, enter type of equipment (van, reefer, tank, etc.), start and end dates, and approximate number of total miles. If no experience in a class, enter "NONE".

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000204

2

| Straight Truck | None |
|---|---|
| Tractor and Semi-Trailer | 3 years - 430,000 |
| Tractor - Two Trailers | None |
| Other | None |
| Which safe driving awards do you hold and from whom? | |
| EDUCATION | |
| List highest grade completed: | Grade 12 |
| List last school attended (name, city, and state): | Troup High School LaGrange Ga |
| PERSONAL REFERENCES | |
| List name, address, city, state, phone number, and relationship: | |
| First Reference: | Summer Elzy<br>450 Barn Wood Road<br>Tuscaloosa AL 35405<br>4042790113<br>Wife |
| Second Reference: | Lyra Kissun<br>809 Juniper Street<br>LaGrange Ga 30240<br>7063330324<br>Mother |

| Licenses | |
|---|---|
| License Number | 9785360 |
| State/Province | AL |
| Country | United States |
| License Class | Class A |
| License Expiration Date | 10-19-2022 |
| Physical Expiration Date | 08-30-2023 |
| Current License | Yes |
| Commercial Driver License | Yes |
| **Endorsements** | None |

| Employment / Unemployment | |
|---|---|
| **ANNETT HOLDINGS INC** | |
| Company | ANNETT HOLDINGS INC |
| Start Date | 09-2021 |
| End Date | 10-2021 |
| Address | 6115 SW LELAND AVE |

Case 1:24-cv-00155-TRM-MJD    Document 102-1    Filed 01/19/26    Page 18 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000205
PageID #: 2228

3

| | |
|---|---|
| City, State/Province Zip/Postal | Des Moines, IA 50321 |
| Country | United States |
| Phone | 515-974-3585 |
| Position Held | Driver |
| Reason for leaving? | Looking for Lease Purchas |
| Were you terminated/discharged/laid off? | No |
| Is this your current employer? | Yes |
| May we contact this employer at this time? | Yes |
| Did you operate a commercial motor vehicle? | Yes |
| Were you subject to the Federal Motor Carrier or Transport Canada Safety Regulations while employed/contracted by this employer/contractor? | Yes |
| Did you perform any safety sensitive functions in this job, regulated by DOT, and subject to drug and alcohol testing? | Yes |
| Areas Driven | OTR |
| Miles driven weekly | 2500-3000 |
| Pay Range (cents/mile) | |
| Most common truck driven | Tractor-Trailer |
| Most common trailer | Van |
| Trailer length | 53 feet or more |
| **Unemployment** | |
| Start Date | 10-2021 |
| End Date | 10-2021 |
| Comment | |
| **Publix** | |
| Company | Publix |
| Start Date | 02-2014 |
| End Date | 09-2021 |
| Address | 7200 Jefferson Metro Parkway |
| City, State/Province Zip/Postal | Mccalla , AL 35405 |
| Country | United States |
| Phone | 205-477-4188 |
| Position Held | Truck Driver |
| Reason for leaving? | Want to be a owner operator |
| Were you terminated/discharged/laid off? | No |

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 19 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000206
PageID #: 2229

4

| | |
|---|---|
| Is this your current employer? | Yes |
| May we contact this employer at this time? | Yes |
| Did you operate a commercial motor vehicle? | Yes |
| Were you subject to the Federal Motor Carrier or Transport Canada Safety Regulations while employed/contracted by this employer/contractor? | Yes |
| Did you perform any safety sensitive functions in this job, regulated by DOT, and subject to drug and alcohol testing? | Yes |
| Areas Driven | Florida, Tennessee, Ga, Alabama |
| Miles driven weekly | 1500-2000 |
| Pay Range (cents/mile) | |
| Most common truck driven | Day Cab |
| Most common trailer | Other |
| Trailer length | 53 feet or more |
| **Wal Mart** | |
| PLEASE DO NOT CONTACT | |
| Company | Wal Mart |
| Start Date | 08-2003 |
| End Date | 02-2014 |
| Address | |
| City, State/Province Zip/Postal | Monroe , GA 30655 |
| Country | United States |
| Phone | |
| Position Held | Order filled |
| Reason for leaving? | Went to Publix |
| Were you terminated/discharged/laid off? | No |
| Is this your current employer? | No |
| May we contact this employer at this time? | No |
| Did you operate a commercial motor vehicle? | No |
| Were you subject to the Federal Motor Carrier or Transport Canada Safety Regulations while employed/contracted by this employer/contractor? | |
| Did you perform any safety sensitive functions in this job, regulated by DOT, and subject to drug and alcohol testing? | |
| Areas Driven | |
| Miles driven weekly | |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000207

5

| | |
|---|---|
| Pay Range (cents/mile) | |
| Most common truck driven | |
| Most common trailer | |
| Trailer length | |

| FMCSR | |
|---|---|
| Under FMCSR 391.15, are you currently disqualified from driving a commercial motor vehicle? [49 CFR 391.15] | No |
| Has your license, permit or privilege to drive ever been suspended or revoked for any reason? [49 CFR 391.21(b)(9)] | No |
| Have you ever been denied a license, permit, or privilege to operate a motor vehicle?[49 CFR 391.21(b)(9)] | No |
| Within the past two years, have you tested positive, or refused to test, on a pre-employment drug or alcohol test by an employer to whom you applied, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules? [49 CFR 40.25(j)] | No |
| In the past three(3) years, have you ever been convicted of any of the following offenses: [49 CFR 391.15]: <br><br> • Driving a commercial motor vehicle with a blood alcohol concentration ("BAC") of .04 percent or more <br> • Driving under the influence of alcohol, as prescribed by state law <br> • Refusal to undergo drug and alcohol testing as required by any jurisdiction for the enforcement of Federal Motor Carrier Safety Act regulations <br> • Driving a commercial motor vehicle under the influence of any 21 C.F.R. 1308.11 Schedule I identified controlled substance, an amphetamine, a narcotic drug, a formulation of an amphetamine, or a derivative of a narcotic drug <br> • Transportation, possession, or unlawful use of a 21 C.F.R. 1308.11 Schedule I identified controlled substance, amphetamines, narcotic drugs, formulations of an amphetamine, or derivatives of narcotic drugs while you were on duty driving for a motor carrier <br> • Leaving the scene of an accident while operating a commercial motor vehicle <br> • Or any other felony involving the use of a commercial motor vehicle | No |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000208

6

## Motor Vehicle Record

| | |
|---|---|
| 1. Has any license, permit or privilege ever been denied, suspended or revoked for any reason? | No |
| 2. Have you ever been convicted of driving during license suspension or revocation, or driving without a valid license or an expired license, or are any charges pending? | No |
| 3. Have you ever been convicted for any alcohol or controlled substance related offense while operating a motor vehicle, or are any charges pending? | No |
| 4. Have you ever been convicted for possession, sale or transfer of an illegal substance (including but not limited to, marijuana, amphetamines, or derivatives thereof) while on duty, or are any charges pending? | No |
| 5. Have you ever been convicted of reckless driving, careless driving or careless operation of a motor vehicle, or are any charges pending? | No |
| 6. Have you ever tested positive, or refused to test on a pre-employment drug or alcohol test by an employer to whom you applied, but did not obtain safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules in past three years, or have you ever tested positive or refused to test on any DOT-mandated drug or alcohol test? | No |

## Vehicle Accident Record

| | |
|---|---|
| Were you involved in any accidents/incidents with any vehicle in the last 3 years (even if not at fault)? | |
| Type of Accident / Incident | Injury |
| Date of Accident / Incident | 10-2020 |
| Hazmat Accident / Incident | No |
| Was the vehicle towed away? | No |
| City | |
| State/Province | AL |
| Were you in a commercial vehicle? | Yes |
| If yes, was this a Department of Transportation recordable accident? | Yes |
| Were you at fault? | No |
| Were you ticketed? | No |
| Description | Traffic was slowing down, I was in the right lane and suddenly a vehicle from the left lane slammed on the brakes lost control of the car and hit the back of my trailer |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000209

7

## Traffic Convictions \ Violations

Have you had any moving violations or traffic convictions in the past 3 years?

| | |
|---|---|
| Violation Date | 06-2019 |
| Charge / Description | Other |
| Violation State/Province | FL |
| In Commercial Vehicle | Yes |
| Fined? | Yes |
| License Suspended? | |
| License Revoked? | |
| Perform Community Service? | |
| Other Penalty? | |
| Fine Amount (if any): | |
| Comments: | IMPROPER BACKING |

## Criminal Record

| | |
|---|---|
| Have you ever been convicted of a crime? | No |
| Do you have any deferred prosecutions? | No |
| Do you have criminal charges pending? | No |
| Have you ever pled "guilty" to, been convicted of, or pled "no contest" to a felony? | No |
| If you have any felony convictions, do you currently hold a minister's permit to enter or exit Canada? | No |
| Have you, within the last five years, pled "guilty" to, been convicted of, had prosecution deferred in connection with, or pled "no contest" to a misdemeanor? | No |

## Signature

This certifies that this application was completed by me, and that all entries on it and information on it are true and complete to the best of my knowledge.

| | |
|---|---|
| Full Name | Antonio Wortham |
| IP Address | 68.255.78.13 |
| Signed Date: | 10-15-2021 |
| Signed: | |

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 23 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000210
PageID #: 2233

8

# Direct Deposit Authorization Form

Please print and complete ALL the information below.

Name:      Antonio Wortham

Address:      450 Barn Wood Road

City, State, Zip:      Tuscaloosa, AL, 35405



Name of Bank:      ██████████

Account #:      ██████████

9-Digit Routing #:      ████████

Type of Account:      Checking

*Please attach a voided check for each bank account to which funds should be deposited.*

HMD Inc. is hereby authorized to directly deposit my pay to the account listed above. This authorization will remain in effect until I modify or cancel it in writing.

Employee Signature: _____

Date:      10-15-2021

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000211
PageID #: 2234



# Employment Eligibility Verification
## Department of Homeland Security
### U.S. Citizenship and Immigration Services

►START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Attestation *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| Wortham | Antiono | D | N/A |

| Address (Street Number and Name) | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| 450 Barn Wood Road | N/A | Tuscaloosa | AL | 35405 |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 04-13-■■ | ■■ - ■■ - ■■■ | antonio_wortham@yahoo.com | 7707317220 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

**I attest, under penalty of perjury, that I am (check one of the following boxes):**

[X] 1. A citizen of the United States

[ ] 2. A noncitizen national of the United States *(See instructions)*

[ ] 3. A lawful permanent resident (Alien Registration Number/USCIS Number): N/A

[ ] 4. An alien authorized to work until (expiration date, if applicable, mm/dd/yyyy): N/A
Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

**1.** Alien Registration Number/USCIS Number: N/A
**OR**
**2.** Form I-94 Admission Number: N/A
**OR**
**3.** Foreign Passport Number: N/A
Country of Issuance: N/A

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| *(signature)* | 10-15-2021 |

## Preparer and/or Translator Certification (check one):

[X] I did not use a preparer or translator.  [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.

