# ANTIONO WORTHAM - MVR Abstract (page 1 of 1)

**SuperVision** LICENSE MONITOR

| | |
|---|---|
| **Report Date:** | 10/13/2023 7:29 AM |
| **State:** | AL |
| **License:** | 9785360 |
| **Requested By:** | Scheduled Request |
| **Driver Ref #:** | N/A |
| **Division Name:** | HMD Trucking |

WORTHAM, ANTIONO DERALLE
450 BARN WOOD RD
TUSCALOOSA, AL 354056634

| **County:** | N/A | **Date of Birth:** | ███ | **Sex:** | M | **Points:** | 0.00 |
|---|---|---|---|---|---|---|---|
| **Height:** | N/A | **Weight:** | N/A | **Eyes:** | N/A | **CDL Status:** | Valid |

| Class | Type | Issue | Expiration | Status |
|---|---|---|---|---|
| CLASS A COMM VEH ANY WEIGHT MAY TOW ANOTHER VEH > 10K LBS. | COMMERCIAL | 09/19/2022 | 10/19/2026 | Valid |
| | Original Issue Date: | 10/20/2017 | | |
| | Restrictions: | Corrective Lenses;No Manual Transmission CMV | | |

## Medical certificate

| Issued | Expires | Status | Self Certificate | Description | Source |
|---|---|---|---|---|---|
| 08/18/2023 | 08/18/2025 | VALID | Non-excepted Interstate | MEDICAL CERTIFICATE | MVR |

### Examiner

| Name | Phone# | MDLicenseNo | MDLicJurisd | Specialty | MDRegistryNo | Source |
|---|---|---|---|---|---|---|
| INDIA BERRYHILL | (205)343-2225 | 1-078439 | Alabama | Advance Practice Nurse | 1972354304 | MVR |

### Other info

Restrictions: Wearing Corrective Lenses
Date On Record: 08/24/2023

## Miscellaneous Driver Info

CDL Original Issue Date: 10/19/2018

| Viol/Sus Date | Conv/Reins Date | Viol Type | PT | Description | Code | CML |
|---|---|---|---|---|---|---|

(No Incident History To Report)

**** END OF DRIVING RECORD ****

© 2023, Explore Information Services, LLC. All Rights Reserved.

CONFIDENTIAL - PROTECTIVE ORDER   HMD TRUCKING 000116   LOCATOR#13599452

## ANNUAL REVIEW OF DRIVING RECORD

MOTOR CARRIER INSTRUCTIONS: Review the driver's motor vehicle record, annual Certification of Violations, and other information described in 49 CFR 391.25 of the Federal Motor Carrier Safety Regulations. Complete the information requested below.

| Wortham Antiono | ██████████ | 11/08/2021 |
|---|---|---|
| DRIVER NAME: LAST, FIRST, MI | SOCIAL SECURITY NUMBER | DATE OF EMPLOYMENT |

| Chicago Ridge, IL | 9785360 | AL | 10/19/2026 |
|---|---|---|---|
| HOME TERMINAL (CITY AND STATE) | DRIVER'S LICENSE NUMBER | STATE | EXPIRATION DATE |

I have reviewed the driving record of the above named driver in accordance with 49 CFR 391.25 and find that he/she (check one):

☑ Meets minimum requirements for safe driving

☐ Is disqualified to drive a motor vehicle pursuant to Section 391.15

Actions taken with driver:

| HMD Trucking, INC | 10031 Virginia Ave, Chicago Ridge, IL 60415 |
|---|---|
| MOTOR CARRIER NAME | MOTOR CARRIER ADDRESS |

| Anastasija Frid-Rublevic | *Anastasija Frid-Rublevic* | Safety | 10/13/2023 |
|---|---|---|---|
| REVIEWER PRINTED NAME | REVIEWER SIGNATURE | TITLE | DATE OF REVIEW |

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000117