# Background Check Report

has not been finalized. has not been finalized.



800.906.1674
support@asurint.com

## Search Information

| | |
|---|---|
| **Candidate:** WORTHAM, ANTONIO | **Order ID:** 43696380 |
| **SSN:** XXX-XX-XXXX | **Customer:** HMD Trucking, Inc |
| **DOB:** XX/XX/XXXX | **Order Date:** 10/15/2021 11:17:25 AM |
| **Reference 1:** | **Completion Date:** |
| **Reference 2:** Victoria Sabotkoska | **Package:** Standard Criminal Screening Package with MVR, CDLIS |

## Summary Information - WORTHAM, ANTONIO

| Products | Counties Covered | Status | Expected Date | End Date | Result | Notes |
|---|---|---|---|---|---|---|
| **VeriFynd** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level I** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **IQR Level II** | | Completed | 10/15/2021 | 10/15/2021 | Completed | |
| **Georgia County Court Criminal** | WALTON | Processing | 10/21/2021 | | | View |
| **Georgia County Court Criminal** | TROUP | Processing | 10/19/2021 | | | View |
| **Alabama CrimeSearch** | Tuscaloosa | Processing | 10/19/2021 | | | View |
| **National Criminal Information Bureau** | | Completed | 10/15/2021 | 10/15/2021 | Clear | |
| **Alabama Driving Record - 3 Yr.** | | Completed | 10/15/2021 | 10/15/2021 | Review | |
| **CDLIS Report** | | Completed | 10/15/2021 | 10/15/2021 | Record(s) Found | |

\* Based on your candidate's address history, Asurint searched these additional counties that fell outside of your specific recommendations. These counties were included at no additional cost.

## Appended Documentation

| Type | Status | Notes |
|---|---|---|
| **Summary of Rights** | Completed | View |

## WORTHAM, ANTONIO

### Alabama Driving Record - 3 Yr.  (STATEWIDE)
### Search Candidate: WORTHAM, ANTONIO

## Driver's Report Summary

**License #9785360: VALID**

**Class:** A
**Class Description:** A - COMBINATION VEHICLE WITH GVWR OVER 26,001 LBS WITH VEHICLE IN TOW OVER 10K GVWR.

**Expires on:** 10/19/2022

**Submitted DL Number:** 9785360

**Medical Cert: CERTIFIED**

**State Issued:** n/a
**Expires on:** 08/30/2023

**Self Cert Status:**

- NON-EXCEPTED INTERSTATE

Case 1:24-cv-00155-TRM-MJD   Document 102-3   Filed 01/19/26   Page 1 of 1
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000322
PageID #: 2304