# Wortham, Antiono

**Update** 11-09-2021 12:01:33 PM

☑ Hide From Worklist



**STATUS:**
Hired

**WORKLIST:**
OTR

**RECRUITER:**
Karla Cortes Landa

**SAFETY:**
Jurga Muralis

### Contact Info

**SSN** ███████

📞 770-731-7220
📱 770-731-7220
@ antonio_wortham@yahoo.com

**Address**
450 Barn Wood Road
Tuscaloosa, AL 35405 🌐
United States

## Subject Tags ⌃

| Clearinghouse | Query Complete |
|---|---|
| Dispatcher | Alec (HMDT) |

He has a short vacation booked in Nov and he'll need to be home on the 17th. He will be coming back to work on the 22nd

**Edit Subject Alert**

| Note | Entered | Next Action |
|---|---|---|
| Driver will stay where he is - Karla Cortes Landa | 04-22-24 10:09AM | No Date |
| Called and asked if he can be team driver with his wife, she has 1 year experience - Natasha Cvetkovska | 04-19-22 3:10PM | No Date |

**More Notes...**

Completed Xchange Requests 3 of 3

Xchange Summary Report

App View ▾   Notes   Documents   Process   Tagging   Update Info   Back to App View

Case 1:24-cv-00155-TRM-MJD   Document 102-4   Filed 01/19/26   Page 1 of 5
PageID #: 2305   CONFIDENTIAL-UNDER PROTECTIVE ORDER   HMD TRUCKING 000279

Case 1:24-cv-00155-TRM-MJD   Document 102-4   Filed 01/19/26   Page 2 of 5
PageID #: 2306
CONFIDENTIAL-UNDER PROTECTIVE ORDER  HMD TRUCKING 000280

## Notes | Add Note

| 1 Year | 2 Years | 3 Years | All Time |

Search:

| Note | Entered | Next Action | |
|---|---|---|---|
| **2024** | | | |
| 📞 Driver will stay where he is - Karla Cortes Landa | 04-22-24 10:09AM | _____ | 📅 |
| **2022** | | | |
| 📞 Called and asked if he can be team driver with his wife, she has 1 year experience - Natasha Cvetkovska | 04-19-22 3:10PM | _____ | 📅 |
| **2021** | | | |
| Response fax received from Publix - Jurga Muralis | 11-09-21 10:23AM | 11-09-21 | 📅 |
| Hi Victoria, please correct the drivers first name. The spelling should be "Antiono." That is how it is spelled on his CDL and documents. Thank you - Robert Marquez Rem to: Victoria Sabotkoska | 11-08-21 1:59PM | 11-08-21 | 📅 |
| only one month of experience verified - Jurga Muralis | 11-08-21 8:25AM | _____ | 📅 |
| Docusign completed - Robert Marquez | 11-08-21 8:17AM | _____ | 📅 |
| CDL Package uploaded - Robert Marquez | 11-08-21 8:01AM | _____ | 📅 |
| Docusign sent - Robert Marquez | 11-08-21 7:29AM | _____ | 📅 |
| He is all set and had no qs. Ready for the ORT tomorrow - Victoria Sabotkoska | 11-07-21 9:20AM | _____ | 📅 |
| The driver called in to check when will he get the boarding pass. He only had the confirmation number in the email. Told them that he will be given the BP at the airport. - Tina Krstanoska | 11-06-21 10:44AM | _____ | 📅 |
| 📞 LVM, sent text. - Tina Krstanoska | 11-06-21 9:50AM | _____ | 📅 |
| All set. Reminded him to bring CDL, SS and med card - Victoria Sabotkoska | 11-05-21 2:38PM | _____ | 📅 |
| Jurga, the driver provided the ph# of his supervisor in Publix, 863 398 2134 - Jeff Davis - Victoria Sabotkoska Rem to: Jurga Muralis | 11-05-21 12:25PM | 11-05-21 | 📅 |
| only one month of experience verified - Jurga Muralis Rem to: Victoria Sabotkoska | 11-05-21 11:05AM | 11-05-21 | 📅 |
| only one month of experience verified - Jurga Muralis Rem to: Katherine Ewing | 11-05-21 11:05AM | 11-05-21 | 📅 |
| only one month of experience verified - Jurga Muralis Rem to: Kate Nikolovska | 11-05-21 11:05AM | 11-05-21 | 📅 |
| Birmingham to Chicago – AA 3922<br>Nov 7, 3:55 PM–6:15 PM<br>Confirmation number<br>DVYHVZ<br>Uber link sent and received by driver, motel booked, emailed itinerary - Katherine Ewing Rem to: Victoria Sabotkoska | 11-04-21 3:48PM | 11-04-21 | 📅 |
| LVM to schedule transportation - Katherine Ewing Rem to: Victoria Sabotkoska | 11-04-21 2:34PM | 11-04-21 | 📅 |
| He will be available, expecting a phone call for transportation. Please call him today, he's been all set since last week - Victoria Sabotkoska Rem to: Katherine Ewing | 11-04-21 1:04PM | 11-04-21 | 📅 |
| Katherine, please call driver to book transportation and motel - Victoria Sabotkoska Rem to: Katherine Ewing | 11-03-21 10:57AM | 11-03-21 | 📅 |
| yes,thank you - Jurga Muralis Rem to: Victoria Sabotkoska | 11-03-21 8:17AM | 11-03-21 | 📅 |
| Hey Jurga, did you get the signature? - Victoria Sabotkoska Rem to: Jurga Muralis | 11-03-21 8:13AM | 11-03-21 | 📅 |
| signed. - Victoria Sabotkoska Rem to: Jurga Muralis | 11-02-21 1:43PM | 11-02-21 | 📅 |
| Asked driver to sign releases. Reminded him to complete IN state withholding - Victoria Sabotkoska | 11-02-21 1:43PM | _____ | 📅 |
| New application received - Victoria Sabotkoska | 11-02-21 1:37PM | 11-02-21 | 📅 |
| missing releases for voes - Jurga Muralis Rem to: Victoria Sabotkoska | 11-02-21 10:04AM | 11-02-21 | 📅 |
| results were back on 10/25 - Jurga Muralis Rem to: Victoria Sabotkoska | 11-01-21 3:15PM | 11-01-21 | 📅 |
| Have DT results come in? - Katherine Ewing Rem to: Jurga Muralis | 11-01-21 2:44PM | 11-01-21 | 📅 |
| Pls have driver complete Alabama and Indiana state witholding documents - Katherine Ewing Rem to: Victoria Sabotkoska | 11-01-21 2:43PM | 11-01-21 | 📅 |
| Jurga, please send query - Victoria Sabotkoska Rem to: Jurga Muralis | 11-01-21 1:59PM | 11-01-21 | 📅 |
| LVM + text: Call to move fwd - Victoria Sabotkoska | 11-01-21 12:50PM | _____ | 📅 |
| called in to inquire about balloon payment - Victoria Sabotkoska | 10-27-21 2:01PM | _____ | 📅 |
| Still on for ORT on Nov 8th - Victoria Sabotkoska | 10-26-21 10:30AM | _____ | 📅 |
| documents uploaded - Victoria Sabotkoska | 10-22-21 12:44PM | _____ | 📅 |

