

# <u>Certificate of Training</u>

## Driver Orientation

Completion Date: October 16, 2021

Awarded To

## Antonio Wortham

  

Vertical Alliance Group, Inc. products and services are not accredited or certified by any federal, state, local or professional organization.
This certificate only serves as confirmation that the named user has comprehended the materials assigned by the named company to its unique standards of completion.

Case 1:24-cv-00155-TRM-MJD   Document 102-5   Filed 01/19/26   Page 1 of 6   PageID #: 2310

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000423



# <u>Certificate of Training</u>

## Antonio Wortham - Post Accident

Completion Date: March 10, 2023

Awarded To

## Antonio Wortham

  

Vertical Alliance Group, Inc. products and services are not accredited or certified by any federal, state, local or professional organization.
This certificate only serves as confirmation that the named user has comprehended the materials assigned by the named company to its unique standards of completion.

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000424



# Certificate of Completion

Presented To

Antiono Wortham

for successfully completing the training

**Defensive Driving**

on

July 25th, 2023

for HMD Trucking, Inc.



CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000425



# Certificate of Completion

Presented To

Antiono Wortham

for successfully completing the training

**Proper Weight Distribution**

on

July 25th, 2023

for HMD Trucking, Inc.



CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000426



# Certificate of Completion

Presented To

Antiono Wortham

for successfully completing the training

**Requirements for Drivers Operating Intermodal Equipment**

on

July 25th, 2023

for HMD Trucking, Inc.



CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000427



# Certificate of Completion

Presented To

Antiono Wortham

for successfully completing the training

**Space Management**

on

August 11th, 2023

for HMD Trucking, Inc.



CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000428