

# COMPANY POLICY

# AND

# OPERATING PROCEDURES

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000408

# WELCOME TO OUR COMPANY!

## A Message from Henry and Daiva Malukas

Welcome to HMD Trucking, Inc. We are very excited that you are joining our team. Our goal is to provide you with the tools, resources and support to help you realize your personal and professional aspirations. Our employees are our most valuable asset and your skills, hard work and commitment are what differentiate HMD Trucking, Inc. in the marketplace. With this in mind, HMD Trucking, Inc. continually strives to provide an optimal work environment for all of our employees as well as benefits and support. At HMD, our employees are always encouraged to discuss ideas, issues, and suggestions with any member of Management. HMD has a culture of professionalism, teamwork and mutual respect; and we hope that you will take advantage of our open-door policy and share your thoughts with us. We are glad that you have joined our team; and we are confident that you will find HMD a rewarding and enjoyable place to work.

Sincerely,

Henry and Daiva Malukas

Owners

1

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING-000409

# INTRODUCTION

This Employee Handbook is meant to provide guidelines and expectations to employees in order to assist employees to better perform their job duties. This Handbook is not an exhaustive list of every workplace rule and policy, but rather a guide to employees on commonly raised questions.

**This Employee Handbook is not an employment contract. This Employee Handbook does not establish a contract (express or implied) between HMD and any employee regarding terms and conditions of employment.**

EMPLOYMENT AT WILL RELATIONSHIP: This Employee Handbook does not in any way alter the employment-at-will relationship between HMD and its employees. HMD and each employee have the right to terminate the employment relationship (at any time, with or without cause or notice).

Please be advised that no supervisor, manager, or representative of HMD other than the President has the authority to enter into any agreement with any individual for employment for any specified period of time or to make any promises or commitments contrary to the foregoing. Further, any employment agreement entered into by the Owners on behalf of HMD will not be enforceable unless the agreement is in writing and signed by the President.

HMD may revise or revoke any portion or employee benefit of this Employee Handbook at any time without prior notice.

Any reference to one gender applies to both genders.

# EMPLOYMENT POLICIES

**Equal Employment Opportunities**

HMD is an equal opportunity employer. Qualifications for employment and promotion are based upon ability to perform the job. Equal employment opportunities are provided to all applicants and employees without regard to race, creed, religion, color, age, national origin, sex, sexual orientation, pregnancy, ancestry, marital status, military discharge status, veteran status, citizenship status, sealed or expunged arrest records not resulting in conviction. Furthermore, no person will be discriminated against due to a mental or physical disability which does not prevent the individual from performing the essential functions of the job, with or without reasonable accommodation. Everyone will be given equal opportunity commensurate with their abilities. Laws regarding veteran's status will also be observed. We earnestly seek the cooperation of all employees in helping to maintain this policy. Throughout this manual, the interchangeable use of masculine and feminine pronouns is in no way intended to exclude members of the opposite sex.

**Anti-Harassment/Sexual Harassment**

It is the policy of HMD to maintain a work environment free of unlawful harassment and discrimination for all employees. Harassment based on a person's race, creed, religion, color, age, national origin, gender, sexual orientation, ancestry, marital status, military discharge status, veteran status, citizenship status, mental or physical disability will not be tolerated.

**Harassment** includes (but is not limited to) name-calling, letters, jokes, e-mail, cartoons, graffiti, pictures, posters, gestures, ethnic slurs, racial epithets, and other conduct, which is aimed at a particular employee or group of employees.

**Sexual harassment** is also unacceptable conduct, which violates this policy. Sexual harassment encompasses a wide range of unwanted, sexually directed behavior, and has been defined in the following manner:

Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature constitute sexual harassment when:

1.  submission to such conduct is made either explicitly or implicitly a term or condition of an individual's

2

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000410
PageID #: 2318

employment;

2. submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

3. such conduct has the purpose or effect of unreasonable interference with an individual's work performance or creating an intimidating, hostile or offensive working environment.

Harassment applies to the conduct of a supervisor toward a subordinate, an employee toward another employee, a non-employee toward an employee or an employee toward an applicant for employment. Harassment can apply to conduct outside the workplace as well as on the work site.

