

www.hmdtrucking.com

10031 Virginia Ave. Chicago Ridge, IL 60415  Phone:708-398-6237 Fax:708-398-6245

# SAFETY IMPROVEMENT REVIEW

| NAME: **Antonio Wortham** | TRUCK: **1323** | DATE OF REVIEW: **8/10/2022** |
|---|---|---|

**TYPE OF EVENT:**

- ☑ PREVENTABLE INCIDENT
  - ☐ MINOR
  - ☑ MAJOR
- ☐ HOURS OF SERVICE AUDIT
  - ☐ 14-HOUR
  - ☐ 11-HOUR
  - ☐ 8-HOUR
  - ☐ 70-HOUR
  - ☐ FORM & MANNER
  - ☐ FALSE LOG
  - ☐ IMPROPER PC / YM
  - ☐ OTHER
- ☐ DOT INSPECTION VIOLATION
  - ☐ UNSAFE DRIVING
  - ☐ HOURS OF SERVICE
  - ☐ VEHICLE MAINTENANCE
  - ☐ HAZMAT
  - ☐ DRIVER FITNESS
- ☐ CITATION
- ☐ WARNING
- ☐ COMPLAINT/OBSERVATION
- ☐ NETRADYNE SCORE BELOW 600
- ☐ OTHER POLICY VIOLATION:

| DATE(S): | OOS | DESCRIPTION: |
|---|---|---|
| 8/10/2022 | ☐ | $6,210.59 invoice to replace R/s air fairing, bracket & steer wheel, repair |
| | ☐ | L/s hood fender, replace L/s air deflector, steer wheel. No damage was |
| | ☐ | reported to safety. |
| | ☐ | |
| | ☐ | |
| | ☐ | |

| RESULTING ACTIONS: | DETAILS: |
|---|---|
| ☑ WRITTEN WARNING | **1st Major Incident Warning** |
| ☑ TRAINING / COACHING | **Safety training completed on 8/10/2022 in ORT** |
| ☐ HOURS OF SERVICE | **room at Chicago Ridge yard** |
| ☐ MOVING VIOLATION | |
| ☐ SPATIAL AWARENESS | |
| ☐ PRE-TRIP INSPECTION | |
| ☐ CARGO SECUREMENT | |
| ☐ CHANGES TO PSP/MVR DRIVING RECORD | |
| ☐ OTHER (DESCRIBE): | |

**WHAT NEEDS TO BE IMPROVED?**

Always report damage immediately to Safety, regardless of severity or fault. Always double check clearances on all sides when maneuvering at low speeds around fixed objects & curbs.

**DRIVER STATEMENT:**

1) Air Deflector tight turn in INDIANA making a U turn to back up to Dock round April
2) rim curb rash in Texas park to close to curve IN June
3) ~~Air fairing~~ Hood fender DriVER backed up And hit me At the reciever on July 26 in WI.  4) Air fairing hit A brick piece in FL on July 21

*The consequences resulting from the above violations are set forth in the Driver Policy Manual. In the future, it's important that you take necessary precautions to remain in compliance with our company policy as well as federal, state and local laws. Failure to do so will result in further consequences as described in the Driver Policy Manual, potentially including termination. The company is confident that moving forward you'll be able to take the necessary steps to avoid further violations.*

| DRIVER SIGNATURE | 8/10/22 DATE | COMPANY REPRESENTATIVE SIGNATURE | 8/10/22 DATE |
|---|---|---|---|

Case 1:24-cv-00155-TRM-MJD    Document 102-7    Filed 01/19/26    Page 1 of 7
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000123
PageID #: 2331



EDDIES REPAIR SHOP
10015 VIRGINIA AVE
CHICAGO RIDGE, IL 60415
708 398 6237 EXT: 337

TO:

HMD TRUCKING

10031 VIRGINIA AVE

CHICAGO RIDGE, IL 60527

| Unit # | License Plate # | Make | Model | Year |
|---|---|---|---|---|
| 1323 | N/A | PETERBILT | 579 | 2022 |
| Color | Interior type | Mileage | VIN number | |
| WHITE | N/A | N/A | 1XPBD49X9ND785086 | |

| DATE | DESCRIPTION | COST |
|---|---|---|
| 08-10-2022 | REPLACE R/H SIDE AIR FAIRING #1 | $2,398.35 |
| | REPLACE R/H SIDE AIR FAIRING BRACKET | $1,268.78 |
| | REPAIR L/H SIDE HOOD FENDER | $850.00 |
| | REPLACE L/H SIDE AIR DEFLECTOR | $609.25 |
| | PAINT L/H SIDE AIR DEFLECTOR TO MATCH | $250.00 |
| | REPLACE R/H SIDE STEER ALUMINUM RIM | $504.21 |
| | TIRE BALANCE | $40.00 |
| | MOUNT/DISMOUNT FEE @ $35.00 PER TIRE | $35.00 |
| | LABOR 3 HOURS @ $85.00 AN HOUR | $255.00 |
| | | |
| | DRIVER: ANTIONO WORTHAM (770) 731-7220 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| L | | |
| | TOTAL DUE | $6,210.59 |

Thank You,

CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000124


Case 1:24-cv-00155-TRM-MJD   Document 102-7   Filed 01/19/26   Page 3 of 7   PageID #: 2333

CONFIDENTIAL UNDER PROTECTIVE ORDER   HMS TRUCKING 000125



Case 1:24-cv-00155-TRM-MJD   Document 102-7   Filed 01/19/26   Page 4 of 7
PageID #: 2334
CONFIDENTIAL UNDER PROTECTIVE ORDER   HMD TRUCKING 000726



CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000727


Case 1:24-cv-00155-TRM-MJD   Document 102-7   Filed 01/19/26   Page 6 of 7
CONFIDENTIAL UNDER PROTECTIVE ORDER   HMB TRUCKING 000728
PageID #: 2336



Case 1:24-cv-00155-TRM-MJD Document 102-7 Filed 01/19/76 Page 7 of 729
CONFIDENTIAL UNDER PROTECTIVE ORDER HMD TRUCKING 000729
PageID #: 2337