THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
AT CHATTANOOGA

| | | |
|---|---|---|
| RADHA BOLIVAR and ANGELICA GOATACHE,<br><br>Plaintiffs,<br><br>v.<br><br>HMD TRUCKING, INC. and ANTONIO WORTHAM,<br><br>Defendants. | ) | Case No. 1:24-CV-00155<br><br>JUDGE MCDONOUGH<br><br>MAGISTRATE JUDGE DUMITRU<br><br>JURY DEMANDED |

**DEFENDANTS HMD TRUCKING, INC. and ANTONIO WORTHAM DEPOSITION DESIGNATION**

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure and the Court's Order Amending Scheduling Order (Doc. 22), defendants HMD Trucking, Inc. ("HMD") and Antonio Wortham ("Mr. Wortham") (collectively "Defendants") designate those witnesses whose testimony they expect to present by deposition:

- Video Deposition of Joseph Schaffer, MD taken on November 6, 2025

Dr. Schaffer's deposition was transcribed, and his deposition transcript is identified on Defendants' Exhibit List, and a copy of it is within the OneDrive link shared with Plaintiff. Defendants designate the following pages from the transcript:

- Page 6, line 18 – p. 47, line 10 (excluding objections asserted by attorney Henshaw or any colloquy among counsel)
- Page 76, line 3 – p. 81, line 13 (excluding objections asserted by attorney Henshaw or any colloquy among counsel)

Defendants reserve the right to amend their designations upon receipt and review of Plaintiffs' deposition designations, witnesses and exhibit lists, motions in limine, pretrial motions, instructions, trial briefs, and any supplemental versions of the aforementioned items, along with any Court orders regarding same.

DATED: June 15, 2026

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/*Mary Beth White*

Mary Beth White, BPR #24462
Kaitlyn M. Phillips, BPR #042449
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 259-1366
mbwhite@lewisthomason.com
kphillips@lewisthomason.com

*Attorney for defendants HMD Trucking, Inc. and Antonio Wortham*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS HMD TRUCKING, INC. and ANTONIO WORTHAM DEPOSITION DESIGNATION has been sent via electronic mail to the following:

Tim O. Henshaw, Esq.
Alexander Shunnarah Trial Attorneys
1604 Reggie White Blvd., Suite 102
Chattanooga, TN 37402
thenshaw@asilpc.com

This the 15th day of June 2026.

/s/*Mary Beth White*__________