**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| RADHA BOLIVAR, AND ANGELICA GOATACHE,<br><br>*Plaintiffs*,<br><br>v.<br><br>HMD TRUCKING, INC., AND ANTONIO WORTHAM,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-155<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Michael Dumitru |

**JURY VERDICT FORM**

We, the jury, unanimously answer the questions submitted by the Court as follows:

**<u>Radha Bolivar</u>**

**Question 1:**

Do you find that Plaintiff Radha Bolivar has proven by a preponderance of the evidence that the subject accident caused him injuries?

YES ______

NO ✓

<u>Note</u>: If you answered "Yes" to Question 1, proceed to Question 2 on the following page. If you answered "No" to Question 1, please skip to the question 5.

**Question 2 (only if you answered "yes" to Question 1):**

What amount of damages, if any, do you find were sustained by Radha Bolivar for past medical and other costs of health care?

Answer: $ Ø

**Question 3:**

What amount of damages, if any, do you find were sustained by Radha Bolivar for past pain and suffering, disability, physical impairment, disfigurement, mental anguish, or loss of capacity for the enjoyment of life?

Answer: $ Ø

**Question 4:**

What is the present net value of any future damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, or loss of capacity for the enjoyment of life to be sustained by Radha Bolivar in the future?

Answer: $ Ø

**Angelica Goatache**

**Question 5:**

Do you find that Plaintiff Angelica Goatache has proven by a preponderance of the evidence that the subject accident caused her injuries?

YES ______

NO ✓

Note: If you answered "Yes" to Question 5, proceed to Question 6 on the following page. If you answered "No" to Question 5, you need not answer any further questions—please have the foreperson sign and date this form on the last page and return it to the court officer.

**Question 6:**

What amount of damages, if any, do you find were sustained by Angelica Goatache for past medical and other costs of health care?

Answer: $ Ø

**Question 7:**

What amount of damages, if any, do you find were sustained by Angelica Goatache for past pain and suffering, disability, physical impairment, disfigurement, mental anguish, or loss of capacity for the enjoyment of life?

Answer: $ Ø

Have the foreperson sign and date this form and return it to the court officer.

[redacted]
FOREPERSON

07/31/2026
DATE