*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| | |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| | |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

STOP *Employer Completes Next Page* STOP

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/10/26   Page 25 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000212
PageID #: 2235



# Employment Eligibility Verification
## Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|

| List A<br>Identity and Employment Authorization | OR | List B<br>Identity | AND | List C<br>Employment Authorization |
|---|---|---|---|---|

**List A**

Document Title

Issuing Authority

Document Number

Expiration Date *(if any) (mm/dd/yyyy)*

Document Title

Issuing Authority

Document Number

Expiration Date *(if any) (mm/dd/yyyy)*

Document Title

Issuing Authority

Document Number

Expiration Date *(if any) (mm/dd/yyyy)*

**List B**

Document Title

Issuing Authority

Document Number

Expiration Date *(if any) (mm/dd/yyyy)*

**List C**

Document Title

Issuing Authority

Document Number

Expiration Date *(if any) (mm/dd/yyyy)*

Additional Information

QR Code - Sections 2 & 3
Do Not Write In This Space

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

The employee's first day of employment *(mm/dd/yyyy)*: _____ *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |

| Employer's Business or Organization Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| **A.** New Name *(if applicable)* | | | **B.** Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

**C.** If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/10/26   Page 26 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000213
PageID #: 2236

# LISTS OF ACCEPTABLE DOCUMENTS
## All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A | | LIST B | | LIST C |
| --- | --- | --- | --- | --- |
| **Documents that Establish Both Identity and Employment Authorization** | **OR** | **Documents that Establish Identity** | **AND** | **Documents that Establish Employment Authorization** |
| 1. U.S. Passport or U.S. Passport Card | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | 1. A Social Security Account Number card, unless the card includes one of the following restrictions: <br> (1) NOT VALID FOR EMPLOYMENT <br> (2) VALID FOR WORK ONLY WITH INS AUTHORIZATION <br> (3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | 3. School ID card with a photograph | | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status: <br> **a.** Foreign passport; and <br> **b.** Form I-94 or Form I-94A that has the following: <br> (1) The same name as the passport; and <br> (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | | 4. Voter's registration card | | |
| | | 5. U.S. Military card or draft record | | 4. Native American tribal document |
| | | 6. Military dependent's ID card | | 5. U.S. Citizen ID Card (Form I-197) |
| | | 7. U.S. Coast Guard Merchant Mariner Card | | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | | 8. Native American tribal document | | |
| | | 9. Driver's license issued by a Canadian government authority | | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | | **For persons under age 18 who are unable to present a document listed above:** <br> 10. School record or report card <br> 11. Clinic, doctor, or hospital record <br> 12. Day-care or nursery school record | | |

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**

Form I-9   10/21/2019

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 27 of 91   PageID #: 2237   CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000214

Page 3 of 3



**Form W-9**

(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

*Print or type. See **Specific Instructions** on page 3.*

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Antiono Wortham

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

[X] Individual/sole proprietor or single-member LLC

[ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ N/A

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶ N/A

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) N/A

Exemption from FATCA reporting code (if any) N/A

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

450 Barn Wood Road

**6** City, state, and ZIP code

Tuscaloosa AL 35405

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I · Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

[■■] – [■■] – [■■■■]

**or**

Employer identification number

[ ][ ] – [ ][ ][ ][ ][ ][ ]

## Part II · Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶

Date ▶ 10-15-2021

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

# Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X  Form **W-9** (Rev. 10-2018)

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 28 of 91   PageID #: 2238
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000215

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting,* later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code,* later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships,* earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code,* later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000216

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

# Specific Instructions

## Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

## Line 2

If you have a business name, trade name, DBA name, or disregarded entity name, you may enter it on line 2.

## Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n) . . . | THEN check the box for . . . |
|---|---|
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |

## Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000217

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

## Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

## Line 6

Enter your city, state, and ZIP code.

# Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester,* later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or Form SS-4.  Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

# Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code,* earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 31 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000218
PageID #: 2241

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships,* earlier.

**\*Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 32 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000219
PageID #: 2242

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint.* You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

Case 1:24-cv-00155-TRM-MJD  Document 102-1  Filed 01/19/26  Page 33 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000220
PageID #: 2243

# Motor Vehicle Driver's
# Certification of Compliance with Driver License Requirements

MOTOR CARRIER INSTRUCTIONS: The requirements in Part 383 apply to every driver who operates in intrastate, interstate, or foreign commerce and operates a vehicle weighing 26,001 pounds or more, can transport more than 15 people, or transports hazardous materials that require placarding.

The requirements in Part 391 apply to every driver who operates in interstate commerce and operates a vehicle weighing 10,001 pounds or more, can transport more than 15 people, or transports hazardous materials that require placarding.

DRIVER REQUIREMENTS: Part 383 and 391 of the Federal Motor Carrier Safety Regulations contain some requirements that you as a driver must comply with. These requirements are if effect as of July 1, 1987. They are as follows:

1) **POSSESS ONLY ONE LICENSE:**
   You, as a commercial vehicle driver, may not possess more than one motor vehicle operator's license.

   If you have more than one license, keep the license from your state of residence and return the additional license to the states that issued them. DESTROYING a license does not close the record in the state that issued it; you must notify the state. If a license has been lost, stolen, or destroyed, close your record by notifying the state of issuance that you no longer want to be licensed by that state.

2) **NOTIFICATION OF LICENSE SUSPENSION, REVOCATION OR CANCELLATION:**
   Sections 391.15(b)(2) and 383.33 of the Federal Motor Carrier Safety Regulations require that you notify your employer that NEXT BUSINESS DAY of any revocation or suspension of your driver's license. In addition, Section 383.31 requires that any time you violate a state or local traffic law (other than parking), you must report it within 30 day to: 1) your employing motor carrier, and 2) the state that issued your license (If the violations occurs in a state other than the one which issue your license). The notification to both the employer and the state must be in writing.

The following license is the only one I currently possess:

Driver's License No. <u>9785360</u>          State: <u>AL</u>          Exp. Date: <u>10-19-2022</u>

DRIVER CERTIFICATION: I certify that I have read and understood the above requirements.

Driver's Name: <u>Antonio Wortham</u>          Social Security Number: <u>███████</u>

Driver's Signature: <u>AW</u>          Date: <u>10-15-2021</u>

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000221

**MOBILE PHONE RESTRICTIONS**
**FACT SHEET**

## *New Mobile Phone Restriction Rule*
## *For Commercial Motor Vehicle Drivers*

**Overview and Background**

A new FMCSA rule restricts the use of all hand-held mobile devices by drivers of commercial motor vehicles (CMVs). This rulemaking restricts a CMV driver from holding a mobile device to make a call, or dialing by pressing more than a single button. CMV drivers who use a mobile phone while driving can only use a hands-free phone located in close proximity.

Research commissioned by FMCSA shows that the odds of being involved in a safety-critical event (e.g., crash, near-crash, unintentional lane deviation) are 6 times greater for CMV drivers who engage in dialing a mobile phone while driving than for those who do not. Dialing drivers took their eyes off the forward roadway for an average of 3.8 seconds. At 55 mph (or 80.7 feet per second), this equates to a driver traveling 306 feet, the approximate length of a football field, without looking at the roadway!

**What is the definition of using a mobile telephone?**

- The use of a hand-held mobile telephone means:
  - Using at least one hand to <u>hold</u> a mobile phone to make a call;
  - <u>Dialing</u> a mobile phone by pressing more than a single button; or
  - <u>Reaching</u> for a mobile phone in a manner that requires a driver to maneuver so that he or she is no longer in a seated driving position, restrained by a seat belt.

**What does this rule mean to drivers and carriers?**

- **Fines and Penalties –** Using a hand-held mobile phone while driving a CMV can result in driver disqualification. Penalties can be up to $2,750 for drivers and up to $11,000 for employers who allow or require drivers to use a hand-held communications device while driving.

- **Disqualification -** Multiple violations of the prohibition of using a hand-held mobile phone while driving a CMV can result in a driver disqualification by FMCSA. Multiple violations of State laws prohibiting use of a mobile phone while driving a CMV is a serious traffic violation that could result in a disqualification by a State of drivers required to have a Commercial Drivers License.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000222
PageID #: 2245

28

- **What are the risks? -** Using a hand-held mobile phone is risky because it requires the driver to reach for and dial the phone to make a call. Reaching for a phone out of the driver's immediate area is risky as well as dialing because these actions take the driver's eyes off the roadway.

- The rule applies to drivers operating a commercial motor vehicle on a roadway, including moving forward or temporarily stationary because of traffic, traffic control devices, or other momentary delays.

- A mounted phone is acceptable as long as it is mounted close to the driver.

- **Impact on Safety Measurement System (SMS) Results** – Violations negatively impact SMS results, and they carry the maximum severity weight.

> **It's very easy to comply with the new rules:**
> No *REACHING*
> No *HOLDING*
> No *DIALING*
> No *TEXTING*
> No *READING*

**Compliance**

- Make sure the mobile telephone is within close enough proximity that it is operable while the driver is restrained by properly installed and adjusted seat belts.

- Use an earpiece or the speaker phone function.

- Use voice-activated dialing.

- Use the hands-free feature. To comply, a driver *must* have his or her mobile telephone located where he or she is able to initiate, answer, or terminate a call <u>by touching a single button</u>. The driver must be in the seated driving position and properly restrained by a seat belt. Drivers are **not** in compliance if they unsafely <u>reach</u> for a mobile phone, even if they intend to use the hands-free function.

**No Call, No Text, No Ticket!**

I read and understood

Name <u>Antonio Wortham</u>

Signature <u>    AW    </u>

Date <u>10-15-2021</u>

May 2012

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000223

29



# HMD Trucking, INC Firearm policy

## HMD Trucking, INC absolutely prohibits possession of any firearm in a CMV as well as in workplace environment.

There are no prohibitions in the state or federal law against a licensee carrying concealed firearms in a commercial vehicle, however, there are a lot of limitations and exceptions that forbid carrying a firearm in a CMV.

Unless expressly authorized in writing by the President, all individuals, including but not limited to contractors, drivers, guests, family members, are prohibited from carrying, possessing or using any loaded or unloaded firearm while conducting business with HMD Trucking, Inc., within an owner operator truck, company-owned or leased vehicle, regardless of whether or not such firearm is concealed and the individual possesses a permit.

Print Name _Antonio Wortham_____

Signature and date _____ 10-15-2021

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000224

14

# PRE-EMPLOYMENT DRUG TEST CONSENT FORM

I, <u>Antonio Wortham</u>, hereby give my full consent to submit to a drug test in accordance with the requirements of the Federal Motor Carrier Safety Regulations, Title 49 U.S. Code of Federal Regulations, Section 382.301  and Company Policy.

I understand that all prospective drivers must submit to drug and alcohol testing and that a urine sample and a EBT will be collected and tested for Drugs.

I give my full consent to the release of the drug test results to the authorized Medical Review Officer, who will then release negative or positive results to the company designated employee.

I agree that if I test positive for use of drugs and alcohol, I am not medically qualified to drive a commercial motor vehicle.

Applicant's Signature _____   Social Security ████████_____

Print Applicant's Name <u>Antonio Wortham</u>_____   Date <u>10-15-2021</u>_____

Witness _____   Signature _____

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000225

54

**CONSENT AND MEDICAL REVIEW RECORDS RELEASE**

I, Antonio Wortham_____, authorize this company's Medical Review

Officer to review the results of testing performed to determine the presence of drugs in my urine.

All physicians, employees, and agents who work for or perform services for this company are

held harmless from any and all claims or causes of action resulting from the disclosure of these

results.