Case 1:24-cv-00155-TRM-MJD   Document 102-4   Filed 01/19/26   Page 3 of 5   PageID #: 2307   CONFIDENTIAL-UNDER PROTECTIVE ORDER HMD TRUCKING 000281

| | | |
|---|---|---|
| DT scheduled. Requested pics of docs - Victoria Sabotkoska | 10-21-21 1:28PM | _____ |
| LVM + text: Call to move fwd - Victoria Sabotkoska | 10-21-21 12:36PM | _____ |
| He wants to start Nov 8th. He will DT on Friday 22nd - Victoria Sabotkoska | 10-18-21 9:58AM | _____ |
| all videos and forms complete. LVM + txt to confirm DT - Victoria Sabotkoska | 10-18-21 8:23AM | _____ |
| approved. Will do company 1099 driver first and then will go into LP after 45days. - Mandy Taher | 10-15-21 3:55PM | _____ |
| Interview with Mandy/Ayah 10/15 - Victoria Sabotkoska | 10-15-21 3:39PM | _____ |
| Confirmation IA returned - Confirmed. - Victoria Sabotkoska | 10-15-21 3:32PM | 10-15-21 |
| approved - Jurga Muralis Rem to: Victoria Sabotkoska | 10-15-21 3:28PM | 10-15-21 |
| Please check now - Victoria Sabotkoska Rem to: Jurga Muralis | 10-15-21 3:22PM | 10-15-21 |
| New application received - Victoria Sabotkoska | 10-15-21 3:12PM | 10-15-21 |
| ANNETT HOLDINGS INC missing from employment history - Jurga Muralis Rem to: Victoria Sabotkoska | 10-15-21 3:09PM | 10-15-21 |
| New application received - Victoria Sabotkoska | 10-15-21 3:08PM | 10-15-21 |
| Jurga, please review for AC - Victoria Sabotkoska Rem to: Jurga Muralis | 10-15-21 2:53PM | 10-15-21 |
| Discussed and emailed all details of HMDT LP. He would like to provide 5K down and he will bring his wife to team up. Agreed to start BG checks - Victoria Sabotkoska | 10-15-21 9:34AM | _____ |

Case 1:24-cv-00155-TRM-MJD   Document 102-4   Filed 01/19/26   Page 4 of 5   HMD TRUCKING 000282
CONFIDENTIAL-UNDER PROTECTIVE ORDER
PageID #: 2308

Case 1:24-cv-00155-TRM-MJD   Document 102-4   Filed 01/19/26   Page 5 of 5
CONFIDENTIAL-UNDER PROTECTIVE ORDER   PageID #: 2309   HMD TRUCKING 000283