## Pay Program

Employees are paid every Friday via direct deposit or live check. If a scheduled payday falls on a Company observed holiday, employees will **usually** be paid on the day before the weekend or holiday. All required deductions, such as for federal, state and local taxes, and all authorized voluntary deductions, such as for health insurance contributions, will be withheld automatically from paychecks.

**Bonuses:** HMD takes great pride in creating an environment of continuous improvement and believes merit-based incentives can be beneficial to our team members as well as the overall financial health of the company. We are always considering new ways to be successful as a team. Please reach out to your dispatcher for a more detailed explanation of each incentive plan as every driver category is not necessarily eligible for every plan. This list may not be all inclusive and incentive plans may be added, subtracted, or adjusted without notice at the discretion of management. Here are the current incentive plans offered:

- Violation free DOT inspection bonus.
- Safety/Productivity bonus
- Referral bonus
- Work/Life Balance Incentive

**Reimbursements:** HMD understands that from time-to-time costs may be incurred during the course of duty while on the road. We will reimburse expenses that you incur directly in the performance of your duties in accordance with company policies. Expenses incurred in connection with appropriate company business activities must be reasonable. The expense should fit the circumstances and not be excessive. In order to be reimbursed a receipt must be submitted for every expense. You must reach out to your dispatcher for pre-approval of every reimbursement expense. Reimbursable expenses may include:

- Travel due to orientation.
- Travel due to equipment failure.
- Tractor/trailer parking (50% reimbursement up to $150 per month)
- Truck wash (up to $50 per month)
- Lumpers
- Scale tickets
- Truck additives
- Hotels (at management's discretion with prior approval)
- Tolls (in cases of devise malfunction only)
- Some state specific permits

## Jury and Witness Duty

All employees are allowed time off if summoned to jury duty or to appear in court as a witness. Eligible employees may use accrued vacation time or take the time off without pay. You will be permitted to retain the allowance you receive from the court for such service. To qualify for jury or witness duty leave, you must submit a copy of the summons to serve, as soon as it is received, to your dispatcher. In addition, proof of service must be submitted to your

3

Case 1:24-cv-00155-TRM-MJD   Document 102-6   Filed 01/19/26   Page 4 of 15
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000411
PageID #: 2319

dispatcher when your period of jury or witness duty is completed. HMD will make no attempt to have your service on a jury postponed except when business conditions necessitate such a change.

## Military Leave

Employees who enter the Armed Forces of the United States will be granted extended leaves of absence without pay in accordance with federal and state laws governing such leaves.

An employee who is a member of the National Guard or of a reserve component of the Armed Forces will, upon written or verbal notice, be granted a military training leave.

## Non-Disclosure of Confidential Information

The protection of confidential business information and trade secrets is vital to the interests and the success of HMD. Such confidential information includes, but is not limited to, the following examples:

- customer lists
- customer preferences
- financial information
- marketing strategies
- pending projects and proposals
- proprietary production processes
- technological data

Employees who improperly use or disclose trade secrets or confidential business information will be subject to disciplinary action, up to and including termination of employment and legal action, even if they do not actually benefit from the disclosed information.

## Availability and Punctuality

Regular availability and punctuality are very important at HMD and are essential functions of the job. Employees are expected to be available for work as needed. HMD recognizes that circumstances beyond an employee's control may cause him/her to be unavailable for, or la for your tardiness or unavailability. Excessive unavailability or tardiness in connection with business needs will result in disciplinary action up to and including termination. The following minimum availability thresholds will be used for the purposes of tracking availability:

OTR drivers – 9,000 miles per month minimum.

Midwest drivers – 5 nights per week minimum.

Local drivers - 40 hours per week minimum

Should an employee be unavailable for work due to illness, the employee must notify his/her dispatcher as far in advance as possible for each day of unavailability. Failure to properly notify HMD of unavailability for each day will result in an unexcused absence for each day and disciplinary action will apply for each offense.

If an employee is unavailable for more than two (2) consecutive work days due to illness or injury, a statement from a physician may be required before the employee is permitted to return to work.

Employees who are unavailable for work for three consecutive days without giving proper notice to HMD will be considered to have voluntarily resigned.

Approval or denial of any extended leave of absence is at HMD's discretion, but will not supersede any federal or state mandated leave.