Signature _____ Date 10-15-2021_____

Witness _____ Date _____

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000226

53



# LOG VIOLATION SCHEDULE OF DISCIPLINE

In Compliance with Federal Motor Carrier Safety Regulations and motor carrier safety HMD Trucking does not allow nor permit the drivers to:

1) Make False Log entry
2) Exceed maximum drive/work periods as defined by the FMCSA

The driver is allowed:

1) Use Personal Conveyance only when relieved from work and all responsibility for performing work

2) Using Yard move only in-yard driving time

## Consequences of non-compliance

Drivers who do not comply with federal and state regulations, as well as the company policies, will be subject to the following corrective action:

Type of Violations

1) False Log Violations

   -1st violation -Written Warning
   -2nd violation -Written warning with one-on-one training
   -3rd violation -Termination

2) Major HOS violations: 11 hrs., 14hrs, 70/8, 30min break

   -1st violation – Written Warning

   -2nd violation - Written Warning with one-on-one training (must be completed within 7 days after violation)

   -3rd violation -Written Warning with one-on-one training; 5 days suspension from work

3) 4th violation – Termination

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 40 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000227
PageID #: 2250

3) <u>General Form and Manner Violations</u>

-1st violation – Reminder letter
-2nd violation – Warning
-3rd violation – Warning with one-on-one training
-4th violation - Warning with 5 days suspension from work
-5th violation – Termination


4) <u>Improper use of Personal Conveyance hours and Yard Move</u>

-1st violation – Written warning
-2nd violation – Written warning with one-on-one training
-3rd violation – The option of Personal Conveyance hours and Yard move is turned off for a period of 6 months


The sequence of discipline procedure shall be for any twelve (12) consecutive months period.

| Antonio Wortham | | 10-15-2021 |
|---|---|---|
| Printed Name | | Date |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000228

78



www.hmdtrucking.com

10031 Virginia Ave. Chicago Ridge, IL 60415  Phone: 708-398-6237  Fax: 708-398-6245

# TRANSPORTATION OF PASSENGERS

The federal Motor Carrier Safety Regulations, Section 92.60, prohibits the transportation of passengers in a motor vehicle unless specifically authorized in writing by HMD Trucking, Inc., who's authority the motor vehicle is being operated.

HMD Trucking, Inc. does not permit this, and I understand that I am not to transport any passengers, and I will be disqualified from any future operation of any vehicle in our authority.

I hereby acknowledge that I have been advised of this requirement.

10-15-2021 _____  _____

Date                                        Signature                                 Unit#

_____  _____

HMD Trucking, Inc. Witness                                          Date

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 42 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000229
PageID #: 2252

# DRIVER AGREEMENT AND CONSENT TO DRUG AND/OR ALCOHOL TESTING

I certify that I have read the above HMD Trucking, Inc policy on Alcohol and Drug Testing procedures. I understand that as a position of a driver, I must comply with these guidelines, and do agree that I will remain medically qualified by following these procedures.

I hereby agree, upon a request made under the drug/alcohol testing policy of HMD Trucking, Inc to submit to a drug and alcohol test and to furnish a sample of my urine, breath and/or blood for analysis. I understand and agree that if I at any time refuse to submit to a drug or alcohol test under company policy, or if I otherwise fail to cooperate with the testing procedures, I will be subject to immediate termination. I further authorize and give full permission to have HMD Trucking, Inc and/or its company physician send the specimen or specimens so collected to a laboratory or other testing facility to release any and all documentation relating o such test to HMD Trucking, Inc and/or to any governmental entity involved in a legal proceeding or investigation connected with the test.

I will hold harmless HMD Trucking, Inc, its company physician , and any testing laboratory HMD Trucking, Inc might use, meaning that I will not sue or hold responsible such parties for any alleged harm to me that might result from such testing, including termination or any other kind of adverse job action that might arise as a result of the drug or alcohol test, even if HMD Trucking, Inc or laboratory representative makes an error in the administration or analysis of the test or the reporting of the results. I will further hold harmless HMD Trucking, Inc, its company physician, and any testing laboratory HMD Trucking, Inc might use for any alleged harm to me that might result from the release or use of information or documentation relating to the drug or alcohol test, as long as the release or use of the information is within the scope of this policy and the procedures as explained in the paragraph above.

This policy and authorization have been explained to me in a language I understand, and I have been told that if I have any questions about the test or the policy, they will be answered.

I UNDERSTAND THAT HMD TRUCKING, INC WILL REQUIRE A DRUG SCREEN TEST UNDER THIS POLICY WHENEVER I AM INVOLVED IN AND ON-THE-JOB ACCIDENT OR INJURY UNDER CIRCUMSTANCES THAT SUGGEST POSSIBLE INVOLVMENT OR INFLUENCE OF DRUGS OR ALCOHOL IN THE ACCIDENT OR INJURY EVENT.

Printed Name Antonio Wortham _____  Date 10-15-2021 _____

Name of the HMD Trucking, Inc Representative _____

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000230

57

# Emergency Contact Information

Company Name:  HMD Trucking, Inc.

Employee Full Name:  Antonio Wortham

Social Security Number:  ████████

Position:  Driver

Home Address:  450 Barn Wood Road, Tuscaloosa, AL, 35405

Home Phone:  770-731-7220          Date of Birth:  0███-███

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| **Emergency Contact #1 (required)** | **Emergency Contact #2 (optional)** |
|---|---|
| Name:  Lyra Kissun | Name:  Summer Elzy |
| Address:  809 Juniper Street | Address:  450 Barn Wood Road |
| City, State, Zip:  LaGrange Ga 30240 | City, State, Zip:  Tuscaloosa AL 35405 |
| Phone Number:  706-333-0324 | Phone Number:  404-279-0113 |
| Alt. Number: | Alt. Number: |
| Relationship:  Mother | Relationship:  Wife |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(Optional)
**Additional Information That May Be Helpful in Case of an Emergency**

Any allergies?        Yes: _____ No:  X
If yes, please list:

Any special health conditions?        Yes: _____ No:  X
If yes, please list:

Physician: Name:                              Phone:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Information collected will be kept confidential and will only be used in the event of an emergency.**

_(signature)_                                            10-15-2021

Employee's Signature                              Date

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 44 of 91   HMD TRUCKING 000231
CONFIDENTIAL UNDER PROTECTIVE ORDER
PageID #: 2254

# Background Check Report



ASURINT
VERIFY EVERY HIRE

800.906.1674
support@asurint.com

## Search Information

| | | | |
|---|---|---|---|
| **Candidate:** WORTHAM, ANTONIO | | **Order ID:** 43696380 | |
| **SSN:** XXX-XX-XXXX | | **Customer:** HMD Trucking, Inc | |
| **DOB:** XX/XX/XXXX | | **Order Date:** 10/15/2021 11:17:25 AM | |
| **Reference 1:** | | **Completion Date:** | |
| **Reference 2:** Victoria Sabotkoska | | **Package:** Standard Criminal Screening Package with MVR, CDLIS | |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Completed | 10/21/2021 | 10/19/2021 | Clear | View |
| **Georgia County Court Criminal** | TROUP | Processing | 10/19/2021 | | | View |
| **Alabama CrimeSearch** | Tuscaloosa | Processing | 10/19/2021 | | | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| **CDLIS Report** | | Completed | 10/15/2021 | 10/15/2021 | Record(s) Found | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

---

### WORTHAM, ANTONIO

**Georgia County Court Criminal  (WALTON)**
**Search Candidate: WORTHAM, ANTONIO**

*No Reportable Records Found*

End of Section

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/10/26   Page 45 of 91
PageID #: 2255
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000232

# Background Check Report

This report has not been finalized. This report has not been finalized. This i...



ASURINT
VERIFY EVERY HIRE

800.906.1674
support@asurint.com

## Search Information

**Candidate:** WORTHAM, ANTONIO
**SSN:** XXX-XX-XXXX
**DOB:** XX/XX/XXXX
**Reference 1:**
**Reference 2:** Victoria Sabotkoska

**Order ID:** 43696380
**Customer:** HMD Trucking, Inc
**Order Date:** 10/15/2021 11:17:25 AM
**Completion Date:**
**Package:** Standard Criminal Screening Package with MVR, CDLIS

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| VeriFynd | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| IQR Level I | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| IQR Level II | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| Georgia County Court Criminal | WALTON | Completed | 10/21/2021 | 10/19/2021 | Clear | View |
| Georgia County Court Criminal | TROUP | Processing | 10/19/2021 | | | View |
| Alabama CrimeSearch | Tuscaloosa | Completed | 10/19/2021 | 10/20/2021 | Clear | View |
| National Criminal Information Bureau | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| Alabama Driving Record - 3 Yr. | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| CDLIS Report | | Completed | 10/15/2021 | 10/15/2021 | Record(s) Found | |

* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| Summary of Rights | Completed | View |

## WORTHAM, ANTONIO

### Alabama CrimeSearch  (STATEWIDE)
### Search Candidate: WORTHAM, ANTONIO

*No Reportable Records Found*

End of Section

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 46 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000233
PageID #: 2256

# Background Check Report



800.906.1674
support@asurint.com

## Search Information

| | | | |
|---|---|---|---|
| **Candidate:** WORTHAM, ANTONIO | | **Order ID:** 43696380 | |
| **SSN:** XXX-XX-XXXX | | **Customer:** HMD Trucking, Inc | |
| **DOB:** XX/XX/XXXX | | **Order Date:** 10/15/2021 11:17:25 AM | |
| **Reference 1:** | | **Completion Date:** 10/20/2021 11:02:03 AM | |
| **Reference 2:** Victoria Sabotkoska | | **Package:** Standard Criminal Screening Package with MVR, CDLIS | |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Completed | 10/21/2021 | 10/19/2021 | Clear | View |
| **Georgia County Court Criminal** | TROUP | Completed | 10/19/2021 | 10/20/2021 | Clear | View |
| **Alabama CrimeSearch** | Tuscaloosa | Completed | 10/19/2021 | 10/20/2021 | Clear | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| **CDLIS Report** | | Completed | 10/15/2021 | 10/15/2021 | Record(s) Found | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

**WORTHAM, ANTONIO**

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 47 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000234
PageID #: 2257

# Background Check Report



**ASURINT**
VERIFY EVERY HIRE

800.906.1674
support@asurint.com

## Search Information

| | |
|---|---|
| **Candidate:** WORTHAM, ANTONIO | **Order ID:** 43696380 |
| **SSN:** XXX-XX-XXXX | **Customer:** HMD Trucking, Inc |
| **DOB:** XX/XX/XXXX | **Order Date:** 10/15/2021 11:17:25 AM |
| **Reference 1:** | **Completion Date:** 10/20/2021 11:02:03 AM |
| **Reference 2:** Victoria Sabotkoska | **Package:** Standard Criminal Screening Package with MVR, CDLIS |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Completed | 10/21/2021 | 10/19/2021 | Clear | View |
| **Georgia County Court Criminal** | TROUP | Completed | 10/19/2021 | 10/20/2021 | Clear | View |
| **Alabama CrimeSearch** | Tuscaloosa | Completed | 10/19/2021 | 10/20/2021 | Clear | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| **CDLIS Report** | | Completed | 10/15/2021 | 10/15/2021 | Record(s) Found | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

### WORTHAM, ANTONIO

**Georgia County Court Criminal  (TROUP)**
**Search Candidate: WORTHAM, ANTONIO**

*No Reportable Records Found*

End of Section

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 48 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000235
PageID #: 2258

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000236



# ALABAMA DEPARTMENT OF REVENUE

50 North Ripley Street • Montgomery, AL 36104 • InfoLine (334) 242-1300
**www.revenue.alabama.gov**

**FORM**
**A4**
(REV. 3/2014)



# Employee's Withholding Tax Exemption Certificate

Every employee, on or before the date of commencement of employment, shall furnish his or her employer with a signed Alabama withholding exemption certificate relating to the number of withholding exemptions which he or she claims, which in no event shall exceed the number to which the employee is entitled. In the event the employee inflates the number of exemptions allowed by this Chapter on Form A4, the employee shall pay a penalty of five hundred dollars ($500) for such action pursuant to Section 40-29-75.