## Work/Life Balance Policy

Local /MDW

Utilization of paid time off is based on an accrual system. Your paid time off will accrue based on the following schedule:

4

Case 1:24-cv-00155-TRM-MJD    Document 102-6    Filed 01/19/26    Page 5 of 15
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000412
PageID #: 2320

• Each accrued day will be paid at $200/day.

• Year 1: accrued @ 0.42 days per month worked (5 days)

• Year 2: accrued @ 0.50 days per month worked (6 days)

• Year 3: accrued @ 0.59 days per month worked (7 days)

• Year 4: accrued @ 0.67 days per month worked (8 days)

• Year 5: accrued @ 0.75 days per month worked (9 days)

• Year 6: accrued @ 0.84 days per month worked. (10 days)

This accrual calculation is the maximum. • Your accrual calculation will begin on the 1st day of the month following your employment date. The accrual scale will be adjusted based on the anniversary of this date.

OTR

• Work life balance incentive is based on an achieved mileage of 120,000. Paid days off are paid @ $200/day

• 120,000 miles - 5 paid days off

• 240,000 miles - 6 paid days off

• 360,000 miles - 7 paid days off

• 480,000 miles – 8 paid days off

• 600,000 miles – 9 paid days off

• 720,000 miles – 10 paid days off - This accrual calculation is the maximum.

• Once you have accrued your days off, you may choose to take the days off with pay, or continue driving and receive a lump sum payout based on a $200/day calculation.

**November and December** are blackout months where paid days off will be denied. Accrued non-day off payouts will still be paid upon request during that time. A minimum of 1 full day must be taken at a time. Accrued time off can be carried over for up to 1 year. Cash out payment will only be paid out once per year at a **5-day minimum** per payout.

Any form of paid time off is an employee benefit, not a form of compensation, and any accrued paid time off will not be paid upon separation of employment if the employee has not completed 12 months of employment and has not honored a full two week notice before resigning from the company.

## Benefits

HMD offers you and your eligible family members a comprehensive and valuable benefits program. We encourage you to take the time to educate yourself about your options and choose the best coverage for you and your family members. These benefits include:

- Medical
- Dental
- Vision
- 401k (with company match up to 5%)

Medical, Dental and Vision – eligibility begins the 1st of the month following 30 days of employment

401k - Eligibility begins 90 days after your hire date.

5

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000413
PageID #: 2321

**Guidelines for Appropriate Conduct**

HMD expects all employees to conduct themselves in a professional manner, reflecting positively on HMD, the staff and customers.

The following and related types of misconduct are prohibited:

- Falsifying employment eligibility or other employment on Company records;

- An employee's failure to notify us of a felony within 5 days of occurrence.

- An employee who consistently fails to meet the minimum mileage or on-time service standards;

- Repeated refusal of safe and reasonable work assignments.

- Excessive absenteeism or tardiness;

- Excessive, unnecessary, or unauthorized use of Company supplies, particularly for personal purposes;

- Reporting to work intoxicated or under the influence of non-prescribed drugs, and the illegal manufacture, possession, use, sale, distribution or transportation of drugs;

- Possessing or using alcoholic beverages on Company property or using alcoholic beverages while engaged in Company business off Company premises, except where authorized;

- Fighting or using obscene, abusive, or threatening language or gestures;

- Theft of property from coworkers or customers of HMD;

- Unauthorized possession of firearms on Company premises or while on Company business;

- Disregarding safety or security regulations; including failure to report an accident or injury.

- Insubordination;

- Dishonesty;

- Failing to maintain the confidentiality of Company, customer or client information;

- Failure to report a safety incident or accident;

- Misuse of Company electronic equipment, e-mail and/ or the Internet for non-job related purposes, as well as excessive texting on your cell phone while working;

- Failure to foster collegiality, harmony, positive attitude, and good relations in the workplace.

- Engaging in any form of harassment, physical assault or fighting on company property.

- Using inappropriate language such as racial or ethnic slurs.

- Sleeping, reading non-work-related materials or other activities unrelated to Company business during your work time.

- Violation of local, state, or Federal laws while on duty or during the scope of Company employment.