## Part I – To be completed by the employee

EMPLOYEE NAME
Antonio Wortham

EMPLOYEE SOCIAL SECURITY NUMBER

STREET ADDRESS     CITY     STATE     ZIP CODE
450 Barn Wood Road Tuscaloosa AL 35405

### HOW TO CLAIM YOUR WITHHOLDING EXEMPTIONS

1. If you claim no personal exemption for yourself and wish to withhold at the highest rate, write the figure "0", sign and date Form A4 and file it with your employer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

2. If you are SINGLE or MARRIED FILING SEPARATELY, a $1,500 personal exemption is allowed. Write the letter "S" if claiming the SINGLE exemption or "MS" if claiming the MARRIED FILING SEPARATELY exemption . . . . . . . __MS____

3. If you are MARRIED or SINGLE CLAIMING HEAD OF FAMILY, a $3,000 personal exemption is allowed. Write the letter "M" if you are claiming an exemption for both yourself and your spouse or "H" if you are single with qualifying dependents and are claiming the HEAD OF FAMILY exemption. . . . . . . . . . . . . . . . . . . . . . . . . . . _____

4. Number of dependents (other than spouse) that you will provide more than one-half of the support for during the year. *See dependent qualification below.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . __5____

5. Additional amount, if any, you want deducted each pay period. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

6. **This line to be completed by your employer:** Total exemptions (example: employee claims "M" on line 3 and "2" on line 4. Employer should use column M-2 (married with 2 dependents) in the withholding tables). . . . . . . . . . . . . . . . . . . _____

Under penalties of perjury, I certify that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's Signature** _____ **Date** __11-01-2021____

## Part II – To be completed by the employer

EMPLOYER NAME     EMPLOYER IDENTIFICATION NUMBER (EIN)

ADDRESS     CITY     STATE     ZIP CODE

Employers are required to keep this certificate on file. If the employee is believed to have claimed more exemption than legally entitled or claims 8 or more dependent exemptions, the employer should contact the Department at the following address or phone number for verification: Alabama Department of Revenue, Withholding Tax Section, P.O. Box 327480, Montgomery, AL 36132-7480, by phone at (334) 242-1300, or by fax at (334) 242-0112. If the employee does not qualify for the exemptions claimed upon verification, the employer is required to withhold at the highest rate until the employee submits a corrected Form A4 reflecting the proper exemption they are entitled to claim.

**DEPENDENTS:** To qualify as your dependent (Line 4 above), a person must receive more than one-half of his or her support from you for the year and must be related to you as follows:

Your son or daughter (including legally adopted children), grandchild, stepson, stepdaughter, son-in-law, or daughter-in-law;

Your father, mother, grandparent, stepfather, stepmother, father-in-law, or mother-in-law;

Your brother, sister, stepbrother, stepsister, half-brother, half-sister, brother-in-law, or sister-in-law;

Your uncle, aunt, nephew, or niece (but only if related by blood).

### THIS FORM MAY BE REPRODUCED

Case 1:24-cv-00155-TRM-MJD    Document 102-1    Filed 01/19/26    Page 50 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000237
PageID #: 2260



**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)**
**Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.

Antonio Wortham

11-02-2021

Date

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000238

# Indiana Income Tax Withholding (Form WH-4)

As a new hire of an Indiana employer, we ask that you complete Indiana Form WH-4 (Employee's Withholding Exemption and County Status Certificate). This form should be completed by all resident and nonresident employees.

Income received from an Indiana employer is generally considered Indiana sourced income. As an Indiana employer, we have been advised to withhold Indiana state and county income tax for all employees (except certain nonresident employees as explained below).

Residents of IN. We will withhold Indiana state and county income tax.

Residents of IN, KY, MI, OH, PA, or WI. If you are a resident of Kentucky, Michigan, Ohio, Pennsylvania, or Wisconsin, state income tax can be withheld and paid to your state of residence (and not to Indiana). To facilitate this withholding, please request and complete Form WH-47 (Certificate of Residence).

Residents of Other States. If you are not a resident of Indiana or any of the other above-mentioned states, depending on your state of residence, you may be subject to state income tax by both your state of residence and Indiana. In these cases, by default we may withhold state income tax for both states. If you do not wish for us to withhold Indiana income tax, please write "EXEMPT" on lines 5 and 6 of the attached Form WH-4. Please note that if you instruct us not to withhold Indiana income tax and it is determined that you have Indiana income tax liability, you will be solely responsible for payment of all Indiana income tax owed.

If you have additional questions regarding state income tax withholding, please ask at your orientation or any time after.

If you are not an Indiana resident and Indiana income tax is withheld from your earnings, please consult your tax advisor to determine whether you are entitled to a tax credit for income tax paid to Indiana.

Thank you,

Payroll Department

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000239



**Form WH-4**
State Form 48845
(R7 / 9-20)

### State of Indiana
# Employee's Withholding Exemption and County Status Certificate
**This form is for the employer's records. Do not send this form to the Department of Revenue.**
**The completed form should be returned to your employer.**

Full Name __Antonio  Wortham__     Social Security Number or ITIN __████████__

Home Address __450 Barn Wood Road__     City __Tuscaloosa__     State __AL__     Zip Code __35405__

Indiana County of Residence as of January 1: _____ (See instructions)

Indiana County of Principal Employment as of January 1: _____ (See instructions)

_____

How to Claim Your Withholding Exemptions

1. You are entitled to one exemption. If you wish to claim the exemption, enter "1" ................................................ __1__

   **Nonresident aliens** must skip lines 2 through 6. See instructions

2. If you are married and your spouse does not claim his/her exemption, you may claim it, enter "1".................................. _____

3. You are allowed one (1) exemption for each dependent. Enter number claimed.................................................. _____

4. Additional exemptions are allowed if:  (a) you and/or your spouse are over the age of 65 and/or

   (b) if you and/or your spouse are legally blind.

   Check box(es) for additional exemptions: You are 65 or older ☐ or blind ☐ Spouse is 65 or older ☐ or blind ☐
   Enter the total number of boxes checked ................................................................................. _____

5. Add lines 1, 2, 3, and 4. Enter the total  here ........................................................................▶ [_____]

6. You are entitled to claim an additional exemption for each qualifying dependent (see instructions)...........................▶ [_____]

7. Enter the amount of additional state withholding (if any) you want withheld each pay period ......................... $_____

8. Enter the amount of additional county withholding (if any) you want withheld each pay period......................... $_____

I hereby declare that to the best of my knowledge the above statements are true.

Signature: _____*(signature)*_____     Date: __11-02-2021__

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000240

## Instructions for Completing Form WH-4

This form should be completed by all resident and nonresident employees having income subject to Indiana state and/or county income tax.

Print or type your full name, Social Security number or ITIN and home address. Enter your Indiana county of residence and county of principal employment as of January 1 of the current year. If you neither lived nor worked in Indiana on January 1 of the current year, enter 'not applicable' on the line(s). If you move to (or work in) another county after January 1, your county status will not change until the next calendar tax year.

**Nonresident alien limitation.** A nonresident alien is allowed to claim only one exemption for withholding tax purposes. If you are a nonresident alien, enter "1" on line 1, then skip to line 7. You are considered to be a nonresident alien if you are not a citizen of the United States and do not meet the green card test and the substantial presence test (get Publication 519 from www.irs.gov for information about these tests).

All other employees should complete lines 1 through 7.

Lines 1 & 2 - You are allowed to claim one exemption for yourself and one for your spouse (if he/she does not claim the exemption for him/herself). If a parent or legal guardian claims you on their federal tax return, you may still claim an exemption for yourself for Indiana purposes. You cannot claim more than the correct number of exemptions; however, you are permitted to claim a lesser number of exemptions if you wish additional withholding to be deducted.

Line 3 - Dependent Exemptions: You are allowed one exemption for each of your dependents based on state guidelines. To qualify as your dependent, a person must receive more than one-half of his/her support from you for the tax year and must have less than $4,300 gross income during the tax year (unless the person is your child and is under age 19 or under age 24 and a full-time student at least during 5 months of the tax year at a qualified educational institution).

Line 4 - Additional Exemptions. You are also allowed one exemption each for you and/or your spouse if either is 65 or older and/or blind.

Line 5 - Add the total of exemptions claimed on lines 1, 2, 3, and 4. Enter the total in the box provided.

Line 6 - Additional Dependent Exemptions. An additional exemption is allowed for certain dependent children that are included on line 3. The dependent child must be a son, stepson, daughter, stepdaughter, foster child, and/or child for whom you are a legal guardian.

Lines 7 & 8 - If you would like an additional amount to be withheld from your wages each pay period, enter the amount on the line provided. **NOTE:** An entry on this line does not obligate your employer to withhold the amount. You are still liable for any additional taxes due at the end of the tax year. If the employer does withhold the additional amount, it should be submitted along with the regular state and county tax withholding.

You may file a new Form WH-4 at any time if the number of exemptions **increases**. You must file a new Form WH-4 within 10 days if the number of exemptions previously claimed by you **decreases** for any of the following reasons:
(a) you divorce (or are legally separated from) your spouse for whom you have been claiming an exemption or your spouse claims him/herself on a separate Form WH-4; or
(b) someone else takes over the support of a dependent you claim or you no longer provide more than one-half of the person's support for the tax year.

Penalties are imposed for willingly supplying false information or information which would reduce the withholding exemption.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000241



Form
**WH-47**
State Form 9686
(R3 / 3-21)

Indiana Department of Revenue
## Certificate of Residence

This form is to be used only by residents of States with a reciprocal tax agreement.*

| Indiana Employer's Name | Employer TID Number |
|---|---|
| Employee Name<br>Antonio  Wortham | Social Security Number ▮▮▮▮ |

| City | State | ZIP Code |
|---|---|---|
| Tuscaloosa | AL | 35405 |

The employee swears to be a legal resident of the State of <u>AL</u>, and understands that income from salaries, wages, tips and commissions received from Indiana sources are taxable in their state of residence and not subject to Indiana Adjusted Gross Income Tax as a result of the reciprocal tax agreement with the State of <u>AL</u>. Employee further states the Indiana employer will be advised of any change in legal residence. Note: The employee understands that the employer remains responsible for withholding any applicable Indiana County taxes.

Employee Signature: _____          Date: <u>11-02-2021</u>

Do not send this form to the Indiana Department of Revenue — it is to be filed with and held by the employer.
*States that have reciprocal agreements with Indiana are: Kentucky, Michigan, Ohio, Pennsylvania and Wisconsin

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 55 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000242
PageID #: 2265



CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000243

Form MCSA-5876

OMB No. 2126-0006   Expiration Date: 11/30/2021

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 1 minute per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

# Medical Examiner's Certificate
### (for Commercial Driver Medical Certification)

I certify that I have examined **Last Name:** Wortham   **First Name:** Antiono   in accordance with *(please check only one)*:

- ● the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)* OR
- ○ the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) with any applicable State variances (which will only be valid for intrastate operations), and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)*:

- ☑ Wearing corrective lenses
- ☐ Wearing hearing aid
- ☐ Accompanied by a _____ waiver/exemption
- ☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate
- ☐ Driving within an exempt intracity zone (49 CFR 391.62) *(Federal)*
- ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*
- ☐ Grandfathered from State requirements *(State)*

The information I have provided regarding this physical examination is true and complete. A complete Medical Examination Report Form, MCSA-5875, with any attachments embodies my findings completely and correctly, and is on file in my office.