The above are only examples of common-sense rules which experience has shown to be both necessary and most effective in maintaining sound working relationships. They are only typical of cases which can result in disciplinary

6

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000414

action ranging from verbal warning to termination, and are not to be construed as limiting or restricting disciplinary action to only the specific cases listed.

## Performance Improvement Process

This process is designed to help improve unsatisfactory employee performance. If your performance slips below company expectations, we will identify the substandard performance, outline what is expected, and coach you toward improving your performance. We expect that after we give you developmental feedback, you will follow through on the corrective action discussed and your performance will improve. Each step of the process will include a corrective action plan. However, every step of the process may not be followed as outlined depending on the degree of unsatisfactory performance. This level of discipline will be determined at the sole discretion of management. These progressive steps include:

- Record of Conversation
- Written Warning Letter
- Final Warning letter
- Termination of Employment

## E-mail and Electronic Communication

HMD has established the following policy that governs the use of electronic communication systems at the workplace, including the telephone communication systems. HMD reserves the right to amend these policies. An employee's use of the Company's telephone, E-mail and communication systems constitutes the employee's agreement to abide by HMD's policies governing the Company communication systems as set forth below, or as modified in the future.

**Business use.** All electronic and telephone communication systems are to be used primarily for business purposes, meaning that use of such equipment and systems must be job-related. HMD's email system is intended for business use. It is a violation of Company policy to send unsolicited email messages containing advertisements; forwarding confidential emails without authorization; and circumventing or changing established email controls and settings. It is the employee's responsibility to comply with established email archiving and retention policies and controls. Nothing in this section prohibits employees from using email during non-working time to discuss terms and conditions of employment.

**Business form.** E-mail and voice-mail messages reflect HMD image. They should be composed in a professional manner that is similar to messages sent on Company letterhead. Employees should keep in mind that electronic files are subject to discovery and may subsequently be used in litigation involving HMD or the employee. **File management.** In order to keep the electronic communication systems and computer systems running efficiently, employees should delete unnecessary electronic messages stored in the system, as well as computer files that are no longer needed. Employees should also run a virus check on attachments sent through E-mail before opening such files.

**Company property.** In addition to the system hardware and software, all electronic files and electronic messages are the property of HMD, whether composed, received or sent by the employee. Email messages and other electronic files constitute business records belonging to HMD.

**Privacy and passwords.** Because all messages are the property of HMD, employees should not expect that messages are private. In addition, employees should be aware that deleted files may be retrieved and read by HMD. HMD reserves the right to retrieve, monitor, or review any messages in the Company E-Mail and Electronic Communication system, and may disclose such messages for any purpose without notice to the employee and without seeking permission of the employee. Passwords must be disclosed to the appropriate Company officer upon request.

**Solicitation prohibited.** Employees may not use E-mail or voice mail systems to solicit for charitable or commercial ventures, or in any way that violates HMD's no solicitation policy.

**Proprietary information restrictions.** Receiving or downloading, or sending or uploading of proprietary information is prohibited without prior authorization. Such information includes copyrighted materials, trade secrets, proprietary financial information, or similar materials.

7

Case 1:24-cv-00155-TRM-MJD CONFIDENTIAL UNDER PROTECTIVE ORDER Document 102-6 Filed 01/19/26 Page 8 of 15 HMD TRUCKING 000415 PageID #: 2323

**Anti-harassment policies applicable.** Company policies prohibiting sexual or other harassment are applicable to E-mail, voice mail systems, and the Internet. Messages that contain foul, inappropriate, or offensive language, or those containing racial or ethnic slurs, or sexual innuendo, are prohibited.

**Confidentiality.** Employees are expected to respect the confidentiality of messages sent to others. Employees may not access or review E-mail or voice-mail messages that are not distributed to them.

**Internet and Social Media** HMD provides some employees Internet access to resources on the World Wide Web to assist employees in obtaining work-related data and technology. The following guidelines have been established to help ensure responsible and productive Internet usage, prevent unauthorized use, and protect Company systems against security threats. While Internet usage is intended for job-related activities, incidental and occasional, brief, personal use is permitted within reasonable limits. However, employees who abuse their web browsing privileges may have them suspended permanently or until their supervisors authorize reinstatement.