**Medical Examiner's Certificate Expiration Date** 08/30/2023

**Medical Examiner's Signature** Linda Stevenson APRN

**Medical Examiner's Telephone Number** (803) 939-8422

**Date Certificate Signed** 8-30-2021

**Medical Examiner's Name** *(please print or type)*
Linda Stevenson

- ○ MD
- ○ DO
- ○ Physician Assistant
- ○ Chiropractor
- ● Advanced Practice Nurse
- ○ Other Practitioner *(specify)* _____

**Medical Examiner's State License, Certificate, or Registration Number**
8634

**Issuing State**
South Carolina

**National Registry Number**
5678763713

**Driver's Signature** Antiono Deralle Wortham

**Driver's License Number** 9785360

**Issuing State/Province** AL

**Driver's Address**

Street Address: 450 Barn Wood Road   City: Tuscaloosa   State/Province: AL   Zip Code: 35405

**CLP/CDL Applicant/Holder** ● Yes ○ No

**This document contains sensitive information and is for official use only. Improper handling of this information could negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the documents under the control of authorized persons. Properly dispose of this document when no longer required to be maintained by regulatory requirements.**

# Early Experience Survey

**First Name** Antiono
**Last Name** Wortham
**Submitted On** 12-24-2021

| Questions | Answers |
| --- | --- |
| I see myself still working for this company in one month. | Strongly Agree |
| This time next year I see myself still working for this company. | Strongly Agree |
| My experiences with this carrier match the expectations I had when I first started. | Strongly Agree |
| The kinds of runs/routes I make is what I was told when I started. | Strongly Agree |
| The explanation of my pay/settlements was accurate. | Strongly Agree |
| It is easy to communicate with the people I work with at this company. | Strongly Agree |
| People I work with at this company keep their promises. | Strongly Agree |

Overall, the people I work with treat me well. Strongly Agree

PEOPLEWORK UNDER TESTING PRIVILEGED TRUCKING 000245

| | |
|---|---|
| My dispatcher(s) treats me with respect | Strongly Agree |
| Overall, I am happy with the dispatcher(s). | Strongly Agree |
| On a scale of 1 to 5, how likely are you to recommend your company to another driver? (1 lowest, 5 highest) | 5 |
| Any comments? | I?m real happy I choose HMD I?m pleased as of right now keep up the good work |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000246

Awaiting Response
Request Status: **Fax Received**

| Request / Response Report | **Response Tracking ID:** (None) | **Request #:** 32227016 |
|---|---|---|

| Publix | |
|---|---|
| Address: | 3300 publix corporate pkwy |
| City / State / Zip: | Lakeland, FL 33811 |
| Email: | |
| Phone: | 863-688-1188 |
| Fax: | 866-333-1738 |
| Items Requested: | EMP DA ACC |

Original Request Information

| Position Held | Truck Driver |
|---|---|
| Reason For Leaving | Want to be a owner operator |
| Driver Class | |
| Driver Type | |
| Was the driver Terminated? | No |
| Was the driver subject to FMCSRs while employed? | Yes |
| Was the driver's job designated as a safety sensitive function in DOT regulated mode subject to Drug and Alcohol testing per 49 CFR Part 40? | Yes |
| Areas Driven | Florida, Tennessee, Ga, Alabama |
| Equipment Driven | Day Cab |
| Trailer Driven | Other |
| Loads Hauled | |

Provided Information

| Position Held | |
|---|---|
| Reason For Leaving | |
| Driver Class | |
| Driver Type | |
| Was the driver Terminated? | |
| Eligible for Rehire? | |
| Was the driver subject to FMCSRs while employed? | |
| Was the driver's job designated as a safety sensitive function in DOT regulated mode subject to Drug and Alcohol testing per 49 CFR Part 40? | |
| Full Time / Part Time | |
| Areas Driven | |
| Equipment Driven | |
| Trailer Driven | |
| Loads Hauled | |
| Miles per week | |
| Number of States Driven | |
| Trailer Length | |

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 60 of 91
PageID #: 2270
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000247

Activity Log

| |
|---|
| 11-09-2021 10:23 AM - Jurga Muralis<br><br>Response fax received. |
| 11-08-2021 08:32 AM - Jurga Muralis<br><br>Fax sent successfully. |
| 11-08-2021 08:24 AM - Jurga Muralis<br><br>Request Re-sent to **Publix** via Fax method. Fax number: 866-333-1738 |
| 11-05-2021 11:08 AM - Jurga Muralis<br><br>Fax sent successfully. |
| 11-05-2021 11:05 AM - Jurga Muralis<br><br>Request Re-sent to **Publix** via Fax method. Fax number: 866-333-1738 |
| 11-03-2021 02:56 PM - Jurga Muralis<br><br>Fax sent successfully. |
| 11-03-2021 02:46 PM - Jurga Muralis<br><br>Request sent to **Publix** via **Fax** method. Fax number: 866-333-1738 |

Tenstreet, 120 W. 3rd Street Tulsa, OK 74103.
Drivers: for questions about this report, contact the Tenstreet Consumer Service Department at
877-219-9283, Option 1, then 1 or email: drivers@tenstreet.com

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 61 of 91
PageID #: 2271
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000248

Request Status: **Submitted**

Request / Response Report     **Response Tracking ID:** (None)     **Request #:** 32227017

| Annett Holdings (TMC Transportation (Employment)) | |
|---|---|
| Address: | 6115 SW Lelan |
| City / State / Zip: | Des Moines, IA |
| Email: | Brandon.Carey@tmctrans.com Bailey.Vaught@tmctrans.com |
| Phone: | 800-247-2862 |
| Fax: | 515-256-1847 |
| Items Requested: | EMP DA ACC |

Provided Subject Information

| Antonio Wortham SSN: **xxx-xx-** ▇ DOB: **04-13-** ▇ | Date Range Provided: **09-2021** to **09-2021** |
|---|---|

Original Request Information

| Position Held | |
|---|---|
| Reason For Leaving | |
| Driver Class | |
| Driver Type | |
| Was the driver Terminated? | |
| Was the driver subject to FMCSRs while employed? | |
| Was the driver's job designated as a safety sensitive function in DOT regulated mode subject to Drug and Alcohol testing per 49 CFR Part 40? | |
| Areas Driven | |
| Equipment Driven | |
| Trailer Driven | |
| Loads Hauled | |

Provided Information

| Position Held | TRAINEE |
|---|---|
| Reason For Leaving | QUIT IN TRAINING |
| Driver Class | |
| Driver Type | |
| Was the driver Terminated? | No |
| Eligible for Rehire? | Review |
| Was the driver subject to FMCSRs while employed? | Yes |
| Was the driver's job designated as a safety sensitive function in DOT regulated mode subject to Drug and Alcohol testing per 49 CFR Part 40? | Yes |
| Full Time / Part Time | FT |
| Areas Driven | |
| Equipment Driven | Conventional Tractor |
| Trailer Driven | Flatbed |
| Loads Hauled | |

1

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000249

| | | |
|---|---|---|
| Miles per week | | |
| Number of States Driven | | |
| Trailer Length | | |

Drug and Alcohol Information

| | |
|---|---|
| Did the employee have alcohol tests with a result of 0.04 or higher? | No |
| Did the employee have verified positive drug tests? | No |
| Did the employee refuse to be tested? | No |
| Did the employee have other violations of DOT agency drug and alcohol testing regulations? | No |
| Did a previous employer report a drug and alcohol rule violation to you? | No |
| If you answered "yes" to any of the above items, did the employee complete the return-to-duty process? | |
| Comments | |

Accidents

| |
|---|
| No Accidents |

Activity Log

| |
|---|
| 11-03-2021 02:47 PM - Brennan Jones (TMC Transportation)<br><br>  Request was set "Submitted", authorized, and automatically fulfilled. |
| 11-03-2021 02:46 PM - Jurga Muralis<br><br>  Request sent under order #14388116 via **Network** method. |

Tenstreet, 120 W. 3rd Street Tulsa, OK 74103.
Drivers: for questions about this report, contact the Tenstreet Consumer Service Department at 877-219-9283, Option 1, then 1 or email: drivers@tenstreet.com

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 63 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000250
PageID #: 2273

Request Status: **Submitted**

Request / Response Report      **Response Tracking ID:** (None)      **Request #:** 32227018

| Annett Holdings (TMC Transportation (Employment)) | |
|---|---|
| Address: | 6115 SW Lelan |
| City / State / Zip: | Des Moines, IA |
| Email: | Brandon.Carey@tmctrans.com Bailey.Vaught@tmctrans.com |
| Phone: | 800-247-2862 |
| Fax: | 515-256-1847 |
| Items Requested: | EMP DA ACC |

Provided Subject Information

| Antonio Wortham SSN: **xxx-xx-█** DOB: **04-13-█** | Date Range Provided: **09-2021** to **09-2021** |
|---|---|

Original Request Information

| Position Held | |
|---|---|
| Reason For Leaving | |
| Driver Class | |
| Driver Type | |
| Was the driver Terminated? | |
| Was the driver subject to FMCSRs while employed? | |
| Was the driver's job designated as a safety sensitive function in DOT regulated mode subject to Drug and Alcohol testing per 49 CFR Part 40? | |
| Areas Driven | |
| Equipment Driven | |
| Trailer Driven | |
| Loads Hauled | |

Provided Information

| Position Held | TRAINEE |
|---|---|
| Reason For Leaving | QUIT IN TRAINING |
| Driver Class | |
| Driver Type | |
| Was the driver Terminated? | No |
| Eligible for Rehire? | Review |
| Was the driver subject to FMCSRs while employed? | Yes |
| Was the driver's job designated as a safety sensitive function in DOT regulated mode subject to Drug and Alcohol testing per 49 CFR Part 40? | Yes |
| Full Time / Part Time | FT |
| Areas Driven | |
| Equipment Driven | Conventional Tractor |
| Trailer Driven | Flatbed |
| Loads Hauled | |

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 64 of 91
PageID #: 2274
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000251

| | |
|---|---|
| Miles per week | |
| Number of States Driven | |
| Trailer Length | |

### Drug and Alcohol Information

| | |
|---|---|
| Did the employee have alcohol tests with a result of 0.04 or higher? | No |
| Did the employee have verified positive drug tests? | No |
| Did the employee refuse to be tested? | No |
| Did the employee have other violations of DOT agency drug and alcohol testing regulations? | No |
| Did a previous employer report a drug and alcohol rule violation to you? | No |
| If you answered "yes" to any of the above items, did the employee complete the return-to-duty process? | |
| Comments | |

### Accidents

| |
|---|
| No Accidents |

### Activity Log

| |
|---|
| 11-03-2021 02:47 PM - Brennan Jones (TMC Transportation)<br><br>  Request was set "Submitted", authorized, and automatically fulfilled. |
| 11-03-2021 02:46 PM - Jurga Muralis<br><br>  Request sent under order #14388116 via **Network** method. |

Tenstreet, 120 W. 3rd Street Tulsa, OK 74103.
Drivers: for questions about this report, contact the Tenstreet Consumer Service Department at
877-219-9283, Option 1, then 1 or email: drivers@tenstreet.com

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000252



**HMD Trucking, Inc.**
**10031 Virginia ave**
**Chicago Ridge, IL 60415**
**Fax: 918-526-1441 (Alt: 918-748-3955)**

# Fax Verification Request

**Date:** 11/05/21 11:05 am

**To:**     Publix

**From:**   Jurga Mikniute (Jurga@hmdtrucking.com)

**RE:**     Antonio Wortham  --  XXX-XX█████  (TX32227016 / 75637676)

## Please return this cover sheet or page two with your response.
## We use the barcode to identify the driver in our system.  Thank you!