The equipment, services, and technology provided to access the Internet are the property of HMD. HMD monitors Internet traffic, and may retrieve and read any data composed, sent, or received through its online connections and stored in its computer systems.

All Internet data that is composed, transmitted, or received via Company computer systems is subject to disclosure to law enforcement or other third parties. Consequently, employees should always ensure that the information contained in Internet e-mail messages and other transmissions is accurate, ethical, and lawful.

Data that is composed, transmitted, accessed, or received via the Internet must not contain content that could be considered discriminatory, obscene, threatening, harassing, intimidating, to any employee or other person. Examples of unacceptable content may include, but are not limited to, sexual comments or images, racial slurs, gender-specific comments, or any other comments or images that could reasonably offend someone on the basis of race, age, sex, religious or political beliefs, national origin, disability, sexual orientation, or any other characteristics protected by law.

Respect all copyright and other intellectual property laws. For HMD's protection as well as your own, it is critical that you show proper respect for the laws governing copyright, fair use of copyrighted material owned by others, trademarks and other intellectual property, including HMD's own copyrights, trademarks and brands. Employees are also responsible for ensuring that a person sending material to them over the Internet has appropriate distribution rights.

**Notice of violations.** Employees who observe violations of these policies shall notify their immediate supervisor or Ownership.

**Discipline.** Employees who violate this policy are subject to disciplinary action, up to and including termination of employment.

**Policy Changes.** HMD reserves the right to modify or change the policies set forth above (or anywhere else in this Handbook) to comply with applicable law, to meet changing circumstances or for any reason.

By signing the Receipt of Employee Handbook page, the employee acknowledges that he/ she has read this Company E-mail and Electronic Communication Policy and the Internet and Social Media Policy and agrees to abide by their terms.

**Workplace Searches**

To 1) protect and secure the property of our employees, our customers, and HMD, and 2) help prevent the possession, sale, and use of illegal drugs on HMD premises (in support of HMD drug-free workplace policy), HMD establishes the right to question employees (and all other persons entering and leaving our premises), and to inspect any property whether locked or unlocked including packages, parcels, purses, handbags, briefcases, lunchboxes, electronic equipment or any other possessions or articles carried to and from HMD premises.

8

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000416

In addition, HMD reserves the right to search any employee's office, desk, files, locker, tablet, computer, laptop computer, company cell phone, or any other area or article on our premises, including personal or Company vehicles, whether or not such property is locked or unlocked and whether or not the lock is Company owned or employee owned. In this connection, it should be noted that all offices, desks, files, lockers, and so forth, whether locked or unlocked, are the property of HMD and are issued for the use of employees only during their employment with HMD. Searches and inspections may be conducted at any time at the discretion of HMD.

Individuals entering the premises of HMD who refuse to cooperate in an inspection or search conducted under this policy will not be permitted to enter the premises of HMD. Employees who refuse to cooperate in an inspection or search, as well as employees who after the inspection or search are believed to be in possession of stolen property or illegal drugs, will be sent immediately to the Manager on Duty and be subjected to disciplinary action up to and including termination (if, on investigation, they are found to be in violation of HMD's security procedures or any other Company rules and regulations).

Employees should not have an expectation of privacy as to any property or articles on Company premises, including computers, electronic equipment, etc.

## Firearms

Firearms, weapons, and other dangerous or hazardous devices or substances are prohibited from the premises of the company or in any vehicle owned or used for company business, with the following exception:

Employees who are licensed to carry concealed guns may store their gun in their own vehicle in HMD's parking lot, as long as the gun is locked up and out of sight. HMD **employees who are licensed to carry concealed guns may not store their gun or weapon in any truck or vehicle owned or operated by** HMD **or its employees.**

**HMD is not responsible for any lost or stolen items while a personal vehicle is parked on the premises.**

## Workplace Violence

HMD is concerned about the increased violence in society, which has also filtered into many workplaces throughout the United States. Therefore, HMD has taken steps to help prevent incidents of violence from occurring at HMD. For this reason, it is the policy of HMD to expressly prohibit any acts or threats of violence by a Company employee or former employee against any other employee in or about HMD's facilities or elsewhere at any time.

HMD also will not condone any acts or threats of violence against HMD's employees, customers, or visitors on the Company's premises at any time or while they are engaged in business with or on behalf of the Company, on or off the Company's premises.