**Notes:**

ADDL INFO: Start Date: 2014-02-01  Position: Truck Driver

We have your fax # as 866-333-1738. Please email us if you'd prefer that we use a different number for verifications.



**Our main fax is 918-526-1441. It works perfectly for almost all senders. You should always connect - we never have busy signals. If you do have issues, however, please try an alt number (918-748-3955, 267-535-5059, 918-295-8588). These numbers use different long-distance carriers between you and us that may route more cleanly for your particular fax machine. If you continue to have issues, email fax@tenstreet.com. We can usually help.**

fax@tenstreet.com                    www.tenstreet.com                    sales@tenstreet.com
pub696486                                                                 support@tenstreet.com

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000253

# Employment/Lease Verification
## HMD Trucking, Inc.
10031 Virginia ave
Chicago Ridge, IL 60415
Phone: 888-215-8523
Fax: 918-526-1441 (Alt: 918-748-3955)



TX32227016

**Driver:** Antonio Wortham  **SSN:** XXX-XX▮▮▮    **Date:** 11/05/2021 11:05am

**Company:** Publix

3300 publix corporate pkwy Lakeland, FL 33811  Ph: 8636881188

**Period of Service Detail:**

Start Date 1: 01-2014    Start 2: _____    Start 3: _____    Miles / week: _____
End Date 1: 09-2021    End 2: _____    End 3: _____    Hours / week: _____
Position(s) Held: See notes    Reason(s) for Leaving: Resigned

| Driver Class: | Type: | Truck: | Subject to FMCSRs? | Subject to DOT D&A? |
|---|---|---|---|---|
| Company: X | Solo: ✓ | Tractor-Trailer: X | Yes: ✓ | Yes: ✓ |
| Lease: ___ | Team: ___ | Straight Truck: ___ | No: ___ | No: ___ |
| Own/Op: ___ | Student: ___ | Tanker: ___ | | |
| Other: ___ | Other: ___ | Other: ___ | | |

**Eligible for rehire?**
Yes _____
No _____
Review _____

**Experience:**
Flatbed _____
Van ✓
Reefer _____
Intermodal _____
Snow / Ice _____
Tanker _____
Other _____

**Responsible for maintaining logs?**
Yes _____
No _____

**Area Driven:**
OTR _____
Regional _____
Local X
Other _____

**Terminated / Discharged?**
Yes _____
No X

# of states driven: _____

**Loads Hauled:** _____    **Trailer Length:** _____

**Accidents:** If none, check: ☐   # Preventable: _____   # Non-Preventable: _____   # DOT Reportable: _____
If more space is needed, please attach an additional sheet:

| Date | City, State / Description | #Fatalities | #Injuries | Hazmat? | Preventable? |
|---|---|---|---|---|---|
| 10.8.2020 | Huntsville, AL | Ø | 2 | No | No |

**Drug and Alcohol**    (to be accompanied by an appropriate drug and alcohol release)

In the three years prior to the date of the employee's signature (on the release), for DOT-regulated testing:

| | | | |
|---|---|---|---|
| 1 | Did the employee have alcohol tests with a result of 0.04 or higher? | Yes | No |
| 2 | Did the employee have verified positive drug tests? | Yes | No |
| 3 | Did the employee refuse to be tested? | Yes | No |
| 4 | Did the employee have other violations of DOT agency drug and alcohol testing regulations? | Yes | No |
| 5 | Did a previous employer report a drug and alcohol rule violation to you? | Yes | No |
| 6 | If you answered "yes" to any of the above items, did the employee complete the return-to-duty process? | N/A | Yes    No |

NOTE: If you answered "yes" to item 5, you must provide the previous employer's report. If you answered "yes" to item 6, you must also transmit the appropriate return-to-duty documentation (e.g., SAP report(s), follow-up testing record).

**Info provided by (Signature):** _[signature]_    **Title, Date** DOT Specialist 11-8-21    **Phone** 863-688-1188 X54270

**Printed Name** Rhonda Thacher    **Email** _____    **Company DOT #** _____

**Comments:** In a DOT regulated position from 9-2008 to 9-2021 as a Spotter driver and truck driver.

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 67 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000254
PageID #: 2277

**Request/Consent for Information from Previous Employer(s)/Carrier(s) For Alcohol and Controlled Substances Testing Records**
**And changes in Parts 390 and 391 of the FMCSA**

X     **10-14-2021**      X    ███████████
Date                   Social Security Number

Antonio Wortham
450 Barn Wood Road
Tuscaloosa, AL 35405
770-731-7220
Gender:

X    **Antonio Wortham**      X
Print Name (First, MI, Last)      Signature

I, the above mentioned signer, hereby authorize      | Publix |

To release and forward in accordance with the following regulation, all known information pertaining to my alcohol and controlled substances testing/training records to __HMD Trucking, Inc.__

# DISCLOSURE AND AUTHORIZATION UNDER 49 C.F.R. PART 391.23 INCLUDING DOT DRUG AND ALCOHOL INFORMATION

For purposes of an investigation in accordance with 49 C.F.R. Part 391.23, I authorize my previous employers, contractors (if owner-operator), and trucking schools, as applicable, to release and forward to HMD Trucking, Inc. ("Company"), or Benefit Trucking LLC, or HMD LLC the following information for the past three (3) years:

1. DOT alcohol and controlled substance information in accordance with Parts 382 and 40 of the Federal Motor Carrier Safety Regulations (49 CFR Part 382 and 49 CFR Part 40, Section 40.25) limited to the following DOT regulated testing items, including pre-employment testing results: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested; (iv) other violations of DOT agency drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation; and (vi) documentation, if any, of completion of the return-to-duty process following a rule violation.

2. Safety performance history information in accordance with 49 CFR Part 391.23, which includes: employment dates, work history (which may include position held, reason for leaving, any termination information, whether subject to the Federal Motor Carrier Safety Administration regulations, equipment experience, area driven, and other information as applicable) and accident information (including accident date, nature of accident, whether it was preventable, whether there were injuries, fatalities, or hazardous materials involved, and copies of any accident report).

Pursuant to Section 391.23(i) of the Federal Motor Carrier Safety Regulations, you have the following rights with regard to the information released:

1. You have the right to make a written request at any time to review the information provided by previous employers, contractors (if owner-operator), or trucking schools, as applicable.

2. You have the right to have errors in the information corrected by the previous employer, contractor (if owner-operator), or trucking school, as applicable and for that employer, contractor (if owner-operator), or trucking school to re-send the corrected information.

3. You have the right to have a rebuttal statement attached to the alleged erroneous information if the previous employer, contractor (if owner-operator), or trucking school and you cannot agree on the accuracy of the information.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000255



# DISCLOSURE FOR CONSUMER REPORTS

In connection with your employment or owner-operator (independent contractor) application, HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC may order one or more consumer report(s) (commonly known as "background reports" or "background checks") about you from one or more consumer reporting agencies. If you are hired or engaged as an owner-operator (independent contractor), additional consumer reports may be obtained in connection with and throughout your employment for employment purposes or for the legitimate business purpose of evaluating you as an owner-operator.

To the extent allowed by law, the consumer reports may include information concerning your character, general reputation, personal characteristics, mode of living, drug and alcohol test results, motor vehicle records, driving records, criminal information, public court records, employment history (including names and dates of previous employers, reason for termination of employment, work experience, and accidents), social security number validation, education, licensure, or verification of other information supplied by you. Such reports may be obtained from private and public record sources, including sanctions databases, CDLIS, former employers, public court records, and federal, state, and other government agencies that maintain such records.

Printed Name:
**Antonio Wortham**

Social Security #:

Signed Date: 10-14-2021

Antonio Wortham
450 Barn Wood Road
Tuscaloosa, AL 35405
770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000256



# AUTHORIZATION FOR CONSUMER REPORTS

I authorize HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC to obtain one or more consumer report(s) or investigative consumer report(s) about me. If hired or engaged as an owner-operator (independent contractor), I understand this authorization shall remain on file and shall serve as ongoing authorization for additional consumer reports or investigative consumer reports to be obtained from any consumer reporting agency at any time during my employment or contract period without asking me for authorization again.

Printed Name:

**Antonio Wortham**

Social Security #:

Signed Date: 10-14-2021

Antonio Wortham
450 Barn Wood Road
Tuscaloosa, AL 35405
770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000257



# IMPORTANT DISCLOSURE
# REGARDING BACKGROUND REPORTS FROM THE *PSP Online Service*

In connection with your application for employment with HMD Trucking, Inc. ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

# AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

I authorize HMD Trucking, Inc. ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report. I have read the above Disclosure Regarding Background Reports provided to me by Prospective Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

Printed Name:
**Antonio Wortham**

Signed Date: 10-14-2021

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 71 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000258
PageID #: 2281

**Request/Consent for Information from Previous Employer(s)/Carrier(s) For Alcohol and Controlled Substances Testing Records**
**And changes in Parts 390 and 391 of the FMCSA**

X    **10-14-2021**      X    ▮▮▮▮▮▮          Antonio Wortham
Date               Social Security Number        450 Barn Wood Road
                                                    Tuscaloosa, AL 35405
                                                    770-731-7220
                                                    Gender:

X    **Antonio Wortham**      X
Print Name (First, MI, Last)      Signature

I, the above mentioned signer, hereby authorize      | Publix | |

To release and forward in accordance with the following regulation, all known information pertaining to my alcohol and controlled substances testing/training records to    **HMD Trucking, Inc.**

# DISCLOSURE AND AUTHORIZATION UNDER 49 C.F.R. PART 391.23 INCLUDING DOT DRUG AND ALCOHOL INFORMATION

For purposes of an investigation in accordance with 49 C.F.R. Part 391.23, I authorize my previous employers, contractors (if owner-operator), and trucking schools, as applicable, to release and forward to HMD Trucking, Inc. ("Company"), or Benefit Trucking LLC, or HMD LLC the following information for the past three (3) years:

1. DOT alcohol and controlled substance information in accordance with Parts 382 and 40 of the Federal Motor Carrier Safety Regulations (49 CFR Part 382 and 49 CFR Part 40, Section 40.25) limited to the following DOT regulated testing items, including pre-employment testing results: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested; (iv) other violations of DOT agency drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation; and (vi) documentation, if any, of completion of the return-to-duty process following a rule violation.

2. Safety performance history information in accordance with 49 CFR Part 391.23, which includes: employment dates, work history (which may include position held, reason for leaving, any termination information, whether subject to the Federal Motor Carrier Safety Administration regulations, equipment experience, area driven, and other information as applicable) and accident information (including accident date, nature of accident, whether it was preventable, whether there were injuries, fatalities, or hazardous materials involved, and copies of any accident report).

Pursuant to Section 391.23(i) of the Federal Motor Carrier Safety Regulations, you have the following rights with regard to the information released:

1. You have the right to make a written request at any time to review the information provided by previous employers, contractors (if owner-operator), or trucking schools, as applicable.

2. You have the right to have errors in the information corrected by the previous employer, contractor (if owner-operator), or trucking school, as applicable and for that employer, contractor (if owner-operator), or trucking school to re-send the corrected information.

3. You have the right to have a rebuttal statement attached to the alleged erroneous information if the previous employer, contractor (if owner-operator), or trucking school and you cannot agree on the accuracy of the information.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000259



**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)
Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.


_____
Antonio Wortham

10-14-2021
Date

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000260



# DISCLOSURE FOR CONSUMER REPORTS

 In connection with your employment or owner-operator (independent contractor) application, HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC may order one or more consumer report(s) (commonly known as "background reports" or "background checks") about you from one or more consumer reporting agencies. If you are hired or engaged as an owner-operator (independent contractor), additional consumer reports may be obtained in connection with and throughout your employment for employment purposes or for the legitimate business purpose of evaluating you as an owner-operator.