In keeping with the spirit and intent of this policy, and to ensure that the Company's objectives in this regard are attained, it is the commitment of HMD:

1. To provide a safe and healthful work environment, in accordance with HMD's safety and health policy.

2. To take prompt remedial action up to and including immediate termination, against any employee who engages in any threatening or intimidating behavior or acts of violence or who uses any obscene, abusive, or threatening gestures or language, including e-mail, graffiti, etc.

3. To take appropriate action when dealing with customers, former employees, or visitors to HMD's facilities who engage in such behavior. Such action may include notifying the police or other law enforcement personnel and prosecuting violators of this policy to the maximum extent of the law.

4. To establish viable security measures to ensure that HMD's facilities are safe and secure to the maximum extent possible and to properly handle access to Company facilities by the public, off-duty employees, and former employees.

Any employee who displays a tendency to engage in violent, abusive, or threatening behavior, or who otherwise engages in behavior that HMD, in its sole discretion, deems offensive, threatening, or dangerous, will be subject to disciplinary

9

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000417

action, up to and including termination.

In furtherance of this policy, employees should inform their supervisors, security personnel, or administrative department representatives of any acts or threats of violence in the workplace that they observe or become aware of. Employee reports made pursuant to this policy will be held in confidence to the extent possible. HMD will not condone or tolerate any form of retaliation against any employee for making a report under this policy.
Nothing stated in this policy is intended to interfere with an employee's rights to engage in lawful protected concerted activities under the National Labor Relations Act.

10

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000478
PageID #: 2326

**Family and Medical Leave Act (FMLA)**

We provide leave to eligible employees as required under the Family and Medical Leave Act. We have posted the FMLA General Notice on our notice posting boards. The FMLA and its regulations are long and detailed. This policy sets forth the key components of how FMLA leave will work under our policy. Both you and we retain all of our rights and obligations set forth in the FMLA and its regulations whether or not such rights and obligations are set forth in this policy. If you have any questions about FMLA leave or our respective rights and obligations regarding FMLA leave, please contact HR

Eligibility

You are eligible for FMLA leave under this policy if you have worked for us for at least 12 months, have worked a minimum of 1250 hours over the previous 12 months, and work at a facility that employs at least 50 employees, or at least 50 employees are employed by us within 75 miles of that facility.

Length of Leave and Reason for the Leave

We will provide eligible employees up to 12 weeks of FMLA leave during any rolling 12-month period looking backwards for any or a combination of the following reasons:

- Birth of a son or daughter, and in order to care for such newborn son or daughter.
- Placement of a son or daughter with you for adoption or foster care.
- A serious health condition that makes you unable to perform the functions of your position.
- A "qualifying exigency" arising out of a covered family member's active duty or call to active duty in the Armed Forces in support of a contingency operation.

Leave taken for one or more of these five reasons, when combined together, may not exceed 12 weeks during the applicable 12-month period.

We will provide eligible employees up to 26 weeks of leave during a rolling 12-month period to care for a covered family member (spouse, son, daughter, parent, or next of kin) who has incurred an injury or illness in the line of duty while on active duty in the Armed Forces and that may render the service member medically unfit to perform his or her duties, and for which the service member is undergoing medical treatment, recuperation, or therapy, or is in outpatient status; or is on the temporary disability retired list.

The rolling 12-month period to care for a covered service member who was injured or became ill in the line of duty begins on the first date of such leave and ends 12 months later. Leave to care for an injured or ill covered service member, when combined with other FMLA-qualifying leave, may not exceed 26 weeks in the applicable rolling 12-month period.

Intermittent and Reduced Schedule Leave

FMLA leave may be taken all at once or may be taken in parts, including what is referred to as "intermittent" leave or "reduced schedule" leave. Intermittent leave is leave taken on multiple occasions due to a single qualifying reason. Reduced schedule leave is a leave that reduces your regular workday or regular workweek for a period of time. If you need intermittent or reduced schedule leave that is foreseeable due to planned medical treatment, we may temporarily transfer you to another position that better accommodates the recurring leave or reduced schedule. HMD does permit intermittent or reduced schedule leave due to birth, adoption, or foster care placement.