To the extent allowed by law, the consumer reports may include information concerning your character, general reputation, personal characteristics, mode of living, drug and alcohol test results, motor vehicle records, driving records, criminal information, public court records, employment history (including names and dates of previous employers, reason for termination of employment, work experience, and accidents), social security number validation, education, licensure, or verification of other information supplied by you. Such reports may be obtained from private and public record sources, including sanctions databases, CDLIS, former employers, public court records, and federal, state, and other government agencies that maintain such records.

Employer / Contractor / Educational Institution:
**Wal Mart**

Printed Name:
**Antonio Wortham**

Social Security #:
█████████

Signed Date: 10-14-2021

Antonio Wortham
450 Barn Wood Road
Tuscaloosa, AL 35405
770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000261



# AUTHORIZATION FOR CONSUMER REPORTS

I authorize HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC to obtain one or more consumer report(s) or investigative consumer report(s) about me. If hired or engaged as an owner-operator (independent contractor), I understand this authorization shall remain on file and shall serve as ongoing authorization for additional consumer reports or investigative consumer reports to be obtained from any consumer reporting agency at any time during my employment or contract period without asking me for authorization again.

Employer / Contractor / Educational Institution:
**Wal Mart**

Printed Name:
**Antonio Wortham**

Social Security #:

█████████

Signed Date: 10-14-2021

Antonio Wortham
450 Barn Wood Road
Tuscaloosa, AL 35405
770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000262



# DISCLOSURE FOR CONSUMER REPORTS

In connection with your employment or owner-operator (independent contractor) application, HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC may order one or more consumer report(s) (commonly known as "background reports" or "background checks") about you from one or more consumer reporting agencies. If you are hired or engaged as an owner-operator (independent contractor), additional consumer reports may be obtained in connection with and throughout your employment for employment purposes or for the legitimate business purpose of evaluating you as an owner-operator.

To the extent allowed by law, the consumer reports may include information concerning your character, general reputation, personal characteristics, mode of living, drug and alcohol test results, motor vehicle records, driving records, criminal information, public court records, employment history (including names and dates of previous employers, reason for termination of employment, work experience, and accidents), social security number validation, education, licensure, or verification of other information supplied by you. Such reports may be obtained from private and public record sources, including sanctions databases, CDLIS, former employers, public court records, and federal, state, and other government agencies that maintain such records.

Printed Name:
**Antonio Wortham**

Social Security #:
██████████

Signed Date: 10-15-2021

Antonio Wortham

770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000263



# AUTHORIZATION FOR CONSUMER REPORTS

 I authorize HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC to obtain one or more consumer report(s) or investigative consumer report(s) about me. If hired or engaged as an owner-operator (independent contractor), I understand this authorization shall remain on file and shall serve as ongoing authorization for additional consumer reports or investigative consumer reports to be obtained from any consumer reporting agency at any time during my employment or contract period without asking me for authorization again.

Printed Name:
**Antonio Wortham**

Social Security #:

Signed Date: 10-15-2021

Antonio Wortham

770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000264



# IMPORTANT DISCLOSURE
# REGARDING BACKGROUND REPORTS FROM THE *PSP Online Service*

In connection with your application for employment with HMD Trucking, Inc. ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

# AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

I authorize HMD Trucking, Inc. ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report. I have read the above Disclosure Regarding Background Reports provided to me by Prospective Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

Printed Name:
**Antonio Wortham**

Signed Date: 10-15-2021

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 78 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000265
PageID #: 2288

**Request/Consent for Information from Previous Employer(s)/Carrier(s) For Alcohol and Controlled Substances Testing Records**
**And changes in Parts 390 and 391 of the FMCSA**

X    **10-15-2021**      X    ████████      Antonio Wortham

Date            Social Security Number        770-731-7220
                                                           Gender:

X    **Antonio Wortham**      X _____

Print Name (First, MI, Last)      Signature

I, the above mentioned signer, hereby authorize    | Publix | |

To release and forward in accordance with the following regulation, all known information pertaining to my alcohol and controlled substances testing/training records to __**HMD Trucking, Inc.**__

# DISCLOSURE AND AUTHORIZATION UNDER 49 C.F.R. PART 391.23 INCLUDING DOT DRUG AND ALCOHOL INFORMATION

For purposes of an investigation in accordance with 49 C.F.R. Part 391.23, I authorize my previous employers, contractors (if owner-operator), and trucking schools, as applicable, to release and forward to HMD Trucking, Inc. ("Company"), or Benefit Trucking LLC, or HMD LLC the following information for the past three (3) years:

1. DOT alcohol and controlled substance information in accordance with Parts 382 and 40 of the Federal Motor Carrier Safety Regulations (49 CFR Part 382 and 49 CFR Part 40, Section 40.25) limited to the following DOT regulated testing items, including pre-employment testing results: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested; (iv) other violations of DOT agency drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation; and (vi) documentation, if any, of completion of the return-to-duty process following a rule violation.

2. Safety performance history information in accordance with 49 CFR Part 391.23, which includes: employment dates, work history (which may include position held, reason for leaving, any termination information, whether subject to the Federal Motor Carrier Safety Administration regulations, equipment experience, area driven, and other information as applicable) and accident information (including accident date, nature of accident, whether it was preventable, whether there were injuries, fatalities, or hazardous materials involved, and copies of any accident report).

Pursuant to Section 391.23(i) of the Federal Motor Carrier Safety Regulations, you have the following rights with regard to the information released:

1. You have the right to make a written request at any time to review the information provided by previous employers, contractors (if owner-operator), or trucking schools, as applicable.

2. You have the right to have errors in the information corrected by the previous employer, contractor (if owner-operator), or trucking school, as applicable and for that employer, contractor (if owner-operator), or trucking school to re-send the corrected information.

3. You have the right to have a rebuttal statement attached to the alleged erroneous information if the previous employer, contractor (if owner-operator), or trucking school and you cannot agree on the accuracy of the information.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000266



**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)
Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.

| | |
|---|---|
| _(signature)_ | 10-15-2021 |
| Antonio Wortham | Date |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000267



# DISCLOSURE FOR CONSUMER REPORTS

In connection with your employment or owner-operator (independent contractor) application, HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC may order one or more consumer report(s) (commonly known as "background reports" or "background checks") about you from one or more consumer reporting agencies. If you are hired or engaged as an owner-operator (independent contractor), additional consumer reports may be obtained in connection with and throughout your employment for employment purposes or for the legitimate business purpose of evaluating you as an owner-operator.

To the extent allowed by law, the consumer reports may include information concerning your character, general reputation, personal characteristics, mode of living, drug and alcohol test results, motor vehicle records, driving records, criminal information, public court records, employment history (including names and dates of previous employers, reason for termination of employment, work experience, and accidents), social security number validation, education, licensure, or verification of other information supplied by you. Such reports may be obtained from private and public record sources, including sanctions databases, CDLIS, former employers, public court records, and federal, state, and other government agencies that maintain such records.

Printed Name:
**Antonio Wortham**

Social Security #:
████████████

Signed Date: 10-15-2021

Antonio Wortham

770-731-7220
Gender:

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 81 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER   HMD TRUCKING 000268
PageID #: 2291



# AUTHORIZATION FOR CONSUMER REPORTS

I authorize HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC to obtain one or more consumer report(s) or investigative consumer report(s) about me. If hired or engaged as an owner-operator (independent contractor), I understand this authorization shall remain on file and shall serve as ongoing authorization for additional consumer reports or investigative consumer reports to be obtained from any consumer reporting agency at any time during my employment or contract period without asking me for authorization again.

Printed Name:
**Antonio Wortham**

Social Security #:
█████████

Signed Date: 10-15-2021

Antonio Wortham

770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000269



# IMPORTANT DISCLOSURE
# REGARDING BACKGROUND REPORTS FROM THE *PSP Online Service*

In connection with your application for employment with HMD Trucking, Inc. ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

# AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

I authorize HMD Trucking, Inc. ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report. I have read the above Disclosure Regarding Background Reports provided to me by Prospective Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

Printed Name:
**Antonio Wortham**

Signed Date: 10-15-2021

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 83 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000270
PageID #: 2293

**Request/Consent for Information from Previous Employer(s)/Carrier(s) For Alcohol and Controlled Substances Testing Records**
**And changes in Parts 390 and 391 of the FMCSA**

X __**10-15-2021**__ X ████████████ Antonio Wortham

Date Social Security Number
770-731-7220
Gender:

X __**Antonio Wortham**__ X _____

Print Name (First, MI, Last) Signature

I, the above mentioned signer, hereby authorize

| Publix | |
|--------|---|

To release and forward in accordance with the following regulation, all known information pertaining to my alcohol and controlled substances testing/training records to __**HMD Trucking, Inc.**__

# DISCLOSURE AND AUTHORIZATION UNDER 49 C.F.R. PART 391.23 INCLUDING DOT DRUG AND ALCOHOL INFORMATION

For purposes of an investigation in accordance with 49 C.F.R. Part 391.23, I authorize my previous employers, contractors (if owner-operator), and trucking schools, as applicable, to release and forward to HMD Trucking, Inc. ("Company"), or Benefit Trucking LLC, or HMD LLC the following information for the past three (3) years:

1. DOT alcohol and controlled substance information in accordance with Parts 382 and 40 of the Federal Motor Carrier Safety Regulations (49 CFR Part 382 and 49 CFR Part 40, Section 40.25) limited to the following DOT regulated testing items, including pre-employment testing results: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested; (iv) other violations of DOT agency drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation; and (vi) documentation, if any, of completion of the return-to-duty process following a rule violation.

2. Safety performance history information in accordance with 49 CFR Part 391.23, which includes: employment dates, work history (which may include position held, reason for leaving, any termination information, whether subject to the Federal Motor Carrier Safety Administration regulations, equipment experience, area driven, and other information as applicable) and accident information (including accident date, nature of accident, whether it was preventable, whether there were injuries, fatalities, or hazardous materials involved, and copies of any accident report).

Pursuant to Section 391.23(i) of the Federal Motor Carrier Safety Regulations, you have the following rights with regard to the information released:

1. You have the right to make a written request at any time to review the information provided by previous employers, contractors (if owner-operator), or trucking schools, as applicable.

2. You have the right to have errors in the information corrected by the previous employer, contractor (if owner-operator), or trucking school, as applicable and for that employer, contractor (if owner-operator), or trucking school to re-send the corrected information.

3. You have the right to have a rebuttal statement attached to the alleged erroneous information if the previous employer, contractor (if owner-operator), or trucking school and you cannot agree on the accuracy of the information.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000271



**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)
Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.

 

 

| | |
|---|---|
| Antonio Wortham | 10-15-2021 |
| | Date |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000272



# DISCLOSURE FOR CONSUMER REPORTS

In connection with your employment or owner-operator (independent contractor) application, HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC may order one or more consumer report(s) (commonly known as "background reports" or "background checks") about you from one or more consumer reporting agencies. If you are hired or engaged as an owner-operator (independent contractor), additional consumer reports may be obtained in connection with and throughout your employment for employment purposes or for the legitimate business purpose of evaluating you as an owner-operator.