Request for Leave

An FMLA request must be made in writing 30 days in advance if the leave is foreseeable. If the leave is not foreseeable, the request must be made as soon as practicable. All such requests must be made to your supervisor/manager and to the Administration Department.

11

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000479

When leave is needed for planned medical treatment, you must attempt to schedule treatment so as not to unduly disrupt your work day and our operations. Failure to provide appropriate notice to us may result in a delay in granting you FMLA leave and the treatment of absences as attendance occurrences.

Response to Request for Leave

When you request FMLA leave, we will provide you with an Eligibility and Rights and Responsibilities Notice (WH 381) which will indicate whether or not you are eligible for FMLA leave. This notice will indicate what your responsibilities will be if certified for FMLA leave and what your rights are with respect to the leave. We will also attach to the Eligibility Notice the appropriate Certification Form: WH 380-E (Employee Serious Health Condition); WH 380-F (Family Member Serious Health Condition); WH 384 (Qualified Exigency Certification); or WH 385 (Service Member Serious Injury/Illness Certification). It is your responsibility to have the appropriate persons fully complete the certification form and to return the completed certification form to us no later than fifteen (15) calendar days after we provided the form to you.

If you plan to take intermittent leave or work on a reduced schedule, the certification form must also include the dates and duration of the intermittent or reduced schedule leave, and a statement regarding why such leave is necessary. We will not accept any certification form that is returned but not fully completed. You will be provided written guidance regarding which part(s) of the certification form is incomplete and be given seven (7) calendar days to cure any deficiencies. Until the appropriate certification form is timely completed and submitted, your FMLA leave will not be approved.

Normally, within five (5) business days after a certification form is timely completed and returned, we will give you written notice stating whether your FMLA leave is approved. If you request a leave of absence for FMLA qualifying purposes but do not expressly request that the leave be counted as FMLA leave, we will nonetheless designate such leave as FMLA leave. We will use the FMLA Designation Notice ( WH 382) to notify you if you are approved for FMLA leave.

If we have reason to doubt the validity of a medical certification form, we may (at our own expense) obtain a second opinion. Re-certification may be required in accordance with applicable law. Upon return from FMLA leave due to your own serious health condition, we will require you to provide a fitness for duty certification.

Required information and Communication

Employees who seek a Family and Medical Leave or a Small Necessities Leave must provide sufficient information for the Company to determine if the leave may qualify for FMLA or SNLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider or circumstances supporting the need for a Qualifying Exigency Leave or a Military Caregiver Leave. Employees must also inform the Company if the requested leave is for a reason for which a Family and Medical Leave was previously taken or certified. Employees may also be required to provide a certification and periodic recertification supporting the need for leave. Unless a longer period is specified, a medical certification or recertification must be completed and returned to HMD within 15 days of the Company's request. Moreover, employees on leave may be contacted periodically for updates concerning their status and intent to return. Employees are expected to be fully responsive to such requests for updates

Pay and Benefits While on Leave

FMLA leave is unpaid, unless you are eligible for other applicable paid leave, in which case HMD may require you to use such paid leave as a part of your FMLA leave. If you receive Company-provided health benefits, you will receive the same health care benefits during FMLA leave that you would have received had you not been on leave. You remain responsible to pay your portion of the monthly premiums for such benefits. It is your responsibility to contact HR to make arrangements suitable to us for making such payments.

Return from Leave

12

Case 1:24-cv-00155-TRM-MJD    Document 102-6    Filed 01/19/26    Page 13 of 15
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000420
PageID #: 2328

Upon return from FMLA leave, you will generally be restored to the position you held when your FMLA leave commenced or to an equivalent position, with equivalent employment benefits, pay and other terms and conditions of employment. Taking FMLA leave will not result in the loss of any employment benefit accrued prior to the date upon which leave commenced. However, you will not be entitled to any right, benefit or return to your position of employment to which you would not have been entitled had you not taken the leave. If you plan to return from FMLA leave prior to the originally scheduled date of return, you will be expected to give us two (2) business days' notice of your intent to return. If you are unable to return to your position prior to the time when you exhaust your available FMLA leave time, we cannot guarantee that you will be returned to your former or an equivalent position or to any other position for which you are qualified.