To the extent allowed by law, the consumer reports may include information concerning your character, general reputation, personal characteristics, mode of living, drug and alcohol test results, motor vehicle records, driving records, criminal information, public court records, employment history (including names and dates of previous employers, reason for termination of employment, work experience, and accidents), social security number validation, education, licensure, or verification of other information supplied by you. Such reports may be obtained from private and public record sources, including sanctions databases, CDLIS, former employers, public court records, and federal, state, and other government agencies that maintain such records.

Printed Name:
**Antonio Wortham**

Social Security #:
████████

Signed Date: 11-02-2021

Antonio Wortham

770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000273



# AUTHORIZATION FOR CONSUMER REPORTS

 I authorize HMD Trucking, Inc., Benefit Trucking LLC, or HMD LLC to obtain one or more consumer report(s) or investigative consumer report(s) about me. If hired or engaged as an owner-operator (independent contractor), I understand this authorization shall remain on file and shall serve as ongoing authorization for additional consumer reports or investigative consumer reports to be obtained from any consumer reporting agency at any time during my employment or contract period without asking me for authorization again.

Printed Name:
**Antonio Wortham**

Social Security #:

████████

Signed Date: 11-02-2021

Antonio Wortham

770-731-7220
Gender:

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000274



# IMPORTANT DISCLOSURE
# REGARDING BACKGROUND REPORTS FROM THE *PSP Online Service*

In connection with your application for employment with HMD Trucking, Inc. ("Prospective Employer"), Prospective Employer, its employees, agents or contractors may obtain one or more reports regarding your driving, and safety inspection history from the Federal Motor Carrier Safety Administration (FMCSA).

When the application for employment is submitted in person, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer will provide you with a copy of the report upon which its decision was based and a written summary of your rights under the Fair Credit Reporting Act before taking any final adverse action. If any final adverse action is taken against you based upon your driving history or safety report, the Prospective Employer will notify you that the action has been taken and that the action was based in part or in whole on this report.

When the application for employment is submitted by mail, telephone, computer, or other similar means, if the Prospective Employer uses any information it obtains from FMCSA in a decision to not hire you or to make any other adverse employment decision regarding you, the Prospective Employer must provide you within three business days of taking adverse action oral, written or electronic notification: that adverse action has been taken based in whole or in part on information obtained from FMCSA; the name, address, and the toll free telephone number of FMCSA; that the FMCSA did not make the decision to take the adverse action and is unable to provide you the specific reasons why the adverse action was taken; and that you may, upon providing proper identification, request a free copy of the report and may dispute with the FMCSA the accuracy or completeness of any information or report. If you request a copy of a driver record from the Prospective Employer who procured the report, then, within 3 business days of receiving your request, together with proper identification, the Prospective Employer must send or provide to you a copy of your report and a summary of your rights under the Fair Credit Reporting Act.

Neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. You may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If you challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. Your request will be forwarded by the DataQs system to the appropriate State for adjudication.

Any crash or inspection in which you were involved will display on your PSP report. Since the PSP report does not report, or assign, or imply fault, it will include all Commercial Motor Vehicle (CMV) crashes where you were a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, all inspections, with or without violations, appear on the PSP report. State citations associated with Federal Motor Carrier Safety Regulations (FMCSR) violations that have been adjudicated by a court of law will also appear, and remain, on a PSP report.

The Prospective Employer cannot obtain background reports from FMCSA without your authorization.

# AUTHORIZATION

If you agree that the Prospective Employer may obtain such background reports, please read the following and sign below:

I authorize HMD Trucking, Inc. ("Prospective Employer") to access the FMCSA Pre-Employment Screening Program (PSP) system to seek information regarding my commercial driving safety record and information regarding my safety inspection history. I understand that I am authorizing the release of safety performance information including crash data from the previous five (5) years and inspection history from the previous three (3) years. I understand and acknowledge that this release of information may assist the Prospective Employer to make a determination regarding my suitability as an employee.

I further understand that neither the Prospective Employer nor the FMCSA contractor supplying the crash and safety information has the capability to correct any safety data that appears to be incorrect. I understand I may challenge the accuracy of the data by submitting a request to https://dataqs.fmcsa.dot.gov. If I challenge crash or inspection information reported by a State, FMCSA cannot change or correct this data. I understand my request will be forwarded by the DataQs system to the appropriate State for adjudication.

I understand that any crash or inspection in which I was involved will display on my PSP report. Since the PSP report does not report, or assign, or imply fault, I acknowledge it will include all CMV crashes where I was a driver or co-driver and where those crashes were reported to FMCSA, regardless of fault. Similarly, I understand all inspections, with or without violations, will appear on my PSP report, and State citations associated with FMCSR violations that have been adjudicated by a court of law will also appear, and remain, on my PSP report. I have read the above Disclosure Regarding Background Reports provided to me by Prospective Employer and I understand that if I sign this Disclosure and Authorization, Prospective Employer may obtain a report of my crash and inspection history. I hereby authorize Prospective Employer and its employees, authorized agents, and/or affiliates to obtain the information authorized above.

Printed Name:
**Antonio Wortham**

Signed Date: 11-02-2021

Case 1:24-cv-00155-TRM-MJD   Document 102-1   Filed 01/19/26   Page 88 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000275
PageID #: 2298

**Request/Consent for Information from Previous Employer(s)/Carrier(s) For Alcohol and Controlled Substances Testing Records**
**And changes in Parts 390 and 391 of the FMCSA**

X   **11-02-2021**    X                                               Antonio Wortham

Date                     Social Security Number                 770-731-7220
Gender:

X   **Antonio Wortham**    X

Print Name (First, MI, Last)    Signature

I, the above mentioned signer, hereby authorize    | ANNETT HOLDINGS INC |

To release and forward in accordance with the following regulation, all known information pertaining to my alcohol and controlled substances testing/training records to   **HMD Trucking, Inc.**

# DISCLOSURE AND AUTHORIZATION UNDER 49 C.F.R. PART 391.23 INCLUDING DOT DRUG AND ALCOHOL INFORMATION

For purposes of an investigation in accordance with 49 C.F.R. Part 391.23, I authorize my previous employers, contractors (if owner-operator), and trucking schools, as applicable, to release and forward to HMD Trucking, Inc. ("Company"), or Benefit Trucking LLC, or HMD LLC the following information for the past three (3) years:

1. DOT alcohol and controlled substance information in accordance with Parts 382 and 40 of the Federal Motor Carrier Safety Regulations (49 CFR Part 382 and 49 CFR Part 40, Section 40.25) limited to the following DOT regulated testing items, including pre-employment testing results: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested; (iv) other violations of DOT agency drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation; and (vi) documentation, if any, of completion of the return-to-duty process following a rule violation.

2. Safety performance history information in accordance with 49 CFR Part 391.23, which includes: employment dates, work history (which may include position held, reason for leaving, any termination information, whether subject to the Federal Motor Carrier Safety Administration regulations, equipment experience, area driven, and other information as applicable) and accident information (including accident date, nature of accident, whether it was preventable, whether there were injuries, fatalities, or hazardous materials involved, and copies of any accident report).

Pursuant to Section 391.23(i) of the Federal Motor Carrier Safety Regulations, you have the following rights with regard to the information released:

1. You have the right to make a written request at any time to review the information provided by previous employers, contractors (if owner-operator), or trucking schools, as applicable.

2. You have the right to have errors in the information corrected by the previous employer, contractor (if owner-operator), or trucking school, as applicable and for that employer, contractor (if owner-operator), or trucking school to re-send the corrected information.

3. You have the right to have a rebuttal statement attached to the alleged erroneous information if the previous employer, contractor (if owner-operator), or trucking school and you cannot agree on the accuracy of the information.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000276

**Request/Consent for Information from Previous Employer(s)/Carrier(s) For Alcohol and Controlled Substances Testing Records**
**And changes in Parts 390 and 391 of the FMCSA**

| X **11-02-2021** | X ████████ | Antonio Wortham |
|---|---|---|
| Date | Social Security Number | 770-731-7220 |
| | | Gender: |

X **Antonio Wortham**     X _____

Print Name (First, MI, Last)     Signature

I, the above mentioned signer, hereby authorize

| Publix | |
|---|---|

To release and forward in accordance with the following regulation, all known information pertaining to my alcohol and controlled substances testing/training records to __HMD Trucking, Inc.__

# DISCLOSURE AND AUTHORIZATION UNDER 49 C.F.R. PART 391.23 INCLUDING DOT DRUG AND ALCOHOL INFORMATION

For purposes of an investigation in accordance with 49 C.F.R. Part 391.23, I authorize my previous employers, contractors (if owner-operator), and trucking schools, as applicable, to release and forward to HMD Trucking, Inc. ("Company"), or Benefit Trucking LLC, or HMD LLC the following information for the past three (3) years:

1. DOT alcohol and controlled substance information in accordance with Parts 382 and 40 of the Federal Motor Carrier Safety Regulations (49 CFR Part 382 and 49 CFR Part 40, Section 40.25) limited to the following DOT regulated testing items, including pre-employment testing results: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested; (iv) other violations of DOT agency drug and alcohol testing regulations; (v) information obtained from previous employers of a drug and alcohol rule violation; and (vi) documentation, if any, of completion of the return-to-duty process following a rule violation.

2. Safety performance history information in accordance with 49 CFR Part 391.23, which includes: employment dates, work history (which may include position held, reason for leaving, any termination information, whether subject to the Federal Motor Carrier Safety Administration regulations, equipment experience, area driven, and other information as applicable) and accident information (including accident date, nature of accident, whether it was preventable, whether there were injuries, fatalities, or hazardous materials involved, and copies of any accident report).

Pursuant to Section 391.23(i) of the Federal Motor Carrier Safety Regulations, you have the following rights with regard to the information released:

1. You have the right to make a written request at any time to review the information provided by previous employers, contractors (if owner-operator), or trucking schools, as applicable.

2. You have the right to have errors in the information corrected by the previous employer, contractor (if owner-operator), or trucking school, as applicable and for that employer, contractor (if owner-operator), or trucking school to re-send the corrected information.

3. You have the right to have a rebuttal statement attached to the alleged erroneous information if the previous employer, contractor (if owner-operator), or trucking school and you cannot agree on the accuracy of the information.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000277



**Consent for Limited Queries of the Federal Motor Carrier Safety Administration (FMCSA)
Drug and Alcohol Clearinghouse**

I hereby provide consent to HMD Trucking, Inc. to conduct a limited query of the FMCSA Commercial Driver's License Drug and Alcohol Clearinghouse to determine whether drug or alcohol violation information about me exists in the Clearinghouse. I understand this consent shall remain on file and shall serve as ongoing consent for HMD Trucking, Inc. to conduct multiple limited queries of the Clearinghouse at any time during my employment or contract period without asking me for additional consent.

I understand that if I refuse to provide consent for HMD Trucking, Inc. to conduct a limited query of the Clearinghouse, HMD Trucking, Inc. is required to prohibit me from performing safety-sensitive functions, including operating a commercial motor vehicle.

I understand that if the limited query conducted by HMD Trucking, Inc. indicates that drug or alcohol information exists about me in the Clearinghouse, the FMCSA will not disclose that information to HMD Trucking, Inc. unless I give additional specific consent within the Clearinghouse. However, I understand that HMD Trucking, Inc. will be required to conduct a full query of the Clearinghouse within 24 hours after a limited query indicates that drug or alcohol information exists and that if I do not grant consent within the Clearinghouse for that full query I will be removed from performing safety-sensitive functions, including operating a commercial motor vehicle.

Antonio Wortham

11-02-2021

Date

Case 1:24-cv-00155-TRM-MJD  Document 102-1  Filed 01/19/26  Page 91 of 91
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000278
PageID #: 2301