Coordination with Attendance / Other Leave Policies

If you are absent from work for an unforeseeable reason that may also qualify for FMLA leave, you may request that such absence be treated as FMLA leave, provided that the request is made as soon as practicable. If FMLA leave is not requested or is not granted, we will treat the unplanned absence under our attendance policy. For any unscheduled FMLA absences, you must continue to comply with our policy regarding calling in your absences and are subject to discipline if you fail to comply with our call-in policy. An absence which qualifies as any other form of leave or time off in addition to FMLA (i.e. an FMLA qualifying absence that is also worker's compensation leave or is taken as vacation) will run concurrently under both or all applicable policies. Such time will be designated as FMLA leave and counted toward your FMLA allotment.

Fraudulent Use of FMLA Leave

We will not unlawfully interfere with, restrain, deny the exercise of any right, discharge or discriminate against any employee covered by the FMLA. However, fraudulent use of FMLA leave will result in your discharge from employment.

### When You Leave HMD

While HMD is an at-will employer, as a professional courtesy, HMD wants all employees to provide the customary two weeks' notice to allow for transfer of job responsibilities in a way that allows us to continue to provide a high level of customer service. In cases where the company incurs costs as a result of having to retrieve abandoned equipment, said cost may be deducted from the departing driver's final paycheck. Additionally, HMD asks that employees put their resignation in writing to their supervisor.

Prior to an employees' last day, their supervisor or Administration Department Representative will meet to discuss final pay and continuation of benefits coverage. This is also an opportunity for the departing employee to share candid feedback about their experiences with HMD. The information provided is very important as HMD regularly takes a look at operations as well as policies and procedures.

Employees can expect to receive their final paycheck including payment for any earned, but unused vacation they are eligible for, no later than the next scheduled pay date.

Employees are responsible for returning all Company property, materials, or written information that has been issued during the course of employment on or before the last day of work. Failure to do so could lead to the cost of these items being deducted from your final paycheck.

13

Case 1:24-cv-00155-TRM-MJD   Document 102-6   Filed 01/10/26   Page 14 of 15
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000421
PageID #: 2329

**ACKNOWLEDGEMENT AND RECEIPT**

**I have received my copy of the Employee Handbook.** The employee handbook describes important information about HMD, and I understand that I should consult my supervisor or Administrative Department regarding any questions not answered in the handbook. I have entered into my employment relationship with HMD voluntarily and acknowledge that there is no specified length of employment. **Accordingly, either I or HMD can terminate the relationship at will, with or without cause, at any time, so long as there is not violation of applicable federal or state law.**

I understand and acknowledge that my employment (absent a written contract to the contrary, signed by the President, Vice President or other authorized officer) is terminable at the will of either HMD or me anytime for any reason or no reason. This manual and the policies and procedures contained herein supersede any and all prior practices, oral or written representations, or statements regarding the terms and conditions of your employment with HMD. By distributing this handbook, HMD expressly revokes any and all previous policies and procedures which are inconsistent with those contained herein.

I have read the E-Mail and Electronic Communication policy and agree to abide by its terms. I have read the broad Workplace Search policy and know that my privacy in the workplace is affected and limited by this policy.

I understand that, except for employment at-will status, any and all policies and practices may be changed at any time by HMD, and HMD reserves the right to change my hours, wages and working conditions at any time. I recognize HMD's right to make unilateral changes in the content, interpretation, or application of the handbook anytime HMD deems appropriate, even if the changes to be implemented have not been communicated, reprinted or substituted in the manual or elsewhere. I understand that revised information may supersede, modify, or eliminate existing policies. Only the President of HMD has the ability to adopt any revisions to the policies in this handbook.

**I understand and agree that nothing in the Employee Handbook creates, or is intended to create, a promise or representation of continued employment and that employment at** HMD **is employment at-will, which may be terminated at the will of either HMD or myself. Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document.** I understand and agree that employment and compensation may be terminated with or without cause and with or without notice at any time by HMD or me.

I have received the handbook, and I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

_____

Employee Signature

_____

Employee Name (please print)

_____

Date

14

Case 1:24-cv-00155-TRM-MJD    Document 102-6    Filed 01/19/26    Page 15 of 15
PageID #: 2330
